**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States Securities and
Exchange Commission,
    Plaintiff

v.                                          Case No. C-1-01-116

Stephen G. Donohue, et al.,
    Defendants

**ORDER**

      The parties are **ORDERED** to file a Joint Status Report in this action no later than October 17, 2003.


October 1, 2003                      s/Sandra S. Beckwith
Date                                  Sandra S. Beckwith
                                            United States District Judge