UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC.,<br><br>Defendants | Civil Action No. C-1-01-116<br>(Judge Beckwith)<br><br><br>SEVENTH MOTION TO APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO <u>ULMER & BERNE LLP</u> |

Comes now Michael R. Barrett as receiver of S.G. Donahue & Company, Inc. and Stephen G. Donahue pursuant to order entered March 7, 2001 (the "Receiver") and moves the Court for entry of an order approving payment of fees for legal services performed by Ulmer & Berne LLP as counsel for the Receiver during the period from November 9, 2001 through March 29, 2002 as to 401(k) plan termination matters and from June 1, 2003 through October 31, 2003 as to all other matters in the amount of $16,028.00 and for reimbursement of expenses incurred during the same periods in the amount of $1,205.57 for a total of $17,233.57 and that the same be paid out of funds now in the hands of the Receiver pursuant to the proposed order submitted herewith on the grounds set forth in the memorandum attached hereto.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 762-6202
(513) 762-6245 (fax)
rboydston@ulmer.com

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Seventh Motion to Approve Payment of Fees and Reimbursement of Expenses to Ulmer & Berne LLP and the proposed order granting said motion were served electronically with the Clerk of the Court using the CM/ECF system and, also, by ordinary United States mail, first class postage prepaid, upon each of the persons listed below on December 9, 2003.

      /s/ Richard Boydston

Anne C. McKinley, Esq.
U.S. Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Robert A. Goering, Esq.
Attorney for Stephen G. Donahue
Goering & Goering
220 West Third Street
Cincinnati, OH 45202

Glenn V. Whitaker, Esq.
Attorney for Stephen G. Donahue
Vorys Sater Seymour & Pease LLP
Suite 2100, Atrium Two
221 E. Fourth Street
Cincinnati, OH 45201-0236

Gerald L. Baldwin, Esq.
Attorney for the SIPC Trustee
Frost Brown Todd, LLC
2500 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Donald J. Rafferty, Esq.
Attorney for Linda A. Donahue
Cohen Todd Kite & Stanford, LLC
250 E. Fifth Street, Suite 1200
Cincinnati, OH 45202

J. Michael Debbeler, Esq.,
Attorney for The Provident Bank
Graydon Head & Ritchey
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

26950\00001 - 245827.1
12/9/2003 1:40 PM

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC.,<br><br>Defendants | Civil Action No. C-1-01-116<br>(Judge Beckwith)<br><br>MEMORANDUM IN SUPPORT OF SEVENTH MOTION TO APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO <u>ULMER & BERNE LLP</u> |

Michael R. Barrett (the "Receiver") was appointed receiver for S.G. Donahue & Company, Inc. ("SGD & Co.") and Stephen G. Donahue pursuant to order entered March 7, 2001 in this action (the "Receivership Order"). Pursuant to the Receivership Order, the Receiver was authorized to retain and did retain the law firm of Ulmer & Berne LLP ("Ulmer & Berne") as legal counsel.

Ulmer & Berne has incurred fees and expenses in representing the Receiver for the period November 9, 2001 through March 29, 2002 as to 401(k) plan termination matters and from June 1, 2003 through October 31, 2003 as to all other matters in the amount of $17,233.57.

A standard form invoice for those fees and expenses is attached hereto.

The Receiver respectfully represents said fees and expenses are reasonable and necessary expenses of the receivership and should be approved and promptly paid out of funds collected by the Receiver.

        Respectfully submitted,

        /s/ Richard Boydston
        Richard Boydston (22360)
        Attorney for Michael R. Barrett, Receiver
        Ulmer & Berne LLP
        600 Vine Street, Suite 2800
        Cincinnati, OH 45202-2409
        (513) 762-6202
        (513) 762-6245 (fax)
        rboydston@ulmer.com


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Memorandum in Support of Seventh Motion to Approve Payment of Fees and Reimbursement of Expenses to Ulmer & Berne LLP was served electronically with the Clerk of the Court using the CM/ECF system and, also, by ordinary United States mail, first class postage prepaid, upon each of the persons listed below on December 9, 2003.

        /s/ Richard Boydston

| | |
|---|---|
| Anne C. McKinley, Esq.,<br>U.S. Securities and Exchange Commission<br>Midwest Regional Office<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604 | Gerald L. Baldwin, Esq.<br>Attorney for the SIPC Trustee<br>Frost Brown Todd, LLC<br>2500 PNC Center<br>201 E. Fifth Street<br>Cincinnati, OH 45202-4182 |
| Robert A. Goering, Esq.<br>Attorney for Stephen G. Donahue<br>Goering & Goering<br>220 West Third Street<br>Cincinnati, OH 45202 | Donald J. Rafferty, Esq.<br>Attorney for Linda A. Donahue<br>Cohen Todd Kite & Stanford, LLC<br>250 E. Fifth Street, Suite 1200<br>Cincinnati, OH 45202 |
| Glenn V. Whitaker, Esq.<br>Attorney for Stephen G. Donahue<br>Vorys Sater Seymour & Pease LLP<br>Suite 2100, Atrium Two<br>221 E. Fourth Street<br>Cincinnati, OH 45201-0236 | J. Michael Debbeler, Esq.,<br>Attorney for The Provident Bank<br>Graydon Head & Ritchey<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, Ohio 45202 |

26950\00001 - 245835.1
12/9/2003 1:47 PM

IRS Identification Number 34-0756436                IN ACCOUNT WITH                                              Cleveland

# ULMER & BERNE LLP

Columbus

ATTORNEYS AT LAW
P.O. BOX 711954                                          Cincinnati
Cincinnati, OH 45271-1954

Phone (513) 762-6200          FAX (513) 762-6245          Chicago
(Ulmer & Berne LLC)

Michael R. Barrett, Receiver                                 November 17, 2003
Barrett & Weber LPA                                        Invoice No. 1771277
500 Fourth & Walnut Centre                           Client Matter No. 26950-0001
105 E. Fourth Street                                              kj/ RB/1816314.bil
Cincinnati, OH  45202-4015

Terms: DUE UPON RECEIPT

Re:  DONAHUE

For services rendered through October 31, 2003:

| Date | | | | |
|---|---|---|---|---|
| 11/09/2001 | PAS | 0.20 | 55.00 | Communication with IRS regarding audit. |
| 11/13/2001 | PAS | 0.20 | 55.00 | Telephone call with Frank Russo regarding status of entity. |
| 01/16/2002 | PAS | 0.30 | 85.50 | 401 (k) plan: Telephone call with Frank Russo and reviewed correspondence from Congressman. |
| 01/17/2002 | PAS | 0.20 | 57.00 | 401 (k) plan:  Telephone call with Frank Russo at Independence Bank regarding Congressional inquiry. |
| 01/23/2002 | PAS | 0.20 | 57.00 | 401 (k) plan:  Telephone call with Frank Russo regarding Congressional inquiry. |
| 01/25/2002 | PAS | 0.20 | 57.00 | 401 (k) plan:  Telephone call with Frank Russo regarding status of tax reporting. |
| 01/29/2002 | PAS | 0.30 | 85.50 | 401 (k) plan:  Telephone call with Frank Russo regarding tax reporting issues. |

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT
YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.

IN ACCOUNT WITH
ULMER & BERNE LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/04/2002 | PAS | 0.40 | 114.00 | 401 (k) plan: Communication with IRS Agent Charlotte Allender regarding audit issues; communication regarding distribution out to Karen Long. |
| 02/05/2002 | PAS | 0.70 | 199.50 | 401 (k) plan: Telephone call with Frank Russo regarding outstanding issues with respect to Karen Long and allocations; numerous telephone calls and communications with Rick Boydston regarding same. |
| 02/07/2002 | PAS | 0.50 | 142.50 | 401 (k) plan: Telephone calls with Frank Russo regarding distributions to Karen Long and reviewed documentation regarding same. |
| 02/08/2002 | PAS | 0.50 | 142.50 | 401 (k) plan: Telephone call with Rick Boydston regarding issues with respect to Karen Long's distribution; reviewed allocation statements and telephone call with Frank Russo at Independence Bank regarding same. |
| 02/11/2002 | PAS | 0.30 | 85.50 | 401 (k) plan: Preparation of Memorandum regarding work to be completed on Plan. |
| 02/12/2002 | PAS | 0.20 | 57.00 | 401 (k) plan: Telephone call with Rick Boydston regarding distribution issues; reviewed list of employees with withholding. |
| 02/20/2002 | PAS | 0.30 | 85.50 | 401 (k) plan: Reviewed distribution information; telephone call with Dave Dunsire regarding tax reporting issues. |
| 02/22/2002 | PAS | 0.20 | 57.00 | 401 (k) plan: Telephone call with IRS Agent Charlotte Allender regarding outstanding issues with respect to Plan audit. |
| 02/26/2002 | PAS | 0.20 | 57.00 | 401 (k) plan: Telephone call with Dave Dunsire regarding tax reporting and telephone call with Frank Russo regarding same. |
| 02/27/2002 | PAS | 0.20 | 57.00 | 401 (k) plan: Correspondence to Frank Russo transmitting tax payment forms. |

IN ACCOUNT WITH
ULMER & BERNE LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/04/2002 | PAS | 7.20 | 2,052.00 | Prepare for and take David Dunsire deposition and document production (6.20); continued preparation of termination documents (1.00) |
| 03/06/2002 | PAS | 0.20 | 57.00 | 401 (k) plan: Telephone call with Frank Russo regarding termination timing. |
| 03/08/2002 | PAS | 3.10 | 883.50 | 401 (k) plan: Extensive work on termination filing; telephone call with Dave Dunsire regarding issues. |
| 03/11/2002 | PAS | 0.30 | 85.50 | 401 (k) plan: Telephone call with Charlotte Allender regarding audit issues; attention to transmittal to Ms. Allender of requested information. |
| 03/12/2002 | PAS | 0.30 | 85.50 | 401 (k) plan: Telephone call with Frank Russo regarding status. |
| 03/15/2002 | PAS | 1.20 | 342.00 | 401 (k) plan: Telephone call with Doug Lutz regarding payment of withheld 401(k) contributions; continued work on termination documents. |
| 03/26/2002 | PAS | 1.50 | 427.50 | 401 (k) plan: Continued work on termination documents. |
| 03/27/2002 | PAS | 1.10 | 313.50 | 401 (k) plan: Continued work on IRS termination filings. |
| 03/29/2002 | PAS | 0.50 | 142.50 | 401 (k) plan: Telephone call with Doug Tripp and Mr. Lutz to discuss payment of 401(k) withholding; telephone call with David Dunsire regarding same; telephone call with Frank Russo regarding same. |
| 06/01/2003 | RB | 0.50 | 135.00 | Letter to ING re payment of balances in three deferred compensation accounts |
| 06/03/2003 | RB | 2.00 | 540.00 | Attend Stephen Donahue sentencing and email to Anne McKinley and Michael Barrett re same (1.50); memo re Laboria Donahue probate estate (.50) |

IN ACCOUNT WITH
ULMER & BERNE LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/04/2003 | RB | 0.30 | 81.00 | Review SIPC trustee's memoranda on surrender charge and interest claims adversaries |
| 06/09/2003 | RS | 0.40 | 66.00 | Attention to Foreclosure Complaint filed by Clermont County Prosecutor regarding non-payment of real estate taxes; Telephone conference with Asst. Prosecutor regarding same; Correspondence to Asst. Prosecutor with Closing Statement and tax check; Telephone conference with B. Hines regarding payment of taxes and filing of deed |
| 06/11/2003 | RB | 0.50 | 135.00 | Conference with Gerald Baldwin re payment of surrender charges |
| 06/12/2003 | RB | 0.20 | 54.00 | Email to Donald Rafferty re-lowering listing price on 6006 Gaines Road |
| 06/24/2003 | RB | 0.30 | 81.00 | Phone conference with Patrick Weber regarding tax liability |
| 06/26/2003 | JA | 0.50 | 62.50 | Researched transfer of property located at 19 Locust Hill Road in Clermont County; memorandum to Rick Boydston regarding same. |
| 06/27/2003 | DDT | 0.40 | 60.00 | Sent bank statement to C. Dougherty; maintained records. |
| 06/30/2003 | RB | 1.00 | 270.00 | Prepare for and attend scheduling conference before Judge Walker |
| 06/30/2003 | RB | 0.20 | 54.00 | Email to Gerald Baldwin re Florida condo basis calculations |
| 07/03/2003 | PAS | 0.50 | 152.50 | Finalized response to IRS request for information; attention to filing. |
| 07/07/2003 | RB | 0.60 | 171.00 | Phone conferences with Gerald Baldwin re Roger Drayton claim and withdrawal of Receiver's claims (.40); email to Chris Dougherty re bank accounting (.20) |

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT
YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.

IN ACCOUNT WITH
ULMER & BERNE LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/07/2003 | DDT | 0.60 | 90.00 | Assembled information requested by C. Dougherty, requested missing bank statements from 5/3. |
| 07/08/2003 | RB | 0.50 | 142.50 | Letter to Bruce Allman re substantiation of Gulley and Evers mechanics lien claims |
| 07/16/2003 | RB | 0.50 | 142.50 | Review SIPC Trustee's filings re Roger Drayton |
| 07/16/2003 | DDT | 1.00 | 150.00 | Provided summary of accounts for R. Boydston. |
| 07/17/2003 | KJ | 1.00 | 120.00 | Attend bankruptcy court hearing on Roger Drayton matter and report to R. Boydston re same |
| 07/21/2003 | RB | 0.90 | 256.50 | Complete sixth fee applications (.30); emails re status of 6006 Gaines Road sale and 6 month deadline under Linda-Provident settlement agreement (.60) |
| 07/22/2003 | RB | 0.50 | 142.50 | Draft sixth interim report |
| 07/23/2003 | RB | 1.50 | 427.50 | Draft sixth interim report |
| 07/24/2003 | RB | 0.50 | 142.50 | Edit sixth interim report |
| 07/28/2003 | RB | 0.30 | 85.50 | Phone conferences with Patrick Weber and Gerald Baldwin re tax returns |
| 07/29/2003 | DDT | 0.30 | 45.00 | Sent bank statement to C. Dougherty; maintained records. |
| 07/30/2003 | RB | 1.00 | 285.00 | Phone conference with George Fels and Terry Brown re tax returns (.20); edit Gulley discovery requests (.40) phone conference with Donald Rafferty re Stephen Donahue deposition in Gulley litigation and reduction of 6006 Gaines sale price (.40) |
| 08/04/2003 | DDT | 0.40 | 60.00 | Discussed payments with R. Boydston; cut checks. |
| 08/18/2003 | RB | 1.10 | 313.50 | Phone conference with Gerald Baldwin re open issues and draft letter to Anne McKinley re same |

IN ACCOUNT WITH
ULMER & BERNE LLP

| | | | | |
|---|---|---|---|---|
| 08/25/2003 | RB | 0.60 | 171.00 | Phone conference with Gerald Baldwin re transfer of funds and revise letter to Anne McKinley re same (.40); phone conference with Stephen Donahue re facts of Gulley and Evers mechanics lien claim (.20) |
| 08/25/2003 | DDT | 1.00 | 150.00 | Prepared information for Rick Boydston; worked with 5/3 to try to get bank statements on account; sent bank information to C. Dougherty. |
| 08/26/2003 | RB | 3.00 | 855.00 | Prepare for and attend deposition of Stephen Donahue on Clermont County lien claims |
| 08/29/2003 | RB | 0.50 | 142.50 | Phone conferences with and email to Donald Rafferty re 6006 Gaines Road sale |
| 09/04/2003 | DDT | 0.50 | 75.00 | Sent bank statement and explanation of transactions to C. Dougherty; maintained records. |
| 09/16/2003 | RB | 1.00 | 285.00 | Discovery meeting at Bruce Allman's office |
| 09/22/2003 | RB | 0.70 | 199.50 | Emails to/from Anne McKinley re closing receivership (.50); letter to Donald Rafferty enclosing transcript of Stephen Donahue deposition (.20) |
| 09/25/2003 | DDT | 0.30 | 45.00 | Sent bank information to C. Dougherty, maintained records. |
| 09/27/2003 | RB | 0.50 | 142.50 | Phone conference with and email to Guy Cagney re 6006 Gaines Road sale |
| 09/29/2003 | RB | 0.70 | 199.50 | Phone conference with Anne McKinley re disgorgement order and related issues (.40); phone conference with Donald Rafferty re sale of 6006 Gaines Road (.20); email to Gerald Baldwin re 7/03 order in Munninghoff case (.10) |
| 10/03/2003 | RB | 0.30 | 85.50 | Phone conference with Anne McKinley re Roger Drayton and Don Scott situations |

IN ACCOUNT WITH
ULMER & BERNE LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/06/2003 | RB | 0.40 | 114.00 | Email to Anne McKinley re Roger Drayton adversary proceeding |
| 10/06/2003 | DDT | 0.30 | 45.00 | Sent information to C. Dougherty; maintained files. |
| 10/07/2003 | RB | 2.10 | 598.50 | Phone report before Judge Walker re mechanics lien claims and phone conference with and email to Gerald Baldwin re same (1.10); emails to/from Anne McKinley re Don Scott and joint status report and review SIPC filings regarding Mr. Scott and phone conference with Gerald Baldwin re same (1.00) |
| 10/07/2003 | SDM | 0.20 | 28.00 | Legal analysis and strategy regarding mechanic's lien claims. |
| 10/08/2003 | RB | 0.40 | 114.00 | Phone conference with Gerald Baldwin re settlement of mechanics lien claims (.30) and with Mr. Baldwin re Don Scott claims (.10) |
| 10/12/2003 | RB | 0.70 | 199.50 | Review transcript of 9/25/03 deposition of Roger Drayton |
| 10/13/2003 | RB | 0.20 | 57.00 | Review Roger Drayton 9/25/03 depo exhibits and email to Anne McKinley re same |
| 10/14/2003 | RB | 0.70 | 199.50 | Phone conference with Gerald Baldwin re status report (.20); phone conferences with Donald Rafferty and file review re 6006 Gaines Road mortgages (.50) |
| 10/15/2003 | RB | 1.10 | 313.50 | Draft joint status report including phone conference with Gerald Baldwin re same (.80); phone conference with Patricia Shlonsky re identification of 401(k) distributions (.30) |
| 10/22/2003 | RB | 0.30 | 85.50 | Review 6006 Gaines Road closing statement and email to Gerald Baldwin and Anne McKinley re same |
| 10/24/2003 | RB | 0.50 | 142.50 | Phone conferences with Donald Rafferty re Provident Bank release documents for 6006 Gaines Road closing and email to him re same |

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.

-7-

IN ACCOUNT WITH
ULMER & BERNE LLP

| | | | | |
|---|---|---|---|---|
| 10/27/2003 | RB | 0.20 | 57.00 | Email to Donald Rafferty re Provident Bank 6006 Gaines Road release documents |
| 10/27/2003 | DDT | 0.40 | 60.00 | Sent information to C. Dougherty; maintained records. |
| 10/29/2003 | RB | 0.30 | 85.50 | Phone conference with Gerald Baldwin re settlement of Gulley claims |
| 10/31/2003 | RB | 0.60 | 171.00 | Letter to Gerald Baldwin re Gulley settlement (.60) |

Total Services                                                                 $ 14,724.50

Summary of Services

| | Rate | Hours | Amount |
|---|---|---|---|
| Ashley, Jeannette | $125.00 | 0.50 | $ 62.50 |
| Boydston, Richard | 285.00 | 22.20 | 6,327.00 |
| Boydston, Richard | 270.00 | 5.00 | 1,350.00 |
| Jones, Karen | 120.00 | 1.00 | 120.00 |
| McGrew, Steven D | 140.00 | 0.20 | 28.00 |
| Shlonsky, Patricia A. | 305.00 | 0.50 | 152.50 |
| Shlonsky, Patricia A. | 285.00 | 20.10 | 5,728.50 |
| Shlonsky, Patricia A. | 275.00 | 0.40 | 110.00 |
| Smith, Ronald | 165.00 | 0.40 | 66.00 |
| Tayler, Diana D. | 150.00 | 5.20 | 780.00 |
| Total Services | | 55.50 | $ 14,724.50 |

Expenses

| | |
|---|---|
| Document Reproduction | $ 563.00 |
| Facsimile | 9.00 |
| Long Distance Telephone | 24.99 |
| 3rd Party Delivery Service | 76.01 |
| Postage, Special Mailing | 20.35 |
| Mileage | 18.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT
YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.

-8-

IN ACCOUNT WITH
ULMER & BERNE LLP

| | |
|---|---:|
| Deposition Transcripts | 360.75 |
| Computer Services | 0.98 |
| Total Expenses | 1,073.08 |

| | |
|---|---:|
| **TOTAL INVOICE** | **$ 15,797.58** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Civil Action No. C-1-01-116 (Judge Beckwith) |
| Plaintiff | : | |
| v. | : | ORDER GRANTING SEVENTH MOTION TO APPROVE PAYMENT OF FEES |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : | AND REIMBURSEMENT OF EXPENSES TO ULMER & BERNE LLP |
| Defendants | : | |

This action comes before the Court on the Seventh Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver filed _____, 2003 and the memorandum in support thereof and the pleadings and papers of record in this action.

The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

ORDERED, that the motion is granted and payment by the Receiver of fees and reimbursement of expenses to Ulmer & Berne LLP for the period October 9, 2001 through October 31, 2003 in the total amount of $15,797.58 is approved; and it is further

ORDERED, that the Receiver pay said total of $15,797.58 to Ulmer & Berne LLP out of funds in the hands of the Receiver as reported to the Court.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

_____
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 762-6202
(513) 762-6245 (fax)
rboydston@ulmer.com


26950\00001 - 245834.1
11/18/2003 11:03 AM

2

IRS Identification Number 34-0756436          IN ACCOUNT WITH                    Cleveland
                                                                                    •
# ULMER & BERNE LLP                                                              Columbus
ATTORNEYS AT LAW
P.O. BOX 711954                                                                      •
Cincinnati, OH 45271-1954                                                        Cincinnati

Phone (513) 762-6200              FAX (513) 762-6245                                 •
                                                                                 Chicago
                                                                            (Ulmer & Berne LLC)

Michael R. Barrett, Receiver                            December 9, 2003
Attn: Michael R. Barrett                                Invoice No. 1772991
Barrett & Weber LPA                                     Client-Matter No. 26950-0001
500 Fourth & Walnut Centre                              kj/ RB/1822397.bil
105 E. Fourth Street
Cincinnati, OH  45202-4015                              Terms: DUE UPON RECEIPT

Re: DONAHUE

For services rendered through November 30, 2003:

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/06/2003 | DDT | 0.30 | 45.00 | Sent bank information to C. Dougherty; maintained records. |
| 11/08/2003 | RB | 1.60 | 456.00 | Draft notice of dismissal and agreed orders cancelling bonds and letter to Bruce Allman all in settlement of remaining Clermont County mechanics lien claims and letter to Bruce Allman re same (1.00); email to Anne McKinley re case termination (.10); email to Guy Cagney re 600 Gaines Road closing (.20); draft application for payment of fees for 401(k) termination (.30) |
| 11/09/2003 | RB | 0.20 | 57.00 | Draft fee application for 401(k) termination work |
| 11/10/2003 | RB | 0.20 | 57.00 | Phone conference with Gerald Baldwin re payment of fund balance to SIPC trustee |
| 11/10/2003 | DDT | 0.70 | 105.00 | Arranged for settlement payment. |
| 11/11/2003 | RB | 0.30 | 85.50 | Edit 401(k) termination fee application |

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT
YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.

IN ACCOUNT WITH
ULMER & BERNE LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/17/2003 | RB | 0.40 | 114.00 | Forward checks to Michael Barrett (.20); phone conference with Donald Rafferty re sale of 6006 Gaines Road and unclaimed funds (.20) |
| 11/17/2003 | DDT | 0.40 | 60.00 | Supplied information re accounts for R. Boydston for report to Court. |
| 11/20/2003 | RB | 0.20 | 57.00 | Emails from/to Anne McKinley re SEC decisions |
| 11/20/2003 | DDT | 0.60 | 90.00 | Deposited bond refund; provided information on account to R. Boydston, maintained records. |
| 11/25/2003 | DDT | 0.80 | 120.00 | Provided information for R. Boydston; discussed account with him; sent statement and backup to C. Dougherty; maintained records. |
| 11/29/2003 | RB | 0.20 | 57.00 | Letter to Ohio Division of Unclaimed Funds |

Total Services                                                                $ 1,303.50

Summary of Services

| | Rate | Hours | Amount |
|---|---|---|---|
| Boydston, Richard | $285.00 | 3.10 | $ 883.50 |
| Tayler, Diana D. | 150.00 | 2.80 | 420.00 |
| Total Services | | 5.90 | $ 1,303.50 |

Expenses
| | |
|---|---|
| Document Reproduction | $ 130.60 |
| Long Distance Telephone | 1.89 |
| Total Expenses | 132.49 |

**TOTAL INVOICE**                                                             **$ 1,435.99**

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT
YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.
-2-

IN ACCOUNTS WITH
ULMER & BERNE LLP

# REMITTANCE ADVICE

*Please send your remittance to:*

**ULMER & BERNE  LLP**  Tax Identification Number: 34-0756436
**P O  BOX  711954**
**CINCINNATI, OH 45271-1954**

Client/Matter No.:     **Michael R. Barrett, Receiver**
**26950-0001**          DONAHUE

Outstanding Invoices as of 12/09/2003

| Invoice Date | Invoice Number | Invoice Amount | Payments & Adjustments | **Balance Due** |
|---|---|---|---|---|
| 11/17/2003 | 1771277 | $ 15,797.58 | $ 0.00 | $ 15,797.58 |
| 12/09/2003 | 1772991 | 1,435.99 | 0.00 | 1,435.99 |
|  | Totals | $ 17,233.57 | $ 0.00 | **$ 17,233.57** |

Amount Enclosed      $ _____

**PLEASE RETURN THIS PAGE WITH YOUR PAYMENT**

*THANK YOU*

The above address is for remittances only.  Please send all other correspondence to our regular mailing address below:
Ulmer & Berne LLP
600 Vine Street, Ste. 2800
Cincinnati, OH  45202-2409
Phone: (513) 762-6200   Fax:(513) 762-6245

DISBURSEMENTS MADE FOR YOUR ACCOUNT FOR WHICH BILLS HAVE NOT
YET BEEN RECEIVED WILL APPEAR ON A LATER INVOICE.