UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Civil Action No. C-1-01-116 |
| | : | (Judge Beckwith) |
| Plaintiff | : | |
| v. | : | ORDER GRANTING SEVENTH MOTION TO APPROVE PAYMENT OF FEES |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : | AND REIMBURSEMENT OF EXPENSES TO ULMER & BERNE LLP |
| Defendants | : | |

This action comes before the Court on the Seventh Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver filed December 9, 2003 and the memorandum in support thereof and the pleadings and papers of record in this action.

The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

ORDERED, that the motion is granted and payment by the Receiver of fees and reimbursement of expenses to Ulmer & Berne LLP for the period November 9, 2001 through March 29, 2002 as to the 401(k) plan termination matters and from June 1, 2003 through October 31, 2003 as to all other matters in the amount of $16,028.00 and for reimbursement of expenses incurred during the same periods in the amount of $1,205.57 for a total of $17,233.57 is approved; and it is further

ORDERED, that the Receiver pay said total of $17,233.57 to Ulmer & Berne LLP out of funds in the hands of the Receiver as reported to the Court.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 762-6202
(513) 762-6245 (fax)
rboydston@ulmer.com

26950\00001 - 245834.1
12/9/2003 3:15 PM

2