UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Civil Action No. C-1-01-116 (Judge Beckwith) |
| Plaintiff | : : | |
| v. | : : | RECEIVER'S AMENDED SEVENTH INTERIM REPORT AND |
| STEPHEN G. DONAHUE and DONAHUE SECURITIES, INC., | : : : | MOTION TO APPROVE THE SAME |
| Defendants | : | |

Comes now Michael R. Barrett as the receiver for Stephen G. Donahue and formerly as receiver for S.G. Donahue & Company, Inc. ("SGD") appointed by order entered March 7, 2001 (the "Receiver") and herewith submits his amended seventh interim report for the period June 1, 2003 through November 30, 2003 (the "Report Period") to add account number 07651116960 under item 1 below and moves the Court for entry of an order approving the same in the form of that submitted herewith.

1.   Financial Reports and Bank Statements.  Details on funds received into and disbursed from the operating account and the balances in all bank accounts maintained by the Receiver are attached, along with copies of bank statements for the Report Period.  The records of deposits into the operating account for the Report Period are marked Exhibit A.  A payment purpose chart for all payments deposited into the operating account during the Report Period is attached marked Exhibit B.  Bank statements are attached marked as follows:

| Exhibit | Bank | Number | Purpose | Balance | Date |
|---------|------|--------|---------|---------|------|
| C-1 | The Huntington National Bank | 01651104532 | operating | $78,413.84 | 11/25/03 |

| Exhibit | Bank | Number | Purpose | Balance | Date |
|---------|------|--------|---------|---------|------|
| C-2 | The Huntington National Bank | 01651116960 | Proceeds of sale of Clermont County realty | 96,005.79 | 11/18/03 |
| C-3 | The Fifth Third Bank | 331-10417 | proceeds of sales of mutual funds | 158,612.59 | 11/19/03 |
| C-4 | The Fifth Third Bank | 731-40290 | proceeds of sale of Florida condo | $   680,468.01 | 11/30/02 |
| | | | Total: | $1,013,500.23 | |

The Receiver received refund of the bonds paid on the two remaining mechanics lien claims addressed below by checks dated November 19 and December 4, 2003 in the respective amounts of $21,900.00 and $56,582.12 or a total of $78,482.12.

2.     Clermont County Property.  In order to close the sale of the 8.922 acres owned by Mr. Donahue and his wife Linda A. Donahue in Pierce Township, Clermont County, Ohio, and pursuant to Ohio statute, the Receiver removed four mechanics liens totaling around $70,000 with cash bonds at 150% of the face amount of the liens by four separate filings in the Clermont County Court of Common Pleas.  Two of the four lien claims were settled as reported in the Receiver's sixth interim report.  The other two claims have since been settled for a total of $22,500.00.

3.     6006 Gaines Road.  Pursuant to the order entered March 31, 2003 (document 88), the Court approved a settlement agreement between the Receiver, the SIPC Trustee, Provident Bank, Mrs. Donahue and the Donahues' daughter Sheri Wesley, the Donahues' residence at 6006 Gaines Road, Cincinnati, Ohio 45247 was sold on October 23, 2003.  Under the agreement, the proceeds after payment of the first mortgage and costs of sale were to be paid first to Mrs. Donahue's mother, Virginia Hettel (who died in May 2003), up to the amount of $70,000.00.

2

Only $38,198.48 was available for, and disbursed on, the Hettle claim. Consequently, the Receiver received nothing on the sale. Provident Bank has still not provided an accounting on payments and credits on the loan on which judgment was taken against the Donahues just before the appointment of the Receiver as it is obligated to do under the agreement approved by the March 31, 2003 order.

      4.    <u>SEC Motion to Set Disgorgement and Penalty Amounts</u>. As set forth in the Joint Status Report filed October 16, 2003 (document 96), the Securities and Exchange Commission expects to move the Court to set the amounts of disgorgement and penalties due from Mr. Donahue during the first quarter of 2004.

      5.    <u>S.G. Donahue & Company, Inc. 401(k) Plan</u>. The Receiver is continuing to work on terminating the S.G. Donahue & Company, Inc. 401(k) Plan. Upon application approved in the SIPC Liquidation Case, the Receiver's professionals are to be paid out of that proceeding for those services for all services performed after April 4, 2002.

                          Respectfully submitted,

                          <u>/s/ Richard Boydston</u>
                          Richard Boydston (22360)
                          Attorney for Michael R. Barrett, Receiver
                          Ulmer & Berne LLP
                          600 Vine Street, Suite 2800
                          Cincinnati, Ohio 45202-2409
                          (513) 762-6202
                          (513) 762-6245 (fax)
                          rboydston@ulmer.com

<u>CERTIFICATE OF SERVICE</u>

I certify that copies of the foregoing Receiver's Amended Seventh Interim Report and Motion to Approve the Same and the proposed order granting said motion were served electronically with the Clerk of the Court using the CM/ECF system and, also, by ordinary United States mail, first class postage prepaid, upon each of the following persons/entities listed on the attached below on December 10, 2003.

/s/ Richard Boydston

Anne C. McKinley, Esq.,
U.S. Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604

Robert A. Goering, Esq.
Attorney for Stephen G. Donahue
Goering & Goering
220 West Third Street
Cincinnati, Ohio 45202

Glenn V. Whitaker, Esq.
Attorney for Stephen G. Donahue
Vorys Sater Seymour & Pease LLP
Suite 2100, Atrium Two
221 E. Fourth Street
Cincinnati, Ohio 45201-0236

Gerald L. Baldwin, Esq.
Attorney for the SIPC Trustee
Frost Brown Todd, LLC
2500 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182

Donald J. Rafferty, Esq.
Attorney for Linda A. Donahue
Cohen Todd Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202

J. Michael Debbeler, Esq.,
Attorney for The Provident Bank
Graydon Head & Ritchey
1900 Fifth Third Center, 511 Walnut Street
Cincinnati, Ohio 45202

26950/00001 - 248133.1
12/10/2003 2:40 PM

# EXHIBIT A

44

S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

RECORD OF DEPOSITS

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 5/9/03 | SUB TOTALS | 5,600.00 | 42,500.00 | <8,533.12> | 75,886.77 | 13,985.20 | 25,382.94 | 104,683.39 | <222,673.50> |
| 5/30/03 | BALANCE $37,831.68 | | | | | | | | |
| 6/9/03 | Huntington Bank - Interest | | | | | | | | 23.64 |
| 6/9/03 | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |
| 6/20/03 | ING - Reliastar | | | | 168.56 | | | | |
| | ING - Reliastar | | | | 115.00 | | | | |
| | John Hancock | | | | 81.82 | | | | |
| | Columbus Life Ins. | | | | 131.21 | | | | |
| | John Hancock | | | | 60.79 | | | | |
| | First Penn Pacific Ins. | | | | 26.28 | | | | |
| 7/1/03 | ING - Reliastar | | | | 48,442.49 | | | | |
| | Columbus Life Ins. | | | | 35.33 | | | | |
| 7/3/03 | Huntington Bank - Interest | | | | | | | | 23.41 |
| | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |
| 8/7/03 | Huntington Bank - Interest | | | | | | | | 39.81 |
| | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |

45

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

### RECORD OF DEPOSITS

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 8/7/03 | Columbus Life Ins. | | | | 131.21 | | | | |
| | First Penn Pacific Ins. | | | | 25.53 | | | | |
| | John Hancock Ins. | | | | 185.83 | | | | |
| | John Hancock Ins. | | | | 30.96 | | | | |
| | John Hancock Inc. | | | | 32.33 | | | | |
| | US Financial Ins. | | | | 59.54 | | | | |
| | First Penn Pacific Ins. | | | | 26.76 | | | | |
| | Columbus Life Ins. | | | | 131.21 | | | | |
| 8/31/03 | Huntington Bank - Interest | | | | | | | | 43.81 |
| | Huntington Bank - Serv. Ch | | | | | | | | <15.00> |
| 9/18/03 | Internal Revenue Service - Interest for not estimating tax | | | | | | | | <646.48> |
| 9/30/03 | Huntington Bank - Interest | | | | | | | | 35.98 |
| | Huntington Bank - Ser. Ch | | | | | | | | <15.00> |
| 10/31/03 | Huntington Bank - Interest | | | | | | | | 36.92 |
| | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |
| 11/4/03 | John Hancock Ins. | | | | 20.09 | | | | |

46

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

### RECORD OF DEPOSITS

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 11/4/03 | John Hancock Ins. | | | | 176.79 | | | | |
| | US Financial Ins. | | | | 68.20 | | | | |
| | Columbus Life Ins. | | | | 131.21 | | | | |
| | John Hancock Ins. | | | | 76.68 | | | | |
| | John Hancock Ins. | | | | 145.10 | | | | |
| | Columbus Life Ins. | | | | 131.21 | | | | |
| | US Financial Ins. | | | | 61.36 | | | | |
| | First Penn Pacific | | | | 26.51 | | | | |
| | First Penn Pacific | | | | 30.28 | | | | |
| | John Hancock Ins. | | | | 74.01 | | | | |
| | John Hancock Ins. | | | | 30.96 | | | | |
| | First Penn Pacific | | | | 28.98 | | | | |
| | First Penn Pacific | | | | 28.84 | | | | |
| 11/25/03 | Treasurer State of Ohio - Taxes | | | | | | | | <600.00> |
| 11/25/03 | U.S. Treasurer - Estimated Tax | | | | | | | | <9,000.00> |
| | | | | | | | | | |

47

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

### RECORD OF DEPOSITS

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/03 | SUB TOTALS | 5,600.00 | 43,500.00 | <8,533.12> | 126,601.84 | 13,985.20 | 25,382.94 | 104,683.39 | <232,806.41> |
| | BALANCE $78,413.84 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# EXHIBIT B

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE
### PAYMENT PURPOSE CHART

| PURPOSE | DATE | AMOUNT | PAYOR |
|---|---|---|---|
| Insurance Commission Check | 5/9/03 | 846.59 | Columbus Life Insurance |
| Insurance Commission Check | 5/9/03 | 47.29 | John Hancock |
| Insurance Commission Check | 5/9/03 | 42.00 | John Hancock |
| Insurance Commission Check | 5/9/03 | 131.21 | Columbus Life Insurance |
| Insurance Commission Check | 5/9/03 | 26.99 | First Penn Pacific |
| Insurance Commission Check | 5/9/03 | 102.31 | John Hancock |
| Insurance Commission Check | 5/9/03 | 593.32 | Columbus Life Insurance |
| BALANCE AS OF 5/31/03 | | 37,831.68 | |
| Bank charges and checks | 6/9/03 | 23.64 | Huntington Bank - Interest earned |
| Bank charges and checks | 6/9/03 | <15.00> | Huntington Bank - Service Charge |
| Insurance Commission Check | 6/20/03 | 168.56 | ING Reliastar |
| Insurance Commission Check | 6/20/03 | 115.00 | ING Reliastar |
| Insurance Commission Check | 6/20/03 | 81.82 | John Hancock |
| Insurance Commission Check | 6/20/03 | 131.21 | Columbus Life Ins. |
| Insurance Commission Check | 6/20/03 | 60.79 | John Hancock |
| Insurance Commission Check | 6/20/03 | 26.28 | First Pen Pacific Ins. |
| Other Asset Recovery - Retirement Funds | 7/1/03 | 48,442.49 | ING Reliastar |
| Insurance Commission Check | 7/1/03 | 35.33 | Columbus Life Ins. |

38

39

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE
### PAYMENT PURPOSE CHART

| PURPOSE | DATE | AMOUNT | PAYOR |
|---------|------|--------|-------|
| Bank charges and checks | 7/3/03 | 23.41 | Huntington Bank - Interest earned |
| Bank charges and checks | 7/3/03 | <15.00> | Huntington Bank - Service Charge |
| Bank charges and checks | 8/7/03 | 39.81 | Huntington Bank - Interest earned |
| Bank charges and checks | 8/7/03 | <15.00> | Huntington Bank - Service Charge |
| Insurance Commission Check | 8/7/03 | 131.21 | Columbus Life Insurance |
| Insurance Commission Check | 8/7/03 | 25.53 | First Penn Pacific Ins. |
| Insurance Commission Check | 8/7/03 | 185.83 | John Hancock Insurance |
| Insurance Commission Check | 8/7/03 | 30.96 | John Hancock Insurance |
| Insurance Commission Check | 8/7/03 | 32.33 | John Hancock Insurance |
| Insurance Commission Check | 8/7/03 | 59.54 | US Financial Insurance |
| Insurance Commission Check | 8/7/03 | 26.76 | First Penn Pacific Ins. |
| Insurance Commission Check | 8/7/03 | 131.21 | Columbus Life Insurance |
| Bank charges and checks | 8/31/03 | 43.81 | Huntington Bank - interest earned |
| Bank charges and checks | 8/31/03 | <15.00> | Huntington Bank - Service Charge |
| Tax Payment | 9/18/03 | <646.48> | IRS - Interest for Not Estimating tax payment |
| Bank charges and checks | 9/30/03 | 35.98 | Huntington Bank - Interest earned |
| Bank charges and checks | 9/30/03 | <15.00> | Huntington Bank - Service Charge |
| Bank charges and checks | 10/31/03 | 36.92 | Huntington Bank - Interest earned |

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE
### PAYMENT PURPOSE CHART

40

| PURPOSE | DATE | AMOUNT | PAYOR |
|---|---|---|---|
| Bank charges and checks | 10/31/03 | <15.00> | Huntington Bank - Service Charge |
| Insurance Commission Check | 11/04/03 | 20.09 | John Hancock Ins. |
| Insurance Commission Check | 11/04/03 | 176.79 | John Hancock Ins. |
| Insurance Commission Check | 11/04/03 | 68.20 | US Financial Ins. |
| Insurance Commission Check | 11/04/03 | 131.21 | Columbus Life Ins. |
| Insurance Commission Check | 11/04/03 | 76.68 | John Hancock Ins. |
| Insurance Commission Check | 11/04/03 | 145.10 | John Hancock Ins. |
| Insurance Commission Check | 11/04/03 | 131.21 | Columbus Life Ins. |
| Insurance Commission Check | 11/04/03 | 61.36 | US Financial Ins. |
| Insurance Commission Check | 11/04/03 | 26.51 | First Penn Pacific |
| Insurance Commission Check | 11/04/03 | 30.28 | First Penn Pacific |
| Insurance Commission Check | 11/04/03 | 74.01 | John Hancock Ins. |
| Insurance Commission Check | 11/04/03 | 30.96 | John Hancock Ins. |
| Insurance Commission Check | 11/04/03 | 28.98 | First Penn Pacific Ins. |
| Insurance Commission Check | 11/04/03 | 28.84 | First Penn Pacific Ins |
| Tax Payment | 11/25/03 | <600.00> | Treasurer, State of Ohio - Estimated tax |
| Tax Payment | 11/25/03 | <9,000.00> | US Treasurer - Estimated tax payment |
| BALANCE AS OF 11/25/03 | | $78,413.84 | |

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

### RECORD OF DEPOSITS

44

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 5/9/03 | SUB TOTALS | 5,600.00 | 43,500.00 | <8,533.12> | 75,886.77 | 13,985.20 | 25,382.94 | 104,683.39 | <222,673.50> |
| | BALANCE $37,831.68 | | | | | | | | |
| 5/30/03 | Huntington Bank - Interest | | | | | | | | 23.64 |
| 6/9/03 | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |
| 6/20/03 | ING - Reliastar | | | | 168.56 | | | | |
| | ING - Reliastar | | | | 115.00 | | | | |
| | John Hancock | | | | 81.82 | | | | |
| | Columbus Life Ins. | | | | 131.21 | | | | |
| | John Hancock | | | | 60.79 | | | | |
| | First Penn Pacific Ins. | | | | 26.28 | | | | |
| 7/1/03 | ING - Reliastar- Retirement | | | | | | | 48,442.49 | |
| | Columbus Life Ins. | | | | 35.33 | | | | |
| 7/3/03 | Huntington Bank - Interest | | | | | | | | 23.41 |
| | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |
| 8/7/03 | Huntington Bank - Interest | | | | | | | | 39.81 |
| | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |

S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

RECORD OF DEPOSITS

45

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 8/7/03 | Columbus Life Ins. | | | | 131.21 | | | | |
| | First Penn Pacific Ins. | | | | 25.53 | | | | |
| | John Hancock Ins. | | | | 185.83 | | | | |
| | John Hancock Ins. | | | | 30.96 | | | | |
| | John Hancock Inc. | | | | 32.33 | | | | |
| | US Financial Ins. | | | | 59.54 | | | | |
| | First Penn Pacific Ins. | | | | 26.76 | | | | |
| | Columbus Life Ins. | | | | 131.21 | | | | |
| 8/31/03 | Huntington Bank - Interest | | | | | | | | 43.81 |
| | Huntington Bank - Serv. Ch | | | | | | | | <15.00> |
| 9/18/03 | Internal Revenue Service – Interest for not estimating tax | | | | | | | | <646.48> |
| 9/30/03 | Huntington Bank - Interest | | | | | | | | 35.98 |
| | Huntington Bank - Ser. Ch | | | | | | | | <15.00> |
| 10/31/03 | Huntington Bank - Interest | | | | | | | | 36.92 |
| | Huntington Bank - Serv. Ch. | | | | | | | | <15.00> |
| 11/4/03 | John Hancock Ins. | | | | 20.09 | | | | |

47

## S.G. DONAHUE & CO., INC. & STEPHEN G. DONAHUE

### RECORD OF DEPOSITS

| DATE OF DEPOSIT 2003 | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/03 | SUB TOTALS | 5,600.00 | 43,500.00 | <8,533.12> | 78,119.35 | 13,985.20 | 25,382.94 | 153,125.88 | <232,806.41> |
| | BALANCE $78,413.84 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# EXHIBIT C-1

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/03 - 10/31/03
ACCOUNT: 01651104532

PAGE     1 OF 1                       EMB

Ildabldadllmadddabllmadldbldbmatbadd

---

**BUSINESS INTEREST CHECKING ACCOUNT**

| | | | |
|---|---|---|---|
| BALANCE LAST STATEMENT | 86,961.70 | | |
| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
| INTEREST EARNED | 36.92 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 36.92 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 86,983.62 | ITEMS ENCLOSED | O |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD           0.501%
INTEREST EARNED THIS YEAR      306.36
INTEREST EARNED LAST YEAR      560.79

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 10/31 | 36.92 | INTEREST PAYMENT | 03100002815 |

---

**SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD**

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 10/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 86,961.70 | 10/15 | 86,946.70 | 10/31 | 86,983.62 |

*Outstanding Deposit 11/4          1,030.22*
*Less ck                          ⟨600.00⟩*
*Less ck                        ⟨9,000.00⟩*
*                              78,413.84 Bal.*

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/03 - 09/30/03
ACCOUNT: 01651104532

PAGE    1 OF 2                    EMB

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT           87,587.20

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.98 | REGULAR CHECKS PAID | 646.48 |
| | | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.98 | TOTAL DEBITS | 661.48 |

**BALANCE THIS STATEMENT**    86,961.70    ITEMS ENCLOSED           1

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD           0.501%
INTEREST EARNED THIS YEAR      269.44
INTEREST EARNED LAST YEAR      560.79

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 09/30 | 35.98 | INTEREST PAYMENT | 93000003084 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1017 | 646.48 | 09/29 | 00011052574 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
  1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
  4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 09/17 | 15.00 | MONTHLY SERVICE FEE | |
| | TOTAL SERVICE CHARGES | | 15.00 |
| | NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

CONTINUED

## EASY STEPS FOR BALANCING ANY BUSINESS CHECKING OR MONEY MARKET ACCOUNT



| Adjusted Check Register Balance | |
|---|---|

| | |
|---|---|
| Balance This Statement | A. |
| Total of Unlisted Deposits & Credits | B. |
| AFI Investment Balance | C. |
| Sub Total | D. |
| Total of Outstanding Checks & Withdrawals | E. |
| Sub Total | F. |
| Business Overdraft Protection Balance | G. |
| Adjusted Account Balance | H. |



| Unlisted Deposits & Credits | | Outstanding Checks & Withdrawals | |
|---|---|---|---|
| Date | Amount | Check # | Amount |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $' |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| Subtotal $ | | Subtotal $ | |

1. In your check register, enter and add Interest Paid, AFI Interest Paid, Electronic Deposits, Deposits, and Credits posted on this account statement that you have not already recorded.

   Do NOT include Business Overdraft Protection Automatic Loans, AFI Principal Credits, Sweep Credits or Target Sweep Credits.

2. If you have an AFI Account Statement enclosed, enter and add AFI Dividends Paid in your check register.

3. In your check register, enter and subtract all checks, Check Card transactions, ATM Withdrawals, Electronic Debits, Business Overdraft Protection Finance Charges/Late Fees, and other charges posted on this statement that you have not already recorded.

   Do NOT include any AFI Principal Debits, Business Overdraft Protection Automatic Payments, Target Sweep Debits, or Investment Debit Withdrawals.

4. If your account statement has a Service Charge Detail Section, record and subtract the Net Service Charge from your check register balance.

5. Once you have completed these entries, you now have your ADJUSTED CHECK REGISTER BALANCE. Enter that amount in the Adjusted Check Register Balance Box in the upper left hand corner.

6. Enter in Box A the BALANCE THIS STATEMENT shown on the first page of this account statement.

7. From your check register, total the deposits your company has made and other credits you have initiated for this account which are not listed on this statement. Include Cash Advances or Transfers from another account to this account. Do not include Business Overdraft Protection Transfers. Enter that total in Box B.

8. If your business used Huntington's Automated Funds Investment (AFI) sweep service through the last banking day of this statement period then:

   A. If you have an AFI Account Statement enclosed, then from that AFI Statement, enter the BALANCE THIS STATEMENT in Box C.

   B. Otherwise, enter in Box C the amount of the AFI PRINCIPAL DEBIT made on the last day of this statement period, if any. This would show in the OTHER DEBITS Section of this account statement.

9. Add Boxes A, B, and C and enter the total amount in Box D.

10. From your check register, total all outstanding Checks, ATM Withdrawals, Bill Pay payments, transfers from this account, or Electronic Debits you have initiated that are not listed on this statement. Enter that total in Box E.

11. Subtract Box E from Box D and enter the result in Box F.

12. If your company uses Business Overdraft Protection (BODP), enter the BODP ENDING PRINCIPAL shown on the enclosed Business Overdraft Protection Statement in Box G. If that BODP Section is not included, enter zero in Box G.

13. Subtract Box G from Box F. Enter the result in Box H. This is your ADJUSTED ACCOUNT BALANCE.

14. Compare your ADJUSTED ACCOUNT BALANCE (Box H) to your ADJUSTED CHECK REGISTER BALANCE. They should be the same. If they are not, review your check register and the process just completed to ensure there are no computational errors or transposition problems and that you have accounted for all transactions.

---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to Huntington Banks, EFT - EA5W41, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate), and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits**
If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/03 - 08/31/03
ACCOUNT: 01651104532
                                        EMB

PAGE   1 OF 1

IidlddladllmmddidalllmmmddildldmddidII

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            86,935.02

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 623.37 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 43.81 | | |
| TOTAL CREDITS | 667.18 | TOTAL DEBITS | 15.00 |

| BALANCE THIS STATEMENT | 87,587.20 | ITEMS ENCLOSED | O |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.591%
INTEREST EARNED THIS YEAR        233.46
INTEREST EARNED LAST YEAR        560.79

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/07 | 623.37 | | 00034139059 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/29 | 43.81 | INTEREST PAYMENT | 82900003081 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 08/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 86,935.02 | 08/15 | 87,543.39 | | |
| 08/07 | 87,558.39 | 08/29 | 87,587.20 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/03 - 07/31/03
ACCOUNT: 01651104532

PAGE   1 OF   1

EMB      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          38,432.39

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS            48,477.82           NET SERVICE CHARGE            15.00
    INTEREST EARNED                39.81

        TOTAL CREDITS          48,517.63                TOTAL DEBITS            15.00

**BALANCE THIS STATEMENT         86,935.02**    ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.606%
INTEREST EARNED THIS YEAR        189.65
INTEREST EARNED LAST YEAR        560.79

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 07/02 | 48,477.82 | | 00043001418 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 07/31 | 39.81 | INTEREST PAYMENT | 73100003033 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|
| 07/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/30 | 38,432.39 | 07/15 | 86,895.21 | | |
| 07/02 | 86,910.21 | 07/31 | 86,935.02 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558



**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/03 - 06/30/03
ACCOUNT: 01651104532

PAGE   1 OF  1

EMB      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            37,840.32

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                583.66          NET SERVICE CHARGE                15.00
  INTEREST EARNED                  23.41

     TOTAL CREDITS                607.07             TOTAL DEBITS                   15.00

BALANCE THIS STATEMENT           38,432.39       ITEMS ENCLOSED                        0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.752%
INTEREST EARNED THIS YEAR        149.84
INTEREST EARNED LAST YEAR        560.79

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 06/20 | 583.66 | | 00025299743 | | | | |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 06/30 | 23.41 | INTEREST PAYMENT | 630000003087 |

---

### SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 06/16 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/31 | 37,840.32 | 06/20 | 38,408.98 | | |
| 06/16 | 37,825.32 | 06/30 | 38,432.39 | | |



MICHAEL R. BARRETT AS RECIEVER FOR
STEVEN G. DONAHUE & SG DONAHUE COMPANY INC.
105 E 4TH ST, STE 500
CINCINNATI, OH 45202

34217269880013          1017
                        13-1562/420

DATE   September 18, 2003

PAY TO THE ORDER OF US TREASURY          $ 646.48

Six Hundred Forty-Six & 48/100                    DOLLARS

UNITED STATES TREASURY

The Huntington National Bank
Cincinnati, Ohio 45202

Huntington
Banks

FOR

·02 3161 011052574 0000000000000

⑆001017⑆ ⑆042015425⑆ 0185110453 2⑆          ⑆0000064648⑆

# EXHIBIT C-2

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT, RECEIVER FOR
STEPHEN G DONOHUE & SG DONOHUE CO
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/06/03 - 11/18/03
ACCOUNT: 01651116960
                                      DAB

PAGE    1 OF 1

---

## BUSINESS PREMIER MONEY MARKET ACCOUNT

BALANCE LAST STATEMENT          96,005.79

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

       TOTAL CREDITS              0.00                  TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**       96,005.79    ITEMS ENCLOSED                      0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.802%
INTEREST EARNED THIS YEAR     734.67
INTEREST EARNED LAST YEAR     598.59

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/05 | 96,005.79 | | | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 03SUPRES
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT, RECEIVER FOR         STATEMENT PERIOD
STEPHEN G DONOHUE & SG DONOHUE CO       10/03/03 - 11/05/03
105 E 4TH ST STE 500                    ACCOUNT: 01651116960
CINCINNATI OH 45202-4015                                        97B

                                        PAGE   1 OF 1

---

## BUSINESS PREMIER MONEY MARKET ACCOUNT

BALANCE LAST STATEMENT          95,940.61

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

 INTEREST EARNED                65.18

    TOTAL CREDITS               65.18        TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**      96,005.79   ITEMS ENCLOSED              0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.802%
INTEREST EARNED THIS YEAR       734.67
INTEREST EARNED LAST YEAR       598.59

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/31 | 65.18 | INTEREST PAYMENT | 03100002906 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/02 | 95,940.61 | 10/31 | 96,005.79 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       0 03SUPRES
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT, RECEIVER FOR
STEPHEN G DONOHUE & SG DONOHUE CO
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/04/03 - 10/02/03
ACCOUNT: 01651116960

PAGE   1 OF 1

97B

**BUSINESS PREMIER MONEY MARKET ACCOUNT**

BALANCE LAST STATEMENT          95,872.84

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED              67.77

     TOTAL CREDITS             67.77              TOTAL DEBITS              0.00

BALANCE THIS STATEMENT         95,940.61    ITEMS ENCLOSED                    O

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD           0.855%
INTEREST EARNED THIS YEAR      669.49
INTEREST EARNED LAST YEAR      598.59

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 09/30 | 67.77 | INTEREST PAYMENT | 93000003172 |

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/03 | 95,872.84 | 09/30 | 95,940.61 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 03SUPRES
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT, RECEIVER FOR
STEPHEN G DONOHUE & SG DONOHUE CO
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/03 - 09/03/03
ACCOUNT: 01651116960

PAGE   1 OF 1

97B

---

**BUSINESS PREMIER MONEY MARKET ACCOUNT**

BALANCE LAST STATEMENT          95,795.94

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED               76.90

      TOTAL CREDITS             76.90              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**      95,872.84    ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.945%
INTEREST EARNED THIS YEAR       601.72
INTEREST EARNED LAST YEAR       598.59

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 08/29 | 76.90 | INTEREST PAYMENT | 82900003173 |

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07/31 | 95,795.94 | 08/29 | 95,872.84 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT, RECEIVER FOR
STEPHEN G DONOHUE & SG DONOHUE CO
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/03 - 07/31/03
ACCOUNT: 01651116960

PAGE   1 OF   1

EMB       1

lhldhdhdhllhhdhldhllhhdhldhlhdhldh

---

## BUSINESS MONEY MARKET ACCOUNT

BALANCE LAST STATEMENT             117,442.27

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 83.60 | REGULAR CHECKS PAID | 21,729.93 |
| TOTAL CREDITS | 83.60 | TOTAL DEBITS | 21,729.93 |

BALANCE THIS STATEMENT              95,795.94        ITEMS ENCLOSED                        1

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               1.033%
INTEREST EARNED THIS YEAR          524.82
INTEREST EARNED LAST YEAR          598.59

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/31 | 83.60 | INTEREST PAYMENT | 73100003121 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| | 21,729.93 | 07/01 | 00022281992 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
  1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
  4) BEEN INCLUDED IN A LIST OF CHECKS

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 117,442.27 | 07/01 | 95,712.34 | 07/31 | 95,795.94 |

A) hbi - PASSPORT                                        November 18, 2003, 10:06:33
```
THST RTCD091                    TRANSACTION HISTORY                Q5JA 11-18-03
                                                                  P1DB 10:06:25
. ACCOUNT: 01651116960                  AMT:                    CHK#:
  STARTING POST DATE:                   T/C:                    REF#:
             PRODUCT: DDA      SHORT NAME: FOR MICHAEL R
SEL  POST DATE      T/C  D/C   TRAN AMOUNT      CHK#      REF NUMBER    STMT DATE
  _  05/30/2003     1118  C       119.09                 53000003085   05/31/2003
     INTEREST PAYMENT
  _  06/27/2003     1051  D    65,474.21                 00015049965   06/30/2003
     CHECK
  _  06/30/2003     1118  C       164.31                 63000003171   06/30/2003
     INTEREST PAYMENT
  _  07/01/2003     1051  D    21,729.93                 00022281992   07/31/2003
     CHECK
  _  07/31/2003     1118  C        83.60                 73100003121   07/31/2003
     INTEREST PAYMENT
  _  08/29/2003     1118  C        76.90                 82900003173   09/03/2003
     INTEREST PAYMENT
  _  09/30/2003     1118  C        67.77                 93000003172   10/02/2003
     INTEREST PAYMENT
  _  10/31/2003     1118  C        65.18                 03100002906   11/05/2003
     INTEREST PAYMENT
F02=NSF F04=PSTMT F05=NSTMT F06=DD05 F07=PREV F08=NEXT F09=TOP F10=END F12=TD04
END OF DATA REACHED                                                   (END)
```

THE HUNTINGTON
NATIONAL BANK

NOV 18 03

168-02



| Posted Date | 20030627 |
|---|---|
| Bank | 101 |
| R/T | 42015420 |
| Account | 1651116960 |
| Check | 0 |
| Amount | 65474.21 |
| DIN | 15049965 |
| Cr DIN | |
| RSN | |
| Cr Acct | |
| Tran. Code | |
| Media | M-- |
| status | |



MICHAEL R. BARRETT RECEIVER FOR
STEPHEN G. DONAHUE & SC DONAHUE CO.
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, Ohio  45202

13-1542/420

3182620300

DATE   June 23, 2003

PAY
TO THE
ORDER OF  Treasurer State of Ohio                                    $  21,729.93

Twenty-One Thousand Seven Hundred Twenty-Nine & 93/100----------------------------- DOLLARS

The Huntington National Bank
Cincinnati, Ohio 45202

Huntington
Banks

FOR  Ohio Form IT-1041 — ID#31-6659292

0222281992 0701 04 2351 022281992

⑆042015422⑆ 018511696011⑆ 000217299311⑆

# EXHIBIT C-3



## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | | MAXSAVER | 1 |
|---|---|---|---|
| | | ACCOUNT TYPE | PAGE |
| | | 10/18/03 THROUGH 11/19/03 | 0033110417 |
| | | STATEMENT PERIOD | ACCOUNT NUMBER |
| | | PRIVATE BANKING | 579-4222 |
| | | OFFICE | TELEPHONE NUMBER |

▭ ▭  ▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯▯

MICHAEL R BARRETT RECEIVER              1
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | |
|---|---|
| 10/18 BALANCE | 181,003.26 |
| 0 DEPOSITS | 0.00 |
| 2 WITHDRAWALS/FEES | 22,511.12 |
| INTEREST EARNED | 120.45 |
| INTEREST WITHHELD | |
| 11/19 BALANCE | 158,612.59 |

2003 INTEREST EARNED IS 1,864.47 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 10/31 | 120.45+ | INTEREST |
| 11/10 | 22,500.00 | DEBIT MEMO |
| 11/14 | 11.12 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 10/31 | 181,123.71 | 11/10 | 158,623.71 | 11/14 | 158,612.59 | |

Fifth Third Bank

# EXHIBIT C-4



**Fifth Third Bank**

P.O. BOX 630900 CINCINNATI OH  45263-0900

| | MAXSAVER PLUS | | 1 |
|---|---|---|---|
| | ACCOUNT TYPE | | PAGE |
| 11/01/03 THROUGH 11/30/03 | | | 0073140290 |
| | STATEMENT PERIOD | | ACCOUNT NUMBER |
| | PRIVATE BANKING | | 579-4222 |
| | OFFICE | | TELEPHONE NUMBE |

MICHAEL R BARRETT RECEIVER          1
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| 11/01 BALANCE | 680,029.9 |
|---|---|
| 1 DEPOSITS | 1.0 |
| 2 WITHDRAWALS/FEES | 36.7 |
| INTEREST EARNED | 473.7 |
| INTEREST WITHHELD | |
| 11/30 BALANCE | 680,468.0 |

2003 INTEREST EARNED IS 6,496.44 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/03 | 1.00 | DEBIT MEMO |
| 11/03 | 1.00+ | CREDIT MEMO |
| 11/14 | 35.73 | SERVICE CHARGE |
| 11/28 | 473.77+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 11/03 | 680,029.97 | 11/14 | 679,994.24 | 11/28 | 680,468.01 | |

Fifth Third Ban