FILED
JAMES BONINI
CLERK

03 DEC 11 AM 8:43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Civil Action No. C-1-01-116 (Judge Beckwith) |
| Plaintiff | : | |
| v. | : | ORDER APPROVING RECEIVER'S MOTION TO APPROVE SEVENTH INTERIM REPORT |
| STEPHEN G. DONAHUE and DONAHUE SECURITIES, INC., | : | |
| Defendants | : | |

This action comes before the Court on the Receiver's Sixth Interim Report and Motion to Approve Same filed on December 9, 2003 by Michael R. Barrett as the Receiver for Stephen G. Donahue and formerly for S.G. Donahue & Company, Inc. by order entered March 7, 2001 (the "Receiver") (the "Seventh Interim Report") and the pleadings and papers of record and docket entries in this action.

The Court is of the opinion that the motion is well taken and should be granted and therefore it is hereby

ORDERED, that the Seventh Interim Report is hereby approved.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 762-6202; (513) 762-6245 (fax)
rboydston@ulmer.com
26950\00001 - 247854.1
12/9/2003 3:12 PM