

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Civil Action No. C-1-01-116 |
| | : | (Judge Beckwith) |
| Plaintiff | : | |
| | : | |
| v. | : | ORDER GRANTING SEVENTH MOTION |
| | : | TO APPROVE PAYMENT OF FEES |
| STEPHEN G. DONAHUE, and | : | AND REIMBURSEMENT OF |
| DONAHUE SECURITIES, INC., | : | <u>EXPENSES TO RECEIVER</u> |
| | : | |
| Defendants | : | |

This action comes before the Court on the Sixth Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver filed December 9, 2003 and the memorandum in support thereof and the pleadings and papers of record in this action.

The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

ORDERED, that the motion is granted and payment by the Receiver of fees and reimbursement of expenses to the Receiver in the total amount of $4,858.60 for the period June 3, 2003 through December 4, 2003 is approved; and it is further

ORDERED, that the Receiver pay said total of $4,858.60 to the Receiver out of funds in the hands of the Receiver as reported to the Court.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge