UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Civil Action No. C-1-01-116 (Judge Beckwith) |
| Plaintiff | : : | |
| v. | : : | NOTICE OF CHANGE |
| STEPHEN G. DONAHUE and DONAHUE SECURITIES, INC., | : : : : | OF ADDRESS OF COUNSEL |
| Defendants | : | |

Comes now Richard Boydston, counsel for Michael R. Barrett, Receiver and herewith serves and files notice that effective January 12, 2004, he is no longer affiliated with the law firm of Ulmer & Berne LLP and is a member of the firm of Greenebaum Doll & McDonald, PLLC and requests all notices and orders hereafter served on parties in interest also be served on him at the below-stated address.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston
Greenebaum Doll & McDonald PLLC
255 E. Fifth Street, Suite 2800
Cincinnati, Ohio 45202-4728
(513) 455-7663
(513) 762-7963 (fax)
rb2@gdm.com
Attorney for Michael R. Barrett, Receiver

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Change of Address of Counsel was served this in the method established under the CM/ECF Administrative Procedures Manual on January 9, 2004.

/s/ Richard Boydston

26950/00001 - 251174.1
1/9/2004 2:46 PM