UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Securities and Exchange
Commission,
    Plaintiff

v.   Case No. 1:01-cv-116

Stephen G. Donahue, et al.,
    Defendants

**ORDER**

The above captioned case shall be administratively closed. The parties are granted leave to move to reinstate the case at such time in the future as the parties deem appropriate.

**SO ORDERED**.

Date: March 29, 2005   s/Sandra S. Beckwith
    Sandra S. Beckwith, Chief Judge
    United States District Court