**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES ) | |
| AND EXCHANGE COMMISSION, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CASE NO. 1:01-cv-116 |
| v. ) | |
| ) | Judge Sandra S. Beckwith |
| STEPHEN G. DONAHUE and ) | |
| DONAHUE SECURITIES, INC., ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, I electronically filed the foregoing Motion to Reinstate Case to Active Docket with the Clerk of the Court using the CM/ECF system which will send notification of such to the following individuals:

Richard Boydston, Esq.
Counsel for the Receiver
Greenbaum Doll & McDonald, PLL
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
rb2@gdm.com

Gerald L. Baldwin, Esq.
Counsel for SIPC
Frost Brown Todd
2500 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
gbaldwin@fbtlaw.com

Glenn V. Whitaker
Vorys, Sater, Seymour & Pease
Atrium Two
221 E. Fourth Street, Suite 2100
Cincinnati, Ohio 45201
gvwhitaker@vssp.com

J. Michael Debbeler, Esq.
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
mdebbeler@graydon.com

Donald J. Rafferty, Esq.
Cohen Todd Kite & Stanford, LLC
250 E. Fifth Street, Suite 1200
Cincinnati, Ohio 45202
drafferty@ctks.com

                                              s/Anne C. McKinley
                                              Anne C. McKinley, IL Bar No. 6270252
                                              One of the Attorneys for Plaintiff
                                              U.S. Securities and Exchange Commission
                                              175 West Jackson Boulevard, Suite 900
                                              Chicago, Illinois 60604
                                              Telephone: (312) 353-7390
                                              Facsimile: (312) 353-7398
                                              mckinleya@sec.gov

Dated: August 3, 2005