## SUMMARY OF TAX FREE BOND FUND CLAIMS

| counter | Claim NAME | TOTAL CLAIM | Hard Ca$h to DSI or Donahue | Total Withdrawals (Including IMS Fees) | SIPC & Trustee Allowed (1) | Fraudulent Conveyance Trustee Claimed (1a) | Surrender Charges (2) | Interest (3) | Undocumented (including market loss, unauthorized trading, legal fees, etc.) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2669 Adolph, Robert | $230,588.62 | $251,000.00 | ($80,000.80) | $170,999.20 | | $19,278.04 | $38,963.94 | |
| 2 | 2604 Arand, Arthur J. | unspecified | $0.00 | ($8,418.46) | $0.00 | ($8,418.46) | $7,822.08 | $579.19 | $1,347.44 |
| 3 | 2564 Balanda, Eleanor | $521,282.40 | $421,282.40 | $0.00 | $421,282.40 | | | | |
| 4 | 981 Balzano, Tony J. | $10,000.00 | $0.00 | $0.00 | $0.00 | | $7,599.04 | $1,499.10 | |
| 5 | 384 Barden, Tom P. | $6,854.12 | $0.00 | ($40,381.14) | $0.00 | ($40,381.14) | $1,838.76 | $254.04 | |
| 6 | 1591 Bauknecht, Ewald Berg, Bernard & | $45,000.00 | $40,000.00 | $0.00 | $40,000.00 | | $4,204.05 | $795.95 | |
| 7 | 2238 Shirley | $17,103.86 | $0.00 | ($210.00) | $0.00 | ($210.00) | $14,396.20 | $931.41 | |
| 8 | 2788* Blazer, Kathy Bloomfield, Saul & | $107.10 | $0.00 | $0.00 | $0.00 | | $82.82 | $24.28 | |
| 9 | 1710 Ellen | $177.00 | $34.50 | ($9,295.76) | $0.00 | ($9,261.26) | $8,433.95 | $571.78 | $432.53 |
| 10 | 2787* Blum, Bruce | undetermined | $20,000.00 | ($20,046.08) | $0.00 | ($46.08) | $46.08 | $46.08 | |
| 11 | 2753 Blum, Wilma J. | $9,739.82 | $117,964.22 | ($139,428.52) | $0.00 | ($21,464.30) | $21,871.02 | $1,025.98 | |
| 12 | 2782* Bolinger, Scott | unspecified | $78,535.68 | ($79,831.42) | $0.00 | ($1,295.74) | $1,295.74 | $1,295.74 | |
| 13 | 2772* Braucher, Dorothy Brock, Lawrence & | $3,543.29 | $0.00 | $0.00 | $0.00 | | $2,891.14 | $652.15 | |
| 14 | 1954 Bonnie Burden, David & | $21,407.46 | $0.00 | ($20,000.00) | $0.00 | ($20,000.00) | $18,273.08 | $3,134.38 | |
| 15 | 2785 Debbie | $505.00 | $0.00 | $0.00 | $0.00 | | $476.42 | $28.58 | |
| 16 | 1696 Bushman, Donald | $2,150.94 | $0.00 | $0.00 | $0.00 | | $1,923.22 | $227.72 | |
| 17 | 2778 Callison, Cornelia Carle, Jerome & | $125,382.00 | $113,020.00 | ($600.00) | $112,420.00 | | $4,658.24 | $8,303.76 | |
| 18 | 2518 Colleen | $2,893.33 | $50,617.22 | ($52,800.00) | $0.00 | ($2,182.78) | $1,925.36 | $3,150.75 | $134,899.56 |
| 19 | 2759* Cavallo, Tito Chadwell, William & | undetermined | $0.00 | ($7,512.91) | $0.00 | ($7,512.91) | $6,773.04 | $739.87 | |
| 20 | 397 Margaret | $243,220.01 | $244,858.48 | ($25,200.00) | $219,658.48 | | $2,970.46 | $13,591.07 | $1,837.31 |
| 21 | 1092 Daley, William C. | $5,905.79 | $193,821.87 | ($203,045.37) | $0.00 | ($9,223.50) | $4,862.25 | $4,432.07 | |
| 22 | 796 Denton, Janice | $269,490.62 | $1,603,121.31 | ($1,404,175.66) | $198,945.65 | | $16,996.17 | $47,066.78 | $2,499.40 |
| 23 | 6873* Denzler, Alan & Fran | $108.80 | $0.00 | ($4,400.00) | $0.00 | ($4,400.00) | $3,990.92 | $460.44 | |
| 24 | 2779 DeSalvo, Barbara | $25,000.00 | $335,649.26 | ($370,327.81) | $0.00 | ($34,678.55) | $20,453.29 | $29,433.67 | |
| 25 | 2247 Dine, Mark & Esther | $44,057.75 | $42,000.00 | $0.00 | $42,000.00 | | $2,057.75 | $2,057.75 | |
| 26 | 2758 Endres, Deborah | unspecified | $0.00 | $0.00 | $0.00 | | $141.96 | $42.12 | |
| 27 | 382 Fabe, Stuart | $7,591.88 | $0.00 | ($3,230.82) | $0.00 | ($3,230.82) | $1,825.23 | $259.59 | |
| 28 | 348 Fabe, Susan | $85,000.00 | $85,000.00 | $0.00 | $85,000.00 | | $1,613.62 | $277.91 | |

| counter | Claim | NAME | TOTAL CLAIM | Hard Ca$h to DSI or Donahue | Total Withdrawals (Including IMS Fees) | SIPC & Trustee Allowed (1) | Fraudulent Conveyance (1a) | Trustee Claimed Surrender Charges (2) | Interest (3) | Undocumented (including market loss, unauthorized trading, legal fees, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 720 | Falberg, Warren & Irene | $226,633.74 | $895,114.70 | ($694,935.58) | $200,179.12 | | $4,567.73 | $21,886.89 | |
| 30 | 2678 | Faust, John F. & Jean | unspecified | $116,376.92 | $0.00 | $116,376.92 | | $2,854.16 | $31,441.70 | |
| 31 | 2478 | Alice (Trust) | $19,218.26 | $42,000.00 | ($31,290.00) | $10,710.00 | | $2,405.94 | $6,102.32 | |
| 32 | 2784* | Fix-Meyer, Mary | undetermined | $0.00 | ($5,737.44) | ($5,737.44) | ($5,737.44) | $5,537.59 | $131.41 | |
| 33 | 1262 | Fliehman, Herbert | $5,667.00 | $0.00 | $0.00 | $0.00 | | $4,718.77 | $948.23 | |
| 34 | 1445 | Flinchbaugh, Benjamin | $612.89 | $0.00 | $0.00 | $0.00 | | $509.00 | $103.89 | |
| 35 | 2757 | Gianella, Robert | $96,949.20 | $79,109.74 | $0.00 | $79,109.74 | | $3,694.34 | $14,145.12 | |
| 36 | 472 | Giliberto, Ralph | $2,507.95 | $0.00 | $0.00 | $0.00 | | $2,439.90 | $68.05 | |
| 37 | 2781 | Goldfinger, Richard & Barbara | $100,000.00 | $122,550.27 | ($9,000.00) | $113,550.27 | | $6,718.03 | $8,771.39 | |
| 38 | 2766* | Gottschalk, Alfred & Deanna | $3,009.07 | $0.00 | $0.00 | $0.00 | | $2,764.85 | $246.70 | |
| 39 | 1001 | Grieder, Doris | $7,071.08 | $39,497.75 | ($34,280.78) | $5,216.97 | | $1,127.57 | $136.11 | |
| 40 | 158 | Grossheim, Elmer R. | $1,215.12 | $0.00 | $0.00 | $0.00 | | $1,127.57 | $175.35 | |
| 41 | 1899 | Grzelecki, Arthur & Marci | $10,426.53 | $0.00 | $0.00 | $0.00 | | $9,412.86 | $1,013.67 | |
| 42 | 312 | Gueterman, Donald | $602.00 | $0.00 | $0.00 | $0.00 | | $479.95 | $122.05 | |
| 43 | 651 | R. & Kay Gustafson, Donald | unknown amnt. | $66,752.17 | ($68,635.35) | $0.00 | ($1,883.18) | $6,529.68 | $617.84 | |
| 44 | 1993 | Harris, Jo Ellen | $81,600.00 | $37,547.05 | $0.00 | $37,547.05 | | $6,529.68 | $37,523.27 | |
| 45 | 800 | Harrison, Donald | $31,626.00 | $0.00 | $0.00 | $0.00 | | $25,698.98 | $5,927.02 | |
| 46 | 2767* | Hastings, Robert & Mildred | $2,968.99 | $0.00 | ($6,460.45) | $0.00 | ($6,460.45) | $8,628.63 | $213.81 | |
| 47 | 779 | Hauck, Robert & Sue | $7,872.81 | $0.00 | $0.00 | $0.00 | | $6,913.71 | $949.87 | |
| 48 | 2754* | Hettel, Virginia L. | $2,289.29 | $0.00 | $0.00 | $0.00 | | $2,056.75 | $232.54 | $9.23 |
| 49 | 740 | Highsmith, Robert & Martha | $254,027.00 | $250,000.00 | ($3,000.00) | $247,000.00 | | $2,282.65 | $3,628.08 | |
| 50 | 588 | Hoffman, Robert | $46,873.00 | $75,000.00 | ($43,208.00) | $31,792.00 | | $2,462.10 | $12,798.41 | |
| 51 | 2056 | Hollenbeck, Maureen | undetermined | $24,728.38 | ($41,279.84) | $0.00 | ($16,551.46) | $7,655.28 | $844.72 | |
| 52 | 2679 | Hornstein, Stephen | $8,500.00 | $0.00 | $0.00 | $0.00 | | $981.00 | $76.23 | |
| 53 | 490 | Hummel, Robert | $1,057.23 | $0.00 | $0.00 | $0.00 | | $981.00 | $76.23 | |
| 54 | 2765 | Isaacs, Jack & Majorie | $64,594.44 | $52,583.00 | ($64,978.00) | $0.00 | ($12,395.00) | $2,909.44 | $8,827.56 | |

| counter | Claim NAME | TOTAL CLAIM | Hard Ca$h to DSI or Donahue Companies | Total Withdrawals (including IMS Fees) | SIPC & Trustee Allowed (1) | Fraudulent Conveyance Trustee Claimed (1a) | Surrender Charges (2) | Interest (3) | Undocumented (including market loss, unauthorized trading, legal fees, etc.) |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 2776 Jaspers, Raymond | $70,000.00 | $70,000.00 | ($23,100.00) | $46,900.00 | | $1,310.43 | $5,480.47 | |
| 56 | 2749 Jett, Nesta A. | $4,000.00 | $0.00 | $0.00 | $0.00 | | $2,689.57 | | |
| 57 | 2143 Juengst, Alice P. | $39,769.53 | $39,565.71 | ($10,000.00) | $29,565.71 | | $5,526.54 | $4,677.28 | |
| 58 | 2141 Juengst, George | $30,722.18 | $23,556.34 | $0.00 | $23,556.34 | | $3,760.83 | $3,405.01 | |
| 59 | 559 Kaiser, Marilyn R. | $33,761.51 | $29,479.24 | ($10,000.00) | $19,479.24 | | $5,887.49 | $4,677.28 | |
| 60 | 111 Kandelson, Mildred | $3,421.23 | $0.00 | $0.00 | $0.00 | | $2,821.17 | $600.06 | |
| 61 | 2566 Katz, Robert & Miriam | $150,367.98 | $201,029.37 | ($149,182.51) | $51,846.86 | | $13,585.99 | $13,586.64 | |
| 62 | 2568 Managed acct.) Kay, Rena (profit sharing plan, IRA Managed, Sarah Kay (tuition/rent, Jerald IRA & Jerald | $478,470.11 | $407,771.32 | ($213,576.14) | $194,195.18 | | $1,715.86 | $127,599.14 | |
| 63 | 2723 MMKT | $68,102.16 | $45,787.62 | ($16,340.00) | $31,050.20 (a) | ($3,606.50) | $3,481.05 | $25,887.58 | |
| 64 | 1323 Kehoe, Doris | $10,000.00 | $10,000.00 | ($4,000.00) | $6,000.00 | | | $954.18 | |
| 65 | 6800 Thornton, Kathleen Keith, Robert & | $76,548.00 | $50,000.00 | $0.00 | $50,000.00 | | $14,834.96 | $1,713.04 | |
| 66 | 801 Kiger, Thomas | $1,705.81 | $0.00 | $0.00 | $0.00 | | $1,385.00 | $320.81 | |
| 67 | 482 Kirch, Robert | $10,687.87 | $42,500.00 | ($35,000.00) | $7,500.00 | | | $3,187.87 | |
| 68 | 2752* Anabelle Knapp, James & | $480.37 | $0.00 | ($3,840.00) | ($3,840.00) | ($3,840.00) | $3,467.50 | $0.00 | |
| 69 | 2770* Nancy G. Knapp, Richard & | $1,906.00 | $0.00 | $0.00 | $0.00 | | $1,799.51 | $108.05 | |
| 70 | 2760* Kupferberg, Bill (Cyril) Lambert, Maria | $2,084.23 | $0.00 | $0.00 | $0.00 | $0.00 | $1,909.48 | $176.18 | |
| 71 | 2755* Aurora | $1,798.87 | $0.00 | $0.00 | $0.00 | | $1,620.89 | $177.98 | |
| 72 | 368 Lape, Daniel | $465,832.68 | $440,000.00 | $0.00 | $440,000.00 | | | $25,519.35 | |
| 73 | 886 Lape, James & Laura | $11,293.38 | $0.00 | $0.00 | $0.00 | | $1,439.49 | $127.92 | |
| 74 | 2769* Leach, Sandra | unspecified | $21,675.26 | ($25,281.76) | $0.00 | ($3,606.50) | | $3,606.40 | |
| 75 | 2517 Lebowitz, Minette | $1,133.00 | $39,709.60 | ($41,867.75) | $0.00 | ($2,158.15) | $1,946.16 | $864.73 | |
| 76 | 1393 Lockwood, Carol | $97,000.00 | $57,563.03 | ($83,990.28) | $0.00 | ($26,427.25) | $2,383.16 | $598.71 | |
| 77 | 362 Long, James P. | $1,088.25 | $0.00 | $0.00 | $0.00 | | $979.05 | $109.20 | |

| counter | Claim | NAME | TOTAL CLAIM | Hard Ca$h to DSI or Donahue Companies | Total Withdrawals (Including IMS Fees) | SIPC & Trustee Allowed (1) | Fraudulent Conveyance Trustee Claimed (1a) | Surrender Charges (2) | Interest (3) | Undocumented (including market loss, unauthorized trading, legal fees, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 527 | Luke, Robert | $11,249.00 | $104,562.00 | ($99,982.69) | $4,579.31 | | | $170.00 | $453.00 |
| 79 | 377 | Lykins, Janet Margolin, Esar | $224,353.00 | $201,393.37 | $0.00 | $201,393.37 | | $8,122.25 | $15,458.42 | |
| 80 | 2148 | Gordon | $29,034.87 | $13,708.00 | $0.00 | $13,708.00 | | $22,002.48 | $7,032.39 | |
| 81 | 518 | Marshall, George | $39,715.06 | $76,922.60 | ($57,090.00) | $19,832.60 | | | $17,395.18 | |
| 82 | 2245 | Martin, Geraldine | $900,000.00 | $40,000.00 | ($40,779.63) | $0.00 | | | $779.63 | |
| 83 | 1442 | Matson, James | $18,812.00 | $31,860.00 | ($23,000.00) | $8,860.00 | ($779.63) | | $8,279.32 | |
| 84 | 2049 | Mays, Margaret A. | $40,000.00 | $35,000.00 | $0.00 | $35,000.00 | | $1,672.68 | $509.69 | |
| 85 | 1306 | McGinnis, Don | $22,792.81 | $0.00 | $0.00 | $0.00 | | $4,605.68 | $989.82 | |
| 86 | 1675 | McHugh, Estelle | $85,818.83 | $85,818.83 | $0.00 | $45,818.83 | | $21,802.99 | $6,153.61 | |
| 87 | 2780* | Merchant, Virginia | undetermined | $75,137.55 | ($95,267.65) | $0.00 | ($20,130.10) | $2,088.07 | $5,081.32 | |
| 88 | 505 | Michaelson, I. Arthur | $417.00 | $0.00 | ($631.00) | $0.00 | ($631.00) | $976.07 | $71.93 | |
| 89 | 604 | Middleton, Dale H. | $7,216.40 | $0.00 | $0.00 | $0.00 | | $6,288.51 | $1,326.37 | |
| 90 | 2750 | Minson, Ida | undetermined | $530,971.32 | ($544,316.35) | $0.00 | ($13,345.03) | $6,288.51 | $11,555.06 | |
| 91 | 323 | Mogan, Joseph | $1,590.54 | $0.00 | $0.00 | $0.00 | | $1,509.79 | $95.99 | |
| 92 | 2748 | Moore, Joyce & Brian Niemeyer, Richard & | $7,000.00 | $0.00 | $0.00 | $0.00 | | $7,529.90 | $671.70 | |
| 93 | 1691 | Karen Nordlund, James & | $130,000.00 | $146,522.02 | ($8,172.20) | $138,349.82 | | $6,358.96 | $20,005.48 | |
| 94 | 950 | Mary | $697.11 | $0.00 | ($3,190.66) | ($3,190.66) | ($3,190.66) | $3,798.25 | $132.74 | |
| 95 | 1864 | O'Dwyer, Sean | $1,200.00 | $0.00 | ($4,221.70) | ($4,221.70) | ($4,221.70) | $4,698.38 | $640.58 | |
| 96 | 2364 | Ornstein, Miriam | $44,000.00 | $79,000.00 | ($44,226.00) | $34,774.00 | | $7,463.89 | | |
| 97 | 2276 | Ornstein, Paul & Anna Ornstein, Rafael & | $326,180.00 | $634,018.40 | ($372,808.61) | $261,209.79 | | $31,603.75 | $34,516.96 | |
| 98 | 2446 | Sherry, Susannah Otten, Edward & | $41,446.00 | $89,000.00 | ($54,914.07) | $34,085.93 | | | $6,862.90 | |
| 99 | 2775 | Kathleen | $24,000.00 | $11,146.91 | ($11,146.91) | $0.00 | | $21,845.21 | $1,540.27 | |
| 100 | 2751* | Otto, Harvey | unknown amnt. | $0.00 | ($11,046.33) | ($11,046.33) | ($11,046.33) | $10,899.52 | $325.29 | |
| 101 | 1187 | Pawlicki, Robert | $7,806.14 | $0.00 | ($750.00) | ($750.00) | ($750.00) | $7,942.11 | $638.22 | |
| 102 | 6466 | Peter, Marsha Preiser, Wolfgang & | $57,433.05 | $713,866.08 | ($709,177.80) | $4,688.28 | | $28,724.39 | | |
| 103 | 2024 | Cecelia | $4,436.31 | $0.00 | $0.00 | $0.00 | | $3,685.14 | $785.94 | |
| 104 | 1960 | Preklas, John & Helen | undetermined | $0.00 | $0.00 | $0.00 | | $5,166.21 | $311.62 | |

| counter | Claim | NAME | TOTAL CLAIM | Hard Ca$h to DSI or Donahue (Including IMS Fees) | Total Withdrawals | SIPC & Trustee Allowed (1) | Fraudulent Conveyance Trustee Claimed (1a) | Surrender Charges (2) | Interest (3) | Undocumented (including market loss, unauthorized trading, legal fees, etc.) |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 2694 | Puthoff, Leonard & Rapin, Lynn & Kathleen | $963.28 | $0.00 | $0.00 | | | $801.64 | $161.64 | |
| 106 | 2783 | Conyne, Robert K. | $8,305.97 | $0.00 | ($4,444.50) | | ($4,444.50) | $7,299.54 | $1,073.83 | |
| 107 | 2792 | Recker, William | $10,734.95 | $22,500.00 | ($14,000.00) | $8,500.00 | | | $2,234.95 | |
| 108 | 2189 | Rohr, George | unknown amnt. | $0.00 | ($787.95) | ($787.95) | ($787.95) | $775.00 | $12.95 | |
| 109 | 304 | Rowe, Kenneth W. & Bonnie McNeely | $6,371.00 | $0.00 | ($21,614.78) | $0.00 | ($21,614.78) | $26,349.49 | $1,641.80 | |
| 110 | 2756* | Rubin, Stanley & Carol | unspecified | $0.00 | ($4,045.17) | $0.00 | ($4,045.17) | $3,940.27 | $104.90 | |
| 111 | 2762 | Rush, Solveiga | $283.06 | $0.00 | ($4,842.53) | $0.00 | ($4,842.53) | $5,022.88 | $105.95 | |
| 112 | 1190 | Scarborough, Gail | $6,669.26 | $0.00 | ($13,750.00) | $0.00 | ($13,750.00) | $13,292.60 | $1,866.23 | |
| 113 | 548 | Scheidt, John | $4,249.60 | $0.00 | $0.00 | $0.00 | | $4,047.25 | $545.94 | |
| 114 | 1403 | Schmeltzer, George | $4,490.00 | $0.00 | $0.00 | $0.00 | | $4,362.20 | $127.80 | |
| 115 | 2761 | Scott, Elizabeth M. | $30,222.72 | $30,000.00 | $0.00 | $30,000.00 | | $222.72 | $222.72 | |
| 116 | 1959 | Shear, Donald & Edith | $33,000.00 | $40,000.00 | ($20,000.00) | $20,000.00 | | $4,480.10 | $2,599.01 | |
| 117 | * | Shely-Kotcher, Elizabeth | $11,011.27 | ($12,988.73) | | ($1,977.46) | $892.00 | $64.40 | | |
| 118 | 507 | Siebert, Mary Siereveld, Ralph & | $2,008.00 | $0.00 | $0.00 | $0.00 | | $1,737.16 | $270.84 | |
| 119 | 583 | Juanita | $24,623.50 | $16,360.52 | $0.00 | $16,360.52 | | $5,914.14 | $2,584.73 | |
| 120 | 1138 | Startz, Ann & Morton | $1,218.08 | $0.00 | $0.00 | $0.00 | | $1,127.28 | $90.90 | |
| 121 | 2460 | Stutz, Robert & Rochelle | $27,720.49 | $0.00 | ($18,337.33) | $0.00 | ($18,337.33) | $46,492.30 | $3,780.70 | |
| 122 | 593 | Tafuri, John | $11,258.64 | $19,000.00 | ($25,137.79) | $0.00 | ($6,137.79) | $16,038.34 | $1,854.67 | |
| 123 | 1173 | Taylor, Bryon J. | $10,169.07 | $10,000.00 | $0.00 | $10,000.00 | | $739.43 | | |
| 124 | 2475 | Victor, Selma | $518,672.58 | $424,192.82 | ($134,522.00) | $296,899.48 (b) | | $14,457.33 | $204,657.80 | |
| 125 | 2377 | Vidourek, Jacqueline | $111,960.21 | $58,561.72 | $0.00 | $58,561.72 | | $335.14 | $53,063.35 | |
| 126 | 791 | Vincent, Sharon | $1,582.00 | $0.00 | $0.00 | $0.00 | | $1,509.42 | $87.27 | |
| 127 | 6528 | Wagner, Thomas J. & Virginia A. | $162,876.49 | $150,000.00 | ($3,900.00) | $146,100.00 | | | $10,768.86 | |
| 128 | 2789 | Warner, Victor & Ann M. | $9,900.92 | $22,000.00 | ($22,000.00) | $0.00 | | $24,596.95 | $1,207.72 | |
| 129 | 2771* | Weber, Margerite | $10,334.01 | $0.00 | $0.00 | $0.00 | | $2,952.00 | $391.66 | $6,990.35 |

| counter | Claim NAME | TOTAL CLAIM | Hard Ca$h to DSI or Donahue | Total Withdrawals (Including IMS Fees) | SIPC & Trustee Allowed (1) | Fraudulent Conveyance Trustee (1a) | Claimed Surrender Charges (2) | Interest (3) | Undocumented (including market loss, unauthorized trading, legal fees, etc.) |
|---|---|---|---|---|---|---|---|---|---|
| 130 | 1978 Widlansky, Bernard Widlansky, William & | $8,245.75 | $0.00 | $0.00 | $0.00 | $0.00 | $9,518.95 | $444.87 | |
| 131 | 1965 Frances | $84,207.75 | $63,303.27 | ($2,234.38) | $61,068.89 | | $13,079.70 | $10,059.17 | |
| 132 | 724 Wolf, Mary K. | $17,457.00 | $12,000.00 | $0.00 | $12,000.00 | | $5,126.32 | $330.68 | |
| 133 | 350 Zinn, Charlene | $1,743.52 | $0.00 | $0.00 | $0.00 | | $1,743.52 | $37.66 | |
| | TOTALS:------>>> | $7,347,070.52 | $10,624,659.09 | ($6,511,215.39) | $4,113,443.70 | ($371,396.93) | $780,665.07 | $1,026,489.74 | $149,518.81 |

1. This column represents the allowed amount of each customer's claim. A positive amount indicates the amount paid by the Trustee to the claimant. A negative amount indicates false profits received by the individual claimant. The Trustee has demanded repayment of false profits from each affected claimant.

1a. These claimants withdrew more cash out of the Fund than they put in. The Trustee has sent letters to each claimant demanding repayment.

2. All surrender charges for all claimants have been denied by the Trustee.

3. All interest claims for all claimants have been denied by the Trustee.

* Denotes claimants who did not file a customer claim.

(a) This amount reflects an increase of $1,602.58 resulting from the Trustee's settlement of 1/2 of a $3,205.17 debit balance in one of this claimant's 3 accounts.

(b) This amount reflects an increase of $7,228.66 resulting from the Trustee's settlement of surrender charges.