## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN G. DONAHUE and )<br>DONAHUE SECURITIES, INC., )<br>)<br>Defendants. )<br>_____) | CASE NO. 1:01-cv-116<br><br>Judge Sandra S. Beckwith |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005, I electronically filed the foregoing Motion to Set Amount of Disgorgement, Distribute Receivership Assets and Dismiss Certain Claims, Memorandum in Support and Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals:

Richard Boydston, Esq.
Counsel for the Receiver
Greenbaum Doll & McDonald, PLL
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
rb2@gdm.com

Gerald L. Baldwin, Esq.
Counsel for SIPC
Frost Brown Todd
2500 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
gbaldwin@fbtlaw.com

Glenn V. Whitaker
Vorys, Sater, Seymour & Pease
Atrium Two
221 E. Fourth Street, Suite 2100
Cincinnati, Ohio 45201
gvwhitaker@vssp.com

J. Michael Debbeler, Esq.
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, Ohio 45202
mdebbeler@graydon.com

Donald J. Rafferty, Esq.
Cohen Todd Kite & Stanford, LLC
250 E. Fifth Street, Suite 1200
Cincinnati, Ohio 45202
drafferty@ctks.com

        s/Anne C. McKinley
        Anne C. McKinley, IL Bar No. 6270252
        One of the Attorneys for Plaintiff
        U.S. Securities and Exchange Commission
        175 West Jackson Boulevard, Suite 900
        Chicago, Illinois 60604
        Telephone: (312) 353-7390
        Facsimile: (312) 353-7398
        mckinleya@sec.gov

Dated: August 3, 2005