UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | : | |
| v. | : | MOTION BY RECEIVER FOR ORDER APPROVING DISTRIBUTIONS TO SIPC TRUSTEES AND INVESTORS AND MEMORANDUM IN SUPPORT |
| STEPHEN G. DONAHUE, et al., | : | |
| Defendants. | : | |

Comes now Michael R. Barrett as the receiver for defendant Stephen G. Donahue (the "Receiver") and moves the Court for entry of an order in the form of that tendered herewith distributing the assets in the hands of the Receiver as follows:

1. To the investors as partial repayment for surrender charges incurred by them in the total amount of $670,500.00 as more fully set forth on the list attached to this motion marked Exhibit A.

2. To Douglas L. Lutz as the substitute trustee for Donahue Securities, Inc. and S.G. Donahue & Company, Inc. pursuant to the federal Securities Investor Protection Act, 15 U.S.C. § 78999-111 ("SIPA") and orders entered in case number 1:01-cv-117 in this Court and Adversary Proceeding Number 01-1027 in the Bankruptcy Court for this District (the "SIPC Trustee") in the amount of $404,925.75.

3. To the Receiver as approved by the Court after separate motion for fees and expenses in an amount currently estimated to not exceed $12,500.00.

4. To counsel for the Receiver, namely Ulmer & Berne, LLP and Greenebaum Doll & McDonald PLLC, as approved by the Court after separate motion for fees and expenses in an amount currently estimated to not exceed $20,000.00.

5. The balance, if any, to the SIPC Trustee in an amount currently estimated to not exceed $-0-.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

## MEMORANDUM

The Court has entered an order granting the motion by plaintiff United States Securities and Exchange Commission (the "SEC"), inter alia, to approve the agreement between the SEC, the SIPC Trustee and the Receiver to distribute the assets in the hands of the receiver (the "Distribution Agreement").

The Receiver is holding approximately $1,107,000.00.

The Distribution Agreement is based on the following facts. The SIPC Trustee collected a total of $3,641,883.37 and paid out a total of $4,113,443.70 to investors. The difference between those amounts is $471,560.33 (the "SIPC Shortfall"). Of the 133 investors, 109 incurred surrender charges on liquidations of annuities to the invest annuity liquidation proceeds in the fictitious tax free bond fund in the total amount of $780,665.07 (the "Surrender Charges"). The SIPC Trustee refused to reimburse the investors for the Surrender Charges on the grounds

they are not covered under SIPA. The SIPC Shortfall plus the Surrender Charges total $1,252,225.50 (the "Total Claim"). The SIPC Shortfall represents 37.65776% of the Total Claim and the Surrender Charges represent 62.34223% of the Total Claim.

The current unpaid fees and expenses for the Receiver and his counsel total approximately $12,000.00. The Receiver and his counsel anticipate further fees and expenses to make the distributions to the investors and to file a final report and final applications should not exceed $20,500.00.

Consequently, the Receiver proposes a total hold back of $32,500.00. In the event the hold back is insufficient, the Receiver will seek reimbursement from the SIPC Trustee and in the event the hold back exceeds expenses, the Receiver will pay that excess to the SIPC Trustee. The SIPC Trustee is under no obligation to pay any such reimbursement request by the Receiver.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion by Receiver for Order Approving Distributions to SIPC Trustee and Investors and Supporting Memorandum was served on September 30, 2005 electronically pursuant to the CM/ECF procedures established by the Court and by ordinary United States mail, first class postage prepaid, on all persons listed on the attached service list.

/s/ Richard Boydston

634972_1

## SERVICE LIST

ROBERT& IVA DEAN ADOLPH
8024 WITTS MILL LN.
CINCINNATI, OH 45255-5730

ARTHUR J. & DOLORES A. ARAND
4950 JESSUP RD.
CINCINNATI, OH 45247-5909

ELEANOR BALANDA
8716 TANAGER WOODS DR.
CINCINNATI, OH 45249

TONY J. & RITA BALZANO
211 CENTERVIEW DR.
CINCINNATI, OH 45238-5728

DR. TOM BARDEN & BEVERLY BARDEN
1225 W. ROOKWOOD DR.
CINCINNATI, OH 45208-3337

EWALD BAUKNECHT
2897 GERALDINE DR.
CINCINNATI, OH 45239

BERNARD & SHIRLEY BERG
7565 ELBROOK AVE.
CINCINNATI, OH 45237-2201

KATHY BLAZER
3193 TRIPLECROWN DR.
NORTH BEND, OH 45052

SAUL BLOOMFIELD
57 CARPENTERS RDG
CINCINNATI, OH 45241-3266

BRUCE BLUM
205 ROYAL OAK COURT
ZIONSVILLE, IN 46077

WILMA J. BLUM
6052 CRITTENDEN DR.
CINCINNATI, OH 45244-3905

SCOTT C. BOLINGER
6886 KILDARE DRIVE
CINCINNATI, OH 45233

DOROTHY BRAUCHER
600 VINE ST., SUITE 2800
CINCINNATI, OH 45202-2409

LAWRENCE W. & BONNIE S. BROCK
215 SUNSET DRIVE
HIGHLAND HEIGHTS, KY 41076

DAVID & DEBORAH BURDEN
11572 ENYART RD.
LOVELAND, OH 45140-8221

DONALD C. BUSHMAN
6501 WERK RD.
CINCINNATI, OH 45248-2928

CORNELIA B. CALLISON
3539 TRASKWOOD CIRCLE
CINCINNATI, OH 45208

JEROME & COLLEEN CARLE
3306 RENFRO AVE.
CINCINNATI, OH 45211

TITO & ANITA CAVALLO
7390 PINEHURST DRIVE
CINCINNATI, OH 45244

WILLIAM & MARGARET CHADWELL
606 SHOREWOOD DR. C205
CAPE CANAVERAL, FL 32920

WILLIAM C. DALEY
2797 SENATE CT.
CINCINNATI, OH 45224-2724

JANICE DENTON
88 REILY RD.
CINCINNATI, OH 45215-2664

| | |
|---|---|
| ALAN & FRAN DENZLER<br>1358 N.W. LAKEVIEW DR.,<br>SEBRING, FL 33870 | ROBERT FLINCHBAUGH<br>9 SHADY OAK LN<br>OIL CITY, PA 16301-3045 |
| BARBARA DESALVO<br>9540 LEEBROOK DR.<br>CINCINNATI, OH 45231-2647 | RALPH GIANNELLA<br>615 STANLEY AVENUE<br>CINCINNATI, OH 45226-1736 |
| ESTHER & MARK DINE<br>2875 BELKAY LN<br>CINCINNATI, OH 45237-2301 | RICHARD GILIBERTO<br>2825 ASHTON CIRCLE<br>HAMILTON, OH 45011-7869 |
| DEBORAH E. ENDRES<br>1082 BUCKEYE CT.<br>MASON, OH 45040-1410 | DELORES GOLDFINGER<br>JOSEPH PINALES (DECEASED)<br>9862 ZIGZAG ROAD<br>CINCINNATI, OH 45242-6311 |
| STUART A. FABE<br>3174 PORTSMOUTH AVENUE<br>CINCINNATI, OH 45208 | ALFRED & DEANNA GOTTSCHALK<br>210 CENTRAL PARK SOUTH, APT. 3A<br>NEW YORK, NY 10019 |
| SUSAN FABE<br>12035 PICKWICK PL<br>CINCINNATI, OH 45241-1790 | DORIS GRIEDER<br>8917 HARPER POINT DRIVE, APT A<br>CINCINNATI, OH 45249-2629 |
| WARREN FALBERG<br>10623 INDIAN WOODS DR.<br>CINCINNATI, OH 45242-3436 | ELMER R. & JANE M. GROSSHEIM<br>6000 GAINES RD.<br>CINCINNATI, OH 45247-5820 |
| FAUST FAMILY TRUST<br>JEAN ALICE & JOHN F. FAUST<br>4941 N. ARBOR WOODS COURT<br>CINCINNATI, OH 45248-1666 | ARTHUR & MARCI GRZELECKI<br>4347 ASHLEY OAKS DR.<br>CINCINNATI, OH 45227 |
| MARY ANN FIX-MEYER<br>628 OVERTON STREET<br>NEWPORT, KY 41071 | DONALD R. GUETERMAN<br>5143 GROSSE POINT LANE<br>CINCINNATI, OH 45238-5718 |
| HERBERT FLESSA<br>44 RAWSON WOODS CIRCLE<br>CINCINNATI, OH 45220 | DONALD GUSTAFSON<br>17 BUDDE CT.<br>FORT THOMAS, KY 41075-1215 |
| BENJAMIN FLIEHMAN<br>5832 N GLEN RD<br>CINCINNATI, OH 45248-4152 | JO ELLEN HARRIS<br>4264 VICTORIAN GARDEN #61<br>CINCINNATI, OH 45211 |

DONALD C. HARRISON
9250 OLD INDIAN HILL ROAD
CINCINNATI, OH 45243

ROBERT & MILDRED HASTINGS
6189 OAKHAVEN DRIVE
CINCINNATI, OH 45233

ROBERT HAUCK
2988 BETHEL CONCORD RD.
BETHEL, OH 45106-8416

VIRGINIA HETTEL
242 CLOVERHILL TERRACE
CINCINNATI, OH 45238

MARTHA HIGHSMITH
1302 AVON DR.
CINCINNATI, OH 45229-1212

ROBERT HOFFMAN
3543 CONSTITUTION CT.
CINCINNATI, OH 45248-2829

MAUREEN L. HOLLENBECK
9201 BOURMET LN.
LOVELAND, OH 45140-7006

STEPHEN HORNSTEIN
3630 PHILLIPS PKWY APT 702
SAINT LOUIS PARK, MN 55426-3779

ROBERT HUMMEL
3 SOUTH ROAD
KEY LARGO, FL 33037-3746

JACK & MARJORIE ISAACS
9850 HUNTERS RDG
CINCINNATI, OH 45249-8289

PATRICIA & RAYMOND JASPERS
5131 CARRIAGE HILL
CINCINNATI, OH 45248-6814

NESTA JETT
682 LELAND AVE.
TAYLOR MILL, KY 41015

ALICE P. JUENGST
3721 PETOSKEY AVENUE
CINCINNATI, OH 45227-4406

GEORGE JUENGST
3721 PETOSKEY AVENUE
CINCINNATI, OH 45227-4406

MARILYN R. KAISER
3801 AULT PARK AVENUE
CINCINNATI, OH 45208-1705

MILDRED KANDELSON
7184 PONDSIDE COURT #A
SHARONVILLE, OH 45241-3442

ROBERT & MIRIAM KATZ
1346 PARK RIDGE PLACE
CINCINNATI, OH 45208-2545

JERALD & RENA KAY
4192 ROSE HILL AVENUE
CINCINNATI, OH 45229-1421

DORIS KEHOE
6471 OLD BARN CT.
CINCINNATI, OH 45243

ROBERT W. KEITH & KATHLEEN THORNTON
7833 PINEMEADOW LANE
CINCINNATI, OH 45224

THOMAS W. KIGER
3728 ASHWORTH DRIVE, APT. B
CINCINNATI, OH 45208-1804

ROBERT N. KIRCH
3051 CITATION LANE
NORTH BEND, OHIO 45052

JAMES AND ANABELLE KNAPP
7724 JANDARACRES
CINCINNATI, OH 45248

RICHARD AND NANCY KNAPP
7771 ZION HILL ROAD
CLEVES, OH 45002

BILL KUPFERBERG
16451 MILLSTONE CIRCLE
FT. MYERS, FLORIDA 33908

MARIA AURORA LAMBERT
12042 CEDARCREEK DR.
CINCINNATI, OH 45240

DANIEL & LISA LAPE
8248 JAKARO DRIVE
CINCINNATI, OH 45255-4400

LAURA LAPE
105 BONNIE LESLIE AVE.
BELLEVUE, KY 41073-1702

SANDRA LEACH
10063 VOYAGER WAY
CINCINNATI, OH 45252

MINETTE LEBOWITZ
9210 GEORGETOWN CIRCLE
LOVELAND, OH 45140-5546

CAROL LOCKWOOD
495 ANDERSON FERRY ROAD
CINCINNATI, OH 45238

DR. JAMES P. LONG
4304 ARMANDALE AVE. NW
CANTON, OH 44718

ROBERT G. LUKE, M.D.
1831 KEYS CRESCENT
CINCINNATI, OH    45206

JANET R. LYKINS
1050 ROXIE LANE
CINCINNATI, OH 45224-1607

ESAR G. MARGOLIN
7258 LAUREL OAK LANE
CINCINNATI, OH 45237-2930

GEORGE & JACKIE MARSHALL
1733 HIGHLAND AVENUE
CINCINNATI, OH 45210

GERALDINE S. MARTIN
10723 WEATHERSTONE CT
LOVELAND, OH 45140-7402

JAMES A. MATSON
4102 RAEANN DRIVE
CINCINNATI, OH 45252

MARGARET A. MAYS
3336 JEFFERSON AVE., APT 33
CINCINNATI, OH 45220-2137

DON & AMY LOU MCGINNIS
3761 CATBRIER CT.
BONITA SPRINGS, FL 3413-7929

ESTELLE M. MCHUGH
5759 CHEVIOT RD# 1
CINCINNATI, OH 45247

VIRGINIA MERCHANT
9041 WINTON ROAD
CINCINNATI, OH 45231

I.A. MICHAELSON
8746 BRENT DR.
CINCINNATI, OH 45231-4912

DALE H. MIDDLETON
6769 TARAWA DR.
CINCINNATI, OH 45224-1152

IDA W. MINSON
2523 VERA AVENUE
CINCINNATI, OH 45237

JOSEPH MOGAN
7350 SAINT IVES PL
WEST CHESTER, OH 45069-4646

JOYCE & BRYAN MOORE
6215 WHITEAWAY DR.
LOVELAND, OH 45140

RICHARD & KAREN M NIEMEYER
6878 MENZ LANE
CINCINNATI, OH 45233

JAMES NORDLUND
3519 PRINCIPIO AVE.
CINCINNATI, OH 45208

SEAN & MARY O'DWYER
3850 KILBOURNE AVE.
CINCINNATI, OH 45209-1815

MIRIAM ORNSTEIN
53 DARMOUTH STREET
BELMONT, MA 02178

ANNA & PAUL ORNSTEIN
60 LONGWOOD AVE., APT. 509
BROOKLINE, MA 02446-5229

RAFAEL ORNSTEIN & SUSAN SHERRY
54 FAIRVIEW AVENUE
WATERTOWN, MA 02472

EDWARD & KATHLEEN OTTEN
5533 HARRISON AVE.
CINCINNATI, OH 45248

HARVEY OTTO
5361 MEADOW ESTATE DRIVE
CINCINNATI, OH 45247

ROBERT PAWLICKI
3337 BRINTON TRL
CINCINNATI, OH 45241-4814

ROGER E. & MARSHA PETER
6878 MENZ LANE
CINCINNATI, OH 45233

WOLFGANG & CECELIA PREISER
4043 CLIFTON RIDGE DR.
CINCINNATI, OH 45220

HELEN & JOHN PREKLAS
6004 SEILER DR.
CINCINNATI, OH 45239-6142

LEONARD & KATHLEEN PUTHOFF
6439 FAIR OAKS AVE.
CINCINNATI, OH 45237-4545

LYNN RAPIN & ROBERT CONYNE
4022 CLIFTON RIDGE DR.
CINCINNATI, OH 45220-1144

WILLIAM RECKER
3421 W. 8TH ST.
CINCINNATI, OH 45205-2201

GEORGE ROHR
5768 HICKVIEW DRIVE
CINCINNATI, OH 45247-6941

KENNETH W. & BONNIE MCNEELY ROWE
3752 MENOHER BLVD.
JOHNSTOWN, PA 15905-5507

STANLEY & CAROL RUBIN
10695 DEERSHADOW LANE
CINCINNATI, OH 45242

SOLVEIGA RUSH
1617 E. MCMILLAN ST.
CINCINNATI, OH 45206

GAIL SCARBOROUGH
3337 BRINTON TRL
CINCINNATI, OH 45241-4814

ROBERT SCARBOROUGH
3337 BRINTON TRAIL
CINCINNATI, OH 45241

JOHN SCHEIDT
1105 DUNCANSON RD.
SARDINIA, OH 45171-9478

GEORGE SCHMELTZER
336 HARMONY DR.
HARRISON, OH 45030-1671

ELIZABETH M. SCOTT
9540 LEEBROOK DR.
CINCINNATI, OH 45231-2647

DONALD & EDITH SHEAR
537 CHISHOLM TRL
CINCINNATI, OH 45215-2517

MARY JO SIEBERT
3323 BELLEHAVEN CT.
CINCINNATI, OH 45248-4213

RALPH & JUANITA SIEREVELD
5390 THRASER DR.
CINCINNATI, OH 45247-7534

ANN & MORTON STARTZ
612 CLINTON SPRINGS
CINCINNATI, OH 45229

ROBERT & ROCHELLE P STUTZ
359 ASHLEY LANE
WYOMING, OH 45215

JOHN F TAFURI
162 RUSKIN DRIVE
SPRINGDALE, OH 45246-2434

BRYON J TAYLOR
1082 BUCKEYE COURT
MASON, OH 45040-1410

JACQUELINE VIDOUREK
358 SHILOH STREET, APT 1
CINCINNATI, OH 45220-1650

SELMA VICTOR
8024 WITTS MILL LN.
CINCINNATI, OH 45255-5730

SHARON R VINCENT
299 SAILBOAT RUN, #2D
DAYTON, OH 45458

THOMAS J & VIRGINA A WAGNER
6563 KARINCREST DRIVE
MIDDLETOWN, OH 45044

ANN & VICTOR WARNER
10868 BROMWELL LANE
CINCINNATI, OH 45249-3610

MARGARITE WEBER
3543 CONSTITUTION
CINCINNATI, OH 45248

BERNAD WIDLANSKY
927 SPRINGBROOK DRIVE
CINCINNATI, OH 45224-1608

WILLIAM & FRANCES WIDLANSKY
927 SPRINGBROOK DRIVE
CINCINNATI, OH 45224-1608

MARY K WOLF
299 SAIL BOAT RUN, APT 2B
DAYTON, OH 45458-5504

CHARLENE A ZINN
104 CADDO LANE
LOUDON, TN 37774-2157