**Calculation of Amount to be Distributed to Investors in Partial Repayment of Surrender Charges Incurred**

| 1<br>Counters | 2<br>SIPC claim number | 3<br>Investor name | 4<br>Surrender charges | 5<br>Surrender charges in column 4 as percent of total surrender charges | 6<br>Percent in column 5 times total funds to be distributed ($670,500.00) for amount to be distributed to investor |
|---|---|---|---|---|---|
| 1/1  | 2669 | Adolph, Robert            | $19,278.04 | 2.47 % | $16,561.35 |
| 2/2  | 2604 | Arand, Arthur J.          | 7,822.08   | 1.00   | 6,705.00   |
| 3    | 2564 | Balanda, Eleanor          |            |        |            |
| 4/3  | 981  | Balzano, Tony J.          | 7,599.04   | 0.97   | 6,503.85   |
| 5/4  | 384  | Barden, Tom P.            | 39,716.58  | 5.09   | 34,128.45  |
| 6    | 1591 | Bauknecht, Ewald          |            |        |            |
| 7/5  | 2238 | Berg, Bernard & Shirley   | 14,396.20  | 1.84   | 12,337.20  |
| 8/6  | 2788 | Blazer, Kathy             | 82.82      | 0.01   | 67.05      |
| 9/7  | 1710 | Bloomfield, Saul & Ellen  | 8,433.95   | 1.08   | 7,241.40   |
| 10   | 2787 | Blum, Bruce               |            |        |            |
| 11/8 | 2753 | Blum, Wilma, J.           | 21,871.02  | 2.80   | 18,774.00  |
| 12   | 2782 | Bolinger, Scott           |            |        |            |
| 13/9 | 2772 | Braucher, Dorothy         | 2,891.14   | 0.37   | 2,480.85   |
| 14/10| 1954 | Brock, Lawrence & Bonnie  | 18,273.08  | 2.34   | 15,689.70  |
| 15/11| 2785 | Burden, David & Debbie    | 476.42     | 0.06   | 402.30     |
| 16/12| 1696 | Bushman, Donald           | 1,923.22   | 0.25   | 1,676.25   |
| 17/13| 2778 | Callison, Cornelia        | 4,658.24   | 0.60   | 4,023.00   |
| 18/14| 2518 | Carle, Jerome & Colleen   | 1,925.36   | 0.25   | 1,676.25   |
| 19/15| 2759 | Cavallo, Tito             | 6,773.04   | 0.87   | 5,833.35   |
| 20/16| 397  | Chadwell, William & Margaret | 2,970.46 | 0.38 | 2,547.90   |
| 21/17| 1092 | Daley, William C          | 4,862.25   | 0.62   | 4,157.10   |
| 22/18| 796  | Denton, Janice            | 16,996.17  | 2.18   | 14,616.90  |
| 23/19| 6873 | Denzler, Alan & Fran      | 3,990.92   | 0.51   | 3,419.55   |
| 24/20| 2779 | DeSalvo, Barbara          | 20,453.29  | 2.62   | 17,567.10  |
| 25   | 2247 | Dine, Mark & Esther       |            |        |            |
| 26/21| 2758 | Endres, Deborah           | 141.96     | 0.02   | 134.10     |
| 27/22| 382  | Fabe, Stuart              | 1,825.23   | 0.23   | 1,542.15   |

1

EXHIBIT A

EXHIBIT A

EXHIBIT A

| 1 Counters | 2 SIPC claim number | 3 Investor name | 4 Surrender charges | 5 Surrender charges in column 4 as percent of total surrender charges | 6 Percent in column 5 times total funds to be distributed ($670,500.00) for amount to be distributed to investor |
|---|---|---|---|---|---|
| 28/23 | 348 | Fabe, Susan | 1,613.62 | 0.21 | $1,408.05 |
| 29/24 | 720 | Falberg, Warren & Irene | 4,567.73 | 0.59 | 3,955.95 |
| 30/25 | 2678 | Faust, John F & Jean Alice (Trust) | 2,854.16 | 0.37 | 2,480.85 |
| 31/26 | 2478 | Fix-Meyer, Mary | 2,405.94 | 0.31 | 2,078.55 |
| 32/27 | 2784 | Flessa, Herbert | 5,537.59 | 0.71 | 4,760.55 |
| 33/28 | 1262 | Fliehman, Benjamin | 4,718.77 | 0.60 | 4,023.00 |
| 34/29 | 1445 | Flinchbaugh, Robert | 509.00 | 0.07 | 469.35 |
| 35/30 | 2757 | Gianella, Ralph | 3,694.34 | 0.47 | 3,151.35 |
| 36/31 | 472 | Giliberto, Richard & Barbara | 2,439.90 | 0.31 | 2,078.55 |
| 37/32 | 2781 | Goldfinger, Delores | 6,718.03 | 0.86 | 5,766.30 |
| 38/33 | 2766 | Gottschalk, Alfred & Deanna | 2,764.85 | 0.35 | 2,346.75 |
| 39 | 1001 | Grieder, Doris | | | |
| 40/34 | 158 | Grossheim, Elmer R. | 1,127.57 | 0.14 | 938.70 |
| 41/35 | 1899 | Grzelecki, Arthur & Marci | 9,412.86 | 1.21 | 8,113.05 |
| 42/36 | 312 | Guterman, Donald R. & Kay | 479.95 | 0.06 | 402.30 |
| 43 | 651 | Gustafson, Donald | | | |
| 44/37 | 1993 | Harris, Jo Ellen | 6,529.68 | 0.84 | 5,632.20 |
| 45/38 | 800 | Harrison, Donald | 25,698.98 | 3.29 | 22,059.45 |
| 46/39 | 2767 | Hastings, Robert & Mildred | 8,628.63 | 1.11 | 7,442.55 |
| 47/40 | 779 | Hauck, Robert & Sue | 6,913.71 | 0.88 | 5,900.40 |
| 48/41 | 2754 | Hettel, Virginia L | 2,056.75 | 0.26 | 1,743.30 |
| 49 | 740 | Highsmith, Robert & Martha | | | |
| 50/42 | 588 | Hoffman, Robert | 2,282.65 | 0.29 | 1,944.45 |
| 51/43 | 2056 | Hollenbeck, Maureen | 2,462.10 | 0.31 | 2,078.55 |
| 52/44 | 2679 | Hornstein, Stephen | 7,655.28 | 0.98 | 6,570.90 |
| 53/45 | 490 | Hummel, Robert | 981.00 | 0.13 | 871.65 |
| 54/46 | 2765 | Isaacs, Jack & Majorie | 2,909.44 | 0.37 | 2,480.85 |
| 55 | 2776 | Jaspers, Raymond | | | |

2

EXHIBIT A

| 1 Counters | 2 SIPC claim number | 3 Investor name | 4 Surrender charges | 5 Surrender charges in column 4 as percent of total surrender charges | 6 Percent in column 5 times total funds to be distributed ($670,500.00) for amount to be distributed to investor |
|---|---|---|---|---|---|
| 56/47 | 2749 | Jett, Nesta A. | 1,310.43 | 0.17 | 1,139.85 |
| 57/48 | 2143 | Juengst, Alice P. | 5,526.54 | 0.71 | 4,760.55 |
| 58/49 | 2141 | Juengst, George | 3,760.83 | 0.48 | 3,218.40 |
| 59/50 | 559 | Kaiser, Marilyn | 5,887.49 | 0.75 | 5,028.75 |
| 60/51 | 111 | Kandelson, Mildred | 2,821.17 | 0.36 | 2,413.80 |
| 61/52 | 2566 | Katz, Robert & Miriam | 13,585.99 | 1.74 | 11,666.70 |
| 62/53 | 2568 | Kay, Jerald (as representative) | 1,715.86 | 0.22 | 1,475.10 |
| 63 | 2723 | Kay, Rena (as representative) | | | |
| 64/54 | 1323 | Kehoe, Doris | 3,481.05 | 0.44 | 2,950.20 |
| 65/55 | 6800 | Keith, Robert & Thornton, Kathleen | 14,834.96 | 1.90 | 12,739.50 |
| 66/56 | 801 | Kiger, Thomas | 1,385.00 | 0.18 | 1,206.90 |
| 67 | 482 | Kirch, Robert | | | |
| 68/57 | 2752 | Knapp, James & Anabelle | 3,467.50 | 0.44 | 2,950.20 |
| 69/58 | 2770 | Knapp, Richard & Nancy | 1,799.51 | 0.23 | 1,542.15 |
| 70/59 | 2760 | Kupferberg, Bill (Cyril) | 1,909.48 | 0.25 | 1,676.25 |
| 71/60 | 2755 | Lambert, Maria Aurora | 1,620.89 | 0.21 | 1,408.05 |
| 72 | 368 | Lape, Daniel | | | |
| 73/61 | 886 | Lape, James & Laura | 1,439.49 | 0.18 | 1,206.90 |
| 74 | 2769 | Leach, Sandra | | | |
| 75/62 | 2517 | Lebowitz, Minette | 1,946.16 | 0.25 | 1,676.25 |
| 76/63 | 1393 | Lockwood, Carol | 2,383.16 | 0.31 | 2,078.55 |
| 77/64 | 362 | Long, James P. | 979.05 | 0.13 | 871.65 |
| 78/65 | 527 | Luke, Robert | | | |
| 79/66 | 377 | Lykins, Janet | 8,122.25 | 1.04 | 6,973.20 |
| 80 | 2148 | Margolin, Esar Gordon | 22,002.48 | 2.82 | 18,908.10 |
| 81 | 518 | Marshall, George | | | |
| 82 | 2245 | Martin, Geraldine | | | |
| 83/67 | 1442 | Matson, James | 1,672.68 | 0.21 | 1,408.05 |

3

EXHIBIT A

EXHIBIT A

| 1 Counters | 2 SIPC claim number | 3 Investor name | 4 Surrender charges | 5 Surrender charges in column 4 as percent of total surrender charges | 6 Percent in column 5 times total funds to be distributed ($670,500.00) for amount to be distributed to investor |
|---|---|---|---|---|---|
| 84/68 | 2049 | Mays, Margaret A | 4,605.68 | 0.59 | 3,955.95 |
| 85/69 | 1306 | McGinnis, Don | 21,802.99 | 2.79 | 18,706.95 |
| 86 | 1675 | McHugh, Estelle | | | |
| 87/70 | 2780 | Merchant, Virginia | 2,088.07 | 0.27 | 1,810.35 |
| 88/71 | 505 | Michaelson, I. Arthur | 976.07 | 0.13 | 871.65 |
| 89/72 | 604 | Middleton, Dale H. | 6,288.51 | 0.81 | 5,431.05 |
| 90 | 2750 | Minson, Ida | | | |
| 91/73 | 323 | Morgan, Joseph | 1,509.79 | 0.19 | 1,273.95 |
| 92/74 | 2748 | Moore, Joyce & Brian | 7,529.90 | 0.97 | 6,503.85 |
| 93/75 | 1691 | Niemeyer, Richard & Karen | 6,358.96 | 0.82 | 5,498.10 |
| 94/76 | 950 | Nordlund, James & Mary | 3,798.25 | 0.49 | 3,285.45 |
| 95/77 | 1864 | O'Dwyer, Sean | 4,698.38 | 0.60 | 4,023.00 |
| 96 | 2364 | Ornstein, Miriam | | | |
| 97/78 | 2276 | Ornstein, Paul & Anna | 31,603.75 | 4.05 | 27,155.25 |
| 98 | 2446 | Ornstein, Rafael & Sherry, Susannah | | | |
| 99/79 | 2775 | Otten, Edward & Kathleen | 21,845.21 | 2.80 | 18,774.00 |
| 100/80 | 2751 | Otto, Harvey | 10,899.52 | 1.40 | 9,387.00 |
| 101/81 | 1187 | Pawlicki, Robert | 7,942.11 | 1.02 | 6,839.10 |
| 102 | 6466 | Peter, Marsha | | | |
| 103/82 | 2024 | Preiser, Wolfgang & Cecelia | 3,685.14 | 0.47 | 3,151.35 |
| 104/83 | 1960 | Preklas, John & Helen | 5,166.21 | 0.66 | 4,425.30 |
| 105/84 | 2694 | Puthoff, Leonard & Kathleen | 801.64 | 0.10 | 670.50 |
| 106/85 | 2783 | Rapin, Lynn & Conyne, Robert | 7,299.54 | 0.94 | 6,302.70 |
| 107 | 2792 | Recker, William | | | |
| 108/86 | 2189 | Rohr, Geroge | 775.00 | 0.10 | 670.50 |
| 109/87 | 304 | Rowe, Kenneth & Bonnie McNeely | 26,349.49 | 3.38 | 22,662.90 |

4

EXHIBIT A

EXHIBIT A

| 1 Counters | 2 SIPC claim number | 3 Investor name | 4 Surrender charges | 5 Surrender charges in column 4 as percent of total surrender charges | 6 Percent in column 5 times total funds to be distributed ($670,500.00) for amount to be distributed to investor |
|---|---|---|---|---|---|
| 110/88 | 2756 | Rubin, Stanley & Carol | 3,940.27 | 0.51 | 3,419.55 |
| 111/89 | 2762 | Rush, Solvegia | 5,022.88 | 0.64 | 4,291.20 |
| 112/90 | 1190 | Scarborough, Gail | 13,292.60 | 1.70 | 11,398.50 |
| 113/91 | 548 | Scheidt, John | 4,047.25 | 0.52 | 3,486.60 |
| 114/92 | 1403 | Schmeltzer, George | 4,362.20 | 0.56 | 3,754.80 |
| 115 | 2761 | Scott, Elizabeth M. | | | |
| 116/94 | 1959 | Shear, Donald & Edith | 4,480.10 | 0.57 | 3,821.85 |
| 117/95 | * | Shely-Kotcher, Elizabeth | 892.00 | 0.11 | 737.55 |
| 118/96 | 507 | Siebert Mary | 1,737.16 | 0.22 | 1,475.10 |
| 119/97 | 583 | Siereveld, Ralph & Juanita | 5,914.14 | 0.76 | 5,095.80 |
| 120/98 | 1138 | Startz, Ann & Morton | 1,127.28 | 0.14 | 938.70 |
| 121/99 | 2460 | Stutz, Robert & Rochelle | 46,492.30 | 5.96 | 39,961.80 |
| 122/100 | 593 | Tafuri, John | 16,038.34 | 2.05 | 13,745.25 |
| 123 | 1173 | Taylor, Byron J | | | |
| 124/101 | 2475 | Victor, Selma | 14,457.33 | 1.85 | 12,404.25 |
| 125/102 | 2377 | Vidourek, Jacqueline | 335.14 | 0.04 | 286.20 |
| 126/103 | 791 | Vincent, Sharon | 1,509.42 | 0.19 | 1,273.95 |
| 127 | 6528 | Wagner, Thomas J. & Virginia | | | |
| 128/104 | 2789 | Warner, Victor & Ann M. | 24,596.95 | 3.15 | 21,120.75 |
| 129/105 | 2771 | Weber, Margerite | 2,952.00 | 0.37 | 2,480.85 |
| 130/106 | 1978 | Widlansky, Bernard | 9,518.95 | 1.22 | 8,180.10 |
| 131/107 | 1965 | Widlansky, William & Frances | 13,079.70 | 1.68 | 11,264.40 |
| 132/108 | 724 | Wolf, Mary K. | 5,126.32 | 0.66 | 4,425.30 |
| 133/109 | 350 | Zinn, Charlene | 1,743.52 | 0.22 | 1,475.10 |
| | | TOTALS | $780,665.07 | 100.00 | $668,707.65 |

5

634186_1

EXHIBIT A

EXHIBIT A