FILED
JAMES BONINI
CLERK

05 OCT -3 PM 1:08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 01-CV-00116 (Judge Sandra S. Beckwith) |
| Plaintiff, | |
| v. | |
| STEPHEN G. DONAHUE, et al., | ORDER GRANTING MOTION BY RECEIVER FOR ORDER APPROVING DISTRIBUTIONS TO SIPC TRUSTEE AND INVESTORS |
| Defendants. | |

This action comes before the Court on the Motion by Receiver for Order Approving Distributions to SIPC Trustee and Investors and the memorandum in support thereof filed September 30, 2005 by Michael R. Barrett as receiver for Stephen G. Donahue (the "Receiver").

The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

ORDERED, that the Receiver shall distribute funds in the hands of the Receiver as provided in said motion and, when completed, report on the same to the Court.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com
634999_1