UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | : | |
| v. | : | EIGHTH MOTION TO APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO ULMER & BERNE LLP |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : | |
| Defendants. | : | |

Comes now Michael R. Barrett as the receiver for Stephen G. Donahue and formerly also for S.G. Donahue & Company, Inc. and Stephen G. Donahue pursuant to order entered March 7, 2001 (the "Receiver") and moves the Court for entry of an order approving payment of fees for legal services performed by Ulmer & Berne LLP as counsel for the Receiver during the period from November 1, 2003 through January 20, 2004 in the amount of $1,302.00 and for reimbursement of expenses incurred during the same period in the amount of $191.57 for a total of $1,493.57 and that the same be paid out of funds now in the hands of the Receiver pursuant to the proposed order submitted herewith on the grounds set forth in the memorandum attached hereto.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH  45202-4728
phone:  513.455.7663
fax:  513.762.7963
email:  rb2@gdm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | : : | |
| v. | : : | MEMORANDUM IN SUPPORT OF EIGHTH MOTION TO |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : : | APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO ULMER & BERNE LLP |
| Defendants. | : | |

Michael R. Barrett (the "Receiver) was appointed receiver for S.G. Donahue & Company, Inc. ("SGD & Co.") and Stephen G. Donahue pursuant to order entered March 7, 2001 in this action (the "Receivership Order"). Pursuant to the Receivership Order, the Receiver was authorized to retain and did retain the law firm of Ulmer & Berne LLP ("Ulmer & Berne") as legal counsel.

Ulmer & Berne has incurred fees and expenses in representing the Receiver for the period November 1, 2003 through January 20, 2004 in the total amount of $1,493.57.

A pro forma invoice for these fees and expenses is attached hereto.

The Receiver respectfully represents said fees and expenses are reasonable and necessary expenses of the receivership and should be approved and promptly paid out of funds collected by Receiver.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

CERTIFICATE OF SERVICE

I certify that copies of the foregoing motion and memorandum along with the proposed order granting said motion were served electronically on December 6, 2005 pursuant to the CM/ECF procedures established by the Court.

s/ Richard Boydston

641452_1