```
Printed: April 8, 2004 (8:49am)                                                                    Page: 1
Bill Date: 04/10/04                                                                                Prebill ID: 1845243

                              Ulmer & Berne LLP
                         PRE-BILL - BILLING MEMO

Matter Atty:      Richard Boydston     Client #  26950  Michael R. Barrett, Receiver    Time: From  / /  Thru 03/31/04
Billing Atty:     Richard Boydston     Matter #  0001   DONAHUE                         Cost: From  / /  Thru 03/31/04
Supervising Atty: Richard Boydston     Date Opened - 03/09/01                           Matter Type:    Business General
                                       Bill Frequency: Monthly

Michael R. Barrett, Receiver                              Bill Group MAIN
Attn: Michael R. Barrett
Barrett & Weber LPA
500 Fourth & Walnut Centre
105 E. Fourth Street
Cincinnati, OH 45202-4015
```

| Date | Work Atty | Task Code | Activity Code | Description of Service | Billable Hours | Billable Value | Special Notations | Ref # |
|---|---|---|---|---|---|---|---|---|
| 12/02/03 | RB | | | Prepare liquidation and current asset chart and email to Anne McKinley re same | 0.80 | 228.00 | | 2524828 |
| 12/03/03 | RB | | | Phone conference with Gerald Baldwin re unclaimed funds application and prepare same | 0.80 | 228.00 | | 2524842 |
| 12/03/03 | DDT | | | Provided information re accounts for R. Boydston; sent bank statement and support information to C. Dougherty. | 0.60 | 90.00 | | 2528731 |
| 12/07/03 | RB | | | Draft seventh report of receiver | 0.80 | 228.00 | | 2524875 |
| 12/09/03 | RB | | | Conference with Gerald Baldwin re compensation from SIPC through bankruptcy court (.20); edit seventh interim report and fee application mark up 11/03 invoices (.30) | 0.50 | 142.50 | | 2524894 |
| 12/20/03 | RB | | | Letter with supporting documents to Ohio Division of Unclaimed Funds | 0.50 | 142.50 | | 2543445 |
| 12/29/03 | RB | | | Review SIPC trustee's 10th interim report | 0.20 | 57.00 | | 2545353 |
| 01/03/04 | RB | | | Review letter from Karen McLaughlin and attachments and draft email response | 0.60 | 186.00 | | 2549335 |
| | | | | **Total Unbilled Time** | 4.80 | $1,302.00 | | |

| Date | Init | Client Cost Code | Firm Disb. Code | Costs Advanced | Amount | Special Notations | Ref # |
|---|---|---|---|---|---|---|---|
| 12/01/03 | | | 0710 | 3rd Party Delivery Service   VENDOR: FedEx; INVOICE#: 4-980-47930; DATE: 12/1/2003 - Overnight delivery. | 15.76 | | 1965563 |
| 12/03/03 | | | 0410 | Facsimile  CINF02  Number Dialed: ( )732-7925, Destination: CLERMONT, OH, Duration: 23 seconds, Pages Faxed: 2 | 1.50 | | 1968858 |

Printed: April 8, 2004 (8:49am)  
Bill Date: 04/10/04

Page: 2  
Prebill ID: 1845243

Ulmer & Berne LLP  
PRE-BILL - BILLING MEMO

Matter Atty: Richard Boydston  
Billing Atty: Richard Boydston  
Supervising Atty: Richard Boydston

Client # 26950  Michael R. Barrett, Receiver  
Matter # **0001  DONAHUE**  
Date Opened - 03/09/01  
Bill Frequency: Monthly

Time: From  /  /  Thru 03/31/04  
Cost: From  /  /  Thru 03/31/04  
Matter Type: Business General

| Date | Init | Client Cost Code | Firm Disb. Code | Costs Advanced | Amount | Special Notations | Ref # |
|---|---|---|---|---|---|---|---|
| 12/03/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 4 Page(s)  Job Desc. | 0.80 | | 1968859 |
| 12/04/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 32 Page(s)  Job Desc. | 6.40 | | 1969852 |
| 12/09/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 476 Page(s)  Job Desc. | 95.20 | | 1972442 |
| 12/10/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 32 Page(s)  Job Desc. | 6.40 | | 1973221 |
| 12/10/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 259 Page(s)  Job Desc. | 51.80 | | 1973222 |
| 12/15/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 33 Page(s)  Job Desc. | 6.60 | | 1975764 |
| 12/16/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 8 Page(s)  Job Desc. | 1.60 | | 1976577 |
| 12/17/03 | | | 0710 | 3rd Party Delivery Service   VENDOR: FedEx; INVOICE#: 4-981-28984; DATE: 12/17/2003 - Hand delivery. | 7.88 | | 1976857 |
| 12/22/03 | | | 0410 | Facsimile  CINF02  Number Dialed: 1(614)752-5078, Destination: COLUMBUS, OH, Duration: 216 seconds, Pages Faxed: 26 | 34.59 | | 1979818 |
| 12/22/03 | | | 0410 | Facsimile  CINF02  Number Dialed: (   )721-2139, Destination: CINCINNA, OH, Duration: 48 seconds, Pages Faxed: 2 | 1.50 | | 1979819 |
| 12/23/03 | | | 0710 | 3rd Party Delivery Service   VENDOR: FedEx; INVOICE#: 4-981-66370; DATE: 12/23/2003 - Overnight delivery. | 7.96 | | 1980114 |
| 12/29/03 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 5 Page(s)  Job Desc. | 1.00 | | 1981976 |
| 01/09/04 | | | 0110 | Document Reproduction  CINC01  Copy; Lt, 8 Page(s)  Job Desc. | 1.60 | | 1988145 |
| 01/20/04 | | | 2421 | Computer Services   VENDOR: Pacer Service Center; INVOICE#: 012004; DATE: 1/20/2004 - Electronic Court records. | 0.98 | | 1993468 |
| 02/19/04 | | | 1310 | Subpoena Fees   Cancellation of: PAYEE: PNC Bank; REQUEST#: 9402; DATE: 1/4/02 - Fees accompanying service of subpoena duces tecum. | -50.00 | | 2014410 |

```
Printed:  April 8, 2004 (8:49am)                          Ulmer & Berne LLP                                                    Page: 3
Bill Date: 04/10/04                                    PRE-BILL - BILLING MEMO                                       Prebill ID: 1845243

Matter Atty:      Richard Boydston            Client # 26950  Michael R. Barrett, Receiver       Time: From  //    Thru 03/31/04
Billing Atty:     Richard Boydston            Matter # 0001   DONAHUE                            Cost: From  //    Thru 03/31/04
Supervising Atty: Richard Boydston                  Date Opened - 03/09/01                       Matter Type:              Business General
                                                    Bill Frequency: Monthly

                Client   Firm
                Cost     Disb.                                                                                          Special
Date    Init    Code     Code    Costs Advanced                                                        Amount           Notations    Ref #

                                 Total Unbilled Costs Advanced                                        $191.57


                                              Costs Code Summary

                                 Document Reproduction                171.40
                                 Facsimile                             37.59
                                 3rd Party Delivery Service            31.60
                                 Subpoena Fees                        -50.00
                                 Computer Services                      0.98
                                 Total Disbursements for the Matter: $191.57


                                     Working Timekeeper Recap - Billing Summary

     Timekeeper                    Tmkr Init    Hours        Rate             Value         Invoice Amount
     Boydston, Richard                RB         3.60     $285.00          1,026.00            $
     Boydston, Richard                RB         0.60     $310.00            186.00            $
     Tayler, Diana D.                 DDT        0.60     $150.00             90.00            $
                           Total Hours           4.80
                                 Unbilled Time ..........................................   1,302.00           $
                                 Unbilled Costs Advanced .........................            191.57
                                     TOTAL Unbilled Time & Costs Advanced                   $1,493.57          $


Trust, Retainer, Unapplied & On Account Balances     Available Amount          Balance

No Trust Balance
No Retainer Balance
Unapplied Cash - Credit Balance:                         $0.04                  $0.04
No On Account Balance
No On Account Balance
```

Printed: April 8, 2004 (8:49am)  
Bill Date: 04/10/04

Page: 4  
Prebill ID: 1845243

Ulmer & Berne LLP  
PRE-BILL - BILLING MEMO

Matter Atty:       Richard Boydston  
Billing Atty:      Richard Boydston  
Supervising Atty:  Richard Boydston

Client # 26950  Michael R. Barrett, Receiver  
Matter # 0001  DONAHUE  
Date Opened - 03/09/01  
Bill Frequency: Monthly

Time: From // Thru 03/31/04  
Cost: From // Thru 03/31/04  
Matter Type: Business General

## Accounts Receivable Summary

| Invoice No. | Invoice Date | Invoice Amt. | Payment | Balance Due |
|---|---|---|---|---|

**Total Accounts Receivable**  $0.00

## Matter Summary

|  | YTD | LTD |  | YTD | LTD |  |
|---|---|---|---|---|---|---|
| Time Worked | 186.00 | 253,120.50 | Cost Incurred | -47.42 | 15,363.25 | Last Time Reported 01/03/04 |
| Unbilled Time |  | 1,302.00 | Unbilled Cost |  | 283.27 | Last Cost Reported 02/19/04 |
| Time Relief | 0.00 | 251,818.50 | Cost Relief | 0.00 | 15,171.68 | Last Bill Date 12/09/03 |
| Time Billed | 0.00 | 250,226.00 | Cost Billed | 0.00 | 15,171.03 | Last Cash Receipt Date 12/15/03 |
| Time Receipts | 0.00 | -250,226.00 | Cost Receipts | 0.00 | -15,171.03 | Last Bill Through Date 11/30/03 |
| Time A/R | 0.00 | 0.00 | Costs A/R |  | 0.00 | Bill Time Budget 0.00 |
| Time Realization | 0% | 99% | Cost Realization | 0% | 100% | Bill Cost Budget 0.00 |
| Time W-Up/Dn | 0.00 | -1,592.50 | Cost W-Up/Dn | 0.00 | -0.65 | Credit Limit 999999999.99 |
| Time A/R Adj | 0.00 | 0.00 | Cost A/R Adj. | 0.00 | 0.00 |  |

Bill Format and Filename:  UB_BILFMT (bhbill1.doc) - U&B Standard Bill Format  BIM_v022.doc  
Prebill Path & Filename T:\VER401\CMSOPEN.DB\BILLFMTS\Bim_v022.doc

Printed: April 8, 2004 (8:49am)
Bill Date: 04/10/04

Matter Atty: Richard Boydston
Billing Atty: Richard Boydston
Supervising Atty: Richard Boydston

Ulmer & Berne LLP
PRE-BILL - BILLING MEMO

Client # 26950  Michael R. Barrett, Receiver

Matter # 0001  DONAHUE
Date Opened - 03/09/01
Bill Frequency: Monthly

Page: 5
Prebill ID: 1845243

Time: From  / /  Thru 03/31/04
Cost: From  / /  Thru 03/31/04
Matter Type: Business General

| | Unbilled Time | Costs Advanced | Accounts Receivable | Total U/T, C/A & A/R | Costs Billing Credit | Time Billing Credit |
|---|---|---|---|---|---|---|
| | 03/31/04 | 03/31/04 | 04/08/04 | | | |

**Balance as of -**
Michael R. Barrett, Receiver  - 26950

| | | | | | | |
|---|---|---|---|---|---|---|
| DONAHUE  - 0001 | 1,302.00 | 191.57 | 0.00 | 1,493.57 | 0.00 | 0.00 |
| **Matter Total** | 1,302.00 | 191.57 | 0.00 | 1,493.57 | 0.00 | 0.00 |