UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | EIGHTH MOTION TO APPROVE PAYMENT OF |
| | : | FEES AND REIMBURSEMENT |
| STEPHEN G. DONAHUE, and | : | OF EXPENSES TO RECEIVER |
| DONAHUE SECURITIES, INC., | : | |
| | : | |
| Defendants. | : | |

Comes now Michael R. Barrett as receiver for Stephen G. Donahue and formerly also for

S.G. Donahue & Company, Inc. pursuant to order entered March 7, 2001 (the "Receiver") and

moves the Court for entry of an order approving payment of fees for legal services performed by

the Receiver during the period from December 8, 2003 through November 7, 2005 in the amount

of $8,664.00 and for reimbursement of expenses incurred during the same period in the amount

of $249.18 for a total of $8,913.18 and that the same be paid out of funds now in the hands of the

Receiver pursuant to the proposed order submitted herewith on the grounds set forth in the

memorandum attached hereto.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SECURITIES AND EXCHANGE : Case No. 1:01-cv-116
COMMISSION, : (Judge Sandra S. Beckwith)
:
       Plaintiff, :
:
v. : MEMORANDUM IN SUPPORT
: OF EIGHTH MOTION TO
STEPHEN G. DONAHUE, and : APPROVE PAYMENT OF FEES
DONAHUE SECURITIES, INC., : AND REIMBURSEMENT OF
: EXPENSES TO RECEIVER
       Defendants. :

Michael R. Barrett (the "Receiver) was appointed receiver for S.G. Donahue &

Company, Inc. ("SGD & Co.") and Stephen G. Donahue pursuant to order entered March 7,

2001 in this action.

The Receiver has incurred fees in the amount of $8,664.00 and expenses in the amount of

$249.18 for a total of $8,913.18 during the period December 8, 2003 through November 7, 2005.

A standard form invoice for those fees and expenses is attached hereto.

The Receiver respectfully represents said fees and expenses are reasonable and necessary

expenses of the receivership and should be approved and promptly paid out of funds collected by

Receiver.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

<u>CERTIFICATE OF SERVICE</u>

I certify that copies of the foregoing motion and memorandum along with the proposed order granting said motion were served electronically on December 6, 2005 pursuant to the CM/ECF procedures established by the Court.

<u>s/ Richard Boydston</u>

641455_1