| | | |
|---|---|---|
| C. FRANCIS BARRETT | **BARRETT & WEBER** | 500 FOURTH & WALNUT |
| H. PATRICK WEBER | A LEGAL PROFESSIONAL ASSOCIATION | 105 EAST FOURTH STREET |
| MICHAEL R. BARRETT | | |
| M MICHELE FLEMING | | |
| JANET L. BELL | | TELEPHONE (513) 721-2120 |
| THOMAS W. BREIDENSTEIN | | FACSIMILE (513) 721-2139 |
| KENNETH H. ELING | | |
| KARRI K. HAFFNER | | |
| STEPHANIE K. BOWMAN | | |

November 16, 2005

Michael R. Barrett, Receiver  
BARRETT & WEBER  
500 Fourth & Walnut Centre  
105 East Fourth Street  
Cincinnati, Ohio 45202

Client No. 549

Re:   Stephen G. Donahue and S.G. Donahue Co., Inc.

================================================================================

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/8/03 | CMD | 2.00 | Complete Fee Application; Work on Financial Reports |
| 12/9/03 | CMD | .50 | Hand delivery to Rick Boydston of Financial Reports and Statements; E-mail to Rick |
| 12/10/03 | MRB | .50 | Receipt and review of Seventh Motion for Payment of Fees and Reimbursement of Expenses to Ulmer & Berne and Barrett & Weber. Receipt and review of Seventh Interim Report and proposed Orders Granting same |
| 12/11/03 | CMD | .25 | Receipt and review of Orders approving attorney fees and expenses; Issue payment checks; Conference with Receiver |
| 12/12/03 | CMD | .25 | Receipt and review of e-mail from Rick Boydston; E-mail letter to Rick Boydston |
| 12/12/03 | CMD | .25 | Receipt and review of correspondence to Ann McKinley forwarding Report and Fee Applications and Orders |
| 12/22/03 | CMD | .20 | Receipt and review of fax correspondence from Rick Boydston |
| 12/23/03 | CMD | .25 | Receipt and review of Trustee's Tenth Interim Report for Period August 31, 2003 through November 30, 2003 filed in US Bankruptcy Court by Douglas Lutz |

2004

| Date | Initials | Hours | Description |
|---|---|---|---|
| 1/5/04 | CMD | .25 | Receipt and review of e-mail correspondence and SEC forms to terminate the SEC and NASD broker/dealer registration of Donahue Securities, Inc. |
| 1/8/04 | CMD | .20 | Receipt and review of e-mail from Rick Boydston; Fax correspondence to Ohio Unclaimed Funds Unit |
| 1/15/04 | CMD | 4.50 | Receipt and recordation of insurance commissions; Reconcile all bank accounts; deposit commissions; update ledgers and reports; Close 2003 records; Work on recordation breakdown for 2003 tax return; Email to Rick Boydston; Conference with Mike Barrett |
| 1/20/04 | CMD | .20 | Receipt and review of Order Approving Application of Trustee to Retain Holland & Knight LLP as Special Counsel Under 11 USC §327(e) Nunc Pro Tunc |
| 2/3/04 | MRB | .50 | Receipt and review of Fifth Application of James Dressman for Interim Fees and Expenses filed in Bankruptcy Court and Review Fifth Application of Benzinger & LaVelle for Fees and Expenses |
| 2/2/04 | CMD | 1.50 | Record and record deposit assets into accounts; Update ledgers; Review 2003 tax information |
| 2/3/04 | CMD | .20 | Receipt and review of correspondence from Rick Boydston and 1099 tax form from John Hancock |
| 2/9/04 | CBK | 1.50 | Draft Form 1041 |
| 2/11/04 | MRB | .20 | Receipt and review of Recommendation of the Securities Investors Protection Corporation in Support of fifth Applications of the Co-Trustees and Special Counsel for Interim Fees and Expenses |
| 3/12/04 | HPW | 1.50 | Review and revise Federal and Ohio income tax returns |
| 3/15/04 | CBK | 1.50 | Amend Draft of Returns |
| 3/15/04 | HPW | .50 | Review and revise Federal and Ohio income tax returns |
| 3/16/04 | CBK | .75 | Finalize returns; Assemble tax data |
| 4/22/04 | CMD | 3.00 | Receipt and review of insurance commission checks; Record and deposit same; Reconcile bank statements; Update ledgers and journals; Email to Rick Boydston re: missing statements of Fifth third Bank; Conference with Huntington Bank re: missing checks |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 4/28/04 | CMD | .20 | Receipt and review of Notice of Filing of Fees Application for Frost & Brown |
| 5/21/04 | MRB | .25 | Receipt and review of Sixth Application of James Dressman for Interim Fees |
| 5/25/04 | CMD | .20 | Receipt and review of Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application for Co-Trustee and Special Counsel for Interim Fees and expenses |
| 5/27/04 | CMD | 3.00 | Office conference re: income tax refund; Receipt and review and deposit of receipts; Update ledgers; Reconcile bank statements; Email to Rick Boydston re: missing Fifth Third Statements |
| 7/6/04 | MRB | .25 | Receipt and review of Orders Authorizing Payments of Fees and Expenses to Deters, Benzinger & LaVelle and James A. Dressman |
| 7/9/04 | CMD | .20 | Receipt and review of Trustee's Eleventh Interim Report for Period December 1, 2003 through February 20, 2004 |
| 7/23/04 | MRB | .25 | Receipt and review of Notice of Application of Holland & Knight special Counsel to Trustee for Allowance of Compensation and Reimbursement of Expenses for the Period of June 30, 2003 through June 28, 2004 |
| 7/29/04 | MRB | .25 | Recommendation of the Securities Investor Protection Corporation in Support of First Application of Special Counsel Holland & Knight for Allowance of Fees & Expenses |
| 8/24/04 | MRB | .25 | Receipt and review of Notice of Filing of Application of Frost Brown Todd and Douglas Lutz for Interim Fees |
| 8/26/04 | MRB | .25 | Receipt and review of Notice of Hearing on Fee Applications |
| 8/27/04 | CMD | .25 | Receipt and review of email re: surrendering funds to the Trustee from Rick Boydston and Anne McKinley |
| 9/1/04 | CMD | .25 | Receipt and review of Amended Notice of Filing re: Fee applications for Frost Brown Todd & Douglas Lutz and Recommendation of the Securities Investor Protection Corporation in Support of Tenth Applications of the Trustee and Counsel for Interim Compensation |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 9/17/04 | CMD | .25 | Receipt and review of Seventh Application of Deters, Benzinger & LaVelle PSC for Interim Fees and Expenses for the Period 4/1/04 - 6/30/04 and Seventh application of James Dressman III Co-Trustee for the Liquidation of Donahue Securities and S.G. Donahue & Company for Interim Fees for the Period 4/1/04 - 6/30/04 |
| 9/23/04 | MRB | .25 | Receipt and review of Order approving Tenth Applications for Fees and Expenses of Frost Brown Todd & Trustee |
| 9/24/04 | MRB | .25 | Receipt and review of Amended Seventh Application of Deters, Benzinger & LAVelle for Interim Fees and Expenses for the Period 4/1/04 through 6/30/04 |
| 10/6/04 | MRB | .25 | Receipt and review of Recommendation of the Securities Investor Protection Corporation in Support of the Seventh Applications of the Co-Trustee and Special Counsel for Interim Fees and Expenses |
| 10/18/04 | MRB | .50 | Receipt and review of correspondence from Rick Boydston re: SEC; Receipt and review of Memorandum Decision Granting Defendants' Motion to Dismiss Claims for Negligence, Breach of Fiduciary Duty and Negligent Supervision Asserted by SIPC; Phone Conference with Rick Boydston |
| 10/18/04 | CMD | 3.00 | Work on accountings; Conference regarding SEC |
| 10/21/04 | CMD | 1.00 | Work on accountings; Conference regarding SEC |
| 10/27/04 | CMD | .25 | Conference with Rick Boydston; Conference with Receiver |
| 11/5/04 | HPW | .50 | Receipt and review letter from SECs re: allocation of distribution of receiver's funds; Calculate payments to be made. |
| 11/22/04 | MRB | .50 | Receipt and review of Notice of Filing and Notice of Hearing re: Fee Applications; Review of 11th Application of Trustee and the Firm of Frost Brown |
| 11/23/04 | MRB | .25 | Receipt and review of Order Authorizing Payment of Fees and Expenses to Deters, Benzinger & LaVelle |
| 11/24/04 | MRB | .25 | Receipt and review of Order Authorizing Payment of Fees and Expenses to James A. Dressman |
| 11/29/04 | MRB | .25 | Recommendation of the Securities Investor Protection Corporation in Support of Eleventh Applications of the Trustee and Counsel for Interim Compensation and Filing confirmation with US Bankruptcy Court |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 12/27/04 | CMD | 7.00 | Update all financial records for year end and possible Report to Court; Email Rick Boydston re: missing bank statements from Fifth Third Bank. Conference with Pat Weber and Christy Kauffmann re: year-end income vs. taxes due, if any. Conference with Receiver |

2005

| Date | Initials | Hours | Description |
|---|---|---|---|
| 1/3/2005 | CMD | .25 | Receipt and review of correspondence and documentation re: commission fees from Massachusetts Casualty Insurance Company from Rick Boydston |
| 1/24/05 | CMD | .25 | Correspondence to Rick Boydston re end of year financial Records. |
| 1/25/05 | CMD | .25 | Correspondence to Rick Boydston re: missing bank statements |
| 2/14/05 | CMD | 3.00 | Prepare annual income totals for income tax returns; Update all journals; Reconcile all accounts; Review and record Commission receipts and deposit same |
| 2/15/05 | CBK | .75 | Draft tax returns |
| 2/22/05 | HPW | 1.25 | Review Federal and Ohio income tax returns; Conference re: additional information needed to complete preparation of documents |
| 3/9/05 | CBK | .50 | Revise draft of tax return |
| 3/9/05 | HPW | .75 | Review and revise Federal and Ohio income tax returns |
| 3/10/05 | CBK | .25 | Finalize returns and assemble tax data |
| 3/15/2005 | CMD | .25 | Receipt and review of Trustee's 15th Interim Report for Period December 1, 2004 through February 28, 2005 |
| 4/11/2005 | MRB | .25 | Receipt and review of Recommendation of the Securities Investor Protection Corporation in support of the Eighth Applications of the Co-Trustee and Special Counsel for Interim Fees and Expenses in the Bankruptcy action |
| 4/20/2005 | MRB | .25 | Receipt and review of Application of Frost Brown Todd for Twelfth Interim Fees and Expenses for the Period November 1, 2004 through February 28, 2005 |
| 4/20/2005 | MRB | .25 | Receipt and review of Twelfth Application of Douglas Lutz Trustee for the Liquidation of Donahue Securities and S.G. Donahue & Company for Interim Fees and Expenses for the Period November 1, 2004 through February 28, 2005. |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 4/21/2005 | MRB | .25 | Receipt and review of Order Approving Eleventh Application of Lutz Trustee in Bankruptcy Action |
| 4/26/2005 | MRB | .25 | Receipt and review of Recommendation of the Securities Investor Protection Corporation in Support of Twelfth Applications of the Trustee and Counsel for Interim Compensation |
| 5/4/2005 | CMD | .25 | Receipt and review of Notice of Filing Fee Applications; Conference with Mike Barrett |
| 6/23/05 | CMD | .25 | Receipt and review of Trustee's Sixteenth Interim Report for Period March 1, 2005 through May 31, 2005 |
| 7/11/05 | CMD | 3.00 | Receipt and review of insurance commission checks; Record and deposit same; Reconcile bank statements; Update ledgers and journals; Email to Rick Boydston; Conference with Mike Barrett |
| 9/11/05 | CMD | .25 | Receipt and review email correspondence from Rick Boydston; Email to Rick Boydston |
| 9/12/05 | CMD | 2.00 | Begin work on Concluding receivership; email correspondence with Rick Boydston. |
| 9/13/05 | CMD | .25 | Receipt and review email correspondence from Rick Boydston; Email to Rick Boydston |
| 9/16/05 | CMD | 6.00 | Work on accounting and recording all accounts for Distribution; conference call with Rick Boydston and Pat Weber re tapes and distributions; intra-office conference Re draft Motion to distribute. |
| 9/17/05 | CMD | .25 | Receipt and review email correspondence from Rick Boydston; Email to Rick Boydston |
| 9/17/05 | MRB | .50 | Receipt and review of Email correspondence from Rick Boydston and Proposed Motion for Order Approving Distributions to SPIC Trustees and Investors; Memorandum in Support and Proposed Order |
| 9/19/05 | HPW | .50 | Confer with Rick Boydston to discuss distribution of funds from receivership; discuss expenses exceeding income and no distribution of income. |
| 10/3/05 | HPW | 1.75 | Research tax law for Form 1099 reporting requirements; Discuss nature of distributions to be made from Receivership; confer with Rick Boydston re status of research. |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 10/4/05 | HPW | .75 | Confer with Rick Boydston re research on issue of whether forms 1099 are required for distributions; Confer re distribution of assets. |
| 10/19/05 | CMD | 1.00 | Being work on distributions; several emails to and from Rick Boydston |
| 10/21/05 | HPW | .25 | Review and revise proposed letter to investors distributing case. |
| 10/26/06 | CMD | 6.00 | Work on distributions to investors. |
| 10/27/05 | CMD | 7.00 | Work on distributions to investors. |
| 11/3/05 | CBK | 4.50 | Intra-office conference re distribution checks; Preparation of letters to all distributes; begin preparation of distribution checks. |
| 11/3/05 | CMD | 6.00 | Work on reconciliations of accounts and distributions; Conference with Rick Boydston. |
| 11/4/05 | CBK | 5.00 | Preparation of checks. |
| 11/7/05 | CMD | .50 | Conference with Rick Boydston re distribution and Huntington Bank re signatories. |

| Hours | Attorney | Amount |
|---|---|---|
| 6.95 Hours | Michael R. Barrett @ $200.00 per hour | $1,390.00 |
| 14.75 Hours | Christine B. Kauffman @ $120.00 per hour | 1,770.00 |
| 7.75 Hours | H. Patrick Weber @ $200.00 per hour | 1,550.00 |
| 65.90 Hours | Christina M. Dougherty @ $60.00 per hour | 3,954.00 |
| | Total Actual | $8,664.00 |

OUT-OF-POCKET EXPENSES:

| | |
|---|---:|
| Courier charges for delivery | $5.00 |
| Facsimile transmissions | 3.00 |
| Computax Processing Fees | 120.00 |
| Long Distance Phone Charges | .50 |
| Duplication fees | 62.90 |
| Postage | 55.68 |
| Pacer Services (Docket Sheets) | 2.10 |
| Total Actual | $249.18 |

TOTAL FEES & EXPENSES             $8,913.18