UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 |
| | : | (Judge Sandra S. Beckwith) |
| Plaintiff, | : | |
| | : | |
| v. | : | FIRST MOTION TO |
| | : | APPROVE PAYMENT OF FEES |
| STEPHEN G. DONAHUE, and | : | AND REIMBURSEMENT OF |
| DONAHUE SECURITIES, INC., | : | EXPENSES TO GREENEBAUM |
| | : | DOLL & MCDONALD PLLC |
| Defendants. | : | |

Comes now Michael R. Barrett as receiver for Stephen G. Donahue and formerly also for S.G. Donahue & Company, Inc. pursuant to order entered March 7, 2001 (the "Receiver") and moves the Court for entry of an order approving payment of fees for legal services performed and expenses incurred by Greenebaum Doll & McDonald as counsel for the Receiver during the period from January 30, 2004 through November 29, 2005 in the total amount of $14,226.58 and that the same be paid out of funds now in the hands of the Receiver pursuant to the proposed order submitted herewith on the grounds set forth in the memorandum attached hereto.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | : | |
| v. | : | MEMORANDUM IN SUPPORT OF FIRST MOTION TO APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO GREENEBAUM DOLL & MCDONALD PLLC |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : | |
| Defendants. | : | |

     Michael R. Barrett (the "Receiver) was appointed receiver for S.G. Donahue & Company, Inc. ("SGD & Co.") and Stephen G. Donahue pursuant to order entered March 7, 2001 in this action (the "Receivership Order"). Pursuant to the Receivership Order, the Receiver was authorized to retain and did retain Richard Boydston of the law firm of Ulmer & Berne LLP as legal counsel, and upon his withdrawal from Ulmer & Berne LLP in January 2004 and membership in Greenebaum Doll & McDonald PLLC ("Greenebaum"), the Receiver continued the retention of Mr. Boydston at Greenebaum.

     Greenebaum has incurred fees and expenses for the period of January 20, 2004 through November 29, 2005 in the total amount of $14,226.48.

     Standard form invoices for that total, along with a summary sheet, are attached hereto.

     The Receiver respectfully represents said fees and expenses are reasonable and necessary expenses of the receivership and should be approved and promptly paid out of funds collected by Receiver.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing motion and memorandum along with the proposed order granting said motion were served electronically on December 6, 2005 pursuant to the CM/ECF procedures established by the Court.

s/ Richard Boydston

641460_1