Michael R. Barrett/Stephen G. Donahue; Account Number 107845.000001

| Invoice Date | Invoice Number | Period Covered | Invoice Total |
|---|---|---|---|
| 4/8/04 | 4023392 | January and February 2004 | $ 329.96 |
| 5/10/04 | 4025876 | April 2004 | 415.74 |
| 6/7/04 | 4028448 | May 2004 | 284.18 |
| 7/12/04 | 4031449 | June 2004 | 410.48 |
| 9/8/04 | 4036188 | August 2004 | 615.71 |
| 10/7/04 | 4038834 | September 2004 | 102.62 |
| 11/9/04 | 4041565 | October 2004 | 820.95 |
| 12/7/04 | 4044181 | November 2004 | 136.83 |
| 1/10/05 | 4046569 | December 2004 | 304.20 |
| 2/3/05 | 4049123 | January 2005 | 270.40 |
| 3/3/05 | 4051807 | February 2005 | 169.00 |
| 4/12/05 | 4055010 | March 2005 | 202.80 |
| 5/9/05 | 4057306 | April 2005 | 67.60 |
| 6/3/05 | 4059620 | May 2005 | 67.60 |
| 7/7/05 | 4062193 | June 2005 | 33.80 |
| 8/11/05 | 4065507 | July 2005 | 251.16 |
| 9/7/05 | 4037376 | August 2005 | 809.43 |
| 10/7/05 | 4070045 | September | 3,863.08 |
| 11/11/05 | 4073165 | October 2005 | 3,384.68 |
| 12/6/05 | 4075299 | November | 1,686.36 |
|  |  | TOTAL | $14,226.58 |

634176_1