# GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4023392
Invoice Date: April 8, 2004

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 01/30/04 | RB | Transmittal letters on insurance company payments and 2003 tax forms | 0.20 | 57.00 |
| 02/04/04 | RB | Phone conferences with Patricia Shlonsky and Gerald Baldwin regarding 401(k) termination distribution to Stephen Donahue and with Mr. Baldwin on Roger Drayton and Donald Scott matters | 0.90 | 256.50 |

FEES FOR PROFESSIONAL SERVICES RENDERED $ 313.50

OUT-OF-POCKET EXPENSES

Administrative Expense (including telephone, photocopy, & postage)     16.46

$  16.46

INVOICE TOTAL     $  329.96

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 1.10 | 285.00 | 313.50 |
|  | 1.10 |  | 313.50 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                          Account No. 107845.000001
c/o Richard Boydston                        Invoice No. 4023392
GD&M                                        Invoice Date April 8, 2004

**REMITTANCE PAGE**

INVOICE TOTAL                               $        329.96

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

# GREENEBAUM DOLL & McDONALD PLLC

P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4025876
Invoice Date: May 10, 2004

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 04/02/04 | RB | Telephone conference with Gerald Baldwin on close out of receivership | 0.40 | 120.00 |
| 04/04/04 | RB | Email to Anne McKinley on distribution issues | 0.30 | 90.00 |
| 04/22/04 | RB | Conference with Gerald Baldwin on closing receivership | 0.30 | 90.00 |
| 04/29/04 | TLC | Pull and organize 2004 Fifth Third Statements; go to Fifth Third to obtain the missing statements; draft letter to Chris Dougherty | 1.00 | 95.00 |

| | | |
|------|------|------|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 395.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|------|------|------|------|
| Administrative Expense (including telephone, photocopy, & postage) | 20.74 | | |
| | | $ | 20.74 |
| INVOICE TOTAL | | $ | 415.74 |
| PRIOR UNPAID BALANCE | | $ | 329.96 |
| BALANCE DUE | | $ | 745.70 |

GREENEBAUM DOLL & McDONALD PLLC

Michael R. Barrett
107845.000001

Invoice No.:    4025876
Invoice Date:   May 10, 2004
Page            2

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 1.00 | 300.00 | 300.00 |
| Tracie L Coaston | 1.00 | 95.00 | 95.00 |
| | 2.00 | | 395.00 |

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4025876
Invoice Date May 10, 2004

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 415.74 |
| PRIOR UNPAID BALANCE | $ | 329.96 |
| BALANCE DUE | $ | 745.70 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| Total | | | | 329.96 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                                      Account No.: 107845.000001
c/o Richard Boydston                                    Invoice No.: 4028448
GD&M                                                    Invoice Date: June 7, 2004

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 05/09/04 | RB | Review SIPC memo on Munninghoff Lange MSJ | 0.30 | 90.00 |
| 05/10/04 | RB | Review SEC memorandum in support of SIPC motion in MLC adversary | 0.30 | 90.00 |
| 05/13/04 | RB | Phone message from Anne McKinley on closing receivership and same to Gerald Baldwin | 0.30 | 90.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED                         $      270.00

OUT-OF-POCKET EXPENSES

    Administrative Expense (including
    telephone, photocopy, & postage)            14.18

                                                $       14.18

INVOICE TOTAL                                                   $      284.18

PRIOR UNPAID BALANCE                                            $      745.70

BALANCE DUE                                                     $    1,029.88

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.90 | 300.00 | 270.00 |
|  | 0.90 |  | 270.00 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

## GREENEBAUM DOLL & McDONALD PLLC

P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4028448
Invoice Date June 7, 2004

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 284.18 |
| PRIOR UNPAID BALANCE | $ | 745.70 |
| BALANCE DUE | $ | 1,029.88 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| Total | | | | 745.70 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

# GREENEBAUM DOLL & McDONALD PLLC

P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4031449
Invoice Date: July 12, 2004

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 06/09/04 | RB | Prepare Fifth Third account accounting for Chris Donahue | 0.60 | 180.00 |
| 06/18/04 | RB | Review co-trustee and Provident's motion for protective order (.20); letters to Michael Barrett with insurance commission checks (April and May) (.50) | 0.70 | 210.00 |

| | | | | |
|------|------|------|------|------|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 390.00 |

OUT-OF-POCKET EXPENSES

| | | |
|------|------|------|
| Administrative Expense (including telephone, photocopy, & postage) | 20.48 | |
| | | $      20.48 |

| | |
|------|------|
| INVOICE TOTAL | $      410.48 |
| PRIOR UNPAID BALANCE | $   1,029.88 |
| BALANCE DUE | $   1,440.36 |

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 1.30 | 300.00 | 390.00 |
| | 1.30 | | 390.00 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                          Account No. 107845.000001
c/o Richard Boydston                        Invoice No. 4031449
GD&M                                        Invoice Date July 12, 2004

**REMITTANCE PAGE**

| | | |
|---|---|---:|
| INVOICE TOTAL | $ | 410.48 |
| PRIOR UNPAID BALANCE | $ | 1,029.88 |
| BALANCE DUE | $ | 1,440.36 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---:|---:|---:|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| Total | | | | 1,029.88 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4036188
Invoice Date: September 8, 2004

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 08/05/04 | RB | Phone conference with Gerald Baldwin on status and email to Anne McKinley on SEC position | 0.20 | 65.00 |
| 08/06/04 | RB | Emails to/from Anne McKinley on SEC decision and voicemail to Gerald Baldwin on same | 0.30 | 97.50 |
| 08/23/04 | RB | File maintenance (.50); time since 5/1/04 to transmit insurance commission checks (.50) | 1.00 | 325.00 |
| 08/27/04 | RB | Email to Anne McKinley on accounting for settlement | 0.30 | 97.50 |

| | | |
|------|------|------|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 585.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|------|------|------|------|
| Administrative Expense (including telephone, photocopy, & postage) | 30.71 | | |
| | | $ | 30.71 |
| INVOICE TOTAL | | $ | 615.71 |
| PRIOR UNPAID BALANCE | | $ | 1,440.36 |
| BALANCE DUE | | $ | 2,056.07 |

GREENEBAUM DOLL & McDONALD PLLC

Michael R. Barrett
107845.000001

Invoice No.:     4036188
Invoice Date:    September 8, 2004
Page             2

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 1.80 | 325.00 | 585.00 |
| | 1.80 | | 585.00 |

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4036188
Invoice Date September 8, 2004

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 615.71 |
| PRIOR UNPAID BALANCE | $ | 1,440.36 |
| BALANCE DUE | $ | 2,056.07 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| Total | | | | 1,440.36 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

# GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4038834
Invoice Date: October 7, 2004

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 09/16/04 | RB | Phone conference with Gerald Baldwin on balance held by receiver and email to him on same | 0.30 | 97.50 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 97.50 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 5.12 | | |
| | | $ | 5.12 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 102.62 |
| PRIOR UNPAID BALANCE | $ | 2,056.07 |
| BALANCE DUE | $ | 2,158.69 |

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 0.30 | 325.00 | 97.50 |
| | 0.30 | | 97.50 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

# GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4038834
Invoice Date October 7, 2004

## REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 102.62 |
| PRIOR UNPAID BALANCE | $ | 2,056.07 |
| BALANCE DUE | $ | 2,158.69 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| Total | | | | 2,056.07 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4041565
Invoice Date: November 9, 2004

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 10/08/04 | RB | Phone conference with Anne McKinley on SEC position on balance of receiver's assets | 0.10 | 32.50 |
| 10/13/04 | RB | Phone conference with Anne McKinley, Gerald Baldwin and Lisa Horrigan on disposition of receiver's cash and with Mrs. McKinley on same | 1.20 | 390.00 |
| 10/18/04 | RB | Letter to Chris Dougherty with Fifth Third Bank monthly statements (.30); phone conference with Michael Barrett on SEC proposal (.20) | 0.50 | 162.50 |
| 10/19/04 | RB | Phone conferences with Gerald Baldwin and Anne McKinley as proposed settlement on distribution of balance of receiver's funds | 0.40 | 130.00 |
| 10/20/04 | RB | Phone conference with Gerald Baldwin on Roger Drayton and Don Scott sentencings | 0.20 | 65.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED                                                                $    780.00

OUT-OF-POCKET EXPENSES

    Administrative Expense (including
    telephone, photocopy, & postage)                    40.95

      $    40.95

INVOICE TOTAL                                                                                          $    820.95

PRIOR UNPAID BALANCE                                                                                   $    2,158.69

BALANCE DUE                                                                                            $    2,979.64

GREENEBAUM DOLL & McDONALD PLLC

Michael R. Barrett
107845.000001

| | |
|---|---|
| Invoice No.: | 4041565 |
| Invoice Date: | November 9, 2004 |
| Page | 2 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 2.40 | 325.00 | 780.00 |
| | 2.40 | | 780.00 |

**GREENEBAUM DOLL & MCDONALD PLLC**
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4041565
Invoice Date November 9, 2004

---

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 820.95 |
| PRIOR UNPAID BALANCE | $ | 2,158.69 |
| BALANCE DUE | $ | 2,979.64 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| Total | | | | 2,158.69 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4044181
Invoice Date: December 7, 2004

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------------------|-------------|-------|--------|
| 11/01/04 | RB | Review 11/3/04 letter from Anne McKinley and email to Michael Barrett | 0.40 | 130.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED                          $        130.00

OUT-OF-POCKET EXPENSES

    Administrative Expense (including
    telephone, photocopy, & postage)                6.83

                                       $           6.83

INVOICE TOTAL                                                    $        136.83

PRIOR UNPAID BALANCE                                             $      2,979.64

BALANCE DUE                                                      $      3,116.47

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 0.40 | 325.00 | 130.00 |
|  | 0.40 |  | 130.00 |

## GREENEBAUM DOLL & McDONALD PLLC

P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4044181
Invoice Date December 7, 2004

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 136.83 |
| PRIOR UNPAID BALANCE | $ | 2,979.64 |
| BALANCE DUE | $ | 3,116.47 |

#### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| Total | | | | 2,979.64 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                                          Account No.: 107845.000001
c/o Richard Boydston                                        Invoice No.: 4044181
GD&M                                                        Invoice Date: December 7, 2004

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 11/01/04 | RB | Review 11/3/04 letter from Anne McKinley and email to Michael Barrett | 0.40 | 130.00 |

| | | | |
|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | $ | 130.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 6.83 | | |
| | | $ | 6.83 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 136.83 |
| PRIOR UNPAID BALANCE | $ | 2,979.64 |
| BALANCE DUE | $ | 3,116.47 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 0.40 | 325.00 | 130.00 |
| | 0.40 | | 130.00 |

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4044181
Invoice Date December 7, 2004

**REMITTANCE PAGE**

| | | |
|---|---|---:|
| INVOICE TOTAL | $ | 136.83 |
| PRIOR UNPAID BALANCE | $ | 2,979.64 |
| BALANCE DUE | $ | 3,116.47 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---:|---:|---:|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| Total | | | | 2,979.64 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4046569
Invoice Date: January 10, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2004:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/19/04 | RB | Email to Anne McKinley on distributing funds and discharging receiver | 0.10 | 32.50 |
| 12/28/04 | RB | Letter to Massachusetts Casualty on stale check date notices | 0.80 | 260.00 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 292.50 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 11.70 | |
| | | $ 11.70 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 304.20 |
| PRIOR UNPAID BALANCE | $ | 3,116.47 |
| BALANCE DUE | $ | 3,420.67 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 0.90 | 325.00 | 292.50 |
| | 0.90 | | 292.50 |

## Greenebaum Doll & McDonald pllc
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4046569
Invoice Date January 10, 2005

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 304.20 |
| PRIOR UNPAID BALANCE | $ | 3,116.47 |
| BALANCE DUE | $ | 3,420.67 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| Total | | | | 3,116.47 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4049123
Invoice Date: February 3, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 01/05/05 | RB | Email from Anne McKinley on SEC decision | 0.10 | 32.50 |
| 01/24/05 | RB | Assemble 5/3 bank account statements for 2004 taxes and transmit same to Chris Dougherty | 0.30 | 97.50 |
| 01/29/05 | RB | Transmittals of 2004 income tax information | 0.40 | 130.00 |

| | | | |
|------|------|------|------|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | $ | 260.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|------|------|------|------|
| Administrative Expense (including telephone, photocopy, & postage) | 10.40 | | |
| | | $ | 10.40 |
| INVOICE TOTAL | | $ | 270.40 |
| PRIOR UNPAID BALANCE | | $ | 3,420.67 |
| BALANCE DUE | | $ | 3,691.07 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.80 | 325.00 | 260.00 |
| | 0.80 | | 260.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4049123
Invoice Date February 3, 2005

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 270.40 |
| PRIOR UNPAID BALANCE | $ | 3,420.67 |
| BALANCE DUE | $ | 3,691.07 |

#### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| Total | | | | 3,420.67 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4051807
Invoice Date: March 3, 2005

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 02/17/05 | RB | Email exchanges with Anne McKinley and Gerald Baldwin on closing receivership | 0.20 | 65.00 |
| 02/21/05 | RB | Forward insurance checks and letter to Massachusetts Casualty Insurance Company for accounting | 0.30 | 97.50 |

FEES FOR PROFESSIONAL SERVICES RENDERED $ 162.50

OUT-OF-POCKET EXPENSES

    Administrative Expense (including telephone, photocopy, & postage)     6.50

    $ 6.50

INVOICE TOTAL     $ 169.00

PRIOR UNPAID BALANCE     $ 3,691.07

BALANCE DUE     $ 3,860.07

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.50 | 325.00 | 162.50 |
| | 0.50 | | 162.50 |

Louisville, Kentucky   Lexington, Kentucky   Covington, Kentucky   Cincinnati, Ohio   Nashville, Tennessee   Frankfort, Kentucky   Washington, D.C.

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

| | |
|---|---|
| Michael R. Barrett | Account No. 107845.000001 |
| c/o Richard Boydston | Invoice No. 4051807 |
| GD&M | Invoice Date March 3, 2005 |

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 169.00 |
| PRIOR UNPAID BALANCE | $ | 3,691.07 |
| BALANCE DUE | $ | 3,860.07 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| Total | | | | 3,691.07 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4055010
Invoice Date: April 12, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 03/07/05 | RB | Email to Chris Dougherty on unclaimed funds and bank balances | 0.60 | 195.00 |

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 195.00 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage)      7.80 | | |
| | $ | 7.80 |
| INVOICE TOTAL | $ | 202.80 |
| PRIOR UNPAID BALANCE | $ | 3,860.07 |
| **BALANCE DUE** | $ | 4,062.87 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.60 | 325.00 | 195.00 |
| | 0.60 | | 195.00 |

Louisville, Kentucky    Lexington, Kentucky    Covington, Kentucky    Cincinnati, Ohio    Nashville, Tennessee    Frankfort, Kentucky    Washington, D.C.

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4055010
Invoice Date April 12, 2005

---

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 202.80 |
| PRIOR UNPAID BALANCE | $ | 3,860.07 |
| BALANCE DUE | $ | 4,062.87 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| Total | | | | 3,860.07 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                              Account No.: 107845.000001
c/o Richard Boydston                            Invoice No.: 4057306
GD&M                                            Invoice Date: May 9, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|--------|-------------|-------|--------|
| 04/25/05 | RB | Letter to Hamilton County Treasurer on 2005 personal property taxes | 0.20 | 65.00 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 65.00 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 2.60 | |
| | | $ 2.60 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 67.60 |
| PRIOR UNPAID BALANCE | $ | 4,062.87 |
| BALANCE DUE | $ | 4,130.47 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 0.20 | 325.00 | 65.00 |
| | 0.20 | | 65.00 |

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                          Account No. 107845.000001
c/o Richard Boydston                        Invoice No. 4057306
GD&M                                        Invoice Date May 9, 2005

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 67.60 |
| PRIOR UNPAID BALANCE | $ | 4,062.87 |
| BALANCE DUE | $ | 4,130.47 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| Total | | | | 4,062.87 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                              Account No.: 107845.000001
c/o Richard Boydston                            Invoice No.: 4059620
GD&M                                            Invoice Date: June 3, 2005

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 05/06/05 | RB | Conference with Gerald Baldwin on SEC disgorgement motion | 0.20 | 65.00 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 65.00 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 2.60 | |
| | | $    2.60 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 67.60 |
| PRIOR UNPAID BALANCE | $ | 4,130.47 |
| BALANCE DUE | $ | 4,198.07 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.20 | 325.00 | 65.00 |
| | 0.20 | | 65.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                              Account No. 107845.000001
c/o Richard Boydston                            Invoice No. 4059620
GD&M                                            Invoice Date June 3, 2005

**REMITTANCE PAGE**

INVOICE TOTAL                                   $        67.60

PRIOR UNPAID BALANCE                            $     4,130.47

BALANCE DUE                                     $     4,198.07

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|------|---------|----------------|------------------|---------|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| 05/09/05 | 4057306 | 67.60 | 0.00 | 67.60 |
| Total |  |  |  | 4,130.47 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4062193
Invoice Date: July 7, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 06/21/05 | RB | Email exchange on affidavit on chart of claims | 0.10 | 32.50 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 32.50 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 1.30 | | |
| | | $ | 1.30 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 33.80 |
| PRIOR UNPAID BALANCE | $ | 4,198.07 |
| BALANCE DUE | $ | 4,231.87 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---------------------|-------|------|--------|
| Richard Boydston | 0.10 | 325.00 | 32.50 |
| | 0.10 | | 32.50 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No. 107845.000001
Invoice No. 4062193
Invoice Date July 7, 2005

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 33.80 |
| PRIOR UNPAID BALANCE | $ | 4,198.07 |
| BALANCE DUE | $ | 4,231.87 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| 05/09/05 | 4057306 | 67.60 | 0.00 | 67.60 |
| 06/03/05 | 4059620 | 67.60 | 0.00 | 67.60 |
| Total | | | | 4,198.07 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

# GREENEBAUM DOLL & MCDONALD PLLC

P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4065507
Invoice Date: August 11, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 07/08/05 | RB | Review Dressman motion to settle one Provident claim | 0.20 | 69.00 |
| 07/26/05 | RB | Review draft SEC motions on disgorgement and settlement | 0.20 | 69.00 |
| 07/27/05 | RB | Email to Anne McKintey on draft disgorgement motion | 0.30 | 103.50 |

| | | | | |
|------|------|------|------|------|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 241.50 |

OUT-OF-POCKET EXPENSES

| | | | |
|------|------|------|------|
| Administrative Expense (including telephone, photocopy, & postage) | 9.66 | | |
| | | $ | 9.66 |

| | | |
|------|------|------|
| INVOICE TOTAL | $ | 251.16 |
| PRIOR UNPAID BALANCE | $ | 4,231.87 |
| BALANCE DUE | $ | 4,483.03 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.70 | 345.00 | 241.50 |
| | 0.70 | | 241.50 |

Louisville, Kentucky   Lexington, Kentucky   Covington, Kentucky   Cincinnati, Ohio   Nashville, Tennessee   Frankfort, Kentucky   Washington, D.C.

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                          Account No. 107845.000001
c/o Richard Boydston                        Invoice No. 4065507
GD&M                                        Invoice Date August 11, 2005

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 251.16 |
| PRIOR UNPAID BALANCE | $ | 4,231.87 |
| BALANCE DUE | $ | 4,483.03 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| 05/09/05 | 4057306 | 67.60 | 0.00 | 67.60 |
| 06/03/05 | 4059620 | 67.60 | 0.00 | 67.60 |
| 07/07/05 | 4062193 | 33.80 | 0.00 | 33.80 |
| Total | | | | 4,231.87 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4067376
Invoice Date: September 7, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 08/15/05 | RB | Phone conference with Gerald Baldwin on reopening of case and related matters | 0.20 | 69.00 |
| 08/28/05 | RB | Prepare motions to approve final distributions and final report and payment of fees | 2.00 | 690.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED                       $        759.00

OUT-OF-POCKET EXPENSES

| 8/10/05 | Shipping - PAID TO: Federal Express | 20.07 | | |
| | Administrative Expense (including telephone, photocopy, & postage) | 30.36 | | |

$        50.43

INVOICE TOTAL                                $        809.43

PRIOR UNPAID BALANCE                         $      4,483.03

BALANCE DUE                                  $      5,292.46

GREENEBAUM DOLL & McDONALD PLLC

Michael R. Barrett
107845.000001

Invoice No.:      4067376
Invoice Date:    September 7, 2005
Page                2

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 2.20 | 345.00 | 759.00 |
| | 2.20 | | 759.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                          Account No. 107845.000001
c/o Richard Boydston                        Invoice No. 4067376
GD&M                                        Invoice Date September 7, 2005

### REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 809.43 |
| PRIOR UNPAID BALANCE | $ | 4,483.03 |
| BALANCE DUE | $ | 5,292.46 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| 05/09/05 | 4057306 | 67.60 | 0.00 | 67.60 |
| 06/03/05 | 4059620 | 67.60 | 0.00 | 67.60 |
| 07/05/05 | 4062193 | 33.80 | 0.00 | 33.80 |
| 08/11/05 | 4065507 | 251.16 | 0.00 | 251.16 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|------|---------|----------------|------------------|---------|
| Total |       |                |                  | 4,483.03 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4070045
Invoice Date: October 7, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/11/05 | RB | Draft motions on distribution and on final fees and report | 2.00 | 690.00 |
| 09/12/05 | RB | Obtain current 5/3 account statements and forward to Chris Dougherty | 0.40 | 138.00 |
| 09/13/05 | RB | Email exchange with Chris Dougherty on 5/3 accounts | 0.20 | 69.00 |
| 09/14/05 | RB | Conferences with Tracie Coaston on calculation of payments due to investors on surrender charges | 0.30 | 103.50 |
| 09/14/05 | TLC2 | Calculate figures to complete chart of surrender charge claims; make edits to the chart | 4.80 | 552.00 |
| 09/17/05 | RB | Edit distribution motion including check amounts/percentages | 1.00 | 345.00 |
| 09/18/05 | RB | Edit distribution motion | 0.30 | 103.50 |
| 09/21/05 | RB | Email to Anne McKinley and phone conference with Gerald Baldwin on distribution motion and edit same | 0.90 | 310.50 |
| 09/22/05 | RB | Edit distribution motion | 0.70 | 241.50 |
| 09/22/05 | TLC2 | Make edits to pleadings; calculate figures and totals on surrender charges chart | 2.10 | 241.50 |
| 09/26/05 | RB | Edit distribution motion papers and emails with Gerald Baldwin on same; review decision on St. Paul claim | 0.70 | 241.50 |
| 09/30/05 | TLC2 | File pleading electronically with the Court; call the clerk regarding forwarding the proposed order to the Judge; e-mail order to the Judge; forward filing to all parties in the case | 5.90 | 678.50 |

FEES FOR PROFESSIONAL SERVICES RENDERED                     $     3,714.50

OUT-OF-POCKET EXPENSES

GREENEBAUM DOLL & MCDONALD PLLC

Michael R. Barrett
107845.000001

Invoice No.:    4070045
Invoice Date:   October 7, 2005
Page            2

---

Administrative Expense (including
telephone, photocopy, & postage)        148.58

|  | $ | 148.58 |
|---|---|---|

INVOICE TOTAL                                    $    3,863.08

PRIOR UNPAID BALANCE                             $    5,292.46

BALANCE DUE                                      $    9,155.54

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 6.50 | 345.00 | 2,242.50 |
| Tracie L Coaston | 12.80 | 115.00 | 1,472.00 |
|  | 19.30 |  | 3,714.50 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                                      Account No. 107845.000001
c/o Richard Boydston                                    Invoice No. 4070045
GD&M                                                    Invoice Date October 7, 2005

### REMITTANCE PAGE

INVOICE TOTAL                                           $     3,863.08

PRIOR UNPAID BALANCE                                    $     5,292.46

BALANCE DUE                                             $     9,155.54

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|------|---------|----------------|------------------|---------|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| 05/09/05 | 4057306 | 67.60 | 0.00 | 67.60 |
| 06/03/05 | 4059620 | 67.60 | 0.00 | 67.60 |
| 07/05/05 | 4062193 | 33.80 | 0.00 | 33.80 |
| 08/11/05 | 4065507 | 251.16 | 0.00 | 251.16 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 09/07/05 | 4067376 | 809.43 | 0.00 | 809.43 |
| Total | | | | 5,292.46 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC

P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4073165
Invoice Date: November 11, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 10/03/05 | RB | Emails to Patrick Weber and Chris Dougherty on distributions; phone conferences with McHugh, Mogan, Giliberto, Hettle; phone conference with Mr. Weber on Form 1099 issue | 1.90 | 655.50 |
| 10/04/05 | RB | Email exchanges with Chris Dougherty on distributions; phone conference with Adolph; Kieger, Wings, Barden, Otto and letter to Tafuri, Balzano and Martin; obtain and deliver Fifth Third checks | 2.50 | 862.50 |
| 10/05/05 | RB | Phone conferences with Kupferberg, McFadden, Rubin, O'Dwyer, Niemeyer | 0.70 | 241.50 |
| 10/10/05 | RB | Phone conference with Carrigan, email exchange Stutz | 0.20 | 69.00 |
| 10/14/05 | RB | Phone conference with Grzelecki | 0.20 | 69.00 |
| 10/16/05 | RB | Update mailing list and email to Molly Fleming for SSNs for 14 persons | 1.00 | 345.00 |
| 10/17/05 | RB | Phone conference with Zinn | 0.10 | 34.50 |
| 10/18/05 | RB | Edit address lists | 0.20 | 69.00 |
| 10/19/05 | RB | Update and forward address lists | 0.50 | 172.50 |
| 10/19/05 | YMD | Researched and retrieved current address information per request from R. Boydston | 1.00 | 115.00 |
| 10/20/05 | RB | Draft and revise letter from Receiver to investors and outline final report | 1.00 | 345.00 |
| 10/21/05 | RB | Edit receiver's letter to investors | 0.30 | 103.50 |
| 10/24/05 | RB | Update address list | 0.20 | 69.00 |
| 10/28/05 | RB | Phone conference with Mary Hetter on distributing for Virginia Hetter and email to Chris Dougherty. | 0.30 | 103.50 |

# GREENEBAUM DOLL & MCDONALD PLLC

Michael R. Barrett
107845.000001

| | |
|---|---|
| Invoice No.: | 4073165 |
| Invoice Date: | November 11, 2005 |
| Page | 2 |

---

FEES FOR PROFESSIONAL SERVICES RENDERED $ 3,254.50

OUT-OF-POCKET EXPENSES

Administrative Expense (including
telephone, photocopy, & postage)      130.18

$    130.18

INVOICE TOTAL                                        $    3,384.68

PRIOR UNPAID BALANCE                           $    9,155.54

BALANCE DUE                                        $   12,540.22

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 9.10 | 345.00 | 3,139.50 |
| Yvonne M Davis | 1.00 | 115.00 | 115.00 |
| | 10.10 | | 3,254.50 |

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 09/07/05 | 4067376 | 809.43 | 0.00 | 809.43 |
| 10/07/05 | 4070045 | 3,863.08 | 0.00 | 3,863.08 |
| Total |  |  |  | 9,155.54 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett
c/o Richard Boydston
GD&M

Account No.: 107845.000001
Invoice No.: 4075299
Invoice Date: December 6, 2005

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/06/05 | RB | Email to Chris Dougherty on dates of check mailings | 0.20 | 69.00 |
| 11/07/05 | RB | Office conference with Hampton on address changes and 1099 and with Brock, Jordan and with Deaton on 1099; update address list | 1.00 | 345.00 |
| 11/08/05 | RB | Sign checks and make address change arrangements | 1.50 | 517.50 |
| 11/09/05 | RB | Phone conference with Niemeyer | 0.10 | 34.50 |
| 11/10/05 | RB | Phone conference with Kandelson, Daley and on Elizabeth Shelby-Kotcher address; email exchanges with Chris Dougherty on distributions | 0.50 | 172.50 |
| 11/11/05 | RB | Phone conferences with Long; update address list | 0.20 | 69.00 |
| 11/14/05 | RB | Phone conference with/email on Shelly | 0.20 | 69.00 |
| 11/17/05 | RB | Email exchange with Chris Dougherty on final reports | 0.20 | 69.00 |
| 11/21/05 | RB | Phone conference with Chris Dougherty on fee applications, final report, bank balance and Lambert address and obtain same | 0.60 | 207.00 |
| 11/29/05 | RB | Email exchanges on SIPC distribution | 0.20 | 69.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED                            $    1,621.50

OUT-OF-POCKET EXPENSES

Administrative Expense (including
telephone, photocopy, & postage)                64.86

$        64.86

INVOICE TOTAL                                                      $    1,686.36

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 73239
Cleveland, OH 44193
I.D. #61-0468813

Michael R. Barrett                                  Account No. 107845.000001
c/o Richard Boydston                                Invoice No. 4075299
GD&M                                                Invoice Date December 6, 2005

REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 1,686.36 |
| PRIOR UNPAID BALANCE | $ | 12,540.22 |
| BALANCE DUE | $ | 14,226.58 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 04/08/04 | 4023392 | 329.96 | 0.00 | 329.96 |
| 05/10/04 | 4025876 | 415.74 | 0.00 | 415.74 |
| 06/07/04 | 4028448 | 284.18 | 0.00 | 284.18 |
| 07/12/04 | 4031449 | 410.48 | 0.00 | 410.48 |
| 09/08/04 | 4036188 | 615.71 | 0.00 | 615.71 |
| 10/07/04 | 4038834 | 102.62 | 0.00 | 102.62 |
| 11/09/04 | 4041565 | 820.95 | 0.00 | 820.95 |
| 12/07/04 | 4044181 | 136.83 | 0.00 | 136.83 |
| 01/10/05 | 4046569 | 304.20 | 0.00 | 304.20 |
| 02/03/05 | 4049123 | 270.40 | 0.00 | 270.40 |
| 03/03/05 | 4051807 | 169.00 | 0.00 | 169.00 |
| 04/12/05 | 4055010 | 202.80 | 0.00 | 202.80 |
| 05/09/05 | 4057306 | 67.60 | 0.00 | 67.60 |
| 06/03/05 | 4059620 | 67.60 | 0.00 | 67.60 |
| 07/07/05 | 4062193 | 33.80 | 0.00 | 33.80 |
| 08/11/05 | 4065507 | 251.16 | 0.00 | 251.16 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|------|---------|----------------|------------------|---------|
| 09/07/05 | 4067376 | 809.43 | 0.00 | 809.43 |
| 10/07/05 | 4070045 | 3,863.08 | 0.00 | 3,863.08 |
| 11/11/05 | 4073165 | 3,384.68 | 0.00 | 3,384.68 |
| Total | | | | 12,540.22 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**