FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

'05 DEC 12 PM 12: 18

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | : : | |
| v. | : : | ORDER GRANTING EIGHTH MOTION TO APPROVE PAYMENT OF |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : : : | FEES AND REIMBURSEMENT OF EXPENSES TO RECEIVER |
| Defendants. | : : | |

This action comes before the Court on the Eighth Motion to Approve Payment of Fees

and Reimbursement of Receiver filed December 6, 2005 and the memorandum in support thereof

and the pleadings and papers of record in this action.

The Court is of the opinion that said motion is well taken and should be granted and

therefore it is hereby

ORDERED, that the motion is granted and payment by the Receiver of fees and

reimbursement of expenses to Ulmer & Berne, LLP for the period of November 1, 2003 through

January 20, 2004 in the amount of $1,302.00 and for reimbursement of expenses incurred during

the same period in the amount of $191.57 for a total of $1,493.57 is approved; and it is further

ORDERED, that the Receiver pay said total of $1,493.57 to Ulmer & Berne LLP out of

funds in the hands of the receiver.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH  45202-4728
phone:  513.455.7663
fax:  513.762.7963
email:  rb2@gdm.com

641456_1