FILED
JAMES BONINI
CLERK

'05 DEC 12 PM 12:18

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | |
| v. | ORDER GRANTING FIRST MOTION TO APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO GREENEBAUM DOLL &MCDONALD PLLC |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | |
| Defendants. | |

This action comes before the Court on the First Motion to Approve Payment of Fees and Reimbursement of Greenebaum Doll & McDonald PLLC filed December 6, 2005 and the memorandum in support thereof and the pleadings and papers of record in this action.

The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

ORDERED, that the motion is granted and payment by the Receiver of fees and reimbursement of expenses to Greenebaum Doll & McDonald PLLC for the period January 20, 2004 through November 29, 2005 in the total amount of $14,226.58 is approved; and it is further

ORDERED, that the Receiver pay said total of $14,226.58 to Greenebaum Doll & McDonald PLLC out of funds in the hands of the Receiver.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

641457_1