FILED
JAMES BONINI
CLERK

'05 DEC 19 AM 8: 20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

SECURITIES AND EXCHANGE COMMISSION, :
                             Plaintiff,
v.
STEPHEN G. DONAHUE, and
DONAHUE SECURITIES, INC.,
                             Defendants.

Case No. 1:01-cv-116
(Judge Sandra S. Beckwith)

ORDER GRANTING EIGHTH MOTION TO
APPROVE PAYMENT OF
FEES AND REIMBURSEMENT
OF EXPENSES TO RECEIVER

       This action comes before the Court on the Eighth Motion to Approve Payment of Fees and Reimbursement of Receiver filed December 6, 2005 and the memorandum in support thereof and the pleadings and papers of record in this action.

       The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

       ORDERED, that the motion is granted and payment by the Receiver of fees and reimbursement of expenses to the Receiver for the period of December 8, 2003 through November 7, 2005 in the amount of $8,664.00 and for reimbursement of expenses incurred during the same period in the amount of $249.18 for a total of $8,913.18 is approved; and it is further

       ORDERED, that the Order Granting Eighth Motion To Approve Payment Of Fees And Reimbursement Of Expenses to Receiver entered December 12, 2005 (docket number 117) was entered in error and is hereby withdrawn and held as naught; and it is further

       ORDERED, that the Receiver pay said total of $8,913.18 to the Receiver out of funds in the hands of the Receiver.

       SO ORDERED.

*/s/ Sandra S. Beckwith*
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
phone: 513.455.7663
fax: 513.762.7963
email: rb2@gdm.com

641456_1