FILED
JAMES BONINI
CLERK

06 MAY -3 PM 2:01

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:01-cv-116 (Judge Sandra S. Beckwith) |
| Plaintiff, | |
| v. | ORDER SUBSTITUTING H. PATRICK WEBER AS RECEIVER |
| STEPHEN G. DONAHUE, et al., | |
| Defendants. | |

This case comes before the Court on the Motion for Order Substituting H. Patrick Weber as Receiver.

The Court is of the opinion that the motion is well taken and should be granted and therefore it is hereby,

ORDERED, that H. Patrick Weber is substituted for Michael R. Barrett as Receiver and Mr. Barrett is discharged as Receiver.

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for Michael R. Barrett, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com
651960_1