UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:01-cv-116 (Chief Judge Sandra S. Beckwith) |
| Plaintiff | |
| v. | RECEIVER'S EIGHTH INTERIM AND FINAL REPORT AND MOTION TO APPROVE THE SAME AND TO DISCHARGE RECEIVER |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | |
| Defendants | |

Comes now H. Patrick Weber as the receiver for Stephen G. Donahue and formerly as receiver for S.G. Donahue & Company, Inc. appointed by orders entered March 7, 2001 (document 12) and May 3, 2006 (document 121) (the "Receiver") and herewith submits his eighth interim report for the period November 30, 2003 through December 12, 2007 (the "Report Period") and his final report and moves the Court for entry of an order approving the same and also to discharge the Receiver in the form of the order submitted herewith.

As set forth in this and the seven prior interim reports, the Receiver has recovered $2,258,019 in cash on liquidation of assets.

The trustee for the Securities Investors Protection Corporation (the "SIPC Trustee") obtained a judgment against Mr. Donahue in the amount of $7,344,973 in Adversary Proceeding Number 02-1382 in the Bankruptcy Court on January 17, 2003 (the "SIPC Judgment").

The Receiver obtained an assignment of all assets of Stephen Donahue pursuant to the order approving the settlement agreement between his wife Linda A. Donahue and his daughter

Sheri Wesley, The Provident Bank, the SIPC Trustee and the Receiver entered March 31, 2003 (document 88) (the "Donahue Assignment").

The Receiver distributed $670,500 to 133 persons in partial reimbursement of surrender charges not paid by the SIPC Trustee plus $404,925 to the SPIC trustee pursuant order entered October 3, 2005 (document 112). One check – for $1,1408.05 – has not been deposited and the Receiver is continuing to attempt to locate the payee.

The SIPC Trustee filed Trustee's Final and Investigatory Reports, Account of Administration of Estate, Application for Approval and Related Relief on November 19, 2007 in the liquidation proceeding in the Bankruptcy Court, Adversary Case Number 01-1027 (document 497). That report and application was approved December 14, 2007 (document 500).

An itemization of the receipts, marked as Exhibit A, and agreed disbursements, marked as Exhibit B, from December 1, 2003 through December 12, 2007 is attached. Copies of statements on the Receiver's remaining bank account number 01651104532 at The Huntington National Bank for the period November 1, 2003 through November 30, 2007 are attached marked Exhibit C. In addition, the statements on the Receiver's closed bank accounts are attached as follows:

| Exhibit | Bank | Account Number | Dates |
|---|---|---|---|
| D | The Huntington National Bank | 01651116960 | from to 10/31/05 |
| E | The Fifth Third Bank | 3110417 | from to 10/31/05 |
| F | The Fifth Third Bank | 73140290 | from to 10/31/05 |

The Receiver is currently holding $20,940.90. Along with this report, the Receiver is filing final fee applications for himself and his counsel in the total of $19,660.18. The Receiver

proposes to disburse the balance to SIPC toward the SIPC Judgment. In addition, the Receiver proposes to assign all of the Receiver's rights under the Donahue Assignment to SIPC.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for H. Patrick Weber, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing motion and memorandum along with the proposed order granting said motion were served electronically pursuant to the CM/ECF procedures established by the Court and by ordinary United States mail, first class postage prepaid, on each of the following on December 14, 2007.

s/ Richard Boydston

Anne C. McKinley, Esq.
U.S. Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604

Robert A. Goering, Esq.
Attorney for Stephen G. Donahue
Goering & Goering
220 West Third Street
Cincinnati, OH 45202

Glenn V. Whitaker, Esq.
Attorney for Stephen G. Donahue
Vorys Sater Seymour & Pease LLP
Suite 2100, Atrium Two
221 E. Fourth Street
Cincinnati, OH 45201-0236

Gerald L. Baldwin, Esq.
Attorney for the SIPC Trustee
Frost Brown Todd, LLC
2500 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Donald J. Rafferty, Esq.
Attorney for Linda A. Donahue
Cohen Todd Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202

J. Michael Debbeler, Esq.
Attorney for The Provident Bank
Graydon Head & Ritchey
1900 Fifth Third Center, 511 Walnut Street
Cincinnati, OH 45202

1290598_1.doc