# EXHIBIT C

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/03 - 11/30/03
ACCOUNT: 01651104532          EMB    C

PAGE   1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          86,983.62

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 1,030.22 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 36.11 | | |
| TOTAL CREDITS | 1,066.33 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT**          88,034.95          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.501%
INTEREST EARNED THIS YEAR     342.47
INTEREST EARNED LAST YEAR     560.79

*(handwritten):* 88 034.95
(600.00) check
(9000.00) check
(36.11)
15.00
78 413.84

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 11/04 | 1,030.22 | | 00022481739 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/28 | 36.11 | INTEREST PAYMENT | 12800002750 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/17 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 86,983.62 | 11/17 | 87,998.84 | | |
| 11/04 | 88,013.84 | 11/28 | 88,034.95 | | |

*(handwritten):* 12/3/..
43819

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/03 - 12/31/03
ACCOUNT: 01651104532

PAGE   1 OF 2

EMB     4

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          88,034.95

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| INTEREST EARNED | 28.64 | REGULAR CHECKS PAID | 31,692.17 |
| | | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 28.64 | TOTAL DEBITS | 31,707.17 |
| **BALANCE THIS STATEMENT** | 56,356.42 | ITEMS ENCLOSED | 4 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD           0.501%
INTEREST EARNED THIS YEAR      371.11
INTEREST EARNED LAST YEAR      560.79

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/31 | 28.64 | INTEREST PAYMENT | 23100002762 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1019 | 600.00 | 12/08 | 00021085139 | 1021 | 4,858.60 | 12/16 | 00042029571 |
| 1020 | 9,000.00 | 12/02 | 00552024747 | 1022 | 17,233.57 | 12/16 | 00042092873 |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
   1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
   4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 12/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

CONTINUED

29819

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             12/01/03 - 12/31/03
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                          EMB      4
                                        PAGE   2 OF 2

ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ.ḷḷ

## BALANCE SUMMARY

| DATE  | BALANCE   | DATE  | BALANCE   | DATE  | BALANCE   |
|-------|-----------|-------|-----------|-------|-----------|
| 11/30 | 88,034.95 | 12/08 | 78,434.95 | 12/16 | 56,327.78 |
| 12/02 | 79,034.95 | 12/15 | 78,419.95 | 12/31 | 56,356.42 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/04 - 01/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB    C

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          56,356.42

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 945.72 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 24.04 | | |
| TOTAL CREDITS | 969.76 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | 57,311.18 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD            0.499%
INTEREST EARNED THIS YEAR       24.04
INTEREST EARNED LAST YEAR      971.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 01/15 | 945.72 ✓ | | 00024193358 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/30 | 24.04 ✓ | INTEREST PAYMENT | 13000002745 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 01/15 ✓ | 15.00 | MONTHLY SERVICE FEE |
| TOTAL SERVICE CHARGES | | 15.00 |
| NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 56,356.42 | 01/15 | 57,287.14 | 01/30 | 57,311.18 |

42961

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/04 - 02/29/04
ACCOUNT: 01651104532

EMB          0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          57,311.18

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 6,180.89 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 24.99 | | |
| TOTAL CREDITS | 6,205.88 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 63,502.06 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR      49.03
INTEREST EARNED LAST YEAR     371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/02 | 6,180.89 | | 000411B9137 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 02/27 | 24.99 | INTEREST PAYMENT | 22700002715 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 02/17 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 57,311.18 | 02/17 | 63,477.07 | | |
| 02/02 | 63,492.07 | 02/27 | 63,502.06 | | |

43438

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/04 - 03/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB        (

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          63,502.06

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 927.55 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 27.07 | | |
| TOTAL CREDITS | 954.62 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT**          64,441.68          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR      76.10
INTEREST EARNED LAST YEAR     371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 03/16 | 927.55 | | 00022273707 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 03/31 | 27.07 | INTEREST PAYMENT | 33100002665 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02/29 | 63,502.06 | 03/16 | 64,414.61 | | |
| 03/15 | 63,487.06 | 03/31 | 64,441.68 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37         1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/04 - 04/30/04
ACCOUNT: 01651104532         EMB    C

PAGE    1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          64,441.68

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 1,776.10 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 26.62 | | |
| TOTAL CREDITS | 1,802.72 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **66,229.40** | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR     102.72
INTEREST EARNED LAST YEAR     371.11

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/22 | 1,776.10 | | 00034118529 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/30 | 26.62 | INTEREST PAYMENT | 43000002690 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 04/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 64,441.68 | 04/22 | 66,202.78 | | |
| 04/15 | 64,426.68 | 04/30 | 66,229.40 | | |

44578

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/04 - 05/31/04
ACCOUNT: 01651104532                    EMB        0

PAGE    1 OF 1

IdIdIdIdIIIIumddIdhIIIIumddIdIdIumdIIdIdI

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        66,229.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 9,779.18 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 28.05 | | |
| TOTAL CREDITS | 9,807.23 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 76,021.63 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR     130.77
INTEREST EARNED LAST YEAR     371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/28 | 9,779.18 | | 00025176399 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/28 | 28.05 | INTEREST PAYMENT | 52800002686 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/17 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 66,229.40 | 05/17 | 66,214.40 | 05/28 | 76,021.63 |

44017

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/04 - 06/30/04
ACCOUNT: 01651104532                    EMB      0

PAGE    1 OF 1

I‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        76,021.63

CREDIT SUMMARY FOR THE PERIOD          DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                31.15      NET SERVICE CHARGE              15.00

      TOTAL CREDITS              31.15          TOTAL DEBITS                15.00

**BALANCE THIS STATEMENT**       76,037.78      ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.499%
INTEREST EARNED THIS YEAR       161.92
INTEREST EARNED LAST YEAR       371.11

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 06/30 | 31.15 | INTEREST PAYMENT | 63000002734 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|---|
| 06/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/31 | 76,021.63 | 06/15 | 76,006.63 | 06/30 | 76,037.78 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/04 - 07/31/04
ACCOUNT: 01651104532                    EMB     0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          76,037.78

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.20 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.20 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 76,054.98 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR     194.12
INTEREST EARNED LAST YEAR     371.11

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/30 | 32.20 | INTEREST PAYMENT | 73000002673 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 76,037.78 | 07/15 | 76,022.78 | 07/30 | 76,054.98 |

47107

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/04 - 08/31/04
ACCOUNT: 01651104532
                                    EMB    1
PAGE    1 OF 2

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        76,054.98

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

| REGULAR DEPOSITS | 623.32 | REGULAR CHECKS PAID | 5.00 |
| INTEREST EARNED | 32.43 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 655.75 | TOTAL DEBITS | 20.00 |

BALANCE THIS STATEMENT        76,690.73    ITEMS ENCLOSED            1

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR     226.55
INTEREST EARNED LAST YEAR     371.11

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 08/04 | 623.32 ✓ | | 00043080733 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 08/31 | 32.43 | INTEREST PAYMENT | 83100002703 |

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|--------------|--------|------|------------------|--------------|--------|------|------------------|
| 1025 | 5.00 | 08/06 | 00045197295 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
  1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
  4) BEEN INCLUDED IN A LIST OF CHECKS

## SERVICE CHARGE DETAIL    IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 08/16 | 15.00 | MONTHLY SERVICE FEE |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             08/01/04 - 08/31/04
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                      EMB

                                        PAGE   2 OF 2

| | |
|---|---|
| TOTAL SERVICE CHARGES | 15.00 |
| NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07/31 | 76,054.98 | 08/06 | 76,673.30 | 08/31 | 76,690.73 |
| 08/04 | 76,678.30 | 08/16 | 76,658.30 | | |

01651104532      01 02 001 00 N N N EMB I

17020

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS           09/01/04 - 09/30/04
105 E 4TH ST STE 500                  ACCOUNT: 01651104532
CINCINNATI OH 45202-4015
                                                              EMB       0
                                      PAGE   1 OF 1

---

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT            76,690.73

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 31.43      NET SERVICE CHARGE           15.00

    TOTAL CREDITS                 31.43         TOTAL DEBITS              15.00

BALANCE THIS STATEMENT            76,707.16  ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.499%    DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR         257.98    AVERAGE LEDGER BALANCE     76,682.73
INTEREST EARNED LAST YEAR         371.11    AVERAGE COLLECTED BALANCE  76,682.73

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 09/30 | 31.43 | INTEREST PAYMENT | 93000002673 |

---

**SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD**

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 09/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER ON 1-800-480-2001

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 76,690.73 | 09/15 | 76,675.73 | 09/30 | 76,707.16 |

        CHECK OUT THE NEW FIELDS ON YOUR MONTHLY STATEMENT!
        DAYS IN STATEMENT PERIOD - THE NUMBER OF DAYS IN THE CYCLE.
        AVERAGE LEDGER BALANCE - THE ACCUMULATION OF THE BALANCE IN
        A CUSTOMER'S ACCOUNT DIVIDED BY THE NUMBER OF DAYS
        IN THE CYCLE.
        AVERAGE COLLECTED BALANCE - THE AVERAGE OF THE BALANCE WHICH
        CAN BE INVESTED, DISBURSED, OR WIRED OUT, CALCULATED AS
        BOOK OR LEDGER BALANCE LESS FLOAT IN THE ACCOUNT.

49249

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/04 - 10/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB      0

Ibdaldadllaaaldadlllaaalldalldaaaldadll

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            76,707.16

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 293.82 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 32.53 | | |
| TOTAL CREDITS | 326.35 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT**            77,018.51        ITEMS ENCLOSED                      0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 290.51 | AVERAGE LEDGER BALANCE | 76,831.62 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 76,820.30 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 10/18 | 293.82 | | 00081063447 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 10/29 | 32.53 | INTEREST PAYMENT | 02900002645 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 10/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 76,707.16 | 10/18 | 76,985.98 | | |
| 10/15 | 76,692.16 | 10/29 | 77,018.51 | | |

50536

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/04 - 11/30/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB    C

Ildablahallllaadldalllaaadldlaadadl

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,018.51

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

   INTEREST EARNED              31.56           NET SERVICE CHARGE            15.00

         TOTAL CREDITS          31.56                 TOTAL DEBITS           15.00

BALANCE THIS STATEMENT          77,035.07       ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.499%          DAYS IN STATEMENT PERIOD         30
INTEREST EARNED THIS YEAR       322.07          AVERAGE LEDGER BALANCE    77,010.51
INTEREST EARNED LAST YEAR       371.11          AVERAGE COLLECTED BALANCE 77,010.51

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 11/30 | 31.56 | INTEREST PAYMENT | 13000002598 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|
| 11/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 77,018.51 | 11/15 | 77,003.51 | 11/30 | 77,035.07 |

EFFECTIVE JANUARY 3, 2005, NON-SUFFICIENT FUNDS,
MANUAL STOP PAY AND NEGATIVE LEDGER BALANCE FEES
WILL BE $31.00.
FOR BANK 18 EFFECTIVE JANUARY 3, 2005, NON-SUFFICIENT
FUNDS, MANUAL STOP PAY AND NEGATIVE LEDGER BALANCE FEES
WILL BE $29.00.
FOR BANK 11, 13, 60, 61, 62, 76
NO CHANGES.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/04 - 12/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB      C

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,035.07

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 483.68 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 32.65 | | |
| TOTAL CREDITS | 516.33 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT          77,536.40      ITEMS ENCLOSED                    0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 354.72 | AVERAGE LEDGER BALANCE | 77,104.85 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 77,084.27 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/27 | 483.68 | | 00041200527 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/31 | 32.65 | INTEREST PAYMENT | 23100002630 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 77,035.07 | 12/27 | 77,503.75 | | |
| 12/15 | 77,020.07 | 12/31 | 77,536.40 | | |

51505

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/05 - 01/31/05
ACCOUNT: 01651104532
                                    EMB      0
PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,536.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.92 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.92 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | 77,554.32 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 32.92 | AVERAGE LEDGER BALANCE | 77,529.62 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 77,529.62 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 32.92 | INTEREST PAYMENT | 13100002723 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 01/18 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 77,536.40 | 01/18 | 77,521.40 | 01/31 | 77,554.32 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/05 - 02/28/05
ACCOUNT: 01651104532
                              EMB      0
PAGE   1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,554.32

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 761.36 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 29.88 | | |
| TOTAL CREDITS | 791.24 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT          78,330.56       ITEMS ENCLOSED                    0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 28 |
| INTEREST EARNED THIS YEAR | 62.80 | AVERAGE LEDGER BALANCE | 77,954.69 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 77,904.94 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/14 | 761.36 | | 00021357171 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 02/28 | 29.88 | INTEREST PAYMENT | 22800002668 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 77,554.32 | 02/15 | 78,300.68 | | |
| 02/14 | 78,315.68 | 02/28 | 78,330.56 | | |

51232

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/05 - 03/31/05
ACCOUNT: 01651104532
                                         EMB      1
PAGE    1 OF    2

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              78,330.56

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.70 | REGULAR CHECKS PAID | 4,586.99 |
| | | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.70 | TOTAL DEBITS | 4,601.99 |
| **BALANCE THIS STATEMENT** | 73,761.27 | ITEMS ENCLOSED | 1 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 95.50 | AVERAGE LEDGER BALANCE | 76,990.62 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 76,990.62 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 03/31 | 32.70 | INTEREST PAYMENT | 33100002604 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1028 | 4,586.99 | 03/23 | 00013073879 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
    1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
    4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 03/15 | 15.00 | MONTHLY SERVICE FEE | |
| | TOTAL SERVICE CHARGES | | 15.00 |
| | NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558


MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS              03/01/05 - 03/31/05
105 E 4TH ST STE 500                     ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                          EMB

                                        PAGE    2 OF    2

IıIıılıIıııIlIIıııılılıllıııılılılılııılııılıll

---

## BALANCE SUMMARY

| DATE  | BALANCE   | DATE  | BALANCE   | DATE | BALANCE |
|-------|-----------|-------|-----------|------|---------|
| 02/28 | 78,330.56 | 03/23 | 73,728.57 |      |         |
| 03/15 | 78,315.56 | 03/31 | 73,761.27 |      |         |

EFFECTIVE 5/1/05 - CHANGES TO YOUR HUNTINGTON VISA CHECK CARD
1. FOREIGN COUNTRY TRANSACTIONS - CHECK CARD TRANSACTIONS IN
A FOREIGN COUNTRY, WILL HAVE A FOREIGN TRANSACTION FEE EQUAL
TO 2% OF THE AMOUNT OF THE CHECK CARD TRANSACTION.
2. IF AT ANY TIME YOU REQUEST, AND WE MAKE, AN EXPEDITED
DELIVERY OF A HUNTINGTON CHECK CARD, WE MAY CHARGE AN
EXPEDITED FEE OF $25.00.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/05 - 04/30/05
ACCOUNT: 01651104532                     EMB

PAGE   1 OF   2

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              73,761.27

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 4,577.14 | REGULAR CHECKS PAID | 260.00 |
| INTEREST EARNED | 31.48 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 4,608.62 | TOTAL DEBITS | 275.00 |

**BALANCE THIS STATEMENT**              78,094.89      ITEMS ENCLOSED                          1

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD | | | |
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 126.98 | AVERAGE LEDGER BALANCE | 77,115.07 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 76,608.74 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/08 | 4,577.14 | | 00045111492 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/29 | 31.48 | INTEREST PAYMENT | 42900002645 |

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1029 | 260.00 | 04/14 | 00014072951 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
   1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
   4) BEEN INCLUDED IN A LIST OF CHECKS

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/15 | 15.00 | MONTHLY SERVICE FEE |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/05 - 05/31/05
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB      0

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,094.89

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.19 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.19 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | 78,115.08 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.531%      DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR       162.17      AVERAGE LEDGER BALANCE        78,087.14
INTEREST EARNED LAST YEAR       354.72      AVERAGE COLLECTED BALANCE     78,087.14

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/31 | 35.19 | INTEREST PAYMENT | 53100002657 |

---

### SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 05/16 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 78,094.89 | 05/16 | 78,079.89 | 05/31 | 78,115.08 |

PRICES EFFECTIVE JUNE 1, 2005
INTEREST CHECKING SERVICE FEE ........................ $16.00
PER DEPOSIT ......................................... $0.40
BRANCH CASH DEPOSIT PROCESSING ............ $0.001 PER $1.00
ACH DEBIT/CREDIT (1ST 99) $0.25, (100-249) $0.18, (250+) $0.16
AVG. COLLECTED BALANCE TO WAIVE SERVICE FEE .......... $5,000
WIRES IN $15; WIRES OUT $35

55978

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/05 - 06/30/05
ACCOUNT: 01651104532
                                    EMB      0
PAGE   1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

| | | |
|---|---|---|
| BALANCE LAST STATEMENT | 78,115.08 | |

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.31 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.31 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **78,135.39** | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
| | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 197.48 | AVERAGE LEDGER BALANCE | 78,107.08 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,107.08 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 35.31 | INTEREST PAYMENT | 63000002646 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 06/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 78,115.08 | 06/15 | 78,100.08 | 06/30 | 78,135.39 |

57235

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/05 - 07/31/05
ACCOUNT: 01651104532          EMB     0

PAGE   1 OF 1

hduhhdudlhuuhhdudllhuuuhhhhdudluudhll

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,135.39

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS               233.94
  INTEREST EARNED                 36.57

     TOTAL CREDITS               270.51          TOTAL DEBITS                 0.00

BALANCE THIS STATEMENT          78,405.90     ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%      DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR       234.05      AVERAGE LEDGER BALANCE      78,316.50
INTEREST EARNED LAST YEAR       354.72      AVERAGE COLLECTED BALANCE   78,293.85

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 07/08 | 233.94 | | 00075086700 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 07/29 | 36.57 | INTEREST PAYMENT | 72900002659 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/30 | 78,135.39 | 07/08 | 78,369.33 | 07/29 | 78,405.90 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/05 - 08/31/05
ACCOUNT: 01651104532              EMB      0

PAGE   1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,405.90

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 36.63 | | |
| TOTAL CREDITS | 36.63 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT          78,442.53      ITEMS ENCLOSED           0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 270.68 | AVERAGE LEDGER BALANCE | 78,405.90 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,405.90 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 36.63 | INTEREST PAYMENT | 83100002690 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 78,405.90 | 08/31 | 78,442.53 | | |

58582

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/05 - 09/30/05
ACCOUNT: 01651104532

PAGE   1 OF 1

EMB    0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        78,442.53

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS            802.47
  INTEREST EARNED              35.68

  TOTAL CREDITS               838.15        TOTAL DEBITS              0.00

BALANCE THIS STATEMENT      79,280.68      ITEMS ENCLOSED                0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD           0.551%      DAYS IN STATEMENT PERIOD       30
INTEREST EARNED THIS YEAR    306.36        AVERAGE LEDGER BALANCE    78,950.76
INTEREST EARNED LAST YEAR    354.72        AVERAGE COLLECTED BALANCE 78,924.02

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 09/12 | 802.47 | | 00031202190 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 09/30 | 35.68 | INTEREST PAYMENT | 93000002710 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08/31 | 78,442.53 | 09/12 | 79,245.00 | 09/30 | 79,280.68 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/05 - 10/31/05
ACCOUNT: 01651104532

EMB      C

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          79,280.68

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 930,751.91 | | |
| INTEREST EARNED | 440.02 | | |
| OTHER CREDITS | 98,415.68 | | |
| **TOTAL CREDITS** | 1,029,607.61 | **TOTAL DEBITS** | 0.00 |
| **BALANCE THIS STATEMENT** | 1,108,888.29 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
| EARNED THIS PERIOD | 0.696% | DAYS IN STATEMENT PERIOD | 31 |
|---|---|---|---|
| INTEREST EARNED THIS YEAR | 746.38 | AVERAGE LEDGER BALANCE | 776,458.72 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 746,432.04 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 10/11 | 930,751.91 | | 00022173339 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 10/11 | 98,415.68 | TELLER TFR FRM   CHECKING 101105 XXXXXXX6960 | 06847888103 |
| 10/31 | 440.02 | INTEREST PAYMENT | 03100002650 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 79,280.68 | 10/11 | 1,108,448.27 | 10/31 | 1,108,888.29 |

_Statement Balance_ ⎯ 1,108,888.29

_Less outstanding_
Cks # 1032-1078      280,872.45

828,015.84  OK

57466

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      7
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/05 - 11/30/05
ACCOUNT: 01651104532

PAGE   1 OF   2              EMB   100

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            1,108,888.29

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 403.92 | REGULAR CHECKS PAID | 665,086.75 |
| TOTAL CREDITS | 403.92 | TOTAL DEBITS | 665,086.75 |
| **BALANCE THIS STATEMENT** | 444,205.46 | ITEMS ENCLOSED | 100 |

| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.681% | DAYS IN STATEMENT PERIOD | 30 |
|---|---|---|---|
| INTEREST EARNED THIS YEAR | 1150.30 | AVERAGE LEDGER BALANCE | 723,613.13 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 723,613.13 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/30 | 403.92 | INTEREST PAYMENT | 13000002616 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1032 | 3,419.55 | 11/16 | 00013060700 | 1058 | 3,955.95 | 11/15 | 00660114600 |
| 1034 * | 4,023.00 | 11/08 | 00022190102 | 1059 | 2,480.85 | 11/07 | 00660001243 |
| 1035 | 16,561.35 | 11/15 | 00022145564 | 1060 | 2,078.55 | 11/07 | 00011100649 |
| 1036 | 6,705.00 | 11/15 | 00660115843 | 1061 | 4,760.55 | 11/07 | 00011174080 |
| 1037 | 6,503.85 | 11/09 | 00013092593 | 1062 | 4,023.00 | 11/07 | 00011100682 |
| 1038 | 34,128.45 | 11/07 | 00011143809 | 1063 | 469.35 | 11/09 | 00013160929 |
| 1039 | 12,337.20 | 11/09 | 00013113757 | 1064 | 3,151.35 | 11/09 | 00033031848 |
| 1040 | 67.05 | 11/17 | 00014034850 | 1065 | 2,078.55 | 11/15 | 00660114563 |
| 1041 | 7,241.40 | 11/28 | 00011100191 | 1066 | 5,766.30 | 11/15 | 00022172883 |
| 1042 | 18,774.00 | 11/07 | 00660014331 | 1067 | 2,346.75 | 11/14 | 00011014474 |
| 1043 | 2,480.85 | 11/14 | 00011119127 | 1068 | 938.70 | 11/08 | 00022145033 |
| 1044 | 15,689.70 | 11/07 | 00011101306 | 1069 | 8,113.05 | 11/08 | 00022190594 |
| 1045 | 402.30 | 11/14 | 00660081831 | 1070 | 402.30 | 11/07 | 00011100801 |
| 1046 | 1,676.25 | 11/07 | 00011190751 | 1071 | 5,632.20 | 11/07 | 00071057755 |
| 1047 | 4,023.00 | 11/18 | 00025037607 | 1072S | 22,059.45 | 11/21 | 00010069168 |
| 1048 | 1,676.25 | 11/14 | 00660086525 | 1073 | 7,442.55 | 11/07 | 00011107133 |
| 1049 | 5,833.35 | 11/23 | 00013103111 | 1074 | 5,900.40 | 11/15 | 00022143405 |
| 1050S | 2,547.90 | 11/10 | 00014083983 | 1075 | 1,743.30 | 11/16 | 00023152417 |
| 1051 | 4,157.10 | 11/08 | 00011029000 | 1076 | 1,944.45 | 11/16 | 00023153488 |
| 1052 | 14,616.90 | 11/08 | 00022213813 | 1077 | 2,078.55 | 11/17 | 00024122844 |
| 1053 | 3,419.55 | 11/07 | 00600006204 | 1078S | 6,570.90 | 11/18 | 00015084026 |
| 1054 | 17,567.10 | 11/08 | 00022191355 | 1080 * | 2,480.85 | 11/14 | 00011059471 |
| 1055 | 134.10 | 11/21 | 00011071222 | 1082 * | 4,760.55 | 11/18 | 00660172258 |
| 1056 | 1,542.15 | 11/10 | 00014045265 | 1083 | 3,218.40 | 11/18 | 00660172259 |
| 1057 | 11,408.05 | 11/14 | 00011020965 | 1084 | 5,028.75 | 11/10 | 00660066261 |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        7
COLUMBUS OH 43216-1558


MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/05 - 11/30/05
ACCOUNT: 01651104532

                                                EMB    10C

PAGE    2 OF    2

IdaIdaIdaIIIamdaIdaIIamdaIdIdIamdaIdaII

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1085 | 2,413.80 | 11/14 | 00011059500 | 1115 | 6,839.10 | 11/10 | 00660067507 |
| 1086 | 11,666.70 | 11/16 | 00023122280 | 1116 | 3,151.35 | 11/21 | 00021117622 |
| 1087 | 1,475.10 | 11/16 | 00023154355 | 1117 | 4,425.30 | 11/16 | 00023146928 |
| 1088 | 2,950.20 | 11/14 | 00011059308 | 1118 | 670.50 | 11/16 | 00023146896 |
| 1089 | 12,739.50 | 11/15 | 00022145274 | 1119 | 6,302.70 | 11/17 | 00024137121 |
| 1090 | 1,206.90 | 11/17 | 00024134268 | 1120 | 670.50 | 11/17 | 00014021737 |
| 1091 | 2,950.00 | 11/09 | 00660042575 | 1121 | 22,662.90 | 11/14 | 00011031522 |
| 1092 | 1,542.15 | 11/14 | 00011072047 | 1123 * | 4,291.20 | 11/10 | 00660070006 |
| 1093 | 1,676.25 | 11/14 | 00022127453 | 1124 | 11,398.50 | 11/10 | 00660067506 |
| 1095 * | 1,206.90 | 11/14 | 00011018165 | 1125 | 3,486.60 | 11/14 | 00011118674 |
| 1096 | 1,676.25 | 11/17 | 00024106180 | 1126 | 3,754.80 | 11/14 | 00011011552 |
| 1097 | 2,078.55 | 11/09 | 00660040267 | 1127 | 3,821.85 | 11/16 | 00023147350 |
| 1098 | 871.65 | 11/16 | 00013065904 | 1128 | 1,475.10 | 11/15 | 00022142832 |
| 1099 | 6,973.20 | 11/21 | 00011073082 | 1129 | 5,095.80 | 11/14 | 00021139099 |
| 1100 | 18,908.10 | 11/14 | 00011072270 | 1130 | 938.70 | 11/15 | 00022136874 |
| 1101 | 1,408.05 | 11/15 | 00022089425 | 1131 | 39,961.80 | 11/15 | 00022172358 |
| 1102 | 3,955.95 | 11/17 | 00024161300 | 1132 | 13,745.25 | 11/16 | 00513085925 |
| 1103 | 18,706.95 | 11/21 | 00011070272 | 1133 | 286.20 | 11/21 | 00021134970 |
| 1104 | 1,810.35 | 11/10 | 00660074015 | 1134 | 12,404.25 | 11/17 | 00024102573 |
| 1105 | 871.65 | 11/16 | 00023145546 | 1135 | 1,273.95 | 11/16 | 00023088967 |
| 1106 | 5,431.05 | 11/15 | 00022141667 | 1136 | 21,120.75 | 11/15 | 00022088256 |
| 1108 * | 6,503.85 | 11/21 | 00021112750 | 1137 | 2,480.85 | 11/16 | 00023141386 |
| 1109 | 5,498.10 | 11/21 | 00021117253 | 1138 | 8,180.10 | 11/10 | 00660069798 |
| 1110 | 3,285.45 | 11/16 | 00023140884 | 1139 | 11,264.40 | 11/10 | 00660069799 |
| 1112 * | 27,155.25 | 11/15 | 00012025283 | 1140 | 4,425.30 | 11/14 | 00660103647 |
| 1113 | 18,774.00 | 11/14 | 00011014385 | 1141 | 1,475.10 | 11/15 | 00012215748 |
| 1114 | 9,387.00 | 11/14 | 00011108568 | | | | |

(S) INDICATES THIS CHECK WAS CONVERTED TO A SUBSTITUTE CHECK
(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
     1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
     4) BEEN INCLUDED IN A LIST OF CHECKS

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 1,108,888.29 | 11/14 | 777,326.24 | 11/21 | 461,033.39 |
| 11/07 | 1,008,380.34 | 11/15 | 622,977.14 | 11/23 | 455,200.04 |
| 11/08 | 963,121.59 | 11/16 | 571,281.59 | 11/28 | 443,801.54 |
| 11/09 | 935,631.29 | 11/17 | 542,919.44 | 11/30 | 444,205.46 |
| 11/10 | 882,728.84 | 11/18 | 524,346.59 | | |

EFFECTIVE DECEMBER 2, 2005 OUR FUNDS AVAILABILITY POLICY WILL
REFLECT THE FOLLOWING ROUTING NUMBER CHANGES:
0724 2724
WILL BE MOVED FROM "SECOND" TO "FIRST BUSINESS DAY."
0911 2911
WILL BE MOVED FROM "THIRD" TO "SECOND BUSINESS DAY."
PLEASE CONTACT BUSINESS DIRECT, 1-614-480-2001, FOR MORE
INFORMATION AND TO REQUEST A NEW COPY OF OUR "POLICY"

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37    2
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/05 - 12/31/05
ACCOUNT: 01651104532

PAGE   1 OF   2                     EMB      8

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          444,205.46

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 590.14 | REGULAR CHECKS PAID | 433,582.08 |
| INTEREST EARNED | 39.73 | NET SERVICE CHARGE | 14.94 |
| TOTAL CREDITS | 629.87 | TOTAL DEBITS | 433,597.02 |

BALANCE THIS STATEMENT          11,238.31          ITEMS ENCLOSED                    8

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.587% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 1190.03 | AVERAGE LEDGER BALANCE | 79,895.58 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 79,858.09 |

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/22 | 590.14 | | 00034046165 | | | | |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/30 | 39.73 | INTEREST PAYMENT | 23000002613 |

---

### CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1079 | 871.65 | 12/06 | 00022178680 | 1144 * | 404,925.75 | 12/05 | 00021164573 |
| 1081 * | 1,139.85 | 12/06 | 00022177828 | 1145 | 8,913.18 | 12/20 | 00022140209 |
| 1107 * | 1,273.95 | 12/01 | 00024077130 | 1146 | 1,493.57 | 12/23 | 00015080131 |
| 1142 * | 737.56 | 12/16 | 00015140592 | 1147 | 14,226.58 | 12/22 | 00024048376 |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
4) BEEN INCLUDED IN A LIST OF CHECKS

---

### SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/15 | 14.94 | CHECKS PAID |

CONTINUED

*Bank Bal.*   *11,238.31*
*1094 Outstanding*   *1,408.05*
*9930.26 9t*

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/06 - 01/31/06
ACCOUNT: 01651104532            EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            11,238.31

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 5.25

    TOTAL CREDITS                 5.25           TOTAL DEBITS               0.00

BALANCE THIS STATEMENT           11,243.56       ITEMS ENCLOSED                0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.551%          DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR         5.25            AVERAGE LEDGER BALANCE       11,238.31
INTEREST EARNED LAST YEAR         1190.03         AVERAGE COLLECTED BALANCE    11,238.31

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 01/31 | 5.25 | INTEREST PAYMENT | 13100002620 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/31 | 11,238.31 | 01/31 | 11,243.56 | | |

*Bank Bal*        *11,243.56*
                    *1,408 05*
                 *9,835 51 OK*

57607

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/06 - 02/28/06
ACCOUNT: 01651104532
                              EMB     0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          11,243.56

CREDIT SUMMARY FOR THE PERIOD           DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                611.80
  INTEREST EARNED                   4.80

    TOTAL CREDITS                 616.60          TOTAL DEBITS              0.00

BALANCE THIS STATEMENT        11,860.16    ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.550%    DAYS IN STATEMENT PERIOD        28
INTEREST EARNED THIS YEAR        10.05    AVERAGE LEDGER BALANCE     11,418.36
INTEREST EARNED LAST YEAR      1190.03    AVERAGE COLLECTED BALANCE  11,385.96

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 02/21 | 611.80 | | 00042079869 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 02/28 | 4.80 | INTEREST PAYMENT | 22800002666 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/31 | 11,243.56 | 02/21 | 11,855.36 | 02/28 | 11,860.16 |

*Bank Bal.*
*Ck # 1094*

11,860.16
1,408.05
10,452.11 OK✓

57871

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/06 - 03/31/06
ACCOUNT: 01651104532

PAGE   1 OF 1

EMB      0

llubldublllandhldallnnahldhlunhdulull

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              11,860.16

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                    5.54

        TOTAL CREDITS                5.54          TOTAL DEBITS                 0.00

BALANCE THIS STATEMENT             11,865.70     ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                0.551%       DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR           15.59        AVERAGE LEDGER BALANCE      11,860.16
INTEREST EARNED LAST YEAR         1190.03        AVERAGE COLLECTED BALANCE   11,860.16

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 03/31 | 5.54 | INTEREST PAYMENT | 33100002594 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 11,860.16 | 03/31 | 11,865.70 | | |

*Bank Bal    11,865.70*
*Ck# 1094    1408.05*
*10,457.65 oK*

55621

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD :
STEVEN G DONAHUE ATTN.CHRIS             04/01/06 - 04/30/06
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMB    0

                                        PAGE   1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          11,865.70

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS              3,140.16
  INTEREST EARNED                  5.37

      TOTAL CREDITS             3,145.53          TOTAL DEBITS                0.00

BALANCE THIS STATEMENT         15,011.23   ITEMS ENCLOSED                     O

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.552%   DAYS IN STATEMENT PERIOD            30
INTEREST EARNED THIS YEAR        20.96    AVERAGE LEDGER BALANCE        12,179.71
INTEREST EARNED LAST YEAR      1190.03    AVERAGE COLLECTED BALANCE     11,865.71

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 04/28 | 3,140.16 ✓ | | 00035002492 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 04/28 | 5.37 | INTEREST PAYMENT | 42800002744 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 03/31 | 11,865.70 | 04/28 | 15,011.23 | | |

IMPORTANT NOTICE
THE FOLLOWING PRICE CHANGES ARE EFFECTIVE JUNE 1, 2006:
MONTHLY SERVICE FEE: $16.00
EACH DEPOSIT: $0.50 (AFTER FIRST 10).
EACH CHECK DEPOSITED: $0.13 (VOLUME 21-4,999), $0.12 (5,000+)
EACH CHECK PAID: $0.19 (VOLUME 21-499), $0.18 (VOLUME 500+).
REDEPOSIT OF RETURNED DEPOSIT ITEM: $5 PER ITEM FOR VOLUME OF
1-10, $4 FOR VOLUME OF 11-50, AND $3 FOR VOLUME OF 51 PLUS.

15,011.23
<1,408.05> #1094
─────────
13,603.18  ok bal.

59788

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/06 - 05/31/06
ACCOUNT: 01651104532                EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            15,011.23

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                  6.97

      TOTAL CREDITS                6.97        TOTAL DEBITS                0.00

BALANCE THIS STATEMENT           15,018.20    ITEMS ENCLOSED                 0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.550%     DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR         27.93     AVERAGE LEDGER BALANCE        15,011.23
INTEREST EARNED LAST YEAR       1190.03     AVERAGE COLLECTED BALANCE     14,937.81

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 05/31 | 6.97 | INTEREST PAYMENT | 53100002707 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/30 | 15,011.23 | 05/31 | 15,018.20 | | |

15018.20
#1084 (1408.05)
─────────
13610.15   ok
           bal
           6/7/06

59449

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37    1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/06 - 06/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,018.20

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 287.34 | | |
| INTEREST EARNED | 6.88 | | |
| TOTAL CREDITS | 294.22 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT          15,312.42          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD              0.551%          DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR       34.81          AVERAGE LEDGER BALANCE       15,212.54
INTEREST EARNED LAST YEAR     1190.03          AVERAGE COLLECTED BALANCE    15,204.47

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 06/08 | 157.60 ✓ | | 00024177584 | 06/14 | 129.74 ✓ | | 00043008202 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 6.88 | INTEREST PAYMENT | 63000002649 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 15,018.20 | 06/14 | 15,305.54 | | |
| 06/08 | 15,175.80 | 06/30 | 15,312.42 | | |

15,312.42
<1,408.05> # 1094
—————
13,904.37   ck bal.

60394

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/06 - 07/31/06
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB        0

llulldadadllllauddddalllauddddaudadl

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              15,312.42

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

   REGULAR DEPOSITS                 113.76
   INTEREST EARNED                    7.16

      TOTAL CREDITS                 120.92           TOTAL DEBITS                    0.00

**BALANCE THIS STATEMENT**          15,433.34       ITEMS ENCLOSED                     0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD                 0.551%     DAYS IN STATEMENT PERIOD             31
INTEREST EARNED THIS YEAR            41.97       AVERAGE LEDGER BALANCE         15,341.77
INTEREST EARNED LAST YEAR          1190.03       AVERAGE COLLECTED BALANCE      15,338.10

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 07/24 | 113.76 ✓ | | 00041101134 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 07/31 | 7.16 ✓ | INTEREST PAYMENT | 73100002637 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/30 | 15,312.42 | 07/24 | 15,426.18 | 07/31 | 15,433.34 |

15,433.34
<1,408.05> #1094
_____
14,025.29  deb bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/06 - 08/31/06
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              15,433.34

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 310.65 | | |
| INTEREST EARNED | 7.29 | | |
| TOTAL CREDITS | 317.94 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT              15,751.28        ITEMS ENCLOSED                    0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD | | | |
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 49.26 | AVERAGE LEDGER BALANCE | 15,642.36 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 15,612.36 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/04 | 205.01 | | 00045056892 | 08/25 | 41.31 | | 00025084300 |
| 08/25 | 64.33 | | 00025084298 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 7.29 | INTEREST PAYMENT | 83100002604 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 15,433.34 | 08/25 | 15,743.99 | | |
| 08/04 | 15,638.35 | 08/31 | 15,751.28 | | |

15,751.28
<1,408.05> #1094
—————
14,343.23 Nk bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/06 - 09/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1          EMB    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            15,751.28

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 7.12

        TOTAL CREDITS             7.12        TOTAL DEBITS             0.00

**BALANCE THIS STATEMENT**       15,758.40    ITEMS ENCLOSED              0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.551%    DAYS IN STATEMENT PERIOD         30
INTEREST EARNED THIS YEAR         56.38    AVERAGE LEDGER BALANCE       15,751.28
INTEREST EARNED LAST YEAR       1190.03    AVERAGE COLLECTED BALANCE    15,751.28

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 09/29 | 7.12 | INTEREST PAYMENT | 92900002638 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 15,751.28 | 09/29 | 15,758.40 | | |

15.758.46
(1,408.05) #1094
────────
14,350.35  ck bal.

61864

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/06 - 10/31/06
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB    0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,758.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 265.13 | | |
| INTEREST EARNED | 7.40 | | |
| TOTAL CREDITS | 272.53 | TOTAL DEBITS | 0.00 |
| **BALANCE THIS STATEMENT** | 16,030.93 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 63.78 | AVERAGE LEDGER BALANCE | 15,845.93 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 15,837.38 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 10/18 | 110.52 | | 00033085493 | 10/30 | 83.18 | | 00021286241 |
| 10/18 | 71.43 | | 00033085490 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 10/31 | 7.40 | INTEREST PAYMENT | 03100002622 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 15,758.40 | 10/30 | 16,023.53 | | |
| 10/18 | 15,940.35 | 10/31 | 16,030.93 | | |

16,030.93
<1,408.05> ck# 1094

14,622.88  ok bal

63040

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/06 - 11/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1                EMB      0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            16,030.93

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 133.00 | | |
| INTEREST EARNED | 6.81 | | |
| TOTAL CREDITS | 139.81 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 16,170.74 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD            0.516%
INTEREST EARNED THIS YEAR       70.59
INTEREST EARNED LAST YEAR     1190.03

DAYS IN STATEMENT PERIOD              30
AVERAGE LEDGER BALANCE         16,079.69
AVERAGE COLLECTED BALANCE      16,075.26

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 11/20 | 133.00 ✓ | | 00041081299 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/30 | 6.81 | INTEREST PAYMENT | 13000002618 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 16,030.93 | 11/20 | 16,163.93 | 11/30 | 16,170.74 |

16,170.74
<1,408.05> #1094
─────────
14,762.69 ck bal.

61522

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37    0 09P
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/06 - 12/31/06
ACCOUNT: 01651104532          EMB      0

PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          16,170.74

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| REGULAR DEPOSITS | 125.27 |
| INTEREST EARNED | 6.88 |

| TOTAL CREDITS | 132.15 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT          16,302.89          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
| EARNED THIS PERIOD | 0.500% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 77.47 | AVERAGE LEDGER BALANCE | 16,219.23 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 16,215.19 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 12/20 | 125.27 | | 00043093067 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 12/29 | 6.88 | INTEREST PAYMENT | 22900002655 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/30 | 16,170.74 | 12/20 | 16,296.01 | 12/29 | 16,302.89 |

16,302.89
<1,408.05 > # 1094
─────────
14,894.84   ac bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/07 - 01/31/07
ACCOUNT: 01651104532                         EMI      0

PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| BALANCE LAST STATEMENT | 16,302.89 | | |
| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
| INTEREST EARNED | 6.93 | | |
| TOTAL CREDITS | 6.93 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 16,309.82 | ITEMS ENCLOSED | 0 |

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 6.93 | AVERAGE LEDGER BALANCE | 16,302.89 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 16,302.89 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 6.93 | INTEREST PAYMENT | 13100002641 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 16,302.89 | 01/31 | 16,309.82 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          O 09
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/07 - 02/28/07
ACCOUNT: 01651104532

PAGE    1 OF    1                    EMI      O

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          16,309.82

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                6.25

     TOTAL CREDITS               6.25              TOTAL DEBITS            0.00

**BALANCE THIS STATEMENT**      16,316.07      ITEMS ENCLOSED                O

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.500%      DAYS IN STATEMENT PERIOD          28
INTEREST EARNED THIS YEAR       13.18      AVERAGE LEDGER BALANCE      16,309.82
INTEREST EARNED LAST YEAR       77.47      AVERAGE COLLECTED BALANCE   16,309.82

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 02/28 | 6.25 | INTEREST PAYMENT | 22800002666 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/31 | 16,309.82 | 02/28 | 16,316.07 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 00
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/07 - 03/31/07
ACCOUNT: 01651104532

PAGE   1 OF   1

EMI      0

ɪɭɑɭɗɭɑɗɑɭɭɭɭɑɑɗɗɭɗɑɭɭɭɭɑɑɗɭɭɗɭɑɗɭɑɭɭɭɭ

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          16,316.07

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 6.93

    TOTAL CREDITS                 6.93          TOTAL DEBITS                0.00

**BALANCE THIS STATEMENT**      16,323.00    ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.501%     DAYS IN STATEMENT PERIOD        31
INTEREST EARNED THIS YEAR        20.11     AVERAGE LEDGER BALANCE    16,316.07
INTEREST EARNED LAST YEAR        77.47     AVERAGE COLLECTED BALANCE 16,316.07

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 03/30 | 6.93 | INTEREST PAYMENT | 33000002596 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02/28 | 16,316.07 | 03/30 | 16,323.00 | | |

IMPORTANT NOTICE-PRICE CHANGES EFFECTIVE MAY 1, 2007
IN-BRANCH CASH DEPOSIT PROCESSING: $.0011 PER $1 DEPOSITED
AFTER FIRST $1,000 FREE PER MONTH.  STATEMENT-CUSTOM TIMING:
$15 PER STATEMENT.  DEPOSIT CORRECTION: $5 PER ITEM.
OVERDRAFT FEE/NSF RETURNED ITEM FEE: $34 PER ITEM.
DEPOSIT TO DEPOSIT OVERDRAFT PROTECTION:$10 DAILY TRANSFER FEE

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09__ ____
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/07 - 04/30/07
ACCOUNT: 01651104532              EMI        0

PAGE    1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT               16,323.00

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                       6.71

      TOTAL CREDITS                     6.71          TOTAL DEBITS            0.00

**BALANCE THIS STATEMENT**            16,329.71      ITEMS ENCLOSED              0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                  0.501%     DAYS IN STATEMENT PERIOD        30
INTEREST EARNED THIS YEAR             26.82      AVERAGE LEDGER BALANCE    16,323.00
INTEREST EARNED LAST YEAR             77.47      AVERAGE COLLECTED BALANCE 16,323.00

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 04/30 | 6.71 | INTEREST PAYMENT | 43000002727 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 03/31 | 16,323.00 | 04/30 | 16,329.71 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          0 OS...-...
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/07 - 05/31/07
ACCOUNT: 01651104532                    EMI        0

PAGE   1 OF   1

llaldldlaallllaaldldalllaaldlalldlaadlaldl

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              16,329.71

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                  3,145.49
  INTEREST EARNED                       7.59

      TOTAL CREDITS                 3,153.08              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**          19,482.79    ITEMS ENCLOSED                       0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                  0.500%    DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR             34.41    AVERAGE LEDGER BALANCE        18,054.65
INTEREST EARNED LAST YEAR             77.47    AVERAGE COLLECTED BALANCE     17,880.17

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 05/15 | 3,145.49 | | 00022140999 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 05/31 | 7.59 | INTEREST PAYMENT | 53100002626 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/30 | 16,329.71 | 05/15 | 19,475.20 | 05/31 | 19,482.79 |

IMPORTANT NOTICE FOR BUSINESS OVERDRAFT PROTECTION ACCOUNTS
EFFECTIVE 7/1/2007 THE INTEREST RATE ON YOUR ACCOUNT WILL BE
EQUAL TO 6.75 PERCENTAGE POINTS IN EXCESS OF THE PRIME
COMMERCIAL RATE AS OF THE CLOSE OF BUSINESS ON THE 1ST DAY OF
THAT MONTHLY STATEMENT PERIOD. THE PRIME COMMERCIAL RATE SHALL
MEAN THE RATE ESTABLISHED BY US FROM TIME TO TIME BASED ON OUR
CONSIDERATION OF ECONOMIC, MONEY MARKET, BUSINESS AND
COMPETITIVE FACTORS.

THE HUNTINGTON NATIONAL BANK   Document 122-4    Filed 12/14/2007    Page 49 of 54

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     0 095
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/07 - 06/30/07
ACCOUNT: 01651104532

PAGE    1 OF    1                          EMI      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT           19,482.79

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                  187.67
  INTEREST EARNED                     8.07

     TOTAL CREDITS                  195.74              TOTAL DEBITS               0.00

**BALANCE THIS STATEMENT**        19,678.53    ITEMS ENCLOSED                        0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                0.501%    DAYS IN STATEMENT PERIOD             30
INTEREST EARNED THIS YEAR           42.48    AVERAGE LEDGER BALANCE         19,639.18
INTEREST EARNED LAST YEAR           77.47    AVERAGE COLLECTED BALANCE      19,632.91

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 06/06 | 187.67 | | 00033058476 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 06/29 | 8.07 | INTEREST PAYMENT | 62900002593 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/31 | 19,482.79 | 06/06 | 19,670.46 | 06/29 | 19,678.53 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/07 - 07/31/07
ACCOUNT: 01651104532

PAGE    1 OF    1          EMI    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          19,678.53

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS               283.78
  INTEREST EARNED                  8.37

       TOTAL CREDITS             292.15           TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**       19,970.68       ITEMS ENCLOSED               0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.501%          DAYS IN STATEMENT PERIOD            31
  INTEREST EARNED THIS YEAR       50.85           AVERAGE LEDGER BALANCE        19,738.45
  INTEREST EARNED LAST YEAR       77.47           AVERAGE COLLECTED BALANCE     19,702.49

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 07/23 | 109.73 | | 00021159968 | 07/27 | 174.05 | | 00035101226 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 07/31 | 8.37 | INTEREST PAYMENT | 73100002631 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/30 | 19,678.53 | 07/27 | 19,962.31 | | |
| 07/23 | 19,788.26 | 07/31 | 19,970.68 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37         0 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR         STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS            08/01/07 - 08/31/07
105 E 4TH ST STE 500                   ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMI      0

                                       PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          19,970.68

CREDIT SUMMARY FOR THE PERIOD                  DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS               131.24
  INTEREST EARNED                  8.48

     TOTAL CREDITS               139.72              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**       20,110.40     ITEMS ENCLOSED                     0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.500%      DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR         59.33       AVERAGE LEDGER BALANCE      19,991.84
INTEREST EARNED LAST YEAR         77.47       AVERAGE COLLECTED BALANCE   19,987.58

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/27 | 105.64 | | 00031112233 | 08/27 | 25.60 | | 00031111599 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 8.48 | INTEREST PAYMENT | 83100002667 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 19,970.68 | 08/27 | 20,101.92 | 08/31 | 20,110.40 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37    0 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/07 - 09/30/07
ACCOUNT: 01651104532          EMI    0

PAGE   1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            20,110.40

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 26.35 | | |
| INTEREST EARNED | 8.27 | | |
| TOTAL CREDITS | 34.62 | TOTAL DEBITS | 0.00 |

**BALANCE THIS STATEMENT**         20,145.02     ITEMS ENCLOSED                    0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD | | | |
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 67.60 | AVERAGE LEDGER BALANCE | 20,119.18 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 20,116.58 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 09/21 | 26.35 | | 00035084066 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 09/28 | 8.27 | INTEREST PAYMENT | 92800005512 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08/31 | 20,110.40 | 09/21 | 20,136.75 | 09/28 | 20,145.02 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        O 09EA4W34
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/07 - 10/31/07
ACCOUNT: 01651104532

PAGE    1 OF    1

EMI      0

lllllllllllllllllllllllllllllllllllllllllllllllllll

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            20,145.02

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

   REGULAR DEPOSITS                  84.25
   INTEREST EARNED                    8.57

     TOTAL CREDITS                 92.82              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**           20,237.84    ITEMS ENCLOSED                      0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD               0.501%    DAYS IN STATEMENT PERIOD             31
INTEREST EARNED THIS YEAR            76.17    AVERAGE LEDGER BALANCE        20,181.02
INTEREST EARNED LAST YEAR            77.47    AVERAGE COLLECTED BALANCE     20,178.31

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/04 | 25.07 | | 00044004561 | 10/25 | 59.18 | | 00044039464 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/31 | 8.57 | INTEREST PAYMENT | 03100005504 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 20,145.02 | 10/25 | 20,229.27 | | |
| 10/04 | 20,170.09 | 10/31 | 20,237.84 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09EA4W34
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/07 - 11/30/07
ACCOUNT: 01651104532         EMI        0

PAGE    1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          20,237.84

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS            292.35
    INTEREST EARNED               8.35

    TOTAL CREDITS               300.70                TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**       20,538.54        ITEMS ENCLOSED                 0

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD            0.501%       DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR        84.52        AVERAGE LEDGER BALANCE     20,323.48
INTEREST EARNED LAST YEAR        77.47        AVERAGE COLLECTED BALANCE  20,313.75

*(handwritten: x 60.41, x 321.95)*

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 11/15 | 133.00 | | 00014082900 | 11/27 | 27.26 | | 00032072732 |
| 11/27 | 34.05 | | 00032072730 | 11/29 | 98.04 | | 00044094819 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 11/30 | 8.35 | INTEREST PAYMENT | 13000005680 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 20,237.84 | 11/27 | 20,432.15 | 11/30 | 20,538.54 |
| 11/15 | 20,370.84 | 11/29 | 20,530.19 | | |

*(handwritten notes:)*

Reconciliation
20 538.54
    80-41    12-11-07
    321.95   12-12-07
    ─────
20 940.90
<1408.05>  # 1094   still outstding

$ 19 532.85  ok bal. 12-12-07
    1408.05  void # 1094
  20 940.90