# EXHIBIT D

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
STEPHEN G DONOHUE & SG DONOHUE CO     10/01/05 - 10/31/05
105 E 4TH ST STE 500                  ACCOUNT: 01651116960
CINCINNATI OH 45202-4015              (CLOSED)                EMB     0
                                      PAGE    1 OF 1

## BUSINESS PREMIER MONEY MARKET ACCOUNT

BALANCE LAST STATEMENT            98,349.13

CREDIT SUMMARY FOR THE PERIOD                 DEBIT SUMMARY FOR THE PERIOD

    INTEREST EARNED               66.55         OTHER DEBITS              98,415.68

        TOTAL CREDITS            66.55             TOTAL DEBITS          98,415.68

BALANCE THIS STATEMENT             0.00        ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD            2.499%       DAYS IN STATEMENT PERIOD         30
INTEREST EARNED THIS YEAR      1507.77         AVERAGE LEDGER BALANCE    98,149.87
INTEREST EARNED LAST YEAR       778.72         AVERAGE COLLECTED BALANCE 98,149.87

## OTHER CREDITS

| DATE  | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|-------|--------|-----------------------------|------------------|
| 10/11 | 66.55  | INTEREST PAYMENT            | 01100000471      |

## OTHER DEBITS

| DATE  | AMOUNT    | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|-------|-----------|-----------------------------|------------------|
| 10/11 | 0.00      | ACCOUNT CLOSING TRANSACTION | RTNL651          |
| 10/11 | 98,415.68 | TELLER TFR TO   CHECKING    | 06847888102      |
|       |           | 101105 XXXXXXX4532          |                  |

## BALANCE SUMMARY

| DATE  | BALANCE   | DATE  | BALANCE | DATE | BALANCE |
|-------|-----------|-------|---------|------|---------|
| 09/30 | 98,349.13 | 10/11 | 0.00    |      |         |

57475