# EXHIBIT E

Case 1:01-cv-00116-SSB-TSH    Document 122-6    Filed 12/14/2007    Page 1 of 18



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | PAGE 1 |
| STATEMENT PERIOD 11/20/03 THROUGH 12/19/03 | ACCOUNT NUMBER 0033110417 |
| PRIVATE BANKING OFFICE | 513 579-4222 TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH 45202-2409

| | |
|---|---|
| 11/20 BALANCE | 158,612.59 |
| 2 DEPOSITS | 78,482.12 |
| 1 WITHDRAWALS/FEES | 11.94 |
| INTEREST EARNED | 106.18 |
| INTEREST WITHHELD | |
| 12/19 BALANCE | 237,188.95 |

2003 INTEREST EARNED IS 1,970.65 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/20 | 21,900.00+ | DEPOSIT |
| 11/28 | 106.18+ | INTEREST |
| 12/05 | 56,582.12+ | DEPOSIT |
| 12/12 | 11.94 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|---|---|---|---|
| 11/20 | 180,512.59 | 11/28 | 180,618.77 | 12/05 | 237,200.89 | 12/12 | 237,188.95 |

12/29/03
DDT
for your handling
MS

papers I didn't
know where to
file.





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | 1 PAGE |
| ACCOUNT TYPE | |
| 12/20/03 THROUGH 01/16/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | 513  579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER        0
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | |
|---|---:|
| 12/20 BALANCE | 237,188.95 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 14.68 |
| INTEREST EARNED | 142.60 |
| INTEREST WITHHELD | |
| 01/16 BALANCE | 237,316.87 |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/31 | 142.60+ | INTEREST |
| 01/16 | 14.68 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 12/31 | 237,331.55 | 01/16 | 237,316.87 | | | |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER            O
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | MAXSAVER | 1 PAGE |
|---|---|---|
| | 01/17/04 THROUGH 02/19/04 | 0033110417 |
| | STATEMENT PERIOD | ACCOUNT NUMBER |
| | PRIVATE BANKING | 513  579-4222 |
| | OFFICE | TELEPHONE NUMBER |
| 01/17 BALANCE | | 237,316.87 |
| 0 DEPOSITS | | 0.00 |
| 1 WITHDRAWALS/FEES | | 13.86 |
| INTEREST EARNED | | 150.40 |
| INTEREST WITHHELD | | |
| 02/19 BALANCE | | 237,453.41 |

2004 INTEREST EARNED IS 150.40 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 01/30 | 150.40+ | INTEREST |
| 02/13 | 13.86 | SERVICE CHARGE |

DAILY BALANCE

| 01/30 | 237,467.27 | 02/13 | 237,453.41 |
|---|---|---|---|



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

|||
|---|---|
| ACCOUNT TYPE | PAGE 1 |
| MAXSAVER | |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| 02/20/04 THROUGH 03/19/04 | 0033110417 |
| OFFICE | TELEPHONE NUMBER |
| PRIVATE BANKING | 513 579-4222 |

MICHAEL R BARRETT RECEIVER      0
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---:|
| 02/20 BALANCE | 237,453.41 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.86 |
| INTEREST EARNED | 88.42 |
| INTEREST WITHHELD | |
| 03/19 BALANCE | 237,527.97 |

2004 INTEREST EARNED IS 238.82 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/27 | 88.42+ | INTEREST |
| 03/12 | 13.86 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 02/27 | 237,541.83 | 03/12 | 237,527.97 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER                O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | | |
|---|---|---|
| ACCOUNT TYPE | | PAGE |
| 03/20/04 THROUGH 04/19/04 | | 0033110417 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

| | |
|---|---:|
| 03/20 BALANCE | 237,527.97 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.40 |
| INTEREST WITHHELD | |
| 04/19 BALANCE | 237,604.46 |

2004 INTEREST EARNED IS 329.22 FOR TAX ID 31-6659292

| DATE  | AMOUNT | DESCRIPTION |
|-------|--------|-------------|
| 03/31 | 90.40+ | INTEREST |
| 04/16 | 13.91  | SERVICE CHARGE |

DAILY BALANCE

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 03/31 | 237,618.37 | 04/16 | 237,604.46 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | PAGE 1 |
| ACCOUNT TYPE | |
| 04/20/04 THROUGH 05/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 04/20 BALANCE | 237,604.46 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 87.52 |
| INTEREST WITHHELD | |
| 05/19 BALANCE | 237,678.07 |

2004 INTEREST EARNED IS 416.74 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/30 | 87.52+ | INTEREST |
| 05/14 | 13.91 | SERVICE CHARGE |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 237,691.98 | 05/14 | 237,678.07 |





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAKSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 05/20/04 THROUGH 06/18/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER  O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 05/20 BALANCE | 237,678.07 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.46 |
| INTEREST WITHHELD | |
| 06/18 BALANCE | 237,754.62 |

```
                    2004 INTEREST EARNED IS 507.20 FOR TAX ID 31-6659292
DATE        AMOUNT        DESCRIPTION
05/28       90.46+        INTEREST
06/11       13.91         SERVICE CHARGE

------DAILY BALANCE------    ------DAILY BALANCE------    ------DAILY BALANCE------    ------DAILY BALANCE------

05/28       237,768.53    06/11       237,754.62
```


**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER      O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | | |
|---|---|---|
| MAXSAVER | | 1 |
| ACCOUNT TYPE | | PAGE |
| 05/20/04 THROUGH 06/18/04 | | 0033110417 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

| | |
|---|---|
| 05/20 BALANCE | 237,678.07 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.46 |
| INTEREST WITHHELD | |
| 06/18 BALANCE | 237,754.62 |

2004 INTEREST EARNED IS 507.20 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/28 | 90.46+ | INTEREST |
| 06/11 | 13.91 | SERVICE CHARGE |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/28 | 237,768.53 | 06/11 | 237,754.62 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| STATEMENT PERIOD | ACCOUNT TYPE | PAGE |
|---|---|---|
| 06/19/04 THROUGH 07/19/04 | | 1 |
| | | ACCOUNT NUMBER |
| PRIVATE BANKING | | 0033110417 |
| OFFICE | | TELEPHONE NUMBER |
| | | (513) 579-4222 |

| | | |
|---|---|---|
| 06/19 BALANCE | | 237,754.62 |
| 0 DEPOSITS | | 0.00 |
| 1 WITHDRAWALS/FEES | | 13.91 |
| INTEREST EARNED | | 87.57 |
| INTEREST WITHHELD | | |
| 07/19 BALANCE | | 237,828.28 |

2004 INTEREST EARNED IS 594.77 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 06/30 | 87.57+ | INTEREST |
| 07/15 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 06/30 | 237,842.19 | 07/15 | 237,828.28 |





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MICHAEL R BARRETT RECEIVER  O<br>C/O RICHARD BOYDSTON<br>2800 CHEMED CENTER<br>255 EAST FIFTH ST<br>CINCINNATI OH 45202-4700 | PAGE 1<br>ACCOUNT NUMBER 0033110417<br>TELEPHONE NUMBER (513) 579-4222 |

ACCOUNT TYPE: PRIVATE BANKING
STATEMENT PERIOD: 07/20/04 THROUGH 08/19/04
OFFICE

| | |
|---|---:|
| 07/20 BALANCE | 237,828.28 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 102.82 |
| INTEREST WITHHELD | |
| 08/19 BALANCE | 237,917.19 |

2004 INTEREST EARNED IS 697.59 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/30 | 102.82+ | INTEREST |
| 08/13 | 13.91  | SERVICE CHARGE |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/30 | 237,931.10 | 08/13 | 237,917.19 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

|  |  |
|---|---|
| | PAGE 1 |
| ACCOUNT TYPE | ACCOUNT NUMBER |
| PRIVATE BANKING | 0033110417 |
| STATEMENT PERIOD | |
| 08/20/04 THROUGH 09/17/04 | |
| OFFICE | TELEPHONE NUMBER |
| | (513) 579-4222 |

MICHAEL R BARRETT RECEIVER      O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 08/20 BALANCE | 237,917.19 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 115.17 |
| INTEREST WITHHELD | |
| 09/17 BALANCE | 238,018.45 |

2004 INTEREST EARNED IS 812.76 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/31 | 115.17+ | INTEREST |
| 09/15 | 13.91 | SERVICE CHARGE |

DAILY BALANCE

| 08/31 | 238,032.36 | 09/15 | 238,018.45 |
|---|---|---|---|

# Fifth Third Bank

```
                                                           09/12/2005
                                                           Page:   001
MICHAEL R BARRETT RECEIVER -        LAST STMT:   238,375.36 12/17/04
0033110417                          CURR LED :   239,861.20
                                    AVAILABLE:   239,861.20


  S    TRACE#  SERIAL#  ITEM $ AMOUNT   POST  DESCRIPTION
                         238,375.36 12/17 *** LAST STATEMENT BALANCE ***
  I    6990                 151.07+12/31 INTEREST
                         238,526.43 12/31 *** DAILY BALANCE ***
  I    6990                  14.31 01/18 SERVICE CHARGE
                         238,512.12 01/18 *** DAILY BALANCE ***
  I    6990                 151.57+01/31 INTEREST
                         238,663.69 01/31 *** DAILY BALANCE ***
  I    6990                  14.31 02/11 SERVICE CHARGE
                         238,649.38 02/11 *** DAILY BALANCE ***
  I    6990                 141.20+02/28 INTEREST
                         238,790.58 02/28 *** DAILY BALANCE ***
  I    6990                  14.31 03/14 SERVICE CHARGE
                         238,776.27 03/14 *** DAILY BALANCE ***
  I    6990                 161.82+03/31 INTEREST
                         238,938.09 03/31 *** DAILY BALANCE ***
  I    6990                  14.31 04/14 SERVICE CHARGE
                         238,923.78 04/14 *** DAILY BALANCE ***
  I    6990                 190.54+04/29 INTEREST
                         239,114.32 04/29 *** DAILY BALANCE ***
  I    6990                  14.31 05/13 SERVICE CHARGE
                         239,100.01 05/13 *** DAILY BALANCE ***
  I    6990                 202.43+05/31 INTEREST
                         239,302.44 05/31 *** DAILY BALANCE ***
  I    6990                  14.31 06/15 SERVICE CHARGE
                         239,288.13 06/15 *** DAILY BALANCE ***
  I    6990                 196.05+06/30 INTEREST
                         239,484.18 06/30 *** DAILY BALANCE ***
  I    6990                  14.31 07/15 SERVICE CHARGE
                         239,469.87 07/15 *** DAILY BALANCE ***
  I    6990                 202.74+07/29 INTEREST
                         239,672.61 07/29 *** DAILY BALANCE ***
  I    6990                  14.31 08/12 SERVICE CHARGE
                         239,658.30 08/12 *** DAILY BALANCE ***
  I    6990                 202.90+08/31 INTEREST
                         239,861.20 08/31 *** DAILY BALANCE ***
```


**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| ACCOUNT TYPE | MAXSAVER | PAGE 1 |
|---|---|---|
| STATEMENT PERIOD | 09/18/04 THROUGH 10/19/04 | ACCOUNT NUMBER 0033110417 |
| OFFICE | PRIVATE BANKING | TELEPHONE NUMBER (513) 579-4222 |

MICHAEL R BARRETT RECEIVER     O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| 09/18 BALANCE | 238,018.45 |
|---|---|
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 118.78 |
| INTEREST WITHHELD | |
| 10/19 BALANCE | 238,123.32 |

2004 INTEREST EARNED IS 931.54 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/30 | 118.78+ | INTEREST |
| 10/15 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 09/30 | 238,137.23 | 10/15 | 238,123.32 |

PLEASE SEE THE ENCLOSED STATEMENT INSERT FOR IMPORTANT INFORMATION ABOUT CHECK 21 LEGISLATION.



**Fifth Third Bank**

P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 10/20/04 THROUGH 11/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 10/20 BALANCE | 238,123.32 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 140.87 |
| INTEREST WITHHELD | |
| 11/19 BALANCE | 238,250.28 |

2004 INTEREST EARNED IS 1,072.41 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 10/29 | 140.87+ | INTEREST |
| 11/16 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|
| 10/29 | 238,264.19 | 11/16 | 238,250.28 | | |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | PAGE |
| MAXSAVER | 1 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| 11/20/04 THROUGH 12/17/04 | 0033110417 |
| OFFICE | TELEPHONE NUMBER |
| PRIVATE BANKING | (513) 579-4222 |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 11/20 BALANCE | 238,250.28 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 138.99 |
| INTEREST WITHHELD | |
| 12/17 BALANCE | 238,375.36 |

OUR RECORDS INDICATE THAT YOUR ACCOUNT HAS HAD NO ACTIVITY FOR SOME TIME AND FOR YOUR PROTECTION IT IS NOW CONSIDERED DORMANT. FOR MORE INFORMATION ON HOW THIS MAY AFFECT YOUR ACCOUNT, PLEASE CONTACT YOUR BANKING CENTER.

2004 INTEREST EARNED IS 1,211.40 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/30 | 138.99+ | INTEREST |
| 12/14 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 11/30 | 238,389.27 | 12/14 | 238,375.36 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



**Fifth Third Bank**
P.O. BOX 630900
CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700



1

76

Statement Period Date: 12/18/2004 - 10/19/2005
Account Type: Maxsaver
Account Number: 33110417
Relationship Manager Name: Winter Myers
Phone: 513-534-5010
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 33110417

| | | | | | |
|---|---|---|---|---|---|
| 12/18 | Beginning Balance | $238,375.36 | Interest Earned | | $1,825.62 |
| | Checks | | Number of Days in Period | | 306 |
| 12 | Withdrawals / Debits | $(240,200.98) | Interest Earned YTD | | $1,674.55 |
| 11 | Deposits / Credits | $1,825.62 | | | |
| 10/19 | Ending Balance | $0.00 | | | |

### Withdrawals / Debits
**12 items totaling $240,200.98**

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.31 | SERVICE CHARGE |
| 02/11 | 14.31 | SERVICE CHARGE |
| 03/14 | 14.31 | SERVICE CHARGE |
| 04/14 | 14.31 | SERVICE CHARGE |
| 05/13 | 14.31 | SERVICE CHARGE |
| 06/15 | 14.31 | SERVICE CHARGE |
| 07/15 | 14.31 | SERVICE CHARGE |
| 08/12 | 14.31 | SERVICE CHARGE |
| 09/15 | 14.36 | SERVICE CHARGE |
| 10/04 | 240,007.78 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 14.36 | UNBILLED SERVICES |

### Deposits / Credits
**11 items totaling $1,825.62**

| Date | Amount | Description |
|---|---|---|
| 12/31 | 151.07 | INTEREST |
| 01/31 | 151.57 | INTEREST |
| 02/28 | 141.20 | INTEREST |
| 03/31 | 161.82 | INTEREST |
| 04/29 | 190.54 | INTEREST |
| 05/31 | 202.43 | INTEREST |
| 06/30 | 196.05 | INTEREST |
| 07/29 | 202.74 | INTEREST |
| 08/31 | 202.90 | INTEREST |
| 09/30 | 203.68 | INTEREST |
| 10/04 | 21.62 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/31 | 238,526.43 | 04/14 | 238,923.78 | 07/29 | 239,672.61 |
| 01/18 | 238,512.12 | 04/29 | 239,114.32 | 08/12 | 239,658.30 |
| 01/31 | 238,663.69 | 05/13 | 239,100.01 | 08/31 | 239,861.20 |
| 02/11 | 238,649.38 | 05/31 | 239,302.44 | 09/15 | 239,846.84 |
| 02/28 | 238,790.58 | 06/15 | 239,288.13 | 09/30 | 240,050.52 |
| 03/14 | 238,776.27 | 06/30 | 239,484.18 | 10/04 | 0.00 |
| 03/31 | 238,938.09 | 07/15 | 239,469.87 | | |

 **Fifth Third Bank**
P.O. BOX 630900
CINCINNATI OH 45263-0900



MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

1

76

Statement Period Date: 12/18/2004 - 10/19/2005
Account Type: Maxsaver
Account Number: 33110417

Inspected
By        Relationship Manager Name: Winter Myers
017                    Phone: 513-534-5010
          Commercial Client Services: 1-800-589-5355
                                         www.53.com

## Account Summary - 33110417

| Date  | | Description | Amount | | |
|---|---|---|---|---|---|
| 12/18 | | Beginning Balance | $238,375.36 | Interest Earned | $1,825.62 |
| | | Checks | | Number of Days in Period | 306 |
| | 12 | Withdrawals / Debits | $(240,200.98) | Interest Earned YTD | $1,674.55 |
| | 11 | Deposits / Credits | $1,825.62 | | |
| 10/19 | | Ending Balance | $0.00 | | |

### Withdrawals / Debits
**12 items totaling $240,200.98**

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.31 | SERVICE CHARGE |
| 02/11 | 14.31 | SERVICE CHARGE |
| 03/14 | 14.31 | SERVICE CHARGE |
| 04/14 | 14.31 | SERVICE CHARGE |
| 05/13 | 14.31 | SERVICE CHARGE |
| 06/15 | 14.31 | SERVICE CHARGE |
| 07/15 | 14.31 | SERVICE CHARGE |
| 08/12 | 14.31 | SERVICE CHARGE |
| 09/15 | 14.36 | SERVICE CHARGE |
| 10/04 | 240,007.78 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 14.36 | UNBILLED SERVICES |

### Deposits / Credits
**11 items totaling $1,825.62**

| Date | Amount | Description |
|---|---|---|
| 12/31 | 151.07 | INTEREST |
| 01/31 | 151.57 | INTEREST |
| 02/28 | 141.20 | INTEREST |
| 03/31 | 161.82 | INTEREST |
| 04/29 | 190.54 | INTEREST |
| 05/31 | 202.43 | INTEREST |
| 06/30 | 196.05 | INTEREST |
| 07/29 | 202.74 | INTEREST |
| 08/31 | 202.90 | INTEREST |
| 09/30 | 203.68 | INTEREST |
| 10/04 | 21.62 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/31 | 238,526.43 | 04/14 | 238,923.78 | 07/29 | 239,672.61 |
| 01/18 | 238,512.12 | 04/29 | 239,114.32 | 08/12 | 239,658.30 |
| 01/31 | 238,663.69 | 05/13 | 239,100.01 | 08/31 | 239,861.20 |
| 02/11 | 238,649.38 | 05/31 | 239,302.44 | 09/15 | 239,846.84 |
| 02/28 | 238,790.58 | 06/15 | 239,288.13 | 09/30 | 240,050.52 |
| 03/14 | 238,776.27 | 06/30 | 239,484.18 | 10/04 | 0.00 |
| 03/31 | 238,938.09 | 07/15 | 239,469.87 | | |

DDA001 / FTCI / 20051019 / 7051 / 76

Page 1 of 2