# EXHIBIT F


## Fifth Third Bank

P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAILED | | 1 |
|---|---|---|
| 12/01/03 THROUGH 12/31/03 | | PAGE |
| | | 0073140290 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | 513 | 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH 45202-2409

| | |
|---|---|
| 12/01 BALANCE | 680,468.01 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.73 |
| INTEREST EARNED | 489.88 |
| INTEREST WITHHELD | |
| 12/31 BALANCE | 680,922.16 |

2003 INTEREST EARNED IS 6,986.32 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/03 | 1.00 | DEBIT MEMO |
| 12/03 | 1.00+ | CREDIT MEMO |
| 12/12 | 35.73 | SERVICE CHARGE |
| 12/31 | 489.88+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 12/03 | 680.468.01 | 12/12 | 680,432.28 | 12/31 | 680,922.16 | |

1/6/04
DDT
for your handling
MB

Fifth Third Bank

**DEBIT**                                    **Fifth Third Bank**

ACCOUNT NAME    Michael R. Barrett Rcvr.        DATE  12-3-03
DESCRIPTION    Transfer funds                   AMOUNT

Mary Neale          Private Banking
PREPARED BY         APPROVED BY

| CLASS CODE (SERIAL NO.) | ACCOUNT NO. | TRAN CODE | TOTAL |
|---|---|---|---|
| | 0073140290 | | 1.00 |

⑈51990000 2⑈    731⑈40290⑈    501⑈0000000 100⑈

**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH  45263-0900

| | | |
|---|---|---|
| MAXSAVER PLUS | | 1 |
| 02/01/04 THROUGH 02/29/04 | | 0073140290 |
| STATEMENT PERIOD | | PAGE |
| OFFICE | | ACCOUNT NUMBER |
| PRIVATE BANKING | | 513  579-4222 |
| | | TELEPHONE NUMBER |

||||
|---|---|---|
|MICHAEL R BARRETT RECEIVER|1|
|C/O RICHARD BOYDSTON||
|2800 CHEMED CENTER||
|255 EAST FIFTH ST||
|CINCINNATI OH  45202-4700||

| | |
|---|---|
| 02/01 BALANCE | 681,375.25 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.78 |
| INTEREST EARNED | 334.41 |
| INTEREST WITHHELD | |
| 02/29 BALANCE | 681,673.88 |

2004 INTEREST EARNED IS 823.28 FOR TAX ID 31-6659292

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 02/02 | 1.00 | | | | | | |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/02 | 1.00+ | DEPOSIT |
| 02/13 | 35.78 | SERVICE CHARGE |
| 02/27 | 334.41+ | INTEREST |

| DATE | DAILY BALANCE | DATE | DAILY BALANCE | DATE | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 02/02 | 681,375.25 | 02/13 | 681,339.47 | 02/27 | 681,673.88 | |

Fifth Third Bank

**DEBIT**  **Fifth Third Bank**

ACCOUNT NAME  Michael R. Barrett Recr   DATE 2-2-04

DESCRIPTION  Transfer funds to create
statement   AMOUNT

PREPARED BY  Mary Neale

APPROVED BY  Private Banking

CLASS CODE (SERIAL NO.)

ACCOUNT NO.  0073140290

TRAN CODE

TOTAL  1.00

⑆519900002⑆   731⑈40290⑈   ⑆0000000100⑈

**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | | |
|---|---|---|
| MAXSAVER PLUS | | 1 PAGE |
| 03/01/04 THROUGH 03/31/04 | | 0073140290 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| OFFICE | | |
| PRIVATE BANKING | | (513) 579-4222 |
| | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 03/01 BALANCE | 681,673.88 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 37.44 |
| INTEREST EARNED | 345.74 |
| INTEREST WITHHELD | |
| 03/31 BALANCE | 681,983.18 |

2004 INTEREST EARNED IS 1,169.02 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/08 | 1.00 | DEBIT MEMO |
| 03/08 | 1.00+ | CREDIT MEMO |
| 03/12 | 36.44 | SERVICE CHARGE |
| 03/31 | 345.74+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 03/08 | 681,673.88 | 03/12 | 681,637.44 | 03/31 | 681,983.18 | |

---

**CHARGE**          **Fifth Third Bank**

| ACCOUNT NAME Michael Barrett | DATE 3-8-04 |
|---|---|
| DESCRIPTION Transfer funds | AMOUNT |

PREPARED BY  May Male          APPROVED BY  Mary Brown

CLASS CODE (SERIAL NO.)          ACCOUNT NO. 73140290          TRAN CODE          TOTAL 1.00

73239A (5/01)

⑈519900002⑈      731⑈40290⑈      501⑈0000000100⑈



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | MAXSAVER PLUS | | 1 PAGE |
|---|---|---|---|
| | 04/01/04 THROUGH 04/30/04 | | 0073140290 |
| | STATEMENT PERIOD | | ACCOUNT NUMBER |
| | PRIVATE BANKING | | (513) 579-4222 |
| | OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER      2
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 04/01 BALANCE | 681,983.18 |
| 2 DEPOSITS | 2.00 |
| 3 WITHDRAWALS/FEES | 37.83 |
| INTEREST EARNED | 334.74 |
| INTEREST WITHHELD | |
| 04/30 BALANCE | 682,282.09 |

2004 INTEREST EARNED IS 1,503.76 FOR TAX ID 31-6659292

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 04/30 | 1.00 | | | | | | |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/02 | 1.00 | DEBIT MEMO |
| 04/02 | 1.00+ | DEPOSIT |
| 04/16 | 35.83 | SERVICE CHARGE |
| 04/30 | 1.00+ | DEPOSIT |
| 04/30 | 334.74+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|---|---|---|---|
| 04/02 | 681,983.18 | 04/16 | 681,947.35 | 04/30 | 682,282.09 | | |

Fifth Third Bank



# Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER          O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | | |
|---|---|---|
| | MAXSAVER PLUS | 1 PAGE |
| | ACCOUNT TYPE | |
| 05/01/04 THROUGH 05/31/04 | | 0073140290 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

| | | |
|---|---|---|
| 05/01 BALANCE | | 682,282.09 |
| | 0 DEPOSITS | 0.00 |
| | 1 WITHDRAWALS/FEES | 37.31 |
| | INTEREST EARNED | 346.05 |
| | INTEREST WITHHELD | |
| 05/31 BALANCE | | 682,590.83 |

2004 INTEREST EARNED IS 1,849.81 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/14 | 37.31 | SERVICE CHARGE |
| 05/28 | 346.05+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|
| 05/14 | 682,244.78 | 05/28 | 682,590.83 | | |





## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | | |
|---|---|---|
| MAXSAVER PLUS | | PAGE 1 |
| ACCOUNT TYPE | | |
| 06/01/04 THROUGH 06/30/04 | | 0073140290 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER    1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 06/01 BALANCE | 682,590.83 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.67 |
| INTEREST EARNED | 335.03 |
| INTEREST WITHHELD | |
| 06/30 BALANCE | 682,890.19 |

2004 INTEREST EARNED IS 2,184.84 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 06/01 | 1.00 | DEBIT MEMO |
| 06/01 | 1.00+ | DEPOSIT |
| 06/11 | 35.67 | SERVICE CHARGE |
| 06/30 | 335.03+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALAN |
|---|---|---|---|---|---|---|
| 06/01 | 682,590.83 | 06/11 | 682,555.16 | 06/30 | 682,890.19 | |





## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | | | |
|---|---|---|---|
| | MAXSAVER PLUS | | 1 |
| | 07/01/04 THROUGH 07/31/04 | | 0073140290 |
| | STATEMENT PERIOD | | ACCOUNT NUMBER |
| | OFFICE | | |
| | PRIVATE BANKING | | (513) 579-4222 |
| | | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 07/01 BALANCE | 682,890.19 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 37.54 |
| INTEREST EARNED | 381.66 |
| INTEREST WITHHELD | |
| 07/31 BALANCE | 683,235.31 |

2004 INTEREST EARNED IS 2,566.50 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/02 | 1.00 | DEBIT MEMO |
| 07/02 | 1.00+ | CREDIT MEMO |
| 07/15 | 36.54 | SERVICE CHARGE |
| 07/30 | 381.66+ | INTEREST |

| | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 07/02 | 682,890.19 | 07/15 | 682,853.65 | 07/30 | 683,235.31 | |

Fifth Third Bank

## CHARGE

### Fifth Third Bank

ACCOUNT NAME  *Michael R Barrett Rcvr*   DATE *7-2-04*

DESCRIPTION  *Transfer funds to create statement*   AMOUNT

PREPARED BY  *Mary Neale*

APPROVED BY  *Mary Brown*

73239A (5/01)

CLASS CODE (SERIAL NO.)

ACCOUNT NO.  *73140290*   TRAN CODE   TOTAL  *1.00*

⑈519⑈0000⑈2⑈    731⑈40290⑈    50⑈⑈0000000100⑈

**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER PLUS | | 1 |
|---|---|---|
| 08/01/04 THROUGH 08/31/04 | | 0073140290 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 08/01 BALANCE | 683,235.31 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.88 |
| INTEREST EARNED | 417.17 |
| INTEREST WITHHELD | |
| 08/31 BALANCE | 683,616.60 |

2004 INTEREST EARNED IS 2,983.67 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/02 | 1.00 | DEBIT MEMO |
| 08/02 | 1.00+ | CREDIT MEMO |
| 08/13 | 35.88 | SERVICE CHARGE |
| 08/31 | 417.17+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 08/02 | 683,235.31 | 08/13 | 683,199.43 | 08/31 | 683,616.60 | |

Fifth Third Bank

**CHARGE**                    **Fifth Third Bank**

| ACCOUNT NAME | Michael R. Barrett Recvr | DATE 8-2-04 |
|---|---|---|
| | DESCRIPTION | AMOUNT |
| | Transfer funds to create | |
| | statement | |
| PREPARED BY Mary Neale | APPROVED BY Kim Kube | |
| CLASS CODE (SERIAL NO.) | ACCOUNT NO. 73140290 | TRAN CODE | TOTAL 1.00 |

⑈51990000 2⑈          73140290⑆ 50 1⑊⑆0000000 100⑊⑆



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

Case 1:01-cv-00110-SSB-TSH   Document 122-7   Filed 11/22/2004   Page 10 of 23

| | | | 1 PAGE |
|---|---|---|---|
| MAXSAVER PLUS | ACCOUNT TYPE | | |
| STATEMENT PERIOD 09/01/04 THROUGH 09/30/04 | | | 0073140290 ACCOUNT NUMBER |
| PRIVATE BANKING OFFICE | | | (513) 579-4222 TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER   1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 09/01 BALANCE | 683,616.60 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.93 |
| INTEREST EARNED | 424.80 |
| INTEREST WITHHELD | |
| 09/30 BALANCE | 684,005.47 |

2004 INTEREST EARNED IS 3,408.47 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/01 | 1.00 | DEBIT MEMO |
| 09/01 | 1.00+ | CREDIT MEMO |
| 09/15 | 35.93 | SERVICE CHARGE |
| 09/30 | 424.80+ | INTEREST |

| DAILY BALANCE | DAILY BALANCE | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|
| 09/01   683,616.60 | 09/15   683,580.67 | 09/30   684,005.47 | |



 **Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900



MICHAEL R BARRETT RECEIVER                    1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| MAXSAVER PLUS | 1 |
|---|---|
| ACCOUNT TYPE | PAGE |
| 10/01/04 THROUGH 10/31/04 | 0073140290 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

| | |
|---|---|
| 10/01 BALANCE | 684,005.47 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.93 |
| INTEREST EARNED | 491.08 |
| INTEREST WITHHELD | |
| 10/31 BALANCE | 684,460.62 |

2004 INTEREST EARNED IS 3,899.55 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 10/01 | 1.00 | DEBIT MEMO |
| 10/01 | 1.00+ | CREDIT MEMO |
| 10/15 | 35.93 | SERVICE CHARGE |
| 10/29 | 491.08+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 10/01 | 684,005.47 | 10/15 | 683,969.54 | 10/29 | 684,460.62 | |

PLEASE SEE THE ENCLOSED STATEMENT INSERT FOR IMPORTANT INFORMATION
ABOUT CHECK 21 LEGISLATION.



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER PLUS | 1 |
|---|---|
| ACCOUNT TYPE | PAGE |
| 11/01/04 THROUGH 11/30/04 | 0073140290 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER                      0
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 11/01 BALANCE | 684,460.62 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.93 |
| INTEREST EARNED | 482.99 |
| INTEREST WITHHELD | |
| 11/30 BALANCE | 684,907.68 |

2004 INTEREST EARNED IS 4,382.54 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/01 | 1.00 | COUNTER CHECK |
| 11/01 | 1.00+ | DEPOSIT |
| 11/16 | 35.93 | SERVICE CHARGE |
| 11/30 | 482.99+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 11/01 | 684,460.62 | 11/16 | 684,424.69 | 11/30 | 684,907.68 | |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



# Fifth Third Bank

P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER/PLUS | Page 1 |
| ACCOUNT TYPE | PAGE |
| STATEMENT PERIOD | 0073140290 |
| 12/01/04 THROUGH 12/31/04 | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER                 1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 12/01 BALANCE | 684,907.68 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 39.40 |
| INTEREST EARNED | 520.57 |
| INTEREST WITHHELD | |
| 12/31 BALANCE | 685,389.85 |

2004 INTEREST EARNED IS 4,903.11 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/01 | 1.00 | DEBIT MEMO |
| 12/01 | 1.00+ | CREDIT MEMO |
| 12/14 | 38.40 | SERVICE CHARGE |
| 12/31 | 520.57+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 12/01 | 684,907.68 | 12/14 | 684,869.28 | 12/31 | 685,389.85 | |

# Fifth Third Bank



CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



# Fifth Third Bank

P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| | MAXSAVER PLUS |
| | ACCOUNT TYPE |
| STATEMENT PERIOD | 0073140290 |
| 01/01/05 THROUGH 01/31/05 | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

PAGE 1

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 01/01 BALANCE | 685,389.85 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 37.87 |
| INTEREST EARNED | 522.38 |
| INTEREST WITHHELD | |
| 01/31 BALANCE | 685,875.36 |

2005 INTEREST EARNED IS 522.38 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 01/03 | 1.00 | DEBIT MEMO |
| 01/03 | 1.00+ | CREDIT MEMO |
| 01/18 | 36.87 | SERVICE CHARGE |
| 01/31 | 522.38+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 01/03 | 685,389.85 | 01/18 | 685,352.98 | 01/31 | 685,875.36 | |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900



Statement Period Date: 2/1/2005 - 2/28/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER                    1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST                        2237
CINCINNATI OH 45202-4700

---

## Account Summary - 73140290

| 02/01 | Beginning Balance | $685,875.36 | Interest Earned | $484.28 |
|---|---|---|---|---|
| | Checks | | Number of Days in Period | 28 |
| 2 | Withdrawals / Debits | $(37.92) | Interest Earned YTD | $1,006.66 |
| 2 | Deposits / Credits | $485.28 | **Prior Year Interest** | **$4,903.11** |
| 02/28 | **Ending Balance** | **$686,322.72** | | |

---

### Withdrawals / Debits                                                    2 items totaling 37.92

| Date | Amount | Description |
|---|---|---|
| 02/02 | 1.00 | DEBIT MEMO |
| 02/11 | 36.92 | SERVICE CHARGE |

---

### Deposits / Credits                                                    2 items totaling $485.28

| Date | Amount | Description |
|---|---|---|
| 02/02 | 1.00 | CREDIT MEMO |
| 02/28 | 484.28 | INTEREST |

---

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/02 | 685,875.36 | 02/11 | 685,838.44 | 02/28 | 686,322.72 |

---

EFFECTIVE APRIL 1, 2005, MASTERCARD WILL USE EITHER THE WHOLESALE OR THE GOVERNMENT-MANDATED RATE IN EFFECT ON THE PROCESSING DATE FOR TRANSACTIONS MADE IN CURRENCIES OTHER THAN US DOLLARS. PROCESSING DATE MAY OCCUR OTHER THAN THE TRANSACTION DATE AND MAY AFFECT THE CONVERSION RATE USED.  NON US DOLLAR TRANSACTIONS WILL BE ASSESSED A 3% FEE.

DDM001 / FTCJ / 20050228 / 7951 / 2237



**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900

Statement Period Date: 3/1/2005 - 3/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER                 1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST                          2115
CINCINNATI OH 45202-4700

## Account Summary - 73140290

| 03/01 | Beginning Balance | $686,322.72 | Interest Earned | $552.05 |
| | Checks | | Number of Days in Period | 31 |
| 2 | Withdrawals / Debits | $(37.92) | Interest Earned YTD | $1,558.71 |
| 2 | Deposits / Credits | $553.05 | **Prior Year Interest** | **$4,903.11** |
| 03/31 | **Ending Balance** | **$686,837.85** | | |

### Withdrawals / Debits
                                                                    2 items totaling 37.92

| Date | Amount | Description |
| --- | --- | --- |
| 03/02 | 1.00 | DEBIT MEMO |
| 03/14 | 36.92 | SERVICE CHARGE |

### Deposits / Credits
                                                                    2 items totaling $553.05

| Date | Amount | Description |
| --- | --- | --- |
| 03/02 | 1.00 | DEPOSIT |
| 03/31 | 552.05 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/02 | 686,322.72 | 03/14 | 686,285.80 | 03/31 | 686,837.85 |

EFFECTIVE APRIL 1, 2005, MASTERCARD WILL USE EITHER THE WHOLESALE OR THE GOVERNMENT-MANDATED RATE IN EFFECT ON THE PROCESSING DATE FOR TRANSACTIONS MADE IN CURRENCIES OTHER THAN US DOLLARS. PROCESSING DATE MAY OCCUR OTHER THAN THE TRANSACTION DATE AND MAY AFFECT THE CONVERSION RATE USED. NON US DOLLAR TRANSACTIONS WILL BE ASSESSED A 3% FEE.

DDA001 / FTCI / 20050331 / 70S1 / 2115

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900



| | |
|---|---|
| Statement Period Date: | 4/1/2005 - 4/29/2005 |
| Account Type: | Maxsaver Plus |
| Account Number: | 73140290 |

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER                1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST                      2181
CINCINNATI OH 45202-4700

## Account Summary - 73140290

| | | | | |
|---|---|---|---|---|
| 04/01 | **Beginning Balance** | **$686,837.85** | Interest Earned | $631.83 |
| | Checks | | Number of Days in Period | 29 |
| 2 | Withdrawals / Debits | $(38.85) | Interest Earned YTD | $2,190.54 |
| 2 | Deposits / Credits | $632.83 | **Prior Year Interest** | **$4,903.11** |
| 04/29 | **Ending Balance** | **$687,431.83** | | |

### Withdrawals / Debits
2 items totaling 38.85

| Date | Amount | Description |
|---|---|---|
| 04/04 | 1.00 | DEBIT MEMO |
| 04/14 | 37.85 | SERVICE CHARGE |

### Deposits / Credits
2 items totaling $632.83

| Date | Amount | Description |
|---|---|---|
| 04/04 | 1.00 | DEPOSIT |
| 04/29 | 631.83 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/04 | 686,837.85 | 04/14 | 686,800.00 | 04/29 | 687,431.83 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.


**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

0

8194

Statement Period Date: 5/1/2005 - 5/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| 05/01 | Beginning Balance | $687,431.83 | Interest Earned | $668.93 |
| | Checks | | Number of Days in Period | 31 |
| 1 | Withdrawals / Debits | $(37.63) | Interest Earned YTD | $2,859.47 |
| 1 | Deposits / Credits | $668.93 | | |
| 05/31 | Ending Balance | $688,063.13 | | |

### Withdrawals / Debits
1 item totaling 37.63

| Date | Amount | Description |
|------|--------|-------------|
| 05/13 | 37.63 | SERVICE CHARGE |

### Deposits / Credits
1 item totaling $668.93

| Date | Amount | Description |
|------|--------|-------------|
| 05/31 | 668.93 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 05/13 | 687,394.20 | 05/31 | 688,063.13 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCI / 20050531 / 5051 / 8194


## Fifth Third Bank

P.O. BOX 630900
CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

0

8317

Statement Period Date: 6/1/2005 - 6/30/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| | | | | | |
|---|---|---|---|---|---|
| 06/01 | **Beginning Balance** | **$688,063.13** | Interest Earned | | $647.94 |
| | Checks | | Number of Days in Period | | 30 |
| 1 | Withdrawals / Debits | $(36.86) | Interest Earned YTD | | $3,507.41 |
| 1 | Deposits / Credits | $647.94 | | | |
| 06/30 | **Ending Balance** | **$688,674.21** | | | |

### Withdrawals / Debits
1 item totaling 36.86

| Date | Amount | Description |
|---|---|---|
| 06/15 | 36.86 | SERVICE CHARGE |

### Deposits / Credits
1 item totaling $647.94

| Date | Amount | Description |
|---|---|---|
| 06/30 | 647.94 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/15 | 688,026.27 | 06/30 | 688,674.21 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCJ / 20059630 / 50S1 / 8317


**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

0

8505

Statement Period Date: 7/1/2005 - 7/29/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| | | | | | |
|---|---|---|---|---|---|
| 07/01 | Beginning Balance | $688,674.21 | Interest Earned | | $670.14 |
| | Checks | | Number of Days in Period | | 29 |
| 1 | Withdrawals / Debits | $(36.92) | Interest Earned YTD | | $4,177.55 |
| 1 | Deposits / Credits | $670.14 | | | |
| 07/29 | Ending Balance | $689,307.43 | | | |

### Withdrawals / Debits
**1 item totaling 36.92**

| Date | Amount | Description |
|---|---|---|
| 07/15 | 36.92 | SERVICE CHARGE |

### Deposits / Credits
**1 item totaling $670.14**

| Date | Amount | Description |
|---|---|---|
| 07/29 | 670.14 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 07/15 | 688,637.29 | 07/29 | 689,307.43 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCI / 20050729 / 50SI / 8505

**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH  45263-0900

Statement Period Date: 8/1/2005 - 8/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON                          0
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700                 8513

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| 08/01 | **Beginning Balance** | **$689,307.43** | Interest Earned | $674.50 |
|---|---|---|---|---|
|  | Checks |  | Number of Days in Period | 31 |
| 1 | Withdrawals / Debits | $(36.92) | Interest Earned YTD | $4,852.05 |
| 1 | Deposits / Credits | $674.50 |  |  |
| 08/31 | **Ending Balance** | **$689,945.01** |  |  |

### Withdrawals / Debits
1 item totaling $36.92

| Date | Amount | Description |
|---|---|---|
| 08/12 | 36.92 | SERVICE CHARGE |

### Deposits / Credits
1 item totaling $674.50

| Date | Amount | Description |
|---|---|---|
| 08/31 | 674.50 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08/12 | 689,270.51 | 08/31 | 689,945.01 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.  HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.  MEMBER FDIC.


## Fifth Third Bank

P.O. BOX 630900
CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

0

8862

Statement Period Date: 9/1/2005 - 9/30/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

---

### Account Summary - 73140290

| | | | | |
|---|---|---|---|---|
| 09/01 | **Beginning Balance** | **$689,945.01** | Interest Earned | $705.98 |
| | Checks | | Number of Days in Period | 30 |
| 1 | Withdrawals / Debits | $(36.97) | Interest Earned YTD | $5,558.03 |
| 1 | Deposits / Credits | $705.98 | | |
| 09/30 | **Ending Balance** | **$690,614.02** | | |

---

### Withdrawals / Debits

1 item totaling $36.97

| Date | Amount | Description |
|---|---|---|
| 09/15 | 36.97 | SERVICE CHARGE |

---

### Deposits / Credits

1 item totaling $705.98

| Date | Amount | Description |
|---|---|---|
| 09/30 | 705.98 | INTEREST |

---

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09/15 | 689,908.04 | 09/30 | 690,614.02 |

---

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.  HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.  MEMBER FDIC.



**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

1

2083

Inspected
by 137

Statement Period Date: 10/1/2005 – 10/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| | | | | |
|---|---|---|---|---|
| 10/01 | **Beginning Balance** | **$690,614.02** | Interest Earned | $70.64 |
| | Checks | | Number of Days in Period | 31 |
| 3 | Withdrawals / Debits | $(690,684.66) | Interest Earned YTD | $5,628.67 |
| 1 | Deposits / Credits | $70.64 | | |
| 10/31 | **Ending Balance** | **$0.00** | | |

## Withdrawals / Debits

**3 items totaling $690,684.66**

| Date | Amount | Description |
|---|---|---|
| 10/04 | 690,597.69 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 36.97 | UNBILLED SERVICES |

## Deposits / Credits

**1 item totaling $70.64**

| Date | Amount | Description |
|---|---|---|
| 10/04 | 70.64 | INTEREST |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 10/04 | 0.00 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCI / 20051031 / 7051 / 2083