UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:01-cv-116 (Chief Judge Sandra S. Beckwith) |
| Plaintiff | |
| v. | NINTH AND FINAL MOTION TO APPROVE PAYMENT OF |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | FEES AND REIMBURSEMENT OF EXPENSES TO RECEIVER |
| Defendants | |

Comes now H. Patrick Weber as receiver for Stephen G. Donahue and formerly also for S.G. Donahue & Company, Inc. pursuant to order entered March 7, 2001 (document 12) (the "Receiver") and moves the Court for entry of an order in the form of that submitted herewith approving payment of fees for legal services performed by the Receiver and expenses incurred incident thereto during the period from November 30, 2005 through December 13, 2007 in the amount of $7,481.08 and $3,000.00 for fees and expenses to be incurred to perform all further work necessary to complete all matters in connection with the receivership, including preparing and filing final tax returns, that the same be paid out of funds now in the hands of the Receiver on the grounds set forth in the memorandum attached hereto.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for H. Patrick Weber, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | Case No. 1:01-cv-116 (Chief Judge Sandra S. Beckwith) |
| Plaintiff, | : | |
| v. | : | MEMORANDUM IN SUPPORT OF NINTH AND FINAL MOTION TO APPROVE PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO RECEIVER |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : | |
| Defendants. | : | |

Michael R. Barrett (the "Receiver) was appointed receiver for S.G. Donahue & Company, Inc. ("SGD & Co.") and Stephen G. Donahue pursuant to order entered March 7, 2001 (document 12) in this action. H. Patrick Weber was substituted for Mr. Barrett as receiver by order entered May 3, 2006 (document 121).

The Receiver has incurred fees and expenses in the total amount of $7,481.08 during the period November 30, 2005 through December 13, 2007. A standard form invoice for those fees and expenses is attached hereto.

In addition, the Receiver anticipates that the fees and expenses to be incurred by him to perform all further work necessary to complete all matters in connection with the receivership, including filing and preparing final tax returns, will total no more than $3,000.00.

The Receiver respectfully represents said fees and expenses are reasonable and necessary

expenses of the receivership and should be approved and promptly paid out of funds collected by Receiver.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for H. Patrick Weber, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH  45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing motion and memorandum along with the proposed order granting said motion were served electronically pursuant to the CM/ECF procedures established by the Court and by ordinary Untied States mail, first class postage prepaid, on December 14, 2007.

s/ Richard Boydston

| | |
|---|---|
| Anne C. McKinley, Esq.<br>U.S. Securities and Exchange Commission<br>Midwest Regional Office<br>175 West Jackson Boulevard, Suite 900<br>Chicago, IL 60604 | Gerald L. Baldwin, Esq.<br>Attorney for the SIPC Trustee<br>Frost Brown Todd, LLC<br>2500 PNC Center<br>201 E. Fifth Street<br>Cincinnati, OH 45202-4182 |
| Robert A. Goering, Esq.<br>Attorney for Stephen G. Donahue<br>Goering & Goering<br>220 West Third Street<br>Cincinnati, OH 45202 | Donald J. Rafferty, Esq.<br>Attorney for Linda A. Donahue<br>Cohen Todd Kite & Stanford, LLC<br>250 East Fifth Street, Suite 1200<br>Cincinnati, OH 45202 |
| Glenn V. Whitaker, Esq.<br>Attorney for Stephen G. Donahue<br>Vorys Sater Seymour & Pease LLP<br>Suite 2100, Atrium Two<br>221 E. Fourth Street<br>Cincinnati, OH 45201-0236 | J. Michael Debbeler, Esq.<br>Attorney for The Provident Bank<br>Graydon Head & Ritchey<br>1900 Fifth Third Center, 511 Walnut Street<br>Cincinnati, OH 45202 |

1290346_1.doc

Barrett & Weber
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202-4015
Telephone: (513) 721-2120

Invoice submitted to:
United States District Court
c/o H. Patrick Weber, Receiver
500 Fourth & Walnut Centre
105 E. Fourth Street
Cincinnati OH 45202

December 13, 2007

Invoice #32463

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Stephen G. Donahue & Donahue Securities** | | | |
| 2/21/2006 | HPW | Confer with Rick Boydston re preparation of tax return. | 0.25 220.00/hr | 55.00 |
| 2/22/2006 | CBK | Draft 2005 income tax return. | 1.00 125.00/hr | 125.00 |
| | CMD | Close 2005 records for tax preparation purposes; intraoffice conference. | 2.50 60.00/hr | 150.00 |
| 2/23/2006 | CBK | Finalize returns. | 0.25 125.00/hr | 31.25 |
| | HPW | Review and revise federal and Ohio income tax returns; review and execute revised income tax returns. | 0.50 220.00/hr | 110.00 |
| 4/4/2006 | HPW | Confer with Rick Boydston re request from distributee as to tax information; confer with Ed Otten re taxability of return of partial surrender charge. | 0.25 220.00/hr | 55.00 |
| 5/1/2006 | HPW | Confer with Rick Boydston re motion to transfer appointment of receiver; review proposed documentation. | 0.25 220.00/hr | 55.00 |

United States District Court                                                                                      Page    2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2006 | HPW | Confer re transfer of receiver position; discuss need to transfer signature authority on receivership checkbook; discuss final steps to conclude receivership. | 0.25<br>220.00/hr | 55.00 |
| 6/7/2006 | CBK | Reconcile Huntington Bank account; prepare deposit to account; update schedule of receipts; make deposit to Huntington. | 0.50<br>145.00/hr | 72.50 |
| 6/13/2006 | CBK | Deposit to estate checking account; intra-office conference re closing receivership. | 0.25<br>145.00/hr | 36.25 |
|  | HPW | Confer with Rick Boydston re planning to close Donahue Receivership; discuss payment of final bills and filing of final tax returns. | 0.50<br>235.00/hr | 117.50 |
| 6/14/2006 | HPW | Confer with Rick Boydston re concluded receivership activities and assignment of future receipts to PBGC. | 0.25<br>235.00/hr | 58.75 |
| 7/19/2006 | CBK | Reconcile checking account. | 0.25<br>145.00/hr | 36.25 |
| 7/25/2006 | CBK | Deposit to account. | 0.25<br>145.00/hr | 36.25 |
| 8/10/2006 | CBK | Deposit to checking. | 0.10<br>145.00/hr | 14.50 |
|  | HPW | Confer with Rick Boydston re steps to be taken to terminate receivership; discuss assignment of remaining payments to SIPC; confer re Columbus Life request for tax ID number for receivership. | 0.50<br>235.00/hr | 117.50 |
| 8/23/2006 | CBK | Deposit to checking account. | 0.10<br>145.00/hr | 14.50 |
| 9/19/2006 | CBK | Deposit to checking account. | 0.10<br>145.00/hr | 14.50 |
| 10/4/2006 | CBK | Deposit to checking account. | 0.25<br>145.00/hr | 36.25 |
| 11/20/2006 | CBK | Deposit to checking account. | 0.25<br>145.00/hr | 36.25 |
| 12/26/2006 | CBK | Reconcile Huntington account; preparation of Receipts and Disbursements schedule; begin draft of final Form 1041; preparation of invoice for time and expenses; email to Rick Boydston. | 2.00<br>145.00/hr | 290.00 |
| 12/29/2006 | HPW | Review documents prepared by Rick Boydston re concluding administration of receivership. | 0.25<br>235.00/hr | 58.75 |

United States District Court                                                                                     Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2007 | CBK | Review R Boydston's materials. | 1.00<br>145.00/hr | 145.00 |
| 1/24/2007 | CBK | Draft Schedule of Receipts and Disbursements for Eighth Account. | 4.00<br>145.00/hr | 580.00 |
| 1/25/2007 | HPW | Review Ninth Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver; review Eighth Accounting. | 2.50<br>235.00/hr | 587.50 |
|  | CBK | Draft Records of Deposit; draft Purpose Schedule; draft Ninth and Final Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver; draft Memorandum in Support of Ninth and Final Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver; draft Order Granting Ninth and Final Motion to Approve Payment of Fees and Reimbursement of Expenses to Receiver; draft Receiver's Eighth Interim and Final Report and Motion to Approve the Same and to Discharge Receiver. | 10.00<br>145.00/hr | 1,450.00 |
| 1/26/2007 | HPW | Review Form 1041. | 1.00<br>235.00/hr | 235.00 |
|  | CBK | Finalize documents; intra-office conference; email to Rick Boydston, Esq. | 2.50<br>145.00/hr | 362.50 |
|  | HPW | Review final and distributive account; discuss revisions to account; discuss need to list disbursements for all distributions; discuss itemization of sale of assets. | 0.50<br>235.00/hr | 117.50 |
|  | CBK | Draft Form 1041 for Receiver. | 2.00<br>145.00/hr | 290.00 |
| 1/29/2007 | CBK | Intra-office conference; email to Rick Boydston re status. | 0.25<br>145.00/hr | 36.25 |
| 3/7/2007 | CBK | Intra-office conference; email to R Boydston. | 0.25<br>145.00/hr | 36.25 |
| 5/10/2007 | CBK | Telephone call with Rick Boydston re outstanding checks and need to redo documents through 5/31/07. | 0.10<br>145.00/hr | 14.50 |
| 5/11/2007 | CBK | Deposit to account; update schedules. | 0.50<br>145.00/hr | 72.50 |
| 5/14/2007 | CBK | Deposit to account | 0.25<br>145.00/hr | 36.25 |
| 5/23/2007 | CBK | Deposit to account. | 0.25<br>145.00/hr | 36.25 |

United States District Court                                                                             Page    4

|            |     |                                                                                           | Hrs/Rate         | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------|------------------|-----------|
| 7/13/2007  | CBK | Deposit to estate checking account.                                                       | 0.25<br>145.00/hr | 36.25 |
| 7/24/2007  | CBK | Deposit to account.                                                                       | 0.25<br>145.00/hr | 36.25 |
| 8/17/2007  | CBK | Deposit to checking.                                                                      | 0.25<br>160.00/hr | 40.00 |
| 8/23/2007  | CBK | Deposit to checking account.                                                              | 0.10<br>160.00/hr | 16.00 |
| 9/19/2007  | CBK | Deposit to account.                                                                       | 0.10<br>160.00/hr | 16.00 |
| 10/3/2007  | CBK | Deposit to account; reconcile checking account.                                           | 0.25<br>160.00/hr | 40.00 |
| 12/6/2007  | HPW | Confer with Rick Boydston regarding filing final receivership report.                     | 0.25<br>250.00/hr | 62.50 |
| 12/7/2007  | CBK | Deposit to checking.                                                                      | 0.10<br>160.00/hr | 16.00 |
| 12/11/2007 | HPW | Confer with Rick Boydston to discuss preparation of Receiver's Final Report of Insurance Payments. | 0.75<br>250.00/hr | 187.50 |
|            | CBK | Meet with R Boydston re final account.                                                    | 0.50<br>160.00/hr | 80.00 |
|            | CBK | Update list of Receipts and Purpose schedule.                                             | 3.00<br>160.00/hr | 480.00 |
| 12/13/2007 | CBK | Finalize update to date list of receipts and disbursements for attachment to final report. | 2.00<br>160.00/hr | 320.00 |
|            |     | SUBTOTAL:                                                                                 | [    43.70       | 6,906.00] |
|            |     | Tax                                                                                       |                  |           |
| 4/11/2007  | CBK | Draft Form 1041; finalize same; review bank statements; update files.                     | 1.25<br>145.00/hr | 181.25 |
|            |     | SUBTOTAL:                                                                                 | [     1.25       | 181.25]   |
|            |     | For professional services rendered                                                        |    44.95         | $7,087.25 |

United States District Court						Page	5

    Additional Charges :

                                                       Amount

    <u>Stephen G. Donahue & Donahue Securities</u>

| Date | Description | Amount |
|---|---|---:|
| 12/21/2005 | Duplication. | 0.70 |
| 2/21/2006 | Duplication. | 2.20 |
| 2/22/2006 | Computax processing fee. | 40.00 |
| 2/24/2006 | Postage. | 1.02 |
| 4/28/2006 | Duplication. | 1.20 |
| 1/25/2007 | Computax processing fee for 2006 Form 1041. | 40.00 |
|  | SUBTOTAL: | [ 85.12] |

Tax

| Date | Description | Amount |
|---|---|---:|
| 4/11/2007 | Ohio Treasurer of State - Form IT1041. | 13.00 |
|  | United States Treasury - Form 1041. | 294.69 |
|  | Postage. | 1.02 |
|  | SUBTOTAL: | [ 308.71] |

| | |
|---|---:|
| Total costs | $393.83 |
| Total amount of this bill | $7,481.08 |
| Balance due | $7,481.08 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Chris M. Dougherty | 2.50 | 60.00 | $150.00 |
| Christine B. Kauffmann | 6.30 | 160.00 | $1,008.00 |
| Christine B. Kauffmann | 26.90 | 145.00 | $3,900.50 |
| Christine B. Kauffmann | 1.25 | 125.00 | $156.25 |
| H. Patrick Weber | 1.00 | 250.00 | $250.00 |
| H. Patrick Weber | 5.50 | 235.00 | $1,292.50 |
| H. Patrick Weber | 1.50 | 220.00 | $330.00 |