# EXHIBIT C

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             11/01/03 - 11/30/03
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015
                                        PAGE    1 OF 1                EMB    C

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          86,983.62

CREDIT SUMMARY FOR THE PERIOD                  DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS              1,030.22       NET SERVICE CHARGE            15.00
  INTEREST EARNED                  36.11

    TOTAL CREDITS               1,066.33           TOTAL DEBITS              15.00

**BALANCE THIS STATEMENT**       88,034.95     ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED.THIS PERIOD               0.501%
INTEREST EARNED THIS YEAR         342.47
INTEREST EARNED LAST YEAR         560.79

*(handwritten)* 88,034.95  / <600.00> check / <9000.00> check / <36.11> / 15.00 / *(circled)* 78,413.84

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 11/04 | 1,030.22 | | 00022481739 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 11/28 | 36.11 | INTEREST PAYMENT | 12800002750 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 11/17 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 86,983.62 | 11/17 | 87,998.84 | | |
| 11/04 | 88,013.84 | 11/28 | 88,034.95 | | |

*(handwritten)* 12/3/..
43819

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/03 - 12/31/03
ACCOUNT: 01651104532
                                    EMB      4

PAGE    1 OF 2

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            88,034.95

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 28.64 | REGULAR CHECKS PAID | 31,692.17 |
| | | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 28.64 | TOTAL DEBITS | 31,707.17 |
| **BALANCE THIS STATEMENT** | 56,356.42 | ITEMS ENCLOSED | 4 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.501%
INTEREST EARNED THIS YEAR        371.11
INTEREST EARNED LAST YEAR        560.79

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/31 | 28.64 | INTEREST PAYMENT | 23100002762 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1019 | 600.00 | 12/08 | 00021085139 | 1021 | 4,858.60 | 12/16 | 00042029571 |
| 1020 | 9,000.00 | 12/02 | 00552024747 | 1022 | 17,233.57 | 12/16 | 00042092873 |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
    1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
    4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 12/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

CONTINUED

29819

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             12/01/03 - 12/31/03
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                              EMB      4

                                        PAGE   2 OF 2

## BALANCE SUMMARY

| DATE  | BALANCE    | DATE  | BALANCE    | DATE  | BALANCE    |
|-------|------------|-------|------------|-------|------------|
| 11/30 | 88,034.95  | 12/08 | 78,434.95  | 12/16 | 56,327.78  |
| 12/02 | 79,034.95  | 12/15 | 78,419.95  | 12/31 | 56,356.42  |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/04 - 01/31/04
ACCOUNT: 01651104532                    EMB       C

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          56,356.42

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 945.72 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 24.04 | | |
| TOTAL CREDITS | 969.76 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **57,311.18** | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR      24.04
INTEREST EARNED LAST YEAR     971.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 01/15 | 945.72 | | 00024193358 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/30 | 24.04 | INTEREST PAYMENT | 13000002745 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 01/15 | 15.00 | MONTHLY SERVICE FEE |
| TOTAL SERVICE CHARGES | | 15.00 |
| NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 56,356.42 | 01/15 | 57,287.14 | 01/30 | 57,311.18 |

42961

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/04 - 02/29/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB        0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            57,311.18

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 6,180.89 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 24.99 | | |
| TOTAL CREDITS | 6,205.88 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 63,502.06 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD            0.499%
INTEREST EARNED THIS YEAR        49.03
INTEREST EARNED LAST YEAR        371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/02 | 6,180.89 | | 000411B9137 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 02/27 | 24.99 | INTEREST PAYMENT | 22700002715 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 02/17 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 57,311.18 | 02/17 | 63,477.07 | | |
| 02/02 | 63,492.07 | 02/27 | 63,502.06 | | |

43438

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/04 - 03/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB    (

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        63,502.06

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

| REGULAR DEPOSITS | 927.55 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 27.07 | | |
| | | | |
| TOTAL CREDITS | 954.62 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT**        64,441.68        ITEMS ENCLOSED        0

AVERAGE PERCENTAGE YIELD
 EARNED THIS PERIOD        0.499%
INTEREST EARNED THIS YEAR      76.10
INTEREST EARNED LAST YEAR     371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 03/16 | 927.55 | | 00022273707 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 03/31 | 27.07 | INTEREST PAYMENT | 33100002665 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|
| 03/15 | 15.00 | MONTHLY SERVICE FEE | |
| | TOTAL SERVICE CHARGES | | 15.00 |
| | NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/29 | 63,502.06 | 03/16 | 64,414.61 | | |
| 03/15 | 63,487.06 | 03/31 | 64,441.68 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/04 - 04/30/04
ACCOUNT: 01651104532

PAGE    1 OF 1                          EMB    C

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          64,441.68

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 1,776.10 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 26.62 | | |
| TOTAL CREDITS | 1,802.72 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT          66,229.40**          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.499%
INTEREST EARNED THIS YEAR       102.72
INTEREST EARNED LAST YEAR       371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/22 | 1,776.10 | | 00034118529 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/30 | 26.62 | INTEREST PAYMENT | 43000002690 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 04/15 | 15.00 | MONTHLY SERVICE FEE | |
| | TOTAL SERVICE CHARGES | | 15.00 |
| | NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 64,441.68 | 04/22 | 66,202.78 | | |
| 04/15 | 64,426.68 | 04/30 | 66,229.40 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/04 - 05/31/04
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

Ildildiildlloodthildlloothildildiothilidh

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        66,229.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 9,779.18 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 28.05 | | |
| TOTAL CREDITS | 9,807.23 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 76,021.63 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR     130.77
INTEREST EARNED LAST YEAR     371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/28 | 9,779.18 | | 00025176399 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/28 | 28.05 | INTEREST PAYMENT | 52800002686 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/17 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 66,229.40 | 05/17 | 66,214.40 | 05/28 | 76,021.63 |

44017

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/04 - 06/30/04
ACCOUNT: 01651104532
                                    EMB    0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        76,021.63

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 31.15 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 31.15 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **76,037.78** | ITEMS ENCLOSED | O |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD         0.499%
INTEREST EARNED THIS YEAR    161.92
INTEREST EARNED LAST YEAR    371.11

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 31.15 | INTEREST PAYMENT | 63000002734 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 06/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 76,021.63 | 06/15 | 76,006.63 | 06/30 | 76,037.78 |

49597

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/04 - 07/31/04
ACCOUNT: 01651104532

PAGE   1 OF 1

EMB    0

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            76,037.78

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.20 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.20 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **76,054.98** | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
 EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR    194.12
INTEREST EARNED LAST YEAR    371.11

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/30 | 32.20 | INTEREST PAYMENT | 73000002673 |

---

### SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 07/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 76,037.78 | 07/15 | 76,022.78 | 07/30 | 76,054.98 |

47107

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/04 - 08/31/04
ACCOUNT: 01651104532

                                              EMB    1

PAGE   1 OF 2

## BUSINESS INTEREST CHECKING ACCOUNT

| | |
|---|---|
| BALANCE LAST STATEMENT | 76,054.98 |

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 623.32 | REGULAR CHECKS PAID | 5.00 |
| INTEREST EARNED | 32.43 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 655.75 | TOTAL DEBITS | 20.00 |
| BALANCE THIS STATEMENT | 76,690.73 | ITEMS ENCLOSED | 1 |

AVERAGE PERCENTAGE YIELD
 EARNED THIS PERIOD        0.499%
INTEREST EARNED THIS YEAR   226.55
INTEREST EARNED LAST YEAR   371.11

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/04 | 623.32 ✓ | | 00043080733 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 32.43 | INTEREST PAYMENT | 83100002703 |

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1025 | 5.00 | 08/06 | 00045197295 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
  1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
  4) BEEN INCLUDED IN A LIST OF CHECKS

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/16 | 15.00 | MONTHLY SERVICE FEE |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37         1
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             08/01/04 - 08/31/04
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                      EMB
                                        PAGE   2 OF 2

|                       |        |
|-----------------------|--------|
| TOTAL SERVICE CHARGES | 15.00  |
| NET SERVICE CHARGE    | 15.00  |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE  | BALANCE   | DATE  | BALANCE   | DATE  | BALANCE   |
|-------|-----------|-------|-----------|-------|-----------|
| 07/31 | 76,054.98 | 08/06 | 76,673.30 | 08/31 | 76,690.73 |
| 08/04 | 76,678.30 | 08/16 | 76,658.30 |       |           |

01651104532     01 02 001 00 N N N EMB I

17020

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/04 - 09/30/04
ACCOUNT: 01651104532

PAGE   1 OF 1

EMB      0

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          76,690.73

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 31.43 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 31.43 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT          76,707.16      ITEMS ENCLOSED                    0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 257.98 | AVERAGE LEDGER BALANCE | 76,682.73 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 76,682.73 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 09/30 | 31.43 | INTEREST PAYMENT | 93000002673 |

---

### SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER ON 1-800-480-2001

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08/31 | 76,690.73 | 09/15 | 76,675.73 | 09/30 | 76,707.16 |

CHECK OUT THE NEW FIELDS ON YOUR MONTHLY STATEMENT!
DAYS IN STATEMENT PERIOD - THE NUMBER OF DAYS IN THE CYCLE.
AVERAGE LEDGER BALANCE - THE ACCUMULATION OF THE BALANCE IN
A CUSTOMER'S ACCOUNT DIVIDED BY THE NUMBER OF DAYS
IN THE CYCLE.
AVERAGE COLLECTED BALANCE - THE AVERAGE OF THE BALANCE WHICH
CAN BE INVESTED, DISBURSED, OR WIRED OUT, CALCULATED AS
BOOK OR LEDGER BALANCE LESS FLOAT IN THE ACCOUNT.

49249

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/04 - 10/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1                                EMB     0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          76,707.16

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

REGULAR DEPOSITS                293.82       NET SERVICE CHARGE               15.00
INTEREST EARNED                  32.53

    TOTAL CREDITS               326.35           TOTAL DEBITS                 15.00

**BALANCE THIS STATEMENT**      77,018.51    ITEMS ENCLOSED                       0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.499%      DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR       290.51       AVERAGE LEDGER BALANCE        76,831.62
INTEREST EARNED LAST YEAR       371.11       AVERAGE COLLECTED BALANCE     76,820.30

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/18 | 293.82 | | 00081063447 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/29 | 32.53 | INTEREST PAYMENT | 02900002645 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 10/15 | 15.00 | MONTHLY SERVICE FEE |

TOTAL SERVICE CHARGES          15.00

NET SERVICE CHARGE             15.00

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 76,707.16 | 10/18 | 76,985.98 | | |
| 10/15 | 76,692.16 | 10/29 | 77,018.51 | | |

50536

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/04 - 11/30/04
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB      C

ɪɪlɑɪɪɪɑɑɪɪɪllɑɑɪɪɪɪɪɪllɑɑɑɪɪɪɪɪɪllɑɑɪlɑlɪɪ

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,018.51

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 31.56 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 31.56 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 77,035.07 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 322.07 | AVERAGE LEDGER BALANCE | 77,010.51 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 77,010.51 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/30 | 31.56 | INTEREST PAYMENT | 13000002598 |

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 11/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 77,018.51 | 11/15 | 77,003.51 | 11/30 | 77,035.07 |

EFFECTIVE JANUARY 3, 2005, NON-SUFFICIENT FUNDS,
MANUAL STOP PAY AND NEGATIVE LEDGER BALANCE FEES
WILL BE $31.00.
FOR BANK 18 EFFECTIVE JANUARY 3, 2005, NON-SUFFICIENT
FUNDS, MANUAL STOP PAY AND NEGATIVE LEDGER BALANCE FEES
WILL BE $29.00.
FOR BANK 11, 13, 60, 61, 62, 76
NO CHANGES.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/04 - 12/31/04
ACCOUNT: 01651104532

                                   EMB

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,035.07

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

| | | |
|---|---|---|
| REGULAR DEPOSITS | 483.68 | NET SERVICE CHARGE          15.00 |
| INTEREST EARNED | 32.65 | |
| | | |
| TOTAL CREDITS | 516.33 | TOTAL DEBITS          15.00 |

BALANCE THIS STATEMENT          77,536.40          ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%          DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR          354.72          AVERAGE LEDGER BALANCE          77,104.85
INTEREST EARNED LAST YEAR          371.11          AVERAGE COLLECTED BALANCE          77,084.27

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/27 | 483.68 | | 00041200527 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/31 | 32.65 | INTEREST PAYMENT | 23100002630 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 77,035.07 | 12/27 | 77,503.75 | | |
| 12/15 | 77,020.07 | 12/31 | 77,536.40 | | |

51505

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/05 - 01/31/05
ACCOUNT: 01651104532
                              EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        77,536.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.92 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.92 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | 77,554.32 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 32.92 | AVERAGE LEDGER BALANCE | 77,529.62 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 77,529.62 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 32.92 | INTEREST PAYMENT | 13100002723 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 01/18 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 77,536.40 | 01/18 | 77,521.40 | 01/31 | 77,554.32 |

51010

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/05 - 02/28/05
ACCOUNT: 01651104532
                              EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,554.32

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                761.36          NET SERVICE CHARGE            15.00
  INTEREST EARNED                  29.88

      TOTAL CREDITS               791.24              TOTAL DEBITS             15.00

BALANCE THIS STATEMENT          78,330.56        ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.501%        DAYS IN STATEMENT PERIOD          28
INTEREST EARNED THIS YEAR          62.80         AVERAGE LEDGER BALANCE      77,954.69
INTEREST EARNED LAST YEAR         354.72         AVERAGE COLLECTED BALANCE   77,904.94

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 02/14 | 761.36 | | 00021357171 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 02/28 | 29.88 | INTEREST PAYMENT | 22800002668 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 02/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/31 | 77,554.32 | 02/15 | 78,300.68 | | |
| 02/14 | 78,315.68 | 02/28 | 78,330.56 | | |

51232

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

```
MICHAEL R BARRETT RECEIVER FOR       STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS          03/01/05 - 03/31/05
105 E 4TH ST STE 500                 ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                     EMB      1

                                     PAGE    1 OF   2
```

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT           78,330.56

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.70 | REGULAR CHECKS PAID | 4,586.99 |
| | | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.70 | TOTAL DEBITS | 4,601.99 |

| | | | |
|---|---|---|---|
| **BALANCE THIS STATEMENT** | 73,761.27 | ITEMS ENCLOSED | 1 |

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 95.50 | AVERAGE LEDGER BALANCE | 76,990.62 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 76,990.62 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 03/31 | 32.70 | INTEREST PAYMENT | 33100002604 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1028 | 4,586.99 | 03/23 | 00013073879 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
   1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
   4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558


MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             03/01/05 - 03/31/05
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMB

                                        PAGE    2 OF   2

IdubIdudllImudtdudIlmudIdIdImudtdudII

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 78,330.56 | 03/23 | 73,728.57 | | |
| 03/15 | 78,315.56 | 03/31 | 73,761.27 | | |

EFFECTIVE 5/1/05 - CHANGES TO YOUR HUNTINGTON VISA CHECK CARD
1. FOREIGN COUNTRY TRANSACTIONS - CHECK CARD TRANSACTIONS IN
A FOREIGN COUNTRY, WILL HAVE A FOREIGN TRANSACTION FEE EQUAL
TO 2% OF THE AMOUNT OF THE CHECK CARD TRANSACTION.
2. IF AT ANY TIME YOU REQUEST, AND WE MAKE, AN EXPEDITED
DELIVERY OF A HUNTINGTON CHECK CARD, WE MAY CHARGE AN
EXPEDITED FEE OF $25.00.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/05 - 04/30/05
ACCOUNT: 01651104532

PAGE  1 OF  2                      EMB

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            73,761.27

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 4,577.14 | REGULAR CHECKS PAID | 260.00 |
| INTEREST EARNED | 31.48 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 4,608.62 | TOTAL DEBITS | 275.00 |

BALANCE THIS STATEMENT            78,094.89      ITEMS ENCLOSED                      1

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.501%        DAYS IN STATEMENT PERIOD           30
  INTEREST EARNED THIS YEAR        126.98        AVERAGE LEDGER BALANCE         77,115.07
  INTEREST EARNED LAST YEAR        354.72        AVERAGE COLLECTED BALANCE      76,608.74

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/08 | 4,577.14 | | 00045111492 | | | | |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/29 | 31.48 | INTEREST PAYMENT | 42900002645 |

---

### CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1029 | 260.00 | 04/14 | 00014072951 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
   1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
   4) BEEN INCLUDED IN A LIST OF CHECKS

---

### SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/15 | 15.00 | MONTHLY SERVICE FEE |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             05/01/05 - 05/31/05
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                         EMB      0

                                        PAGE    1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,094.89

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.19 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.19 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 78,115.08 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.531% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 162.17 | AVERAGE LEDGER BALANCE | 78,087.14 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,087.14 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/31 | 35.19 | INTEREST PAYMENT | 53100002657 |

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 05/16 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 78,094.89 | 05/16 | 78,079.89 | 05/31 | 78,115.08 |

```
              PRICES EFFECTIVE JUNE 1, 2005
INTEREST CHECKING SERVICE FEE ....................... $16.00
PER DEPOSIT ............................................ $0.40
BRANCH CASH DEPOSIT PROCESSING ............. $0.001 PER $1.00
ACH DEBIT/CREDIT (1ST 99) $0.25, (100-249) $0.18, (250+) $0.16
AVG. COLLECTED BALANCE TO WAIVE SERVICE FEE .......... $5,000
WIRES IN $15; WIRES OUT $35
```

55978

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/05 - 06/30/05
ACCOUNT: 01651104532

PAGE    1 OF 1            EMB      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,115.08

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.31 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.31 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **78,135.39** | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 197.48 | AVERAGE LEDGER BALANCE | 78,107.08 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,107.08 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 35.31 | INTEREST PAYMENT | 63000002646 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 06/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 78,115.08 | 06/15 | 78,100.08 | 06/30 | 78,135.39 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/05 - 07/31/05
ACCOUNT: 01651104532          EMB     0

PAGE   1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,135.39

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 233.94 | | |
| INTEREST EARNED | 36.57 | | |
| TOTAL CREDITS | 270.51 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT          78,405.90      ITEMS ENCLOSED                    0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 234.05 | AVERAGE LEDGER BALANCE | 78,316.50 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,293.85 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 07/08 | 233.94 | | 00075086700 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/29 | 36.57 | INTEREST PAYMENT | 72900002659 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 78,135.39 | 07/08 | 78,369.33 | 07/29 | 78,405.90 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/05 - 08/31/05
ACCOUNT: 01651104532          EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            78,405.90

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 36.63 | | |
| TOTAL CREDITS | 36.63 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT           78,442.53      ITEMS ENCLOSED             0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 270.68 | AVERAGE LEDGER BALANCE | 78,405.90 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,405.90 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 36.63 | INTEREST PAYMENT | 83100002690 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 78,405.90 | 08/31 | 78,442.53 | | |

58582

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/05 - 09/30/05
ACCOUNT: 01651104532

PAGE   1 OF 1              EMB    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,442.53

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS              802.47
  INTEREST EARNED                35.68

    TOTAL CREDITS               838.15              TOTAL DEBITS                0.00

BALANCE THIS STATEMENT        79,280.68      ITEMS ENCLOSED                     0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%     DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR       306.36      AVERAGE LEDGER BALANCE      78,950.76
INTEREST EARNED LAST YEAR       354.72      AVERAGE COLLECTED BALANCE   78,924.02

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 09/12 | 802.47 | | 00031202190 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 09/30 | 35.68 | INTEREST PAYMENT | 93000002710 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 78,442.53 | 09/12 | 79,245.00 | 09/30 | 79,280.68 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/05 - 10/31/05
ACCOUNT: 01651104532

EMB        C

PAGE   1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT         79,280.68

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS           930,751.91
    INTEREST EARNED                440.02
    OTHER CREDITS               98,415.68

       TOTAL CREDITS         1,029,607.61              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT      1,108,888.29**    ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.696%        DAYS IN STATEMENT PERIOD        31
INTEREST EARNED THIS YEAR        746.38        AVERAGE LEDGER BALANCE    776,458.72
INTEREST EARNED LAST YEAR        354.72        AVERAGE COLLECTED BALANCE 746,432.04

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/11 | 930,751.91 | | 00022173339 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/11 | 98,415.68 | TELLER TFR FRM   CHECKING 101105 XXXXXXX6960 | 06847888103 |
| 10/31 | 440.02 | INTEREST PAYMENT | 03100002650 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 79,280.68 | 10/11 | 1,108,448.27 | 10/31 | 1,108,888.29 |

*Statement Balance    1,108,888.29*

*Less outstanding*
*Cks # 1032-1078        280,872.45*

*828,015.84   OK*

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      7
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/05 - 11/30/05
ACCOUNT: 01651104532

PAGE   1 OF  2                          EMB   100

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              1,108,888.29

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 403.92 | REGULAR CHECKS PAID | 665,086.75 |
| TOTAL CREDITS | 403.92 | TOTAL DEBITS | 665,086.75 |

**BALANCE THIS STATEMENT**          444,205.46      ITEMS ENCLOSED                100

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                0.681%       DAYS IN STATEMENT PERIOD      30
INTEREST EARNED THIS YEAR          1150.30       AVERAGE LEDGER BALANCE      723,613.13
INTEREST EARNED LAST YEAR           354.72       AVERAGE COLLECTED BALANCE   723,613.13

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/30 | 403.92 | INTEREST PAYMENT | 13000002616 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1032 | 3,419.55 | 11/16 | 00013060700 | 1058 | 3,955.95 | 11/15 | 00660114600 |
| 1034 * | 4,023.00 | 11/08 | 00022190102 | 1059 | 2,480.85 | 11/07 | 00660001243 |
| 1035 | 16,561.35 | 11/15 | 00022145564 | 1060 | 2,078.55 | 11/07 | 00011100649 |
| 1036 | 6,705.00 | 11/15 | 00660115843 | 1061 | 4,760.55 | 11/07 | 00011174080 |
| 1037 | 6,503.85 | 11/09 | 00013092593 | 1062 | 4,023.00 | 11/07 | 00011100682 |
| 1038 | 34,128.45 | 11/07 | 00011143809 | 1063 | 469.35 | 11/09 | 00013160929 |
| 1039 | 12,337.20 | 11/09 | 00013113757 | 1064 | 3,151.35 | 11/09 | 00033031848 |
| 1040 | 67.05 | 11/17 | 00014034850 | 1065 | 2,078.55 | 11/15 | 00660114563 |
| 1041 | 7,241.40 | 11/28 | 00011100191 | 1066 | 5,766.30 | 11/15 | 00022172883 |
| 1042 | 18,774.00 | 11/07 | 00660014331 | 1067 | 2,346.75 | 11/14 | 00011014474 |
| 1043 | 2,480.85 | 11/14 | 00011119127 | 1068 | 938.70 | 11/08 | 00022145033 |
| 1044 | 15,689.70 | 11/07 | 00011101306 | 1069 | 8,113.05 | 11/08 | 00022190594 |
| 1045 | 402.30 | 11/14 | 00660081831 | 1070 | 402.30 | 11/07 | 00011100801 |
| 1046 | 1,676.25 | 11/07 | 00011190751 | 1071 | 5,632.20 | 11/07 | 00071057755 |
| 1047 | 4,023.00 | 11/18 | 00025037607 | 1072S | 22,059.45 | 11/21 | 00010069168 |
| 1048 | 1,676.25 | 11/14 | 00660086525 | 1073 | 7,442.55 | 11/07 | 00011107133 |
| 1049 | 5,833.35 | 11/23 | 00013103111 | 1074 | 5,900.40 | 11/15 | 00022143405 |
| 1050S | 2,547.90 | 11/10 | 00014083983 | 1075 | 1,743.30 | 11/16 | 00023152417 |
| 1051 | 4,157.10 | 11/08 | 00011029000 | 1076 | 1,944.45 | 11/16 | 00023153488 |
| 1052 | 14,616.90 | 11/08 | 00022213813 | 1077 | 2,078.55 | 11/17 | 00024122844 |
| 1053 | 3,419.55 | 11/07 | 00660006204 | 1078S | 6,570.90 | 11/18 | 00015084026 |
| 1054 | 17,567.10 | 11/08 | 00022191385 | 1080 * | 2,480.85 | 11/14 | 00011059471 |
| 1055 | 134.10 | 11/21 | 00011071222 | 1082 * | 4,760.55 | 11/18 | 00660172258 |
| 1056 | 1,542.15 | 11/10 | 00014045265 | 1083 | 3,218.40 | 11/18 | 00660172259 |
| 1057 | 11,408.05 | 11/14 | 00011020965 | 1084 | 5,028.75 | 11/10 | 00660066261 |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        7
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS           11/01/05 - 11/30/05
105 E 4TH ST STE 500                  ACCOUNT: 01651104532
CINCINNATI OH 45202-4015
                                                          EMB    100
                                      PAGE  2 OF  2

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1085 | 2,413.80 | 11/14 | 00011059500 | 1115 | 6,839.10 | 11/10 | 00660067507 |
| 1086 | 11,666.70 | 11/16 | 00023122280 | 1116 | 3,151.35 | 11/21 | 00021117622 |
| 1087 | 1,475.10 | 11/16 | 00023154355 | 1117 | 4,425.30 | 11/16 | 00023146928 |
| 1088 | 2,950.20 | 11/14 | 00011059308 | 1118 | 670.50 | 11/16 | 00023146896 |
| 1089 | 12,739.50 | 11/15 | 00022145274 | 1119 | 6,302.70 | 11/17 | 00024137121 |
| 1090 | 1,206.90 | 11/17 | 00024134268 | 1120 | 670.50 | 11/17 | 00014021737 |
| 1091 | 2,950.00 | 11/09 | 00660042575 | 1121 | 22,662.90 | 11/14 | 00011031522 |
| 1092 | 1,542.15 | 11/14 | 00011072047 | 1123 * | 4,291.20 | 11/10 | 00660070006 |
| 1093 | 1,676.25 | 11/15 | 00022127453 | 1124 | 11,398.50 | 11/10 | 00660067506 |
| 1095 * | 1,206.90 | 11/14 | 00011018165 | 1125 | 3,486.60 | 11/14 | 00011118674 |
| 1096 | 1,676.25 | 11/17 | 00024106180 | 1126 | 3,754.80 | 11/14 | 00011011552 |
| 1097 | 2,078.55 | 11/09 | 00660040267 | 1127 | 3,821.85 | 11/16 | 00023147350 |
| 1098 | 871.65 | 11/16 | 00013065904 | 1128 | 1,475.10 | 11/15 | 00022142832 |
| 1099 | 6,973.20 | 11/21 | 00011073082 | 1129 | 5,095.80 | 11/14 | 00021139099 |
| 1100 | 18,908.10 | 11/14 | 00011072270 | 1130 | 938.70 | 11/15 | 00022136874 |
| 1101 | 1,408.05 | 11/15 | 00022089425 | 1131 | 39,961.80 | 11/15 | 00022172358 |
| 1102 | 3,955.95 | 11/17 | 00024161300 | 1132 | 13,745.25 | 11/16 | 00513085925 |
| 1103 | 18,706.95 | 11/21 | 00011070272 | 1133 | 286.20 | 11/21 | 00021134970 |
| 1104 | 1,810.35 | 11/14 | 00660074015 | 1134 | 12,404.25 | 11/17 | 00024102573 |
| 1105 | 871.65 | 11/16 | 00023145546 | 1135 | 1,273.95 | 11/16 | 00022088967 |
| 1106 | 5,431.05 | 11/15 | 00022141667 | 1136 | 21,120.75 | 11/15 | 00022088256 |
| 1108 * | 6,503.85 | 11/21 | 00021112750 | 1137 | 2,480.85 | 11/16 | 00023141386 |
| 1109 | 5,498.10 | 11/21 | 00021117253 | 1138 | 8,180.10 | 11/10 | 00660069798 |
| 1110 | 3,285.45 | 11/16 | 00023140884 | 1139 | 11,264.40 | 11/10 | 00660069799 |
| 1112 * | 27,155.25 | 11/15 | 00012025283 | 1140 | 4,425.30 | 11/14 | 00660103647 |
| 1113 | 18,774.00 | 11/14 | 00011014385 | 1141 | 1,475.10 | 11/15 | 00012215748 |
| 1114 | 9,387.00 | 11/14 | 00011108568 | | | | |

(S) INDICATES THIS CHECK WAS CONVERTED TO A SUBSTITUTE CHECK
(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
     1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
     4) BEEN INCLUDED IN A LIST OF CHECKS

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 1,108,888.29 | 11/14 | 777,326.24 | 11/21 | 461,033.39 |
| 11/07 | 1,008,380.34 | 11/15 | 622,977.14 | 11/23 | 455,200.04 |
| 11/08 | 963,121.59 | 11/16 | 571,281.59 | 11/28 | 443,801.54 |
| 11/09 | 935,631.29 | 11/17 | 542,919.44 | 11/30 | 444,205.46 |
| 11/10 | 882,728.84 | 11/18 | 524,346.59 | | |

EFFECTIVE DECEMBER 2, 2005 OUR FUNDS AVAILABILITY POLICY WILL
REFLECT THE FOLLOWING ROUTING NUMBER CHANGES:
0724 2724
WILL BE MOVED FROM "SECOND" TO "FIRST BUSINESS DAY."
0911 2911
WILL BE MOVED FROM "THIRD" TO "SECOND BUSINESS DAY."
PLEASE CONTACT BUSINESS DIRECT, 1-614-480-2001, FOR MORE
INFORMATION AND TO REQUEST A NEW COPY OF OUR "POLICY"

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      2
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/05 - 12/31/05
ACCOUNT: 01651104532

PAGE   1 OF   2                          EMB      8

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        444,205.46

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 590.14 | REGULAR CHECKS PAID | 433,582.08 |
| INTEREST EARNED | 39.73 | NET SERVICE CHARGE | 14.94 |
| TOTAL CREDITS | 629.87 | TOTAL DEBITS | 433,597.02 |

BALANCE THIS STATEMENT        11,238.31       ITEMS ENCLOSED                 8

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.587% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 1190.03 | AVERAGE LEDGER BALANCE | 79,895.58 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 79,858.09 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/22 | 590.14 | | 00034046165 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/30 | 39.73 | INTEREST PAYMENT | 23000002613 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1079 | 871.65 | 12/06 | 00022178680 | 1144 * | 404,925.75 | 12/05 | 00021164573 |
| 1081 * | 1,139.85 | 12/06 | 00022177828 | 1145 | 8,913.18 | 12/20 | 00022140209 |
| 1107 * | 1,273.95 | 12/01 | 00024077130 | 1146 | 1,493.57 | 12/23 | 00015080131 |
| 1142 * | 737.55 | 12/16 | 00015140592 | 1147 | 14,226.58 | 12/22 | 00024048376 |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
   1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
   4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/15 | 14.94 | CHECKS PAID |

CONTINUED

*Bank Bal.      11,238.31*
*109# Outstanding    1,408.05*
*9.30.06 of*

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/06 - 01/31/06
ACCOUNT: 01651104532                     EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| BALANCE LAST STATEMENT | 11,238.31 | | |
| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
| INTEREST EARNED | 5.25 | | |
| TOTAL CREDITS | 5.25 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 11,243.56 | ITEMS ENCLOSED | 0 |

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 5.25 | AVERAGE LEDGER BALANCE | 11,238.31 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 11,238.31 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 5.25 | INTEREST PAYMENT | 13100002620 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 11,238.31 | 01/31 | 11,243.56 | | |

*Bank Bal     11,243.56*
*1,408 05*
*9,835 51 OK*

57607

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             02/01/06 - 02/28/06
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMB     0

                                        PAGE   1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            11,243.56

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                611.80
  INTEREST EARNED                   4.80

    TOTAL CREDITS                 616.60          TOTAL DEBITS                    0.00

BALANCE THIS STATEMENT         11,860.16   ITEMS ENCLOSED                        0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.550%   DAYS IN STATEMENT PERIOD             28
INTEREST EARNED THIS YEAR         10.05    AVERAGE LEDGER BALANCE        11,418.36
INTEREST EARNED LAST YEAR       1190.03    AVERAGE COLLECTED BALANCE     11,385.96

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 02/21 | 611.80 | | 00042079869 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 02/28 | 4.80 | INTEREST PAYMENT | 22800002666 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/31 | 11,243.56 | 02/21 | 11,855.36 | 02/28 | 11,860.16 |

_Bank Bal_
_Ck.# 1094_        11,860.16
                    1,408.05
              10,452.11  OK✓

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/06 - 03/31/06
ACCOUNT: 01651104532

EMB      0

PAGE   1 OF 1

llıldulılı,lldumdılılıllı,,,,lddılılı,,dkulılı

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT           11,860.16

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 5.54

    TOTAL CREDITS                 5.54       TOTAL DEBITS                 0.00

BALANCE THIS STATEMENT          11,865.70    ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%    DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR        15.59    AVERAGE LEDGER BALANCE      11,860.16
INTEREST EARNED LAST YEAR      1190.03    AVERAGE COLLECTED BALANCE   11,860.16

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 03/31 | 5.54 | INTEREST PAYMENT | 33100002594 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 11,860.16 | 03/31 | 11,865.70 | | |

*Bank Bal    11,865.70*
*Ck# 1094     1408.05*
*10,457.65 OK*

55621

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD :
04/01/06 - 04/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT         11,865.70

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

REGULAR DEPOSITS              3,140.16
INTEREST EARNED                  5.37

TOTAL CREDITS              3,145.53              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**      15,011.23    ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD              0.552%    DAYS IN STATEMENT PERIOD              30
INTEREST EARNED THIS YEAR       20.96    AVERAGE LEDGER BALANCE         12,179.71
INTEREST EARNED LAST YEAR     1190.03    AVERAGE COLLECTED BALANCE      11,865.71

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/28 | 3,140.16 ✓ | | 00035002492 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/28 | 5.37 | INTEREST PAYMENT | 42800002744 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 11,865.70 | 04/28 | 15,011.23 | | |

IMPORTANT NOTICE
THE FOLLOWING PRICE CHANGES ARE EFFECTIVE JUNE 1, 2006:
MONTHLY SERVICE FEE: $16.00
EACH DEPOSIT: $0.50 (AFTER FIRST 10).
EACH CHECK DEPOSITED: $0.13 (VOLUME 21-4,999), $0.12 (5,000+)
EACH CHECK PAID: $0.19 (VOLUME 21-499), $0.18 (VOLUME 500+).
REDEPOSIT OF RETURNED DEPOSIT ITEM: $5 PER ITEM FOR VOLUME OF
1-10, $4 FOR VOLUME OF 11-50, AND $3 FOR VOLUME OF 51 PLUS.

15,011.23
<1,408.05> #1094
―――――――
13,603.18  ok bal.

59788

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/06 - 05/31/06
ACCOUNT: 01651104532          EMB     0

PAGE     1 OF 1

---

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT          15,011.23

CREDIT SUMMARY FOR THE PERIOD          DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                6.97

      TOTAL CREDITS              6.97          TOTAL DEBITS              0.00

BALANCE THIS STATEMENT          15,018.20     ITEMS ENCLOSED              0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.550%     DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR       27.93      AVERAGE LEDGER BALANCE       15,011.23
INTEREST EARNED LAST YEAR      1190.03     AVERAGE COLLECTED BALANCE    14,937.81

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 05/31 | 6.97 | INTEREST PAYMENT | 53100002707 |

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/30 | 15,011.23 | 05/31 | 15,018.20 | | |

15018.20
#1084 (1408.05)
─────────
13610.15    ok
            bal
            6/7/06

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/06 - 06/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1                          EMB    0

lldhldldldlllhddbldllldlllhlldhbllldhldlll

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              15,018.20

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                  287.34
  INTEREST EARNED                     6.88

    TOTAL CREDITS                   294.22          TOTAL DEBITS                  0.00

BALANCE THIS STATEMENT             15,312.42     ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                 0.551%     DAYS IN STATEMENT PERIOD           30
INTEREST EARNED THIS YEAR            34.81      AVERAGE LEDGER BALANCE      15,212.54
INTEREST EARNED LAST YEAR          1190.03      AVERAGE COLLECTED BALANCE   15,204.47

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 06/08 | 157.60 ✓ | | 00024177584 | 06/14 | 129.74 ✓ | | 00043008202 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 6.88 | INTEREST PAYMENT | 63000002649 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 15,018.20 | 06/14 | 15,305.54 | | |
| 06/08 | 15,175.80 | 06/30 | 15,312.42 | | |

15,312.42
<1,408.05> # 1094
───────────
13,904.37   ok bal.

60394

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/06 - 07/31/06
ACCOUNT: 01651104532

PAGE    1 OF 1                EMB        0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,312.42

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 113.76 | | |
| INTEREST EARNED | 7.16 | | |
| TOTAL CREDITS | 120.92 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT          15,433.34      ITEMS ENCLOSED                0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.551%     DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR       41.97      AVERAGE LEDGER BALANCE      15,341.77
INTEREST EARNED LAST YEAR     1190.03      AVERAGE COLLECTED BALANCE   15,338.10

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 07/24 | 113.76 ✓ | | 00041101134 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/31 | 7.16 ✓ | INTEREST PAYMENT | 73100002637 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 15,312.42 | 07/24 | 15,426.18 | 07/31 | 15,433.34 |

15,433.34
<1,408.05> #1094
_____
14,025.29  deb bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/06 - 08/31/06
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

| BALANCE LAST STATEMENT | 15,433.34 | | |
|---|---|---|---|

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 310.65 | | |
| INTEREST EARNED | 7.29 | | |
| TOTAL CREDITS | 317.94 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 15,751.28 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 49.26 | AVERAGE LEDGER BALANCE | 15,642.36 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 15,612.36 |

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/04 | 205.01 | | 00045056892 | 08/25 | 41.31 | | 00025084300 |
| 08/25 | 64.33 | | 00025084298 | | | | |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 7.29 | INTEREST PAYMENT | 83100002604 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 15,433.34 | 08/25 | 15,743.99 | | |
| 08/04 | 15,638.35 | 08/31 | 15,751.28 | | |

15,751.28
<1,408.05>  #1094
_____
14,343.23  Tk bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             09/01/06 - 09/30/06
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                          EMB      0

                                        PAGE    1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,751.28

CREDIT SUMMARY FOR THE PERIOD             DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED               7.12

        TOTAL CREDITS           7.12         TOTAL DEBITS          0.00

**BALANCE THIS STATEMENT**      15,758.40    ITEMS ENCLOSED           0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.551%     DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR       56.38     AVERAGE LEDGER BALANCE     15,751.28
INTEREST EARNED LAST YEAR     1190.03     AVERAGE COLLECTED BALANCE  15,751.28

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 09/29 | 7.12 | INTEREST PAYMENT | 92900002638 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 15,751.28 | 09/29 | 15,758.40 | | |

15,758.40
< 1,408.05 > # 1094
——————
14,350.35  ck bal.

61864

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/06 - 10/31/06
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,758.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 265.13 | | |
| INTEREST EARNED | 7.40 | | |
| TOTAL CREDITS | 272.53 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 16,030.93 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 63.78 | AVERAGE LEDGER BALANCE | 15,845.93 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 15,837.38 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 10/18 | 110.52 | | 00033085493 | 10/30 | 83.18 | | 00021286241 |
| 10/18 | 71.43 | | 00033085490 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 10/31 | 7.40 | INTEREST PAYMENT | 03100002622 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 15,758.40 | 10/30 | 16,023.53 | | |
| 10/18 | 15,940.35 | 10/31 | 16,030.93 | | |

16,030.93
<1,408.05> ck# 1094

14,622.88  ok bal

63040

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/06 - 11/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1              EMB      0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              16,030.93

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS                133.00
    INTEREST EARNED                   6.81

        TOTAL CREDITS               139.81              TOTAL DEBITS              0.00

BALANCE THIS STATEMENT            16,170.74     ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD              0.516%      DAYS IN STATEMENT PERIOD         30
INTEREST EARNED THIS YEAR           70.59      AVERAGE LEDGER BALANCE      16,079.69
INTEREST EARNED LAST YEAR         1190.03      AVERAGE COLLECTED BALANCE   16,075.26

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 11/20 | 133.00 ✓ | | 00041081299 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 11/30 | 6.81 | INTEREST PAYMENT | 13000002618 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 16,030.93 | 11/20 | 16,163.93 | 11/30 | 16,170.74 |

16,170.74
<1,408.05> #1094
————
14,762.69 ck bal.

61522

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09  480
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/06 - 12/31/06
ACCOUNT: 01651104532          EMB      0

PAGE   1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

| | | | | |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | 16,170.74 | | | |

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 125.27 | | |
| INTEREST EARNED | 6.88 | | |
| TOTAL CREDITS | 132.15 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 16,302.89 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.500% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 77.47 | AVERAGE LEDGER BALANCE | 16,219.23 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 16,215.19 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/20 | 125.27 | ✓ | 00043093067 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/29 | 6.88 | INTEREST PAYMENT | 22900002655 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 16,170.74 | 12/20 | 16,296.01 | 12/29 | 16,302.89 |

16,302.89
<1,408.05> #1094
————
14,894.84  de Val.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09
COLUMBUS OH 43216-1558



**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/07 - 01/31/07
ACCOUNT: 01651104532                    EMI      0

PAGE    1 OF    1

---

### BUSINESS INTEREST CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| BALANCE LAST STATEMENT | 16,302.89 | | |
| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
| INTEREST EARNED | 6.93 | | |
| TOTAL CREDITS | 6.93 | TOTAL DEBITS | 0.00 |
| **BALANCE THIS STATEMENT** | 16,309.82 | ITEMS ENCLOSED | 0 |

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 6.93 | AVERAGE LEDGER BALANCE | 16,302.89 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 16,302.89 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 6.93 | INTEREST PAYMENT | 13100002641 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 16,302.89 | 01/31 | 16,309.82 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/07 - 02/28/07
ACCOUNT: 01651104532                    EMI        0

PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| BALANCE LAST STATEMENT | 16,309.82 | | |
| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
| INTEREST EARNED | 6.25 | | |
| TOTAL CREDITS | 6.25 | TOTAL DEBITS | 0.00 |
| **BALANCE THIS STATEMENT** | 16,316.07 | ITEMS ENCLOSED | 0 |

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.500% | DAYS IN STATEMENT PERIOD | 28 |
| INTEREST EARNED THIS YEAR | 13.18 | AVERAGE LEDGER BALANCE | 16,309.82 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 16,309.82 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 02/28 | 6.25 | INTEREST PAYMENT | 22800002666 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 16,309.82 | 02/28 | 16,316.07 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37       0 00
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             03/01/07 - 03/31/07
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMI      0

                                        PAGE   1 OF   1

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT               16,316.07

CREDIT SUMMARY FOR THE PERIOD                 DEBIT SUMMARY FOR THE PERIOD

   INTEREST EARNED                    6.93

      TOTAL CREDITS                   6.93             TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**           16,323.00    ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD                 0.501%    DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR            20.11     AVERAGE LEDGER BALANCE      16,316.07
INTEREST EARNED LAST YEAR            77.47     AVERAGE COLLECTED BALANCE   16,316.07

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 03/30 | 6.93 | INTEREST PAYMENT | 33000002596 |

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 16,316.07 | 03/30 | 16,323.00 | | |

                IMPORTANT NOTICE-PRICE CHANGES EFFECTIVE MAY 1, 2007
                IN-BRANCH CASH DEPOSIT PROCESSING: $.0011 PER $1 DEPOSITED
                AFTER FIRST $1,000 FREE PER MONTH.  STATEMENT-CUSTOM TIMING:
                $15 PER STATEMENT.  DEPOSIT CORRECTION: $5 PER ITEM.
                OVERDRAFT FEE/NSF RETURNED ITEM FEE: $34 PER ITEM.
                DEPOSIT TO DEPOSIT OVERDRAFT PROTECTION:$10 DAILY TRANSFER FEE

PO BOX 1558 EA1W37      0 09
COLUMBUS OH 43216-1558



**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/07 - 04/30/07
ACCOUNT: 01651104532                    EMI      0

PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              16,323.00

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                    6.71

        TOTAL CREDITS               6.71              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**          16,329.71        ITEMS ENCLOSED               0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                0.501%     DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR           26.82      AVERAGE LEDGER BALANCE      16,323.00
INTEREST EARNED LAST YEAR           77.47      AVERAGE COLLECTED BALANCE   16,323.00

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 04/30 | 6.71 | INTEREST PAYMENT | 43000002727 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 03/31 | 16,323.00 | 04/30 | 16,329.71 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 0SⅠ⁻ ⁻⁻
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/07 - 05/31/07
ACCOUNT: 01651104532

PAGE   1 OF   1                    EMI      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              16,329.71

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | |
|---|---|
| REGULAR DEPOSITS | 3,145.49 |
| INTEREST EARNED | 7.59 |

TOTAL CREDITS        3,153.08              TOTAL DEBITS            0.00

**BALANCE THIS STATEMENT**      19,482.79    ITEMS ENCLOSED            O

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.500%     DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR        34.41      AVERAGE LEDGER BALANCE      18,054.65
INTEREST EARNED LAST YEAR        77.47      AVERAGE COLLECTED BALANCE   17,880.17

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/15 | 3,145.49 | | 00022140999 | | | | |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/31 | 7.59 | INTEREST PAYMENT | 53100002626 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 16,329.71 | 05/15 | 19,475.20 | 05/31 | 19,482.79 |

IMPORTANT NOTICE FOR BUSINESS OVERDRAFT PROTECTION ACCOUNTS
EFFECTIVE 7/1/2007 THE INTEREST RATE ON YOUR ACCOUNT WILL BE
EQUAL TO 6.75 PERCENTAGE POINTS IN EXCESS OF THE PRIME
COMMERCIAL RATE AS OF THE CLOSE OF BUSINESS ON THE 1ST DAY OF
THAT MONTHLY STATEMENT PERIOD. THE PRIME COMMERCIAL RATE SHALL
MEAN THE RATE ESTABLISHED BY US FROM TIME TO TIME BASED ON OUR
CONSIDERATION OF ECONOMIC, MONEY MARKET, BUSINESS AND
COMPETITIVE FACTORS.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 095
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/07 - 06/30/07
ACCOUNT: 01651104532

PAGE   1 OF   1                          EMI     0

---

## BUSINESS INTEREST CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| BALANCE LAST STATEMENT | 19,482.79 | | |

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 187.67 | | |
| INTEREST EARNED | 8.07 | | |
| TOTAL CREDITS | 195.74 | TOTAL DEBITS | 0.00 |

| | | | |
|---|---|---|---|
| **BALANCE THIS STATEMENT** | 19,678.53 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 42.48 | AVERAGE LEDGER BALANCE | 19,639.18 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 19,632.91 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 06/06 | 187.67 | | 00033058476 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/29 | 8.07 | INTEREST PAYMENT | 62900002593 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 19,482.79 | 06/06 | 19,670.46 | 06/29 | 19,678.53 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/07 - 07/31/07
ACCOUNT: 01651104532

PAGE    1 OF    1                         EMI      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          19,678.53

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 283.78 | | |
| INTEREST EARNED | 8.37 | | |
| TOTAL CREDITS | 292.15 | TOTAL DEBITS | 0.00 |
| **BALANCE THIS STATEMENT** | **19,970.68** | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 50.85 | AVERAGE LEDGER BALANCE | 19,738.45 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 19,702.49 |

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 07/23 | 109.73 | | 00021159968 | 07/27 | 174.05 | | 00035101226 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/31 | 8.37 | INTEREST PAYMENT | 73100002631 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 19,678.53 | 07/27 | 19,962.31 | | |
| 07/23 | 19,788.26 | 07/31 | 19,970.68 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09EA4W34
COLUMBUS OH 43216-1558



**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/07 - 08/31/07
ACCOUNT: 01651104532                    EMI       0

PAGE    1 OF    1

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            19,970.68

CREDIT SUMMARY FOR THE PERIOD                       DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                 131.24
  INTEREST EARNED                    8.48

    TOTAL CREDITS                139.72              TOTAL DEBITS                  0.00

**BALANCE THIS STATEMENT**           20,110.40        ITEMS ENCLOSED                      0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                0.500%       DAYS IN STATEMENT PERIOD             31
INTEREST EARNED THIS YEAR            59.33       AVERAGE LEDGER BALANCE         19,991.84
INTEREST EARNED LAST YEAR            77.47       AVERAGE COLLECTED BALANCE      19,987.58

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|--------------|------------------|------|--------|--------------|------------------|
| 08/27 | 105.64 | | 00031112233 | 08/27 | 25.60 | | 00031111599 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|----------------------------|------------------|
| 08/31 | 8.48 | INTEREST PAYMENT | 83100002667 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07/31 | 19,970.68 | 08/27 | 20,101.92 | 08/31 | 20,110.40 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     O 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/07 - 09/30/07
ACCOUNT: 01651104532                    EMI    0

PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT                20,110.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 26.35 | | |
| INTEREST EARNED | 8.27 | | |
| TOTAL CREDITS | 34.62 | TOTAL DEBITS | 0.00 |

**BALANCE THIS STATEMENT**        20,145.02        ITEMS ENCLOSED                    0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 67.60 | AVERAGE LEDGER BALANCE | 20,119.18 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 20,116.58 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 09/21 | 26.35 | | 00035084066 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 09/28 | 8.27 | INTEREST PAYMENT | 92800005512 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08/31 | 20,110.40 | 09/21 | 20,136.75 | 09/28 | 20,145.02 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/07 - 10/31/07
ACCOUNT: 01651104532

PAGE    1 OF    1                    EMI    0

ldaldaldalllaadddallllaaaddddddlaaaldaldll

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            20,145.02

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS               84.25
  INTEREST EARNED                 8.57

       TOTAL CREDITS             92.82            TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**       20,237.84    ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.501%    DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR        76.17     AVERAGE LEDGER BALANCE      20,181.02
INTEREST EARNED LAST YEAR        77.47     AVERAGE COLLECTED BALANCE   20,178.31

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/04 | 25.07 | | 00044004561 | 10/25 | 59.18 | | 00044039464 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/31 | 8.57 | INTEREST PAYMENT | 03100005504 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 20,145.02 | 10/25 | 20,229.27 | | |
| 10/04 | 20,170.09 | 10/31 | 20,237.84 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             11/01/07 - 11/30/07
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                       EMI    0

                                        PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              20,237.84

CREDIT SUMMARY FOR THE PERIOD               DEBIT SUMMARY FOR THE PERIOD

   REGULAR DEPOSITS                 292.35
   INTEREST EARNED                    8.35

   TOTAL CREDITS                    300.70          TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**        ⟨20,538.54⟩      ITEMS ENCLOSED              0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD                0.501%    DAYS IN STATEMENT PERIOD        30
INTEREST EARNED THIS YEAR           84.52     AVERAGE LEDGER BALANCE     20,323.48
INTEREST EARNED LAST YEAR           77.47     AVERAGE COLLECTED BALANCE  20,313.75

*(handwritten: + 80.41  + 321.95)*

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 11/15 | 133.00 | | 00014082900 | 11/27 | 27.26 | | 00032072732 |
| 11/27 | 34.05 | | 00032072730 | 11/29 | 98.04 | | 00044094819 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 11/30 | 8.35 | INTEREST PAYMENT | 13000005680 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 20,237.84 | 11/27 | 20,432.15 | 11/30 | 20,538.54 |
| 11/15 | 20,370.84 | 11/29 | 20,530.19 | | |

*(handwritten notes)*

Reconciliation

```
    20 538.54
       80-41    12-11-07
      321.95    12-12-07
    ----------
    20 940.90
   ⟨1408.05⟩  # 1094   still outstanding

 $19 532.85  ok bal. 12·12·07
      1408.05  void #1094
    4 20 940.90
```