# EXHIBIT D

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
STEPHEN G DONOHUE & SG DONOHUE CO     10/01/05 - 10/31/05
105 E 4TH ST STE 500                  ACCOUNT: 01651116960
CINCINNATI OH 45202-4015              (CLOSED)                    EMB      0
                                      PAGE    1 OF 1

## BUSINESS PREMIER MONEY MARKET ACCOUNT

BALANCE LAST STATEMENT          98,349.13

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

   INTEREST EARNED              66.55        OTHER DEBITS            98,415.68

     TOTAL CREDITS             66.55          TOTAL DEBITS           98,415.68

BALANCE THIS STATEMENT           0.00       ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            2.499%      DAYS IN STATEMENT PERIOD        30
INTEREST EARNED THIS YEAR      1507.77     AVERAGE LEDGER BALANCE    98,149.87
INTEREST EARNED LAST YEAR       778.72     AVERAGE COLLECTED BALANCE 98,149.87

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/11 | 66.55 | INTEREST PAYMENT | 01100000471 |

## OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 10/11 | 0.00 | ACCOUNT CLOSING TRANSACTION | RTNL651 |
| 10/11 | 98,415.68 | TELLER TFR TO   CHECKING | 06847888102 |
|       |          | 101105 XXXXXXX4532 | |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 98,349.13 | 10/11 | 0.00 | | |