# EXHIBIT E



```
Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH  45263-0900
```

|  |  |
|---|---|
| ACCOUNT TYPE | 1 PAGE |
| 11/20/03 THROUGH 12/19/03 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | 513  579-4222 |
| OFFICE | TELEPHONE NUMBER |

```
                                              11/20 BALANCE           158,612.59

MICHAEL R BARRETT RECEIVER          O          2 DEPOSITS              78,482.12
C/O ULMER & BERNE LLP                          1 WITHDRAWALS/FEES          11.94
600 VINE STREET                                  INTEREST EARNED          106.18
SUITE 2800                                       INTEREST WITHHELD
CINCINNATI OH  45202-2409
                                              12/19 BALANCE           237,188.95
```

```
              2003 INTEREST EARNED IS 1,970.65 FOR TAX ID 31-6659292
DATE          AMOUNT          DESCRIPTION
11/20       21,900.00+   DEPOSIT
11/28          106.18+   INTEREST
12/05       56,582.12+   DEPOSIT
12/12           11.94    SERVICE CHARGE

     DAILY BALANCE              DAILY BALANCE              DAILY BALANCE              DAILY BALANCE
11/20      180,512.59    11/28      180,618.77    12/05      237,200.89    12/12      237,188.95
```

12/29/03
DDT
for your handling
MB

...apers I didn't
know where to
file.





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 12/20/03 THROUGH 01/16/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | 513   579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER            O
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | |
|---|---|
| 12/20 BALANCE | 237,188.95 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 14.68 |
| INTEREST EARNED | 142.60 |
| INTEREST WITHHELD | |
| 01/16 BALANCE | 237,316.87 |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/31 | 142.60+ | INTEREST |
| 01/16 | 14.68 | SERVICE CHARGE |

| DATE | DAILY BALANCE | DATE | DAILY BALANCE |
|---|---|---|---|
| 12/31 | 237,331.55 | 01/16 | 237,316.87 |

Case 1:01-cv-00116-SSB-TSH    Document 123-7    Filed 12/14/2007    Page 4 of 18



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | MAXSAVER | 1 PAGE |
|---|---|---|
| | 01/17/04 THROUGH 02/19/04 | 0033110417 |
| | STATEMENT PERIOD | ACCOUNT NUMBER |
| | PRIVATE BANKING | 513   579-4222 |
| | OFFICE | TELEPHONE NUMBER |

| | |
|---|---|
| 01/17 BALANCE | 237,316.87 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.86 |
| INTEREST EARNED | 150.40 |
| INTEREST WITHHELD | |
| 02/19 BALANCE | 237,453.41 |

2004 INTEREST EARNED IS 150.40 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 01/30 | 150.40+ | INTEREST |
| 02/13 | 13.86 | SERVICE CHARGE |

DAILY BALANCE

| 01/30 | 237,467.27 | 02/13 | 237,453.41 |
|---|---|---|---|



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | 1 PAGE |
| MAXSAVER | |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| 02/20/04 THROUGH 03/19/04 | 0033110417 |
| OFFICE | TELEPHONE NUMBER |
| PRIVATE BANKING | 513  579-4222 |

MICHAEL R BARRETT RECEIVER            0
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---:|
| 02/20 BALANCE | 237,453.41 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.86 |
| INTEREST EARNED | 88.42 |
| INTEREST WITHHELD | |
| 03/19 BALANCE | 237,527.97 |

2004 INTEREST EARNED IS 238.82 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/27 | 88.42+ | INTEREST |
| 03/12 | 13.86 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 02/27 | 237,541.83 | 03/12 | 237,527.97 | | | |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER                           O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | | |
|---|---|---|
| ACCOUNT TYPE | | PAGE |
| PRIVATE BANKING | | 1 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| 03/20/04 THROUGH 04/19/04 | | 0033110417 |
| OFFICE | | TELEPHONE NUMBER |
| | | (513) 579-4222 |

| | |
|---|---|
| 03/20 BALANCE | 237,527.97 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.40 |
| INTEREST WITHHELD | |
| 04/19 BALANCE | 237,604.46 |

2004 INTEREST EARNED IS 329.22 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/31 | 90.40+ | INTEREST |
| 04/16 | 13.91 | SERVICE CHARGE |

DAILY BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/31 | 237,618.37 | 04/16 | 237,604.46 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | PAGE 1 |
| ACCOUNT TYPE | |
| 04/20/04 THROUGH 05/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER      O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 04/20 BALANCE | 237,604.46 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 87.52 |
| INTEREST WITHHELD | |
| 05/19 BALANCE | 237,678.07 |

2004 INTEREST EARNED IS 416.74 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/30 | 87.52+ | INTEREST |
| 05/14 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 04/30 | 237,691.98 | 05/14 | 237,678.07 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900



| | | |
|---|---|---|
| | MAKSAVER | 1 |
| | ACCOUNT TYPE | PAGE |
| 05/20/04 THROUGH 06/18/04 | | 0033110417 |
| | STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| | OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER    O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 05/20 BALANCE | 237,678.07 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.46 |
| INTEREST WITHHELD | |
| 06/18 BALANCE | 237,754.62 |

2004 INTEREST EARNED IS 507.20 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/28 | 90.46+ | INTEREST |
| 06/11 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|
| 05/28 | 237,768.53 | 06/11 | 237,754.62 | | |

Case 1:01-cv-00116-SSB-TSH   Document 123-7   Filed 12/14/2007   Page 9 of 18



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| | MAXSAVER  1 |
| | ACCOUNT TYPE   PAGE |
| | 05/20/04 THROUGH 06/18/04   0033110417 |
| | STATEMENT PERIOD   ACCOUNT NUMBER |
| | PRIVATE BANKING   (513) 579-4222 |
| | OFFICE   TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER    O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 05/20 BALANCE | 237,678.07 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.46 |
| INTEREST WITHHELD | |
| 06/18 BALANCE | 237,754.62 |

2004 INTEREST EARNED IS 507.20 FOR TAX ID 31-6659292

DATE——————AMOUNT——————DESCRIPTION———————————————————————————————•

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/28 | 90.46+ | INTEREST |
| 06/11 | 13.91 | SERVICE CHARGE |

•———DAILY BALANCE———• •———DAILY BALANCE———• •———DAILY BALANCE———• •———DAILY BALANCE———•

| 05/28 | 237,768.53 | 06/11 | 237,754.62 |



| | |
|---|---|
| Fifth Third Bank | |
| P.O. BOX 630900 CINCINNATI OH 45263-0900 | |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | | |
|---|---|---|
| ACCOUNT TYPE | | PAGE 1 |
| 06/19/04 THROUGH 07/19/04 | | 0033110417 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |
| 06/19 BALANCE | | 237,754.62 |
| 0 DEPOSITS | | 0.00 |
| 1 WITHDRAWALS/FEES | | 13.91 |
| INTEREST EARNED | | 87.57 |
| INTEREST WITHHELD | | |
| 07/19 BALANCE | | 237,828.28 |

2004 INTEREST EARNED IS 594.77 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 06/30 | 87.57+ | INTEREST |
| 07/15 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 06/30 | 237,842.19 | 07/15 | 237,828.28 | | | |





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER              O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| ACCOUNT TYPE | PAGE |
| 07/20/04 THROUGH 08/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

| | |
|---|---:|
| 07/20 BALANCE | 237,828.28 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 102.82 |
| INTEREST WITHHELD | |
| 08/19 BALANCE | 237,917.19 |

2004 INTEREST EARNED IS 697.59 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/30 | 102.82+ | INTEREST |
| 08/13 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|
| 07/30 | 237,931.10 | 08/13 | 237,917.19 | | |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| STATEMENT PERIOD | PAGE |
| 08/20/04 THROUGH 09/17/04 | 1 |
| ACCOUNT TYPE | ACCOUNT NUMBER |
| PRIVATE BANKING | 0033110417 |
| OFFICE | TELEPHONE NUMBER |
| | (513) 579-4222 |

| | |
|---|---:|
| 08/20 BALANCE | 237,917.19 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 115.17 |
| INTEREST WITHHELD | |
| 09/17 BALANCE | 238,018.45 |

2004 INTEREST EARNED IS 812.76 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/31 | 115.17+ | INTEREST |
| 09/15 | 13.91  | SERVICE CHARGE |

| DATE | DAILY BALANCE | DATE | DAILY BALANCE |
|---|---|---|---|
| 08/31 | 238,032.36 | 09/15 | 238,018.45 |

# Fifth Third Bank

```
                                                              09/12/2005
                                                              Page:  001
MICHAEL R BARRETT RECEIVER -              LAST STMT:   238,375.36 12/17/04
0033110417                                CURR LED :   239,861.20
                                          AVAILABLE:   239,861.20


  S    TRACE#  SERIAL#  ITEM $ AMOUNT   POST  DESCRIPTION
                        238,375.36 12/17 *** LAST STATEMENT BALANCE ***
  I    6990                 151.07+12/31 INTEREST
                        238,526.43 12/31 *** DAILY BALANCE ***
  I    6990                  14.31 01/18 SERVICE CHARGE
                        238,512.12 01/18 *** DAILY BALANCE ***
  I    6990                 151.57+01/31 INTEREST
                        238,663.69 01/31 *** DAILY BALANCE ***
  I    6990                  14.31 02/11 SERVICE CHARGE
                        238,649.38 02/11 *** DAILY BALANCE ***
  I    6990                 141.20+02/28 INTEREST
                        238,790.58 02/28 *** DAILY BALANCE ***
  I    6990                  14.31 03/14 SERVICE CHARGE
                        238,776.27 03/14 *** DAILY BALANCE ***
  I    6990                 161.82+03/31 INTEREST
                        238,938.09 03/31 *** DAILY BALANCE ***
  I    6990                  14.31 04/14 SERVICE CHARGE
                        238,923.78 04/14 *** DAILY BALANCE ***
  I    6990                 190.54+04/29 INTEREST
                        239,114.32 04/29 *** DAILY BALANCE ***
  I    6990                  14.31 05/13 SERVICE CHARGE
                        239,100.01 05/13 *** DAILY BALANCE ***
  I    6990                 202.43+05/31 INTEREST
                        239,302.44 05/31 *** DAILY BALANCE ***
  I    6990                  14.31 06/15 SERVICE CHARGE
                        239,288.13 06/15 *** DAILY BALANCE ***
  I    6990                 196.05+06/30 INTEREST
                        239,484.18 06/30 *** DAILY BALANCE ***
  I    6990                  14.31 07/15 SERVICE CHARGE
                        239,469.87 07/15 *** DAILY BALANCE ***
  I    6990                 202.74+07/29 INTEREST
                        239,672.61 07/29 *** DAILY BALANCE ***
  I    6990                  14.31 08/12 SERVICE CHARGE
                        239,658.30 08/12 *** DAILY BALANCE ***
  I    6990                 202.90+08/31 INTEREST
                        239,861.20 08/31 *** DAILY BALANCE ***
```



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 09/18/04 THROUGH 10/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER  O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 09/18 BALANCE | 238,018.45 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 118.78 |
| INTEREST WITHHELD | |
| 10/19 BALANCE | 238,123.32 |

2004 INTEREST EARNED IS 931.54 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/30 | 118.78+ | INTEREST |
| 10/15 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 09/30 | 238,137.23 | 10/15 | 238,123.32 |

PLEASE SEE THE ENCLOSED STATEMENT INSERT FOR IMPORTANT INFORMATION ABOUT CHECK 21 LEGISLATION.



**Fifth Third Bank**

P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER | 1 |
|---|---|
| ACCOUNT TYPE | PAGE |
| 10/20/04 THROUGH 11/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER   O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | | |
|---|---|---|
| 10/20 BALANCE | | 238,123.32 |
| 0 DEPOSITS | | 0.00 |
| 1 WITHDRAWALS/FEES | | 13.91 |
| INTEREST EARNED | | 140.87 |
| INTEREST WITHHELD | | |
| 11/19 BALANCE | | 238,250.28 |

2004 INTEREST EARNED IS 1,072.41 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 10/29 | 140.87+ | INTEREST |
| 11/16 | 13.91 | SERVICE CHARGE |

―――DAILY BALANCE――― ―――DAILY BALANCE――― ―――DAILY BALANCE――― ―――DAILY BALANCE―――

| 10/29 | 238,264.19 | 11/16 | 238,250.28 |
|---|---|---|---|

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



**Fifth Third Bank**

P.O. BOX 630900 CINCINNATI OH 45263-0900

|  |  |
|---|---|
| ACCOUNT TYPE | MAXSAVER |
| STATEMENT PERIOD | 11/20/04 THROUGH 12/17/04 |
| OFFICE | PRIVATE BANKING |
| PAGE | 1 |
| ACCOUNT NUMBER | 0033110417 |
| TELEPHONE NUMBER | (513) 579-4222 |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---:|
| 11/20 BALANCE | 238,250.28 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 138.99 |
| INTEREST WITHHELD | |
| 12/17 BALANCE | 238,375.36 |

OUR RECORDS INDICATE THAT YOUR ACCOUNT HAS HAD NO ACTIVITY FOR SOME TIME AND FOR YOUR PROTECTION IT IS NOW CONSIDERED DORMANT.  FOR MORE INFORMATION ON HOW THIS MAY AFFECT YOUR ACCOUNT, PLEASE CONTACT YOUR BANKING CENTER.

2004 INTEREST EARNED IS 1,211.40 FOR TAX ID 31-6659292

| DATE  | AMOUNT  | DESCRIPTION |
|---|---|---|
| 11/30 | 138.99+ | INTEREST |
| 12/14 | 13.91   | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 11/30 | 238,389.27 | 12/14 | 238,375.36 | | | |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



Statement Period Date: 12/18/2004 - 10/19/2005
Account Type: Maxsaver
Account Number: 33110417

P.O. BOX 630900
CINCINNATI OH  45263-0900

Relationship Manager Name: Winter Myers
Phone: 513-534-5010
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

1

76

## Account Summary - 33110417

| Date | | Description | Amount | | | |
|---|---|---|---|---|---|---|
| 12/18 | | Beginning Balance | $238,375.36 | Interest Earned | | $1,825.62 |
| | | Checks | | Number of Days in Period | | 306 |
| | 12 | Withdrawals / Debits | $(240,200.98) | Interest Earned YTD | | $1,674.55 |
| | 11 | Deposits / Credits | $1,825.62 | | | |
| 10/19 | | Ending Balance | $0.00 | | | |

### Withdrawals / Debits

12 items totaling $240,200.98

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.31 | SERVICE CHARGE |
| 02/11 | 14.31 | SERVICE CHARGE |
| 03/14 | 14.31 | SERVICE CHARGE |
| 04/14 | 14.31 | SERVICE CHARGE |
| 05/13 | 14.31 | SERVICE CHARGE |
| 06/15 | 14.31 | SERVICE CHARGE |
| 07/15 | 14.31 | SERVICE CHARGE |
| 08/12 | 14.31 | SERVICE CHARGE |
| 09/15 | 14.36 | SERVICE CHARGE |
| 10/04 | 240,007.78 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 14.36 | UNBILLED SERVICES |

### Deposits / Credits

11 items totaling $1,825.62

| Date | Amount | Description |
|---|---|---|
| 12/31 | 151.07 | INTEREST |
| 01/31 | 151.57 | INTEREST |
| 02/28 | 141.20 | INTEREST |
| 03/31 | 161.82 | INTEREST |
| 04/29 | 190.54 | INTEREST |
| 05/31 | 202.43 | INTEREST |
| 06/30 | 196.05 | INTEREST |
| 07/29 | 202.74 | INTEREST |
| 08/31 | 202.90 | INTEREST |
| 09/30 | 203.68 | INTEREST |
| 10/04 | 21.62 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/31 | 238,526.43 | 04/14 | 238,923.78 | 07/29 | 239,672.61 |
| 01/18 | 238,512.12 | 04/29 | 239,114.32 | 08/12 | 239,658.30 |
| 01/31 | 238,663.69 | 05/13 | 239,100.01 | 08/31 | 239,861.20 |
| 02/11 | 238,649.38 | 05/31 | 239,302.44 | 09/15 | 239,846.84 |
| 02/28 | 238,790.58 | 06/15 | 239,288.13 | 09/30 | 240,050.52 |
| 03/14 | 238,776.27 | 06/30 | 239,484.18 | 10/04 | 0.00 |
| 03/31 | 238,938.09 | 07/15 | 239,469.87 | | |

Page 1 of 2

DDA001 / FTCI / 20051019 / 70S1 / 76

 **Fifth Third Bank**
P.O. BOX 630900
CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700



1

76

Statement Period Date: 12/18/2004 - 10/19/2005
Account Type: Maxsaver
Account Number: 33110417

Inspected
By    Relationship Manager Name: Winter Myers
017               Phone: 513-534-5010
        Commercial Client Services: 1-800-589-5355
                                    www.53.com

## Account Summary - 33110417

| Date  |                      | Amount        |                          |           |
|-------|----------------------|---------------|--------------------------|-----------|
| 12/18 | Beginning Balance    | $238,375.36   | Interest Earned          | $1,825.62 |
|       | Checks               |               | Number of Days in Period | 306       |
| 12    | Withdrawals / Debits | $(240,200.98) | Interest Earned YTD      | $1,674.55 |
| 11    | Deposits / Credits   | $1,825.62     |                          |           |
| 10/19 | Ending Balance       | $0.00         |                          |           |

### Withdrawals / Debits
12 items totaling $240,200.98

| Date  | Amount     | Description         |
|-------|------------|---------------------|
| 01/18 | 14.31      | SERVICE CHARGE      |
| 02/11 | 14.31      | SERVICE CHARGE      |
| 03/14 | 14.31      | SERVICE CHARGE      |
| 04/14 | 14.31      | SERVICE CHARGE      |
| 05/13 | 14.31      | SERVICE CHARGE      |
| 06/15 | 14.31      | SERVICE CHARGE      |
| 07/15 | 14.31      | SERVICE CHARGE      |
| 08/12 | 14.31      | SERVICE CHARGE      |
| 09/15 | 14.36      | SERVICE CHARGE      |
| 10/04 | 240,007.78 | DEBIT MEMO          |
| 10/04 | 50.00      | ACCOUNT CLOSURE FEE |
| 10/04 | 14.36      | UNBILLED SERVICES   |

### Deposits / Credits
11 items totaling $1,825.62

| Date  | Amount | Description |
|-------|--------|-------------|
| 12/31 | 151.07 | INTEREST    |
| 01/31 | 151.57 | INTEREST    |
| 02/28 | 141.20 | INTEREST    |
| 03/31 | 161.82 | INTEREST    |
| 04/29 | 190.54 | INTEREST    |
| 05/31 | 202.43 | INTEREST    |
| 06/30 | 196.05 | INTEREST    |
| 07/29 | 202.74 | INTEREST    |
| 08/31 | 202.90 | INTEREST    |
| 09/30 | 203.68 | INTEREST    |
| 10/04 | 21.62  | INTEREST    |

### Daily Balance Summary

| Date  | Amount     | Date  | Amount     | Date  | Amount     |
|-------|------------|-------|------------|-------|------------|
| 12/31 | 238,526.43 | 04/14 | 238,923.78 | 07/29 | 239,672.61 |
| 01/18 | 238,512.12 | 04/29 | 239,114.32 | 08/12 | 239,658.30 |
| 01/31 | 238,663.69 | 05/13 | 239,100.01 | 08/31 | 239,861.20 |
| 02/11 | 238,649.38 | 05/31 | 239,302.44 | 09/15 | 239,846.84 |
| 02/28 | 238,790.58 | 06/15 | 239,288.13 | 09/30 | 240,050.52 |
| 03/14 | 238,776.27 | 06/30 | 239,484.18 | 10/04 | 0.00       |
| 03/31 | 238,938.09 | 07/15 | 239,469.87 |       |            |

DDA001 / FTCI / 20051019 / 7051 / 76