# EXHIBIT F



## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH  45263-0900

| | |
|---|---|
| MASTER | 1 |
| ACCOUNT TYPE | PAGE |
| 12/01/03 THROUGH 12/31/03 | 0073140290 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | 513  579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | |
|---|---|
| 12/01 BALANCE | 680,468.01 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.73 |
| INTEREST EARNED | 489.88 |
| INTEREST WITHHELD | |
| 12/31 BALANCE | 680,922.16 |

2003 INTEREST EARNED IS 6,986.32 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/03 | 1.00 | DEBIT MEMO |
| 12/03 | 1.00+ | CREDIT MEMO |
| 12/12 | 35.73 | SERVICE CHARGE |
| 12/31 | 489.88+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 12/03 | 680.468.01 | 12/12 | 680,432.28 | 12/31 | 680,922.16 | |

1/6/04
DDT
for your handling
MB

---

**DEBIT**                    **Fifth Third Bank**

ACCOUNT NAME  Michael R. Barrett Rcvr.    DATE 12-3-03
DESCRIPTION  Transfer funds               AMOUNT

PREPARED BY  Mary Neale      APPROVED BY  Private Banking

| CLASS CODE (SERIAL NO.) | ACCOUNT NO. | TRAN CODE | TOTAL |
|---|---|---|---|
| | 0073140290 | | 1.00 |

⑆519900002⑆    731⑈40290⑈    50 1⑆0000000 100⑈

# Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

|  |  |  |
|---|---|---|
| MAXSAVER PLUS | | 1 |
| 02/01/04 THROUGH 02/29/04 | | 0073140290 |

| STATEMENT PERIOD | ACCOUNT NUMBER |
|---|---|
| PRIVATE BANKING | 513   579-4222 |
| OFFICE | TELEPHONE NUMBER |

llulllnllulllllllnlllllnlllnllllullllnllll

MICHAEL R BARRETT RECEIVER                1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| 02/01 BALANCE | | 681,375.25 |
|---|---|---|
| 1 DEPOSITS | | 1.00 |
| 2 WITHDRAWALS/FEES | | 36.78 |
| INTEREST EARNED | | 334.41 |
| INTEREST WITHHELD | | |
| 02/29 BALANCE | | 681,673.88 |

2004 INTEREST EARNED IS 823.28 FOR TAX ID 31-6659292

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 02/02 | 1.00 | | | | | | |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/02 | 1.00+ | DEPOSIT |
| 02/13 | 35.78 | SERVICE CHARGE |
| 02/27 | 334.41+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 02/02 | 681,375.25 | 02/13 | 681,339.47 | 02/27 | 681,673.88 | |

Fifth Third Bank

---

**DEBIT**

**Fifth Third Bank**

ACCOUNT NAME
Michael R. Barrett Recr
DATE 2-2-04

DESCRIPTION
Transfer funds to create
statement
AMOUNT

PREPARED BY
Mary Neale

APPROVED BY
Private Banking

CLASS CODE (SERIAL NO.)

ACCOUNT NO.
0073140290

TRAN CODE

TOTAL
1.00

⑆519900002⑆   731⑈40290⑈   ⑈0000000100⑈

## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER PLUS | 1 PAGE |
|---|---|
| STATEMENT PERIOD 03/01/04 THROUGH 03/31/04 | 0073140290 |
| OFFICE PRIVATE BANKING | ACCOUNT NUMBER |
| | TELEPHONE NUMBER (513) 579-4222 |

MICHAEL R BARRETT RECEIVER   1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 03/01 BALANCE | 681,673.88 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 37.44 |
| INTEREST EARNED | 345.74 |
| INTEREST WITHHELD | |
| 03/31 BALANCE | 681,983.18 |

2004 INTEREST EARNED IS 1,169.02 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/08 | 1.00 | DEBIT MEMO |
| 03/08 | 1.00+ | CREDIT MEMO |
| 03/12 | 36.44 | SERVICE CHARGE |
| 03/31 | 345.74+ | INTEREST |

| | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|---|
| 03/08 | 681,673.88 | 03/12 | 681,637.44 | 03/31 | 681,983.18 | | |

---

## CHARGE

### Fifth Third Bank

| ACCOUNT NAME | Michael Barrett | DATE | 3-8-04 |
|---|---|---|---|
| | DESCRIPTION Transfer funds | AMOUNT | |

PREPARED BY *Mary Male*   APPROVED BY *Mary Seaton*

| CLASS CODE (SERIAL NO.) | ACCOUNT NO. 73140290 | TRAN CODE | TOTAL 1.00 |
|---|---|---|---|

⑆519900002⑆   731⑈40290⑈   501⑈0000000100⑈

**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900



| | MAXSAVER PLUS | | 1 PAGE |
|---|---|---|---|
| | 04/01/04 THROUGH 04/30/04 | | 0073140290 |
| | STATEMENT PERIOD | | ACCOUNT NUMBER |
| | PRIVATE BANKING | | (513) 579-4222 |
| | OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          2
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| 04/01 BALANCE | 681,983.18 |
|---|---|
| 2 DEPOSITS | 2.00 |
| 3 WITHDRAWALS/FEES | 37.83 |
| INTEREST EARNED | 334.74 |
| INTEREST WITHHELD | |
| 04/30 BALANCE | 682,282.09 |

2004 INTEREST EARNED IS 1,503.76 FOR TAX ID 31-6659292

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 04/30 | 1.00 | | | | | | |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/02 | 1.00 | DEBIT MEMO |
| 04/02 | 1.00+ | DEPOSIT |
| 04/16 | 35.83 | SERVICE CHARGE |
| 04/30 | 1.00+ | DEPOSIT |
| 04/30 | 334.74+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 04/02 | 681,983.18 | 04/16 | 681,947.35 | 04/30 | 682,282.09 | |

Fifth Third Bank



## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH  45263-0900

| | MAXSAVER PLUS | | 1 PAGE |
|---|---|---|---|
| 05/01/04 THROUGH 05/31/04 | ACCOUNT TYPE | | 0073140290 |
| | STATEMENT PERIOD | | ACCOUNT NUMBER |
| | PRIVATE BANKING | | (513) 579-4222 |
| | OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          0
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 05/01 BALANCE | 682,282.09 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 37.31 |
| INTEREST EARNED | 346.05 |
| INTEREST WITHHELD | |
| 05/31 BALANCE | 682,590.83 |

2004 INTEREST EARNED IS 1,849.81 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/14 | 37.31 | SERVICE CHARGE |
| 05/28 | 346.05+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|
| 05/14 | 682,244.78 | 05/28 | 682,590.83 | | |


Fifth Third Bank



## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | MAXSAVER PLUS | PAGE 1 |
|---|---|---|
| | ACCOUNT TYPE | |
| | 06/01/04 THROUGH 06/30/04 | 0073140290 |
| | STATEMENT PERIOD | ACCOUNT NUMBER |
| | PRIVATE BANKING | (513) 579-4222 |
| | OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| 06/01 BALANCE | 682,590.83 |
|---|---|
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.67 |
| INTEREST EARNED | 335.03 |
| INTEREST WITHHELD | |
| 06/30 BALANCE | 682,890.19 |

2004 INTEREST EARNED IS 2,184.84 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 06/01 | 1.00 | DEBIT MEMO |
| 06/01 | 1.00+ | DEPOSIT |
| 06/11 | 35.67 | SERVICE CHARGE |
| 06/30 | 335.03+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALAN |
|---|---|---|---|---|---|---|
| 06/01 | 682,590.83 | 06/11 | 682,555.16 | 06/30 | 682,890.19 | |





## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER PLUS | 1 PAGE |
| 07/01/04 THROUGH 07/31/04 | 0073140290 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| OFFICE | |
| PRIVATE BANKING | (513) 579-4222 |
| | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER    1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 07/01 BALANCE | 682,890.19 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 37.54 |
| INTEREST EARNED | 381.66 |
| INTEREST WITHHELD | |
| 07/31 BALANCE | 683,235.31 |

2004 INTEREST EARNED IS 2,566.50 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/02 | 1.00 | DEBIT MEMO |
| 07/02 | 1.00+ | CREDIT MEMO |
| 07/15 | 36.54 | SERVICE CHARGE |
| 07/30 | 381.66+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 07/02 | 682,890.19 | 07/15 | 682,853.65 | 07/30 | 683,235.31 | |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER PLUS | | 1 |
|---|---|---|
| 08/01/04 THROUGH 08/31/04 | ACCOUNT NUMBER | PAGE |
| STATEMENT PERIOD | | 0073140290 |
| PRIVATE BANKING | ACCOUNT NUMBER | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER                     1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | | |
|---|---|---|
| 08/01 BALANCE | | 683,235.31 |
| 1 DEPOSITS | | 1.00 |
| 2 WITHDRAWALS/FEES | | 36.88 |
| INTEREST EARNED | | 417.17 |
| INTEREST WITHHELD | | |
| 08/31 BALANCE | | 683,616.60 |

2004 INTEREST EARNED IS 2,983.67 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/02 | 1.00 | DEBIT MEMO |
| 08/02 | 1.00+ | CREDIT MEMO |
| 08/13 | 35.88 | SERVICE CHARGE |
| 08/31 | 417.17+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 08/02 | 683,235.31 | 08/13 | 683,199.43 | 08/31 | 683,616.60 | |

Fifth Third Bank

---

**CHARGE**     **Fifth Third Bank**

ACCOUNT NAME   Michael R. Barrett Recvr    DATE 8-2-04

DESCRIPTION   Transfer funds to create statement   AMOUNT

PREPARED BY   Mary Neale        APPROVED BY   Kim Kube

CLASS CODE (SERIAL NO.)

ACCOUNT NO. 73140290    TRAN CODE    TOTAL 1.00

73239A (5/01)

51990000 2     73140290 50 0000000 100



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| STATEMENT PERIOD | ACCOUNT NUMBER |
| 09/01/04 THROUGH 09/30/04 | 0073140290 |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER        1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | | |
|---|---|---|
| 09/01 BALANCE | | 683,616.60 |
| 1 DEPOSITS | | 1.00 |
| 2 WITHDRAWALS/FEES | | 36.93 |
| INTEREST EARNED | | 424.80 |
| INTEREST WITHHELD | | |
| 09/30 BALANCE | | 684,005.47 |

2004 INTEREST EARNED IS 3,408.47 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/01 | 1.00 | DEBIT MEMO |
| 09/01 | 1.00+ | CREDIT MEMO |
| 09/15 | 35.93 | SERVICE CHARGE |
| 09/30 | 424.80+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 09/01 | 683,616.60 | 09/15 | 683,580.67 | 09/30 | 684,005.47 | |



 **Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900



| | | | |
|---|---|---|---|
| MAXSAVER PLUS | | | 1 |
| ACCOUNT TYPE | | | PAGE |
| 10/01/04 THROUGH 10/31/04 | | | 0073140290 |
| STATEMENT PERIOD | | | ACCOUNT NUMBER |
| PRIVATE BANKING | | | (513) 579-4222 |
| OFFICE | | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 10/01 BALANCE | 684,005.47 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.93 |
| INTEREST EARNED | 491.08 |
| INTEREST WITHHELD | |
| 10/31 BALANCE | 684,460.62 |

2004 INTEREST EARNED IS 3,899.55 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 10/01 | 1.00 | DEBIT MEMO |
| 10/01 | 1.00+ | CREDIT MEMO |
| 10/15 | 35.93 | SERVICE CHARGE |
| 10/29 | 491.08+ | INTEREST |

| | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01 | 684,005.47 | 10/15 | 683,969.54 | 10/29 | 684,460.62 | | |

PLEASE SEE THE ENCLOSED STATEMENT INSERT FOR IMPORTANT INFORMATION
ABOUT CHECK 21 LEGISLATION.



**Fifth Third Bank**

P.O. BOX 630900 CINCINNATI OH 45263-0900

| | | | |
|---|---|---|---|
| MAXSAVER PLUS | | | 1 |
| ACCOUNT TYPE | | | PAGE |
| 11/01/04  THROUGH  11/30/04 | | | 0073140290 |
| STATEMENT PERIOD | | | ACCOUNT NUMBER |
| PRIVATE BANKING | | | (513) 579-4222 |
| OFFICE | | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

0

| | |
|---|---|
| 11/01 BALANCE | 684,460.62 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 36.93 |
| INTEREST EARNED | 482.99 |
| INTEREST WITHHELD | |
| 11/30 BALANCE | 684,907.68 |

2004 INTEREST EARNED IS 4,382.54 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/01 | 1.00 | COUNTER CHECK |
| 11/01 | 1.00+ | DEPOSIT |
| 11/16 | 35.93 | SERVICE CHARGE |
| 11/30 | 482.99+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 11/01 | 684,460.62 | 11/16 | 684,424.69 | 11/30 | 684,907.68 | |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



# Fifth Third Bank

P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER PLUS | | 1 |
|---|---|---|
| ACCOUNT TYPE | | PAGE |
| STATEMENT PERIOD | | 0073140290 |
| 12/01/04 THROUGH 12/31/04 | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER                    1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---|
| 12/01 BALANCE | 684,907.68 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 39.40 |
| INTEREST EARNED | 520.57 |
| INTEREST WITHHELD | |
| 12/31 BALANCE | 685,389.85 |

2004 INTEREST EARNED IS 4,903.11 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/01 | 1.00 | DEBIT MEMO |
| 12/01 | 1.00+ | CREDIT MEMO |
| 12/14 | 38.40 | SERVICE CHARGE |
| 12/31 | 520.57+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
|---|---|---|---|---|---|---|
| 12/01 | 684,907.68 | 12/14 | 684,869.28 | 12/31 | 685,389.85 | |



CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.


Case 1:01-cv-00616-SSH   Document 123-8   Filed ...   Page 14 of 23

## Fifth Third Bank
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | MAXSAVER PLUS | 1 |
| --- | --- | --- |
| | ACCOUNT TYPE | PAGE |
| 01/01/05 THROUGH 01/31/05 | | 0073140290 |
| STATEMENT PERIOD | | ACCOUNT NUMBER |
| PRIVATE BANKING | | (513) 579-4222 |
| OFFICE | | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER        1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
| --- | --- |
| 01/01 BALANCE | 685,389.85 |
| 1 DEPOSITS | 1.00 |
| 2 WITHDRAWALS/FEES | 37.87 |
| INTEREST EARNED | 522.38 |
| INTEREST WITHHELD | |
| 01/31 BALANCE | 685,875.36 |

2005 INTEREST EARNED IS 522.38 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- |
| 01/03 | 1.00 | DEBIT MEMO |
| 01/03 | 1.00+ | CREDIT MEMO |
| 01/18 | 36.87 | SERVICE CHARGE |
| 01/31 | 522.38+ | INTEREST |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 01/03 | 685,389.85 | 01/18 | 685,352.98 | 01/31 | 685,875.36 | |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900



Statement Period Date: 2/1/2005 - 2/28/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

1

2237

Ilaldiladaslllaadiddalllaalllllaaliadiddaslsl

## Account Summary - 73140290

| 02/01 | Beginning Balance | $685,875.36 | Interest Earned | $484.28 |
|---|---|---|---|---|
| | Checks | | Number of Days in Period | 28 |
| 2 | Withdrawals / Debits | $(37.92) | Interest Earned YTD | $1,006.66 |
| 2 | Deposits / Credits | $485.28 | **Prior Year Interest** | **$4,903.11** |
| 02/28 | **Ending Balance** | **$686,322.72** | | |

### Withdrawals / Debits                                        2 items totaling 37.92

| Date | Amount | Description |
|---|---|---|
| 02/02 | 1.00 | DEBIT MEMO |
| 02/11 | 36.92 | SERVICE CHARGE |

### Deposits / Credits                                          2 items totaling $485.28

| Date | Amount | Description |
|---|---|---|
| 02/02 | 1.00 | CREDIT MEMO |
| 02/28 | 484.28 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/02 | 685,875.36 | 02/11 | 685,838.44 | 02/28 | 686,322.72 |

EFFECTIVE APRIL 1, 2005, MASTERCARD WILL USE EITHER THE WHOLESALE OR THE GOVERNMENT-MANDATED RATE IN EFFECT ON THE PROCESSING DATE FOR TRANSACTIONS MADE IN CURRENCIES OTHER THAN US DOLLARS. PROCESSING DATE MAY OCCUR OTHER THAN THE TRANSACTION DATE AND MAY AFFECT THE CONVERSION RATE USED. NON US DOLLAR TRANSACTIONS WILL BE ASSESSED A 3% FEE.

DDA001 / FTCJ / 20050228 / 7951 / 2237

## Fifth Third Bank

P.O. BOX 630900
CINCINNATI OH 45263-0900



Statement Period Date: 3/1/2005 - 3/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER          1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST                   2115
CINCINNATI OH 45202-4700

---

### Account Summary - 73140290

| | | | | |
|---|---|---|---|---|
| 03/01 | **Beginning Balance** | **$686,322.72** | Interest Earned | $552.05 |
| | Checks | | Number of Days in Period | 31 |
| 2 | Withdrawals / Debits | $(37.92) | Interest Earned YTD | $1,558.71 |
| 2 | Deposits / Credits | $553.05 | **Prior Year Interest** | **$4,903.11** |
| 03/31 | **Ending Balance** | **$686,837.85** | | |

### Withdrawals / Debits

**2 items totaling 37.92**

| Date | Amount | Description |
|---|---|---|
| 03/02 | 1.00 | DEBIT MEMO |
| 03/14 | 36.92 | SERVICE CHARGE |

### Deposits / Credits

**2 items totaling $553.05**

| Date | Amount | Description |
|---|---|---|
| 03/02 | 1.00 | DEPOSIT |
| 03/31 | 552.05 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02 | 686,322.72 | 03/14 | 686,285.80 | 03/31 | 686,837.85 |

EFFECTIVE APRIL 1, 2005, MASTERCARD WILL USE EITHER THE WHOLESALE OR THE GOVERNMENT-MANDATED RATE IN EFFECT ON THE PROCESSING DATE FOR TRANSACTIONS MADE IN CURRENCIES OTHER THAN US DOLLARS. PROCESSING DATE MAY OCCUR OTHER THAN THE TRANSACTION DATE AND MAY AFFECT THE CONVERSION RATE USED. NON US DOLLAR TRANSACTIONS WILL BE ASSESSED A 3% FEE.

DDA001 / FTCI / 20050331 / 70S1 / 2115

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900



Statement Period Date: 4/1/2005 - 4/29/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER                    1
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST                            2181
CINCINNATI OH 45202-4700

## Account Summary - 73140290

| 04/01 | **Beginning Balance** | **$686,837.85** | Interest Earned | $631.83 |
| | Checks | | Number of Days in Period | 29 |
| 2 | Withdrawals / Debits | $(38.85) | Interest Earned YTD | $2,190.54 |
| 2 | Deposits / Credits | $632.83 | **Prior Year Interest** | **$4,903.11** |
| 04/29 | **Ending Balance** | **$687,431.83** | | |

## Withdrawals / Debits
**2 items totaling 38.85**

| Date | Amount | Description |
|------|--------|-------------|
| 04/04 | 1.00 | DEBIT MEMO |
| 04/14 | 37.85 | SERVICE CHARGE |

## Deposits / Credits
**2 items totaling $632.83**

| Date | Amount | Description |
|------|--------|-------------|
| 04/04 | 1.00 | DEPOSIT |
| 04/29 | 631.83 | INTEREST |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/04 | 686,837.85 | 04/14 | 686,800.00 | 04/29 | 687,431.83 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

0

8194

Statement Period Date: 5/1/2005 - 5/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| 05/01 | Beginning Balance | $687,431.83 | Interest Earned | $668.93 |
| | Checks | | Number of Days in Period | 31 |
| 1 | Withdrawals / Debits | $(37.63) | Interest Earned YTD | $2,859.47 |
| 1 | Deposits / Credits | $668.93 | | |
| 05/31 | Ending Balance | $688,063.13 | | |

### Withdrawals / Debits                                    1 item totaling 37.63

| Date | Amount | Description |
|------|--------|-------------|
| 05/13 | 37.63 | SERVICE CHARGE |

### Deposits / Credits                                    1 item totaling $668.93

| Date | Amount | Description |
|------|--------|-------------|
| 05/31 | 668.93 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 05/13 | 687,394.20 | 05/31 | 688,063.13 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.  MEMBER FDIC.

DDA001 / FTCI / 20050531 / 50S1 / 8194

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

0

8317

Statement Period Date: 6/1/2005 - 6/30/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| | | | | | |
|---|---|---|---|---|---|
| 06/01 | **Beginning Balance** | **$688,063.13** | Interest Earned | | $647.94 |
| | Checks | | Number of Days in Period | | 30 |
| 1 | Withdrawals / Debits | $(36.86) | Interest Earned YTD | | $3,507.41 |
| 1 | Deposits / Credits | $647.94 | | | |
| 06/30 | **Ending Balance** | **$688,674.21** | | | |

### Withdrawals / Debits
1 item totaling 36.86

| Date | Amount | Description |
|---|---|---|
| 06/15 | 36.86 | SERVICE CHARGE |

### Deposits / Credits
1 item totaling $647.94

| Date | Amount | Description |
|---|---|---|
| 06/30 | 647.94 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/15 | 688,026.27 | 06/30 | 688,674.21 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCI / 20059630 / 5051 / 8317

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

0

8505

Statement Period Date: 7/1/2005 - 7/29/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| 07/01 | Beginning Balance | $688,674.21 |
| | Checks | |
| 1 | Withdrawals / Debits | $(36.92) |
| 1 | Deposits / Credits | $670.14 |
| 07/29 | Ending Balance | $689,307.43 |

| | |
| --- | --- |
| Interest Earned | $670.14 |
| Number of Days in Period | 29 |
| Interest Earned YTD | $4,177.55 |

## Withdrawals / Debits

1 item totaling 36.92

| Date | Amount | Description |
| --- | --- | --- |
| 07/15 | 36.92 | SERVICE CHARGE |

## Deposits / Credits

1 item totaling $670.14

| Date | Amount | Description |
| --- | --- | --- |
| 07/29 | 670.14 | INTEREST |

## Daily Balance Summary

| Date | Amount | Date | Amount |
| --- | --- | --- | --- |
| 07/15 | 688,637.29 | 07/29 | 689,307.43 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCI / 20050729 / 505I / 8505

**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900

Statement Period Date: 8/1/2005 - 8/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON            0
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700        8513

## Account Summary - 73140290

| | | | | |
|---|---|---|---|---|
| 08/01 | **Beginning Balance** | **$689,307.43** | Interest Earned | $674.50 |
| | Checks | | Number of Days in Period | 31 |
| 1 | Withdrawals / Debits | $(36.92) | Interest Earned YTD | $4,852.05 |
| 1 | Deposits / Credits | $674.50 | | |
| 08/31 | **Ending Balance** | **$689,945.01** | | |

### Withdrawals / Debits

1 item totaling $36.92

| Date | Amount | Description |
|---|---|---|
| 08/12 | 36.92 | SERVICE CHARGE |

### Deposits / Credits

1 item totaling $674.50

| Date | Amount | Description |
|---|---|---|
| 08/31 | 674.50 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08/12 | 689,270.51 | 08/31 | 689,945.01 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

 **Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

0

8862

Statement Period Date: 9/1/2005 - 9/30/2005
Account Type: Maxsaver Plus
Account Number: 73140290

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| 09/01 | **Beginning Balance** | **$689,945.01** | Interest Earned | $705.98 |
|---|---|---|---|---|
| | Checks | | Number of Days in Period | 30 |
| 1 | Withdrawals / Debits | $(36.97) | Interest Earned YTD | $5,558.03 |
| 1 | Deposits / Credits | $705.98 | | |
| 09/30 | **Ending Balance** | **$690,614.02** | | |

### Withdrawals / Debits
**1 item totaling $36.97**

| Date | Amount | Description |
|---|---|---|
| 09/15 | 36.97 | SERVICE CHARGE |

### Deposits / Credits
**1 item totaling $705.98**

| Date | Amount | Description |
|---|---|---|
| 09/30 | 705.98 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09/15 | 689,908.04 | 09/30 | 690,614.02 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.  HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.  MEMBER FDIC.

DDA001 / FTCI / 20050930 / 5051 / 8862



**Fifth Third Bank**

P.O. BOX 630900
CINCINNATI OH 45263-0900

Statement Period Date: 10/1/2005 - 10/31/2005
Account Type: Maxsaver Plus
Account Number: 73140290

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

1

2083

Relationship Manager Name: Melody Lusby
Phone: 513-603-1543
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 73140290

| | | | | | |
|---|---|---|---|---|---|
| 10/01 | **Beginning Balance** | **$690,614.02** | Interest Earned | | $70.64 |
| | Checks | | Number of Days in Period | | 31 |
| 3 | Withdrawals / Debits | $(690,684.66) | Interest Earned YTD | | $5,628.67 |
| 1 | Deposits / Credits | $70.64 | | | |
| 10/31 | **Ending Balance** | **$0.00** | | | |

### Withdrawals / Debits
3 items totaling $690,684.66

| Date | Amount | Description |
|---|---|---|
| 10/04 | 690,597.69 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 36.97 | UNBILLED SERVICES |

### Deposits / Credits
1 item totaling $70.64

| Date | Amount | Description |
|---|---|---|
| 10/04 | 70.64 | INTEREST |

### Daily Balance Summary

| Date | Amount |
|---|---|
| 10/04 | 0.00 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST. MEMBER FDIC.

DDA001 / FTCJ / 20051031 / 7051 / 2083

Page 1 of 2