# EXHIBIT A

| DATE OF DEPOSIT | PAYOR | SALE OF INS. PLANS | SALE OF CAF. PLANS | PAYMENT TO CAF. PLANS | INS. COMM. CHECKS | INCOME TAX PREP PAYMENT | BANK ACCOUNT TRANS. | OTHER ASSET RECOVER | BANK CHARGES/ CHECKS |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/03 | SUBTOTALS | $5,600.00 | $43,500.00 | ($8,533.12) | $126,601.84 | $13,985.20 | $25,382.94 | $104,683.39 | ($232,806.41) |
| | BALANCE $78,413.84 | | | | | | | | |
| 12/03/03 | Interest | | | | | | | | $36.11 |
| 12/03/03 | Bank service charge | | | | | | | | ($15.00) |
| 12/12/03 | Barrett & Weber - legal fees | | | | | | | | ($4,858.60) |
| 12/12/03 | Ulmer & Berne - legal fees | | | | | | | | ($17,233.57) |
| 12/31/03 | Interest | | | | | | | | $28.64 |
| 12/31/03 | Bank service charge | | | | | | | | ($15.00) |
| 12/31/03 | Adjustment to correct balance from July 1, 2003 | | | | ($48,442.49) | | | $48,442.49 | |
| 01/13/04 | First Penn Pacific | | | | $34.50 | | | | |
| | First Penn Pacific | | | | $32.02 | | | | |
| | Ing - Relinstar | | | | $105.00 | | | | |
| | Ing - Relinstar | | | | $103.56 | | | | |
| | Reassure America | | | | $70.73 | | | | |
| | First Penn Pacific | | | | $25.51 | | | | |
| | John Hancock | | | | $210.04 | | | | |
| | John Hancock | | | | $97.36 | | | | |
| | First Penn Pacific | | | | $37.00 | | | | |
| | US Financial Life | | | | $51.20 | | | | |
| | US Financial Life | | | | $51.08 | | | | |
| | John Hancock | | | | $55.17 | | | | |
| | First Penn Pacific | | | | $32.34 | | | | |
| | First Penn Pacific | | | | $40.21 | | | | |
| 02/02/04 | First Penn Pacific | | | | $30.68 | | | | |
| | John Hancock | | | | $30.96 | | | | |

| Date | Description | | | |
|---|---|---|---|---|
| | St of Ohio - unclaimed funds | | $6,119.25 | |
| 02/04/04 | Huntington interest | | | $24.04 |
| 02/04/04 | Huntington service charge | | | ($15.00) |
| 03/04/04 | Huntington interest | | | $24.99 |
| 03/04/04 | Huntington service charge | | | ($15.00) |
| 03/15/04 | John Hancock | $116.21 | | |
| | Columbus Life | $258.00 | | |
| | John Hancock | $166.56 | | |
| | US Financial | $51.04 | | |
| | John Hancock | $232.14 | | |
| | US Financial | $50.17 | | |
| | First Penn Pacific | $27.40 | | |
| | First Penn Pacific | $26.03 | | |
| 04/02/04 | Huntington interest | | | $27.07 |
| | Huntington service charge | | | ($15.00) |
| 04/22/04 | John Hancock | $102.31 | | |
| | US Financial | $52.74 | | |
| | Columbus Life | $539.32 | | |
| | First Penn Pacific | $27.01 | | |
| | First Penn Pacific | $25.20 | | |
| | Columbus Life | $846.60 | | |
| | John Hancock | $182.92 | | |
| 05/06/04 | Huntington interest | | | $26.62 |
| | Huntington service charge | | | ($15.00) |
| 05/27/04 | John Hancock | $30.20 | | |
| | St of Ohio tax refund | | $600.00 | |
| | Reassure America | $70.73 | | |
| | US Treasury tax refund | | $9,000.00 | |
| | John Hancock | $78.25 | | |
| 06/03/04 | Huntington interest | | | $28.05 |

| Date | Description | Amount | Amount 2 |
|---|---|---|---|
| | Huntington service charge | | ($15.00) |
| 07/06/04 | Huntington interest | | $31.15 |
| | Huntington service charge | | ($15.00) |
| 08/03/04 | Huntington interest | | $32.20 |
| | Huntington service charge | | ($15.00) |
| 08/04/04 | John Hancock | $174.05 | |
| | First Penn Pacific | $26.35 | |
| | First Penn Pacific | $28.26 | |
| | John Hancock | $30.96 | |
| | US Financial Life | $94.77 | |
| | Columbus Life | $36.02 | |
| | John Hancock | $170.44 | |
| | John Hancock | $35.71 | |
| | First Penn Pacific | $26.76 | |
| 08/06/04 | MRB transfer to money market | | ($5.00) |
| 09/03/04 | Huntington interest | | $32.43 |
| | Huntington service charge | | ($15.00) |
| 10/04/04 | Huntington interest | | $31.43 |
| | Huntington service charge | | ($15.00) |
| 10/18/04 | John Hancock | $53.97 | |
| | First Penn Pacific | $30.28 | |
| | John Hancock | $74.01 | |
| | John Hancock | $30.23 | |
| | John Hancock | $78.58 | |
| | First Penn Pacific | $26.75 | |
| 11/03/04 | Huntington interest | | $32.53 |
| | Huntington service charge | | ($15.00) |
| 12/03/04 | Huntington interest | | $31.56 |
| | Huntington service charge | | ($15.00) |
| 12/27/04 | First Penn Pacific | $25.51 | |

| | | | |
|---|---|---|---|
| First Penn Pacific | $32.34 | | |
| John Hancock | $49.32 | | |
| John Hancock | $83.39 | | |
| First Penn Pacific | $32.14 | | |
| First Penn Pacific | $34.50 | | |
| First Penn Pacific | $29.23 | | |
| John Hancock | $77.04 | | |
| John Hancock | $43.95 | | |
| US Financial | $76.26 | | |
| Huntington interest | | | $32.65 |
| Huntington service charge | | | ($15.00) |
| Huntington interest | | | $32.92 |
| Huntington service charge | | | ($15.00) |
| First Penn Pacific | $25.08 | | |
| John Hancock | $76.11 | | |
| Columbus Life | $258.00 | | |
| John Hancock | $58.18 | | |
| First Penn Pacific | $18.24 | | |
| First Penn Pacific | $12.87 | | |
| First Penn Pacific | $12.33 | | |
| First Penn Pacific | $2.20 | | |
| First Penn Pacific | $8.05 | | |
| First Penn Pacific | $13.56 | | |
| First Penn Pacific | $8.04 | | |
| First Penn Pacific | $23.04 | | |
| First Penn Pacific | $24.36 | | |
| First Penn Pacific | $7.57 | | |
| First Penn Pacific | $10.62 | | |
| First Penn Pacific | $42.63 | | |
| John Hancock | $78.85 | | |
| Reassure America | $81.63 | | |

| Date | Payee | | | Amount |
|---|---|---|---|---|
| 03/04/05 | Huntington interest | | | $29.88 |
| | Huntington service charge | | | ($15.00) |
| 03/17/05 | US Treasury - taxes | | | ($4,586.99) |
| | State of Ohio - taxes | | | ($260.00) |
| 04/04/05 | Huntington interest | | | $32.70 |
| | Huntington service charge | | | ($15.00) |
| 04/08/05 | John Hancock | | $173.75 | |
| | John Hancock | | $225.78 | |
| | Mass Ins Co | | $2,430.59 | |
| | John Hancock | | $185.80 | |
| | Columbus Life | | $612.32 | |
| | Columbus Life | | $846.59 | |
| | John Hancock | | $102.31 | |
| 05/04/05 | Huntington interest | | | $31.48 |
| | Huntington service charge | | | ($15.00) |
| 06/06/05 | Huntington interest | | | $35.19 |
| | Huntington service charge | | | ($15.00) |
| 07/30/93 | Huntington interest | | | $35.31 |
| | Huntington service charge | | | ($15.00) |
| 07/08/05 | John Hancock | | $128.93 | |
| | John Hancock | | $66.47 | |
| | First Penn Pacific | | $26.76 | |
| | John Hancock | | $11.78 | |
| 08/04/05 | Huntington interest | | | $36.57 |
| 09/06/05 | Huntington interest | | | $36.63 |
| 09/12/05 | US Financial Life | | $83.58 | |
| | First Penn Pacific | | $28.26 | |
| | John Hancock | | $30.96 | |
| | US Financial | | $120.49 | |
| | John Hancock | | $174.05 | |
| | John Hancock | | $11.78 | |

| Date | Description | | | | |
|---|---|---|---|---|---|
| | First Penn Pacific | | $26.75 | | |
| | US Financial | | $76.56 | | |
| | US Financial | | $95.74 | | |
| | John Hancock | | $118.59 | | $35.68 |
| | John Hancock | | $35.71 | | |
| 10/04/05 | Huntington interest | | | $98,415.68 | |
| 10/10/05 | Huntington money market account close | | | | |
| | Fifth Third #0033110417 close | | | $240,007.78 | |
| | Fifth Third #73140290 close | | | $690,597.69 | |
| | US Financial | | $75.29 | | |
| | John Hancock | | $37.27 | | |
| | John Hancock | | $33.88 | | |
| 10/26/05 | #1032 Stanley & Carol Rubin - distribution | | | , | ($3,419.55) |
| | #1033 - Void Check | | | | $0.00 |
| | #1034 - Mary O Dwyer - distribution | | | | ($4,023.00) |
| | #1035 - Robert Adolph and Iva Dean Adolph - distribution | | | | ($16,561.35) |
| | #1036 Arthur & Dolores Arand - distribution | | | | ($6,705.00) |
| | #1037 Tony J. Balzano - distribution | | | | ($6,503.85) |
| | #1038 Tom P. Borden - distribution | | | | ($34,128.45) |
| | #1039 Bernard & Shirley Berg - distribution | | | | ($12,337.20) |
| | #1040 Kathy Blazer - distribution | | | | ($67.05) |
| | #1041 Saul & Ellen Bloomfield - distribution | | | | ($7,241.40) |
| | #1042 Wilma J. Blum - distribution | | | | ($18,774.00) |

| | | | | |
|---|---|---|---|---|
| | #1043 Dorothy Brauscher - distribution | | | ($2,480.85) |
| | #1044 Lawrence & Bonnie Brock - distribution | | | ($15,689.70) |
| | #1045 David & Debbie Burden - distribution | | | ($402.30) |
| | #1046 Donald Bushman - distribution | | | ($1,676.25) |
| | #1047 Cornelia Callison - distribution | | | ($4,023.00) |
| | #1048 Jerome & Colleen Carle - distribution | | | ($1,676.25) |
| | #1049 Tito Cavallo - distribution | | | ($5,833.35) |
| | #1050 William & Margaret Chadwell - distribution | | | ($2,547.90) |
| | #1051 William C. Daley - distribution | | | ($4,157.10) |
| 10/27/05 | #1052 Janice Deston - distribution | | | ($14,616.90) |
| | #1053 Alan & Fran Denzler - distribution | | | ($3,419.55) |
| | #1054 Barbara DeSabre - distribution | | | ($17,567.10) |
| | #1055 Deborah Endres - distribution | | | ($134.10) |
| | #1056 Stuart Fake - distribution | | | ($1,542.15) |
| | #1057 Susan Fake - distribution | | | ($1,408.05) |
| | #1058 Warren Falberg - distribution | | | ($3,955.95) |
| | #1059 John F. & Jean Alice Faust - distribution | | | ($2,480.85) |
| | #1060 Mary Fix-Meyer - distribution | | | ($2,078.55) |
| | #1061 Herbert Flessa - distribution | | | ($4,760.55) |

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| | #1062 Benjamin Fleckman - distribution | | | | ($4,023.00) |
| | #1063 Robert Flenchbaugh - distribution | | | | ($469.35) |
| | #1064 Ralph Gianella - distribution | | | | ($3,151.35) |
| | #1065 Richard & Barbara Giliberto - distribution | | | | ($2,078.55) |
| | #1066 Delores Goldfinger, Commissioner for the Estate of Joseph Pinales - distribution | | | | ($5,766.30) |
| | #1067 Alfred & Deanna Gollschaek - distribution | | | | ($2,346.75) |
| | #1068 Elmer Grossheim - distribution | | | | ($938.70) |
| | #1069 Arthur & Marci Grzelecki - distribution | | | | ($8,113.05) |
| | #1070 Donald R. Gueberman - distribution | | | | ($402.30) |
| | #1071 Jo Ellen Harris - distribution | | | | ($5,632.20) |
| | #1072 Donald Harrison - distribution | | | | ($22,059.45) |
| | #1073 Robert & Mildred Hastings - distribution | | | | ($7,442.55) |
| | #1074 Robert Hauck - distribution | | | | ($5,900.40) |
| | #1075 Virginia Hettel - distribution | | | | ($1,743.30) |
| | #1076 Robert Hoffman - distribution | | | | ($1,944.45) |
| | #1077 Maureen Hallenbeck - distribution | | | | ($2,078.55) |
| | #1078 Stephen Hornsdeen - distribution | | | | ($6,570.90) |
| 11/03/05 | #1079 Robert Hummel - distribution | | | | ($871.65) |

| | | | | |
|---|---|---|---|---|
| #1080 Jack & Marjorie Isaacs - distribution | | | | ($2,480.85) |
| #1081 Nesta Jett - distribution | | | | ($1,139.85) |
| #1082 Alice F. Juengst - distribution | | | | ($4,760.55) |
| #1083 George Juengst - distribution | | | | ($3,218.40) |
| #1084 Marilyn R. Kaiser - distribution | | | | ($5,028.75) |
| #1085 Mildred Kandelson - distribution | | | | ($2,413.80) |
| #1086 Robert & Miriam Katz - distribution | | | | ($11,666.70) |
| #1087 Jerald & Rena Kay - distribution | | | | ($1,475.10) |
| #1088 Doris Kehoe - distribution | | | | ($2,950.20) |
| #1089 Robert W. Keith & Kathleen Thornton - distribution | | | | ($12,739.50) |
| #1090 Thomas W. Kiger - distribution | | | | ($1,206.90) |
| #1091 James & Annabelle Knapp - distribution | | | | ($2,950.20) |
| #1092 Richard & Nancy Knapp - distribution | | | | ($1,542.15) |
| #1093 Bill Kupferberg - distribution | | | | ($1,676.25) |
| #1094 Maria Aurora Lambert - distribution VOID | | | | $0.00 |
| #1095 Laura Lape - distribution | | | | ($1,206.90) |
| #1096 Minette Lebowitz - distribution | | | | ($1,676.25) |
| #1097 Carol Lockwood - distribution | | | | ($2,078.55) |

| Description | Amount |
|---|---|
| #1098 Dr. James P. Long - distribution | ($871.65) |
| #1099 Janet R. Lykins - distribution | ($6,973.20) |
| #1100 Esar G. Margolin - distribution | ($18,908.10) |
| #1101 James A. Matson - distribution | ($1,408.05) |
| #1102 Margaret A. Mays - distribution | ($3,955.95) |
| #1103 Don & Amy Lou McGinnis - distribution | ($18,706.95) |
| #1104 Virginia Merchant - distribution | ($1,810.35) |
| #1105 I. A. Michaelson - distribution | ($871.65) |
| #1106 Dale H. Middleton - distribution | ($5,431.05) |
| #1107 Joseph Mogan - distribution | ($1,273.95) |
| #1108 Joyce & Bryan Moore - distribution | ($6,503.85) |
| #1109 Richard & Karen M. Niemeyer - distribution | ($5,498.10) |
| #1110 James Nordlund - distribution | ($3,285.45) |
| #1111 - Void Check | $0.00 |
| #1112 Anna & Paul Ornstein - distribution | ($27,155.25) |
| #1113 Edward & Kathleen Otten - distribution | ($18,774.00) |
| #1114 Harvey Otto - distribution | ($9,387.00) |
| #1115 Robert Pawlicki - distribution | ($6,839.10) |
| #1116 Wolfgand & Ceclia Preiser - distribution | ($3,151.35) |

| Description | Amount |
|---|---|
| #1117 Helen & John Preklas - distribution | ($4,425.30) |
| #1118 Leonard & Kathleen Puthoff - distribution | ($670.50) |
| #1119 Lynn Rapin & Robert Conyne - distribution | ($6,302.70) |
| #1120 George Rohr - distribution | ($670.50) |
| #1121 Kenneth W. & Bonnie McNelly Rowe - distribution | ($22,662.90) |
| #1122 Void Check | $0.00 |
| #1123 Solveiga Rush - distribution | ($4,291.20) |
| #1124 Gail Scarbrough - distribution | ($11,398.50) |
| #1125 John Scheidt - distribution | ($3,486.60) |
| #1126 George Schmeltzer - distribution | ($3,754.80) |
| #1127 Donald & Edith Shear - distribution | ($3,821.85) |
| #1128 Mary Jo Siebert - distribution | ($1,475.10) |
| #1129 Ralph & Juanita Siereveld - distribution | ($5,095.80) |
| #1130 Ann & Morton Startz - distribution | ($938.70) |
| #1131 Robert & Rochelle P. Stutz - distribution | ($39,961.80) |
| #1132 John F. Tafuri - distribution | ($13,745.25) |
| #1133 Jacqueline Vidourek - distribution | ($286.20) |
| #1134 Selma Victor - distribution | ($12,404.25) |
| #1135 Sharon R. Vincent - distribution | ($1,273.95) |

| Date | Description | | | Amount |
|---|---|---|---|---|
| | #1136 Ann & Victor Warner - distribution | | | ($21,120.75) |
| | #1137 Margarite Weber - distribution | | | ($2,480.85) |
| | #1138 Bernad Widlansky - distribution | | | ($8,180.10) |
| | #1139 William & Frances Widlansky - distribution | | | ($11,264.40) |
| | #1140 Mary K. Wolf - distribution | | | ($4,425.30) |
| | #1141 Charlene A. Zinn - distribution | | | ($1,475.10) |
| | Huntington interest | | | $440.02 |
| 11/16/05 | #1142 Elizabeth Shely-Kolcher - distribution | | | ($737.55) |
| | #1143 - Void Check | | | $0.00 |
| 11/30/05 | #1144 Douglas Lutz - SIPC Trustee | | | ($404,925.75) |
| | Huntington interest | | | $403.92 |
| 12/06/05 | Error on #1019 by bank | | | $0.20 |
| | Barrett & Weber - legal fees | | | ($8,913.18) |
| | Ulmer & Berne - legal fees | | | ($1,493.57) |
| | Greenebaum Doll - legal fees | | | ($14,226.58) |
| | First Penn Pacific | | $36.53 | |
| | First Penn Pacific | | $25.60 | |
| | US Financial Life | | $87.16 | |
| | Reassure America | | $143.38 | |
| | John Hancock | | $163.96 | |
| | First Penn Pacific | | $26.50 | |
| | John Hancock | | $63.39 | |
| | First Penn Pacific | | $43.62 | |
| | Huntington interest | | | $39.73 |
| | Huntington service charge | | | ($14.94) |

| Date | Payee | Amount | | | Interest |
|---|---|---|---|---|---|
| 01/31/06 | Huntington interest | | | | $5.25 |
| 02/21/06 | First Penn Pacific | $0.67 | | | |
| | First Penn Pacific | $7.68 | | | |
| | First Penn Pacific | $48.35 | | | |
| | First Penn Pacific | $16.44 | | | |
| | First Penn Pacific | $0.67 | | | |
| | First Penn Pacific | $2.39 | | | |
| | First Penn Pacific | $5.12 | | | |
| | First Penn Pacific | $22.71 | | | |
| | First Penn Pacific | $10.62 | | | |
| | First Penn Pacific | $13.95 | | | |
| | John Hancock | $27.22 | | | |
| | Columbus Life | $258.00 | | | |
| | Columbus Life | $36.55 | | | |
| | John Hancock | $105.39 | | | |
| | John Hancock | $30.96 | | | |
| | First Penn Pacific | $25.08 | | | $4.80 |
| 02/28/06 | Huntington interest | | | | $5.54 |
| 03/31/06 | Huntington interest | | | | |
| 04/28/06 | Columbus Life | $374.40 | | | |
| | Columbus Life | $374.40 | | | |
| | US Financial Life | $94.04 | | | |
| | John Hancock | $279.12 | | | |
| | John Hancock | $35.71 | | | |
| | John Hancock | $148.20 | | | |
| | John Hancock | $276.06 | | | |
| | Columbus Life | $680.68 | | | |
| | John Hancock | $30.96 | | | |
| | Columbus Life | $846.59 | | | |
| 04/30/06 | Interest | | | | $5.37 |
| 05/31/06 | Interest | | | | $6.97 |

| Date | Description | Amount | Interest |
|---|---|---|---|
| 06/08/06 | CHFC Insurance | $45.91 | |
| | US Financial | $76.18 | |
| | CHFC Insurance | $35.51 | |
| 06/14/06 | First Penn Pacific | $46.72 | |
| | CHFC Insurance | $83.02 | |
| 06/30/06 | Interest | | $6.88 |
| 07/24/06 | First Penn Pacific | $26.76 | |
| | US Financial | $87.00 | |
| 07/31/06 | Interest | | $7.16 |
| 08/04/06 | CHFC Insurance | $205.01 | |
| 08/25/06 | CHFC Insurance | $64.33 | |
| | CHFC Insurance | $41.31 | |
| 08/31/06 | Interest | | $7.29 |
| 09/30/06 | Interest | | $7.12 |
| 10/18/06 | CHFC Insurance | $44.80 | |
| | First Penn Pacific | $35.44 | |
| | First Penn Pacific | $30.28 | |
| | CHFC Insurance | $44.71 | |
| | First Penn Pacific | $26.72 | |
| 10/30/06 | CHFC Insurance | $30.96 | |
| | First Penn Pacific | $26.62 | |
| | First Penn Pacific | $25.60 | |
| 10/31/06 | Interest | | $7.40 |
| 11/20/06 | CHFC Insurance | $133.00 | |
| 11/30/06 | Interest | | $6.81 |
| 12/20/06 | First Penn Pacific | $26.17 | |
| | CHFC Insurance | $99.10 | |
| 12/29/06 | Interest | | $6.88 |
| 01/31/07 | Interest | | $6.93 |
| 02/28/07 | Interest | | $6.25 |
| 03/31/07 | Interest | | $6.93 |

| Date | Source | Amount | | | Interest |
|---|---|---|---|---|---|
| 04/30/07 | Interest | | | | $6.71 |
| 05/11/07 | First Penn Pacific | $48.35 | | | |
| | First Penn Pacific | $39.33 | | | |
| | Columbus Life | $258.00 | | | |
| | John Hancock | $30.96 | | | |
| | First Penn Pacific | $28.00 | | | |
| | John Hancock | $296.47 | | | |
| | John Hancock | $27.22 | | | |
| | John Hancock | $102.31 | | | |
| | Columbus Life | $846.59 | | | |
| | Columbus Life | $748.00 | | | |
| | John Hancock | $125.03 | | | |
| | John Hancock | $30.96 | | | |
| | First Penn Pacific | $27.36 | | | |
| | Columbus Life | $37.05 | | | |
| | Columbus Life | $374.40 | | | |
| | US Financial Life | $89.95 | | | |
| | John Hancock | $35.51 | | | |
| 05/31/07 | Interest | | | | $7.59 |
| 06/06/07 | John Hancock | $110.57 | | | |
| | US Financial Life | $77.10 | | | |
| 06/29/07 | Interest | | | | $8.07 |
| 07/23/07 | First Penn Pacific | $26.03 | | | |
| | John Hancock | $30.96 | | | |
| | First Penn Pacific | $27.07 | | | |
| | First Penn Pacific | $25.67 | | | |
| 07/27/07 | John Hancock | $174.05 | | | |
| 07/31/07 | Interest | | | | $8.37 |
| 08/27/07 | John Hancock | $105.64 | | | |
| 08/27/07 | First Penn Pacific | $25.60 | | | |
| 08/31/07 | Interest | | | | $8.48 |

| Date | Source | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/21/07 | John Hancock | | | | $26.35 | | |
| 09/28/07 | Interest | | | | | | $8.27 |
| 10/04/07 | First Penn Pacific | | | | $25.07 | | |
| 10/25/07 | John Hancock | | | | $59.18 | | |
| 10/31/07 | Interest | | | | | | $8.57 |
| 11/15/07 | John Hancock | | | | $133.00 | | |
| 11/27/07 | First Penn Pacific | | | | $34.05 | | |
| 11/27/07 | First Penn Pacific | | | | $27.26 | | |
| 11/29/07 | John Hancock | | | | $98.04 | | |
| 11/30/07 | Interest | | | | | | $8.35 |
| 12/11/07 | US Financial Life | | | | $80.41 | | |
| 12/12/07 | John Hancock | | | | $321.95 | | |
| | | $5,600.00 | $43,500.00 | ($8,533.12) | $100,102.45 | $13,985.20 | $1,054,404.09 | $168,845.13 | ($1,356,962.85) |
| | Ending Balance | $20,940.90 | | | | | |