# EXHIBIT B

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| PURPOSE | DATE | AMOUNT | PAYOR |
|---|---|---|---|
| Balance as of Dec 1, 2003 | | $78,413.84 | |
| Bank charges and checks | 12/03/03 | $36.11 | Huntington Bank - interest |
| Bank charges and checks | 12/03/03 | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 12/03/03 | ($4,858.60) | Barrett & Weber - legal fees |
| Bank charges and checks | 12/12/03 | ($17,233.57) | Ulmer & Berne - legal fees |
| Bank charges and checks | 12/12/03 | $28.64 | Huntington Bank - interest |
| Bank charges and checks | 12/31/03 | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 01/13/04 | $34.50 | First Penn Pacific |
| Insurance Commission check | | $32.02 | First Penn Pacific |
| Insurance Commission check | | $105.00 | Ing - Reinstar |
| Insurance Commission check | | $103.56 | Ing - Reinstar |
| Insurance Commission check | | $70.73 | Reassure America |
| Insurance Commission check | | $25.51 | First Penn Pacific |
| Insurance Commission check | | $210.04 | John Hancock |
| Insurance Commission check | | $97.36 | John Hancock |
| Insurance Commission check | | $37.00 | First Penn Pacific |
| Insurance Commission check | | $51.20 | US Financial Life |
| Insurance Commission check | | $51.08 | US Financial Life |
| Insurance Commission check | | $55.17 | John Hancock |
| Insurance Commission check | | $32.34 | First Penn Pacific |
| Insurance Commission check | | $40.21 | First Penn Pacific |
| Insurance Commission check | 02/02/04 | $30.68 | First Penn Pacific |
| Insurance Commission check | | $30.96 | John Hancock |
| Other Asset Recovery | | $6,119.25 | St of Ohio - unclaimed funds |
| Bank charges and checks | 02/04/04 | $24.04 | Huntington Bank - interest |
| Bank charges and checks | 02/04/04 | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 03/04/04 | $24.99 | Huntington Bank - interest |
| Bank charges and checks | 03/04/04 | ($15.00) | Huntington service charge |
| Insurance Commission check | 03/15/04 | $116.21 | John Hancock |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Insurance Commission check | | $258.00 | Columbus Life |
| Insurance Commission check | | $166.56 | John Hancock |
| Insurance Commission check | | $51.04 | US Financial |
| Insurance Commission check | | $232.14 | John Hancock |
| Insurance Commission check | | $50.17 | US Financial |
| Insurance Commission check | | $27.40 | First Penn Pacific |
| Insurance Commission check | | $26.03 | First Penn Pacific |
| Bank charges and checks | 04/02/04 | $27.07 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 04/22/04 | $102.31 | John Hancock |
| Insurance Commission check | | $52.74 | US Financial |
| Insurance Commission check | | $539.32 | Columbus Life |
| Insurance Commission check | | $25.20 | First Penn Pacific |
| Insurance Commission check | | $27.01 | First Penn Pacific |
| Insurance Commission check | | $846.60 | Columbus Life |
| Insurance Commission check | | $182.92 | John Hancock |
| Bank charges and checks | 05/06/04 | $26.62 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 05/27/04 | $30.20 | John Hancock |
| Other Asset Recovery | | $600.00 | St of Ohio tax refund |
| Insurance Commission check | | $70.73 | Reassure America |
| Other Asset Recovery | | $9,000.00 | US Treasury tax refund |
| Insurance Commission check | | $78.25 | John Hancock |
| Bank charges and checks | 06/03/04 | $28.05 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 07/06/04 | $31.15 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 08/03/04 | $32.20 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 08/04/04 | $174.05 | John Hancock |
| Insurance Commission check | | $26.35 | First Penn Pacific |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Insurance Commission check | | $28.26 | First Penn Pacific |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | | $94.77 | US Financial Life |
| Insurance Commission check | | $36.02 | Columbus Life |
| Insurance Commission check | | $170.44 | John Hancock |
| Insurance Commission check | | $35.71 | John Hancock |
| Insurance Commission check | | $26.76 | First Penn Pacific |
| Miscellaneous | 08/06/04 | ($5.00) | MRB transfer to MM |
| Bank charges and checks | 09/03/04 | $32.43 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 10/04/04 | $31.43 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 10/18/04 | $53.97 | John Hancock |
| Insurance Commission check | | $30.28 | First Penn Pacific |
| Insurance Commission check | | $74.01 | John Hancock |
| Insurance Commission check | | $30.23 | John Hancock |
| Insurance Commission check | | $78.58 | John Hancock |
| Insurance Commission check | | $26.75 | First Penn Pacific |
| Bank charges and checks | 11/03/04 | $32.53 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 12/03/04 | $31.56 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 12/27/04 | $25.51 | First Penn Pacific |
| Insurance Commission check | | $32.34 | First Penn Pacific |
| Insurance Commission check | | $49.32 | John Hancock |
| Insurance Commission check | | $83.39 | John Hancock |
| Insurance Commission check | | $32.14 | First Penn Pacific |
| Insurance Commission check | | $34.50 | First Penn Pacific |
| Insurance Commission check | | $29.23 | First Penn Pacific |
| Insurance Commission check | | $77.04 | John Hancock |
| Insurance Commission check | | $43.95 | John Hancock |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Insurance Commission check | | $76.26 | US Financial |
| Bank charges and checks | | $32.65 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | | $32.92 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | | $25.08 | First Penn Pacific |
| Insurance Commission check | | $76.11 | John Hancock |
| Insurance Commission check | | $258.00 | Columbus Life |
| Insurance Commission check | | $58.18 | John Hancock |
| Insurance Commission check | | $18.24 | First Penn Pacific |
| Insurance Commission check | | $12.87 | First Penn Pacific |
| Insurance Commission check | | $12.33 | First Penn Pacific |
| Insurance Commission check | | $2.20 | First Penn Pacific |
| Insurance Commission check | | $8.05 | First Penn Pacific |
| Insurance Commission check | | $8.04 | First Penn Pacific |
| Insurance Commission check | | $13.56 | First Penn Pacific |
| Insurance Commission check | | $23.04 | First Penn Pacific |
| Insurance Commission check | | $24.36 | First Penn Pacific |
| Insurance Commission check | | $7.57 | First Penn Pacific |
| Insurance Commission check | | $10.62 | First Penn Pacific |
| Insurance Commission check | | $42.63 | First Penn Pacific |
| Insurance Commission check | | $78.85 | John Hancock |
| Insurance Commission check | | $81.63 | Reassure America |
| Bank charges and checks | 03/04/05 | $29.88 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 03/17/05 | ($4,586.99) | US Treasury - taxes |
| Bank charges and checks | | ($260.00) | State of Ohio - taxes |
| Bank charges and checks | 04/04/05 | $32.70 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 04/08/05 | $173.75 | John Hancock |
| Insurance Commission check | | $225.78 | John Hancock |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| Purpose | Date | Amount | Payee |
|---|---|---|---|
| Insurance Commission check | | $2,430.59 | Mass Ins Co |
| Insurance Commission check | | $185.80 | John Hancock |
| Insurance Commission check | | $612.32 | Columbus Life |
| Insurance Commission check | | $846.59 | Columbus Life |
| Insurance Commission check | | $102.31 | John Hancock |
| Bank charges and checks | 05/04/05 | $31.48 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 06/06/05 | $35.19 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Bank charges and checks | 07/30/93 | $35.31 | Huntington Bank - interest |
| Bank charges and checks | | ($15.00) | Huntington Bank - service charge |
| Insurance Commission check | 07/08/05 | $128.93 | John Hancock |
| Insurance Commission check | | $66.47 | John Hancock |
| Insurance Commission check | | $26.76 | First Penn Pacific |
| Insurance Commission check | | $11.78 | John Hancock |
| Bank charges and checks | 08/04/05 | $36.57 | Huntington Bank - interest |
| Bank charges and checks | 09/06/05 | $36.63 | Huntington Bank - interest |
| Insurance Commission check | 09/12/05 | $83.58 | US Financial Life |
| Insurance Commission check | | $28.26 | First Penn Pacific |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | | $120.49 | US Financial |
| Insurance Commission check | | $174.05 | John Hancock |
| Insurance Commission check | | $11.78 | John Hancock |
| Insurance Commission check | | $26.75 | First Penn Pacific |
| Insurance Commission check | | $76.56 | US Financial |
| Insurance Commission check | | $95.74 | US Financial |
| Insurance Commission check | | $118.59 | John Hancock |
| Insurance Commission check | | $35.71 | John Hancock |
| Bank charges and checks | 10/04/05 | $35.68 | Huntington Bank - interest |
| Bank Account Transfer | 10/10/05 | $98,415.68 | Huntington MM Account close |
| Bank Account Transfer | | $240,007.78 | Fifth Third #003110417 close |
| Bank Account Transfer | | $690,597.69 | Firth Third #73140290 close |

## S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Insurance Commission check | | $75.29 | US Financial |
| Insurance Commission check | | $37.27 | John Hancock |
| Insurance Commission check | 10/27/05 | $33.88 | John Hancock |
| Bank charges and checks | | ($3,419.55) | #1032 Stanley & Carol Rubin - distribution |
| Bank charges and checks | | $0.00 | #1033 - Void Check |
| Bank charges and checks | | ($4,023.00) | #1034 - Mary O Dwyer - distribution |
| Bank charges and checks | | ($16,561.35) | #1035 - Robert Adolph and Iva Dean Adolph - distribution |
| Bank charges and checks | | ($12,337.20) | #1039 Bernard & Shirley Berg - distribution |
| Bank charges and checks | | ($34,128.45) | #1038 Tom P. Borden- distribution |
| Bank charges and checks | | ($6,503.85) | #1037 Tony J. Balzano - distribution |
| Bank charges and checks | | ($6,705.00) | #1036 Arthur & Dolores Arand - distribution |
| Bank charges and checks | | ($67.05) | #1040 Kathy Blazer - distribution |
| Bank charges and checks | | ($7,241.40) | #1041 Saul & Ellen Bloomfield - distribution |
| Bank charges and checks | | ($18,774.00) | #1042 Wilma J. Blum - distribution |
| Bank charges and checks | | ($2,480.85) | #1043 Dorothy Brauscher - distribution |
| Bank charges and checks | | ($15,689.70) | #1044 Lawrence & Bonnie Brock - distribution |
| Bank charges and checks | | ($402.30) | #1045 David & Debbie Burden - distribution |
| Bank charges and checks | | ($1,676.25) | #1046 Donald Bushman - distribution |
| Bank charges and checks | | ($4,023.00) | #1047 Cornelia Callison - distribution |
| Bank charges and checks | | ($1,676.25) | #1048 Jerome & Colleen Carle - distribution |
| Bank charges and checks | | ($2,547.90) | #1050 William & Margaret Chadwell - distribution |
| Bank charges and checks | | ($5,833.35) | #1049 Tito Cavallo - distribution |
| Bank charges and checks | | ($4,157.10) | #1051 William C. Daley - distribution |
| Bank charges and checks | | ($14,616.90) | #1052 Janice Deston - distribution |
| Bank charges and checks | | ($3,419.55) | #1053 Alan & Fran Denzler - distribution |
| Bank charges and checks | | ($17,567.10) | #1054 Barbara DeSabre - distribution |
| Bank charges and checks | | ($134.10) | #1055 Deborah Endres - distribution |
| Bank charges and checks | | ($1,542.15) | #1056 Stuart Fake - distribution |
| Bank charges and checks | | ($1,408.05) | #1057 Susan Fake - distribution |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | |
|---|---|---|
| Bank charges and checks | ($3,955.95) | #1058 Warren Falberg - distribution |
| Bank charges and checks | ($2,480.85) | #1059 John F. & Jean Alice Faust - distribution |
| Bank charges and checks | ($2,078.55) | #1060 Mary Fix-Meyer - distribution |
| Bank charges and checks | ($4,760.55) | #1061 Herbert Flessa - distribution |
| Bank charges and checks | ($4,023.00) | #1062 Benjamin Fleckman - distribution |
| Bank charges and checks | ($469.35) | #1063 Robert Flenchbaugh - distribution |
| Bank charges and checks | ($3,151.35) | #1064 Ralph Gianella - distribution |
| Bank charges and checks | ($2,078.55) | #1065 Richard & Barbara Giliberto - distribution |
| Bank charges and checks | ($5,766.30) | #1066 Delores Goldfinger, Commissioner for the Estate of Joseph Pinales - distribution |
| Bank charges and checks | ($2,346.75) | #1067 Alfred & Deanna Gollschaek - distribution |
| Bank charges and checks | ($938.70) | #1068 Elmer Grossheim - distribution |
| Bank charges and checks | ($8,113.05) | #1069 Arthur & Marci Grzelecki - distribution |
| Bank charges and checks | ($402.30) | #1070 Donald R. Gueberman - distribution |
| Bank charges and checks | ($5,632.20) | #1071 Jo Ellen Harris - distribution |
| Bank charges and checks | ($22,059.45) | #1072 Donald Harrison - distribution |
| Bank charges and checks | ($7,442.55) | #1073 Robert & Mildred Hastings - distribution |
| Bank charges and checks | ($5,900.40) | #1074 Robert Hauck - distribution |
| Bank charges and checks | ($1,743.30) | #1075 Virginia Hettel - distribution |
| Bank charges and checks | ($1,944.45) | #1076 Robert Hoffman - distribution |
| Bank charges and checks | ($2,078.55) | #1077 Maureen Hallenbeck - distribution |
| Bank charges and checks | ($6,570.90) | #1078 Stephen Hornsdeen - distribution |
| Bank charges and checks | ($871.65) | #1079 Robert Hummel - distribution |
| Bank charges and checks | ($2,480.85) | #1080 Jack & Marjorie Isaacs - distribution |
| Bank charges and checks | ($1,139.85) | #1081 Nesta Jett - distribution |
| Bank charges and checks | ($4,760.55) | #1082 Alice F. Juengst - distribution |
| Bank charges and checks | ($3,218.40) | #1083 George Juengst - distribution |
| Bank charges and checks | ($5,028.75) | #1084 Marilyn R. Kaiser - distribution |
| Bank charges and checks | ($2,413.80) | #1085 Mildred Kandelson - distribution |
| Bank charges and checks | ($11,666.70) | #1086 Robert & Miriam Katz - distribution |

## S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | |
|---|---|---|
| Bank charges and checks | ($1,475.10) | #1087 Jerald & Rena Kay - distribution |
| Bank charges and checks | ($2,950.20) | #1088 Doris Kehoe - distribution |
| Bank charges and checks | ($12,739.50) | #1089 Robert W. Keith & Kathleen Thornton - distribution |
| Bank charges and checks | ($1,206.90) | #1090 Thomas W. Kiger - distribution |
| Bank charges and checks | ($2,950.20) | #1091 James & Annabelle Knapp - distribution |
| Bank charges and checks | ($1,542.15) | #1092 Richard & Nancy Knapp - distribution |
| Bank charges and checks | ($1,676.25) | #1093 Bill Kupferberg - distribution |
| Bank charges and checks | $0.00 | #1094 Maria Aurora Lambert - distribution - VOID |
| Bank charges and checks | ($1,206.90) | #1095 Laura Lape - distribution |
| Bank charges and checks | ($6,973.20) | #1096 Minette Lebowitz - distribution |
| Bank charges and checks | ($1,676.25) | #1097 Carol Lockwood - distribution |
| Bank charges and checks | ($2,078.55) | #1098 Dr. James P. Long - distribution |
| Bank charges and checks | ($871.65) | #1099 Janet R. Lykins - distribution |
| Bank charges and checks | ($1,408.05) | #1100 Esar G. Margolin - distribution |
| Bank charges and checks | ($18,908.10) | #1101 James A. Matson - distribution |
| Bank charges and checks | ($3,955.95) | #1102 Margaret A. Mays - distribution |
| Bank charges and checks | ($18,706.95) | #1103 Don & Amy Lou McGinnis - distribution |
| Bank charges and checks | ($1,810.35) | #1104 Virginia Merchant - distribution |
| Bank charges and checks | ($871.65) | #1105 I. A. Michaelson - distribution |
| Bank charges and checks | ($5,431.05) | #1106 Dale H. Middleton - distribution |
| Bank charges and checks | ($1,273.95) | #1107 Joseph Mogan - distribution |
| Bank charges and checks | ($6,503.85) | #1108 Joyce & Bryan Moore - distribution |
| Bank charges and checks | ($5,498.10) | #1109 Richard & Karen M. Niemeyer - distribution |
| Bank charges and checks | ($3,285.45) | #1110 James Nordlund - distribution |
| Bank charges and checks | $0.00 | #1111 - Void Check |
| Bank charges and checks | ($27,155.25) | #1112 Anna & Paul Ornstein - distribution |
| Bank charges and checks | ($18,774.00) | #1113 Edward & Kathleen Otten - distribution |
| Bank charges and checks | ($9,387.00) | #1114 Harvey Otto - distribution |
| Bank charges and checks | ($6,839.10) | #1115 Robert Pawlicki - distribution |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | |
|---|---|---|
| Bank charges and checks | ($3,151.35) | #1116 Wolfgand & Cecilia Preiser - distribution |
| Bank charges and checks | ($4,425.30) | #1117 Helen & John Preklas - distribution |
| Bank charges and checks | ($670.50) | #1118 Leonard & Kathleen Puthoff - distribution |
| Bank charges and checks | ($6,302.70) | #1119 Lynn Rapin & Robert Conyne - distribution |
| Bank charges and checks | ($670.50) | #1120 George Rohr - distribution |
| Bank charges and checks | ($22,662.90) | #1121 Kenneth W. & Bonnie McNelly Rowe - distribution |
| Bank charges and checks | $0.00 | #1122 Void Check |
| Bank charges and checks | ($4,291.20) | #1123 Solveiga Rush - distribution |
| Bank charges and checks | ($11,398.50) | #1124 Gail Scarbrough - distribution |
| Bank charges and checks | ($3,486.60) | #1125 John Scheidt - distribution |
| Bank charges and checks | ($3,754.80) | #1126 George Schmeltzer - distribution |
| Bank charges and checks | ($3,821.85) | #1127 Donald & Edith Shear - distribution |
| Bank charges and checks | ($1,475.10) | #1128 Mary Jo Siebert - distribution |
| Bank charges and checks | ($5,095.80) | #1129 Ralph & Juanita Siereveld - distribution |
| Bank charges and checks | ($938.70) | #1130 Ann & Morton Startz - distribution |
| Bank charges and checks | ($39,961.80) | #1131 Robert & Rochelle P. Stutz - distribution |
| Bank charges and checks | ($13,745.25) | #1132 John F. Tafuri - distribution |
| Bank charges and checks | ($286.20) | #1133 Jacqueline Vidourek - distribution |
| Bank charges and checks | ($12,404.25) | #1134 Selma Victor - distribution |
| Bank charges and checks | ($1,273.95) | #1135 Sharon R. Vincent - distribution |
| Bank charges and checks | ($21,120.75) | #1136 Ann & Victor Warner - distribution |
| Bank charges and checks | ($2,480.85) | #1137 Margarite Weber - distribution |
| Bank charges and checks | ($8,180.10) | #1138 Bernad Widlansky - distribution |
| Bank charges and checks | ($11,264.40) | #1139 William & Frances Widlansky - distribution |
| Bank charges and checks | ($4,425.30) | #1140 Mary K. Wolf - distribution |
| Bank charges and checks | ($1,475.10) | #1141 Charlene A. Zinn - distribution |
| Bank charges and checks | $440.02 | Huntington interest |
| Bank charges and checks | ($737.55) | #1142 Elizabeth Shely-Kolcher - distribution |
| Bank charges and checks | $0.00 | #1143 - Void Check |

## S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Bank charges and checks | 11/30/05 | ($404,925.75) | Douglas Lutz - SIPC Trustee |
| Bank charges and checks | 12/06/05 | $403.92 | Huntington Bank - interest |
| Bank charges and checks | | $0.20 | Error on #1091 by bank |
| Bank charges and checks | | ($8,913.18) | Barrett & Weber - legal fees |
| Bank charges and checks | | ($1,493.57) | Ulmer & Berne - legal fees |
| Bank charges and checks | | ($14,226.58) | Greenebaum Doll - legal fees |
| Insurance Commission check | | $36.53 | First Penn Pacific |
| Insurance Commission check | | $25.60 | First Penn Pacific |
| Insurance Commission check | | $143.38 | US Financial Life |
| Insurance Commission check | | $87.16 | Reassure America |
| Insurance Commission check | | $163.96 | John Hancock |
| Insurance Commission check | | $26.50 | First Penn Pacific |
| Insurance Commission check | | $63.39 | John Hancock |
| Insurance Commission check | | $43.62 | First Penn Pacific |
| Bank charges and checks | | $39.73 | Huntington Bank - interest |
| Bank charges and checks | | ($14.94) | Huntington Bank - service charge |
| Insurance Commission check | | $5.25 | Huntington Bank - interest |
| Insurance Commission check | | $0.67 | First Penn Pacific |
| Insurance Commission check | | $7.68 | First Penn Pacific |
| Insurance Commission check | | $48.35 | First Penn Pacific |
| Insurance Commission check | | $16.44 | First Penn Pacific |
| Insurance Commission check | | $0.67 | First Penn Pacific |
| Insurance Commission check | | $2.39 | First Penn Pacific |
| Insurance Commission check | | $5.12 | First Penn Pacific |
| Insurance Commission check | | $22.71 | First Penn Pacific |
| Insurance Commission check | | $10.62 | First Penn Pacific |
| Insurance Commission check | | $258.00 | Columbus Life |
| Insurance Commission check | | $13.95 | First Penn Pacific |
| Insurance Commission check | | $27.22 | John Hancock |
| Insurance Commission check | | $36.55 | Columbus Life |
| Insurance Commission check | | $105.39 | John Hancock |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | | $25.08 | First Penn Pacific |
| Insurance Commission check | | $4.80 | Huntington Bank - interest |
| Bank charges and checks | 04/06/06 | $5.54 | Huntington Bank - interest |
| Insurance Commission check | 04/28/06 | $374.40 | Columbus Life |

# S.G.DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Insurance Commission check | | $374.40 | Columbus Life |
| Insurance Commission check | | $94.04 | US Financial Life |
| Insurance Commission check | | $279.12 | John Hancock |
| Insurance Commission check | | $35.71 | John Hancock |
| Insurance Commission check | | $148.20 | John Hancock |
| Insurance Commission check | | $276.06 | John Hancock |
| Insurance Commission check | | $680.68 | Columbus Life |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | 04/30/06 | $846.59 | Columbus Life |
| Bank charges and checks | | $5.37 | Huntington Bank - interest |
| Insurance Commission check | 05/31/06 | $6.97 | Huntington Bank - interest |
| Bank charges and checks | | $45.91 | CHFC Insurance |
| Insurance Commission check | 06/08/06 | $76.18 | US Financial |
| Insurance Commission check | | $35.51 | CHFC Insurance |
| Insurance Commission check | 06/14/06 | $46.72 | First Penn Pacific |
| Insurance Commission check | | $83.02 | CHFC Insurance |
| Insurance Commission check | 07/24/06 | $26.76 | First Penn Pacific |
| Bank charges and checks | 06/30/06 | $6.88 | Huntington Bank - interest |
| Insurance Commission check | | $87.00 | US Financial |
| Insurance Commission check | 07/31/06 | $7.16 | Huntington Bank - interest |
| Insurance Commission check | | $41.31 | CHFC Insurance |
| Insurance Commission check | 08/25/06 | $64.33 | CHFC Insurance |
| Insurance Commission check | 08/04/06 | $205.01 | CHFC Insurance |
| Bank charges and checks | 08/31/06 | $7.29 | Huntington Bank - interest |
| Insurance Commission check | | $35.44 | First Penn Pacific |
| Insurance Commission check | 10/18/06 | $44.80 | CHFC Insurance |
| Bank charges and checks | 09/30/06 | $7.12 | Huntington Bank - interest |
| Insurance Commission check | | $30.28 | First Penn Pacific |
| Insurance Commission check | | $44.71 | CHFC Insurance |
| Insurance Commission check | | $26.72 | First Penn Pacific |
| Insurance Commission check | 10/30/06 | $30.96 | CHFC Insurance |
| Insurance Commission check | | $26.62 | First Penn Pacific |

## S.G.DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| Purpose | Date | Amount | Payee |
|---|---|---|---|
| Insurance Commission check | | $25.60 | First Penn Pacific |
| Bank charges and checks | 10/31/06 | $7.40 | Huntington Bank - interest |
| Insurance Commission check | 11/20/06 | $133.00 | CHFC Insurance |
| Bank charges and checks | 11/30/06 | $6.81 | Huntington Bank - interest |
| Insurance Commission check | 12/20/06 | $26.17 | First Penn Pacific |
| Insurance Commission check | | $99.10 | CHFC Insurance |
| Bank charges and checks | 12/29/06 | $6.88 | |
| Bank charges and checks | 01/31/07 | $6.93 | Huntington Bank - interest |
| Bank charges and checks | 02/28/07 | $6.25 | |
| Bank charges and checks | 03/31/07 | $6.93 | |
| Bank charges and checks | 04/30/07 | $6.71 | |
| Insurance Commission check | 05/11/07 | $48.35 | |
| Insurance Commission check | | $39.33 | First Penn Pacific |
| Insurance Commission check | | $258.00 | Columbus Life |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | | $28.00 | First Penn Pacific |
| Insurance Commission check | | $296.47 | John Hancock |
| Insurance Commission check | | $27.22 | John Hancock |
| Insurance Commission check | | $102.31 | John Hancock |
| Insurance Commission check | | $846.59 | Columbus Life |
| Insurance Commission check | | $748.00 | Columbus Life |
| Insurance Commission check | | $125.03 | John Hancock |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | | $27.36 | First Penn Pacific |
| Insurance Commission check | | $37.05 | Columbus Life |
| Insurance Commission check | | $374.40 | Columbus Life |
| Insurance Commission check | | $89.95 | US Financial LIfe |
| Insurance Commission check | | $35.51 | John Hancock |
| Bank charges and checks | 05/31/07 | $7.59 | Huntington - interest |
| Insurance Commission check | 06/06/07 | $110.57 | John Hancock |
| | | $77.10 | US Financial Life |
| Bank charges and checks | 03/24/72 | $8.07 | Huntington - interest |
| Insurance Commission check | 07/23/07 | $26.03 | First Penn Pacific |
| Insurance Commission check | | $30.96 | John Hancock |
| Insurance Commission check | | $27.07 | First Penn Pacific |
| Insurance Commission check | | $25.67 | First Penn Pacific |

# S.G. DONAHUE CO., INC. STEPHEN G. DONAHUE PAYMENT PURPOSE CHART

| | | | |
|---|---|---|---|
| Insurance Commission check | 07/27/07 | $174.05 | John Hancock |
| Bank charges and checks | 07/31/07 | $8.37 | Huntington - interest |
| Insurance Commission check | 08/27/07 | $105.64 | John Hancock |
| Insurance Commission check | | $25.60 | First Penn Pacific |
| Bank charges and checks | 08/31/07 | $8.48 | Huntington - interest |
| Insurance Commission check | 09/21/07 | $26.35 | John Hancock |
| Bank charges and checks | 09/28/07 | $8.27 | Huntington - interest |
| Insurance Commission check | 10/04/07 | $25.07 | First Penn Pacific |
| Insurance Commission check | 10/25/07 | $59.18 | John Hancock |
| Bank charges and checks | 10/31/07 | $8.57 | Huntington - interest |
| Insurance Commission check | 11/15/07 | $133.00 | John Hancock |
| Insurance Commission check | 11/27/07 | $34.05 | First Penn Pacific |
| Insurance Commission check | 11/27/07 | $27.26 | First Penn Pacific |
| Insurance Commission check | 11/29/07 | $98.04 | John Hancock |
| Bank charges and checks | 11/30/07 | $8.35 | Huntington - interest |
| Insurance Commission check | 12/11/07 | $80.41 | US Financial Life |
| Insurance Commission check | 12/12/07 | $321.95 | John Hancock |
| | | $20,940.90 | |