# EXHIBIT C

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             11/01/03 - 11/30/03
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015
                                        PAGE    1 OF 1          EMB    C

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            86,983.62

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                1,030.22   NET SERVICE CHARGE              15.00
  INTEREST EARNED                    36.11

     TOTAL CREDITS                1,066.33        TOTAL DEBITS               15.00

**BALANCE THIS STATEMENT          88,034.95**   ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED.THIS PERIOD                 0.501%
INTEREST EARNED THIS YEAR          342.47
INTEREST EARNED LAST YEAR          560.79

*Handwritten: 88034.95 / <600.00> check / <9000.00> check / <36.11> / 15.00 / (circled) 78413.84*

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 11/04 | 1,030.22 | | 00022481739 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 11/28 | 36.11 | INTEREST PAYMENT | 12800002750 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 11/17 | 15.00 | MONTHLY SERVICE FEE |

                                   TOTAL SERVICE CHARGES            15.00

                                   NET SERVICE CHARGE               15.00

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 86,983.62 | 11/17 | 87,998.84 | | |
| 11/04 | 88,013.84 | 11/28 | 88,034.95 | | |

*Handwritten: 12/3/0*
43819

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/03 - 12/31/03
ACCOUNT: 01651104532
                                    EMB     4

PAGE    1 OF 2

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              88,034.95

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

    INTEREST EARNED                 28.64            REGULAR CHECKS PAID              31,692.17
                                                     NET SERVICE CHARGE                   15.00

        TOTAL CREDITS               28.64                TOTAL DEBITS                31,707.17

BALANCE THIS STATEMENT          56,356.42        ITEMS ENCLOSED                           4

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD              0.501%
INTEREST EARNED THIS YEAR          371.11
INTEREST EARNED LAST YEAR          560.79

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 12/31 | 28.64 | INTEREST PAYMENT | 23100002762 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|------|--------|------|------------------|------|--------|------|------------------|
| 1019 | 600.00 | 12/08 | 00021085139 | 1021 | 4,858.60 | 12/16 | 00042029571 |
| 1020 | 9,000.00 | 12/02 | 00552024747 | 1022 | 17,233.57 | 12/16 | 00042092873 |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
    1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
    4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|
| 12/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

CONTINUED

29819

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/03 - 12/31/03
ACCOUNT: 01651104532

PAGE    2 OF 2

EMB      4

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/30 | 88,034.95 | 12/08 | 78,434.95 | 12/16 | 56,327.78 |
| 12/02 | 79,034.95 | 12/15 | 78,419.95 | 12/31 | 56,356.42 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37         1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             01/01/04 - 01/31/04
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMB    C

                                        PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              56,356.42

CREDIT SUMMARY FOR THE PERIOD                   DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                  945.72      NET SERVICE CHARGE              15.00
  INTEREST EARNED                    24.04

        TOTAL CREDITS               969.76            TOTAL DEBITS             15.00

**BALANCE THIS STATEMENT            57,311.18**  ITEMS ENCLOSED                     0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                 0.499%
INTEREST EARNED THIS YEAR            24.04
INTEREST EARNED LAST YEAR           371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 01/15 | 945.72 ✓ | | 00024193358 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 01/30 | 24.04 ✓ | INTEREST PAYMENT | 13000002745 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 01/15 ✓ | 15.00 | MONTHLY SERVICE FEE |

                        TOTAL SERVICE CHARGES            15.00

                        NET SERVICE CHARGE               15.00

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/31 | 56,356.42 | 01/15 | 57,287.14 | 01/30 | 57,311.18 |

42961

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/04 - 02/29/04
ACCOUNT: 01651104532

EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          57,311.18

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 6,180.89 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 24.99 | | |
| TOTAL CREDITS | 6,205.88 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 63,502.06 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.499%
INTEREST EARNED THIS YEAR       49.03
INTEREST EARNED LAST YEAR      371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/02 | 6,180.89 | | 000411B9137 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 02/27 | 24.99 | INTEREST PAYMENT | 22700002715 |

---

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 02/17 | 15.00 | MONTHLY SERVICE FEE | |
| | TOTAL SERVICE CHARGES | | 15.00 |
| | NET SERVICE CHARGE | | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 57,311.18 | 02/17 | 63,477.07 | | |
| 02/02 | 63,492.07 | 02/27 | 63,502.06 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/04 - 03/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB      (

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          63,502.06

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 927.55 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 27.07 | | |
| TOTAL CREDITS | 954.62 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT          64,441.68          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.499%
INTEREST EARNED THIS YEAR        76.10
INTEREST EARNED LAST YEAR       371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 03/16 | 927.55 | | 00022273707 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 03/31 | 27.07 | INTEREST PAYMENT | 33100002665 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02/29 | 63,502.06 | 03/16 | 64,414.61 | | |
| 03/15 | 63,487.06 | 03/31 | 64,441.68 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/04 - 04/30/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB    C

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          64,441.68

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 1,776.10 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 26.62 | | |
| TOTAL CREDITS | 1,802.72 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT**          66,229.40          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR      102.72
INTEREST EARNED LAST YEAR      371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/22 | 1,776.10 | | 00034118529 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/30 | 26.62 | INTEREST PAYMENT | 43000002690 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 64,441.68 | 04/22 | 66,202.78 | | |
| 04/15 | 64,426.68 | 04/30 | 66,229.40 | | |

44578

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/04 - 05/31/04
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

Il.I.I.I.I.I.Il.I.I.Il.I.I.Il.I.Il.II.Il.I.Il.I.I.Il.I.Il

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            66,229.40

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 9,779.18 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 28.05 | | |
| TOTAL CREDITS | 9,807.23 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT            76,021.63      ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.499%
INTEREST EARNED THIS YEAR        130.77
INTEREST EARNED LAST YEAR        371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/28 | ✓9,779.18 | | 00025176399 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/28 | 28.05 | INTEREST PAYMENT | 52800002686 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/17 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 66,229.40 | 05/17 | 66,214.40 | 05/28 | 76,021.63 |

44017

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/04 - 06/30/04
ACCOUNT: 01651104532

EMB      0

PAGE    1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT         76,021.63

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                31.15          NET SERVICE CHARGE            15.00

          TOTAL CREDITS          31.15                  TOTAL DEBITS          15.00

**BALANCE THIS STATEMENT**        76,037.78       ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.499%
INTEREST EARNED THIS YEAR        161.92
INTEREST EARNED LAST YEAR        371.11

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 06/30 | 31.15 | INTEREST PAYMENT | 63000002734 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|------|--------|-------------|--|
| 06/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/31 | 76,021.63 | 06/15 | 76,006.63 | 06/30 | 76,037.78 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/04 - 07/31/04
ACCOUNT: 01651104532                    EMB    0

PAGE   1 OF 1

ⅠⅡⅡⅡⅡⅡⅡⅡⅡⅡⅡⅡⅡⅡⅡⅡ

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              76,037.78

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.20 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.20 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **76,054.98** | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD          0.499%
INTEREST EARNED THIS YEAR     194.12
INTEREST EARNED LAST YEAR     371.11

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/30 | 32.20 | INTEREST PAYMENT | 73000002673 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 76,037.78 | 07/15 | 76,022.78 | 07/30 | 76,054.98 |

47107

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/04 - 08/31/04
ACCOUNT: 01651104532

EMB      1

PAGE    1 OF 2

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            76,054.98

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 623.32 | REGULAR CHECKS PAID | 5.00 |
| INTEREST EARNED | 32.43 | NET SERVICE CHARGE | 15.00 |
| **TOTAL CREDITS** | 655.75 | **TOTAL DEBITS** | 20.00 |

BALANCE THIS STATEMENT            76,690.73      ITEMS ENCLOSED                          1

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.499%
INTEREST EARNED THIS YEAR          226.55
INTEREST EARNED LAST YEAR          371.11

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/04 | 623.32 ✓ | | 00043080733 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 32.43 | INTEREST PAYMENT | 83100002703 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1025 | 5.00 | 08/06 | 00045197295 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
  1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
  4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/16 | 15.00 | MONTHLY SERVICE FEE |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS              08/01/04 - 08/31/04
105 E 4TH ST STE 500                     ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMB

                                         PAGE   2 OF 2

| | |
|---|---|
| TOTAL SERVICE CHARGES | 15.00 |
| NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 76,054.98 | 08/06 | 76,673.30 | 08/31 | 76,690.73 |
| 08/04 | 76,678.30 | 08/16 | 76,658.30 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/04 - 09/30/04
ACCOUNT: 01651104532

PAGE    1 OF 1                              EMB      0

---

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT          76,690.73

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 31.43 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 31.43 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT          76,707.16    ITEMS ENCLOSED                 0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 257.98 | AVERAGE LEDGER BALANCE | 76,682.73 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 76,682.73 |

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 09/30 | 31.43 | INTEREST PAYMENT | 93000002673 |

---

**SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER ON 1-800-480-2001

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08/31 | 76,690.73 | 09/15 | 76,675.73 | 09/30 | 76,707.16 |

CHECK OUT THE NEW FIELDS ON YOUR MONTHLY STATEMENT!
DAYS IN STATEMENT PERIOD - THE NUMBER OF DAYS IN THE CYCLE.
AVERAGE LEDGER BALANCE - THE ACCUMULATION OF THE BALANCE IN
A CUSTOMER'S ACCOUNT DIVIDED BY THE NUMBER OF DAYS
IN THE CYCLE.
AVERAGE COLLECTED BALANCE - THE AVERAGE OF THE BALANCE WHICH
CAN BE INVESTED, DISBURSED, OR WIRED OUT, CALCULATED AS
BOOK OR LEDGER BALANCE LESS FLOAT IN THE ACCOUNT.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

```
MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS           10/01/04 - 10/31/04
105 E 4TH ST STE 500                  ACCOUNT: 01651104532
CINCINNATI OH 45202-4015
                                      PAGE    1 OF 1        EMB      0
```

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              76,707.16

CREDIT SUMMARY FOR THE PERIOD                  DEBIT SUMMARY FOR THE PERIOD

| REGULAR DEPOSITS | 293.82 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 32.53 | | |
| **TOTAL CREDITS** | 326.35 | **TOTAL DEBITS** | 15.00 |

**BALANCE THIS STATEMENT**         77,018.51     ITEMS ENCLOSED                  0

| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 290.51 | AVERAGE LEDGER BALANCE | 76,831.62 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 76,820.30 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/18 | 293.82 | | 00081063447 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|----------------------------|------------------|
| 10/29 | 32.53 | INTEREST PAYMENT | 02900002645 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 10/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 76,707.16 | 10/18 | 76,985.98 | | |
| 10/15 | 76,692.16 | 10/29 | 77,018.51 | | |

50536

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             11/01/04 - 11/30/04
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015
                                        EMB      C
                                        PAGE    1 OF 1

---

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT            77,018.51

CREDIT SUMMARY FOR THE PERIOD               DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                  31.56       NET SERVICE CHARGE          15.00

      TOTAL CREDITS                31.56           TOTAL DEBITS            15.00

BALANCE THIS STATEMENT            77,035.07   ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.499%     DAYS IN STATEMENT PERIOD        30
INTEREST EARNED THIS YEAR         322.07     AVERAGE LEDGER BALANCE     77,010.51
INTEREST EARNED LAST YEAR         371.11     AVERAGE COLLECTED BALANCE  77,010.51

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 11/30 | 31.56 | INTEREST PAYMENT | 13000002598 |

---

**SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD**

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 11/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 77,018.51 | 11/15 | 77,003.51 | 11/30 | 77,035.07 |

EFFECTIVE JANUARY 3, 2005, NON-SUFFICIENT FUNDS,
MANUAL STOP PAY AND NEGATIVE LEDGER BALANCE FEES
WILL BE $31.00.
FOR BANK 18 EFFECTIVE JANUARY 3, 2005, NON-SUFFICIENT
FUNDS, MANUAL STOP PAY AND NEGATIVE LEDGER BALANCE FEES
WILL BE $29.00.
FOR BANK 11, 13, 60, 61, 62, 76
NO CHANGES.

50122

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 Huntington

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/04 - 12/31/04
ACCOUNT: 01651104532

PAGE    1 OF 1

EMB        C

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            77,035.07

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 483.68 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 32.65 | | |
| TOTAL CREDITS | 516.33 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | **77,536.40** | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.499% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 354.72 | AVERAGE LEDGER BALANCE | 77,104.85 |
| INTEREST EARNED LAST YEAR | 371.11 | AVERAGE COLLECTED BALANCE | 77,084.27 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/27 | 483.68 | | 00041200527 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/31 | 32.65 | INTEREST PAYMENT | 23100002630 |

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/30 | 77,035.07 | 12/27 | 77,503.75 | | |
| 12/15 | 77,020.07 | 12/31 | 77,536.40 | | |

51505

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/05 - 01/31/05
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,536.40

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.92 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.92 | TOTAL DEBITS | 15.00 |
| **BALANCE THIS STATEMENT** | 77,554.32 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
|---|---|---|---|
| INTEREST EARNED THIS YEAR | 32.92 | AVERAGE LEDGER BALANCE | 77,529.62 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 77,529.62 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 32.92 | INTEREST PAYMENT | 13100002723 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 01/18 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 77,536.40 | 01/18 | 77,521.40 | 01/31 | 77,554.32 |

51010

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/05 - 02/28/05
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          77,554.32

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 761.36 | NET SERVICE CHARGE | 15.00 |
| INTEREST EARNED | 29.88 | | |
| TOTAL CREDITS | 791.24 | TOTAL DEBITS | 15.00 |

BALANCE THIS STATEMENT          78,330.56      ITEMS ENCLOSED                        0

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 28 |
| INTEREST EARNED THIS YEAR | 62.80 | AVERAGE LEDGER BALANCE | 77,954.69 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 77,904.94 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 02/14 | 761.36 | | 00021357171 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 02/28 | 29.88 | INTEREST PAYMENT | 22800002668 |

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 77,554.32 | 02/15 | 78,300.68 | | |
| 02/14 | 78,315.68 | 02/28 | 78,330.56 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/05 - 03/31/05
ACCOUNT: 01651104532
                                    EMB      1

PAGE    1 OF    2

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,330.56

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 32.70 | REGULAR CHECKS PAID | 4,586.99 |
| | | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 32.70 | TOTAL DEBITS | 4,601.99 |
| **BALANCE THIS STATEMENT** | **73,761.27** | ITEMS ENCLOSED | 1 |

AVERAGE PERCENTAGE YIELD
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
|---|---|---|---|
| INTEREST EARNED THIS YEAR | 95.50 | AVERAGE LEDGER BALANCE | 76,990.62 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 76,990.62 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 03/31 | 32.70 | INTEREST PAYMENT | 33100002604 |

---

### CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1028 | 4,586.99 | 03/23 | 00013073879 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
  1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
  4) BEEN INCLUDED IN A LIST OF CHECKS

---

### SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/15 | 15.00 | MONTHLY SERVICE FEE |
| | TOTAL SERVICE CHARGES | 15.00 |
| | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558


MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             03/01/05 - 03/31/05
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMB

                                        PAGE   2 OF   2

IıIııIıIIıııIıIIIıııııIııIIıIIıIIıııIıIıIII

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 78,330.56 | 03/23 | 73,728.57 | | |
| 03/15 | 78,315.56 | 03/31 | 73,761.27 | | |

EFFECTIVE 5/1/05 - CHANGES TO YOUR HUNTINGTON VISA CHECK CARD
1. FOREIGN COUNTRY TRANSACTIONS - CHECK CARD TRANSACTIONS IN
A FOREIGN COUNTRY, WILL HAVE A FOREIGN TRANSACTION FEE EQUAL
TO 2% OF THE AMOUNT OF THE CHECK CARD TRANSACTION.
2. IF AT ANY TIME YOU REQUEST, AND WE MAKE, AN EXPEDITED
DELIVERY OF A HUNTINGTON CHECK CARD, WE MAY CHARGE AN
EXPEDITED FEE OF $25.00.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          1
COLUMBUS OH 43216-1558

 **Huntington**

```
        MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
        STEVEN G DONAHUE ATTN.CHRIS           04/01/05 - 04/30/05
        105 E 4TH ST STE 500                  ACCOUNT: 01651104532
        CINCINNATI OH 45202-4015                                    EMB

                                              PAGE   1 OF  2
```

---

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT          73,761.27

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 4,577.14 | REGULAR CHECKS PAID | 260.00 |
| INTEREST EARNED | 31.48 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 4,608.62 | TOTAL DEBITS | 275.00 |

**BALANCE THIS STATEMENT**          78,094.89          ITEMS ENCLOSED                1

AVERAGE PERCENTAGE YIELD
| | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 30 |
| INTEREST EARNED THIS YEAR | 126.98 | AVERAGE LEDGER BALANCE | 77,115.07 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 76,608.74 |

---

**REGULAR DEPOSITS**

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/08 | 4,577.14 | | 00045111492 | | | | |

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/29 | 31.48 | INTEREST PAYMENT | 42900002645 |

---

**CHECK DETAIL**

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1029 | 260.00 | 04/14 | 00014072951 | | | | |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
   1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
   4) BEEN INCLUDED IN A LIST OF CHECKS

---

**SERVICE CHARGE DETAIL**   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/15 | 15.00 | MONTHLY SERVICE FEE |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/05 - 05/31/05
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB    0

ᛁᛁᚼᛁᚼᛁᚼᛁᚼᛁᛁᛁᚼᛁᛁᚼᛁᚼᛁᛁᛁᛁᛁᚼᛁᚼᛁᛁᛁᛁᛁᚼᛁᚼᛁᛁᛁᚼᛁᛁᚼᛁᛁ

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,094.89

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.19 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.19 | TOTAL DEBITS | 15.00 |
| BALANCE THIS STATEMENT | 78,115.08 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.531% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 162.17 | AVERAGE LEDGER BALANCE | 78,087.14 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,087.14 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 05/31 | 35.19 | INTEREST PAYMENT | 53100002657 |

## SERVICE CHARGE DETAIL  IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 05/16 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/30 | 78,094.89 | 05/16 | 78,079.89 | 05/31 | 78,115.08 |

PRICES EFFECTIVE JUNE 1, 2005
INTEREST CHECKING SERVICE FEE ........................ $16.00
PER DEPOSIT ......................................... $0.40
BRANCH CASH DEPOSIT PROCESSING ............ $0.001 PER $1.00
ACH DEBIT/CREDIT (1ST 99) $0.25, (100-249) $0.18, (250+) $0.16
AVG. COLLECTED BALANCE TO WAIVE SERVICE FEE .......... $5,000
WIRES IN $15; WIRES OUT $35

55978

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/05 - 06/30/05
ACCOUNT: 01651104532

PAGE   1 OF 1                    EMB      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,115.08

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| INTEREST EARNED | 35.31 | NET SERVICE CHARGE | 15.00 |
| TOTAL CREDITS | 35.31 | TOTAL DEBITS | 15.00 |

**BALANCE THIS STATEMENT**          78,135.39          ITEMS ENCLOSED          0

AVERAGE PERCENTAGE YIELD
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 30 |
|---|---|---|---|
| INTEREST EARNED THIS YEAR | 197.48 | AVERAGE LEDGER BALANCE | 78,107.08 |
| INTEREST EARNED LAST YEAR | 354.72 | AVERAGE COLLECTED BALANCE | 78,107.08 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 35.31 | INTEREST PAYMENT | 63000002646 |

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 06/15 | 15.00 | MONTHLY SERVICE FEE | |
| | | TOTAL SERVICE CHARGES | 15.00 |
| | | NET SERVICE CHARGE | 15.00 |

IF YOU HAVE QUESTIONS ON YOUR SERVICE CHARGES, PLEASE CALL YOUR HUNTINGTON BUSINESS BANKER OR 1-800-480-2001

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 78,115.08 | 06/15 | 78,100.08 | 06/30 | 78,135.39 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

```
        MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
        STEVEN G DONAHUE ATTN.CHRIS           07/01/05 - 07/31/05
        105 E 4TH ST STE 500                  ACCOUNT: 01651104532
        CINCINNATI OH 45202-4015                                    EMB      0

                                              PAGE    1 OF 1
```

---

### BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            78,135.39

CREDIT SUMMARY FOR THE PERIOD                   DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 233.94 | | |
| INTEREST EARNED | 36.57 | | |
| | | | |
| TOTAL CREDITS | 270.51 | TOTAL DEBITS | 0.00 |

**BALANCE THIS STATEMENT**        78,405.90      ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.551%       DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR         234.05       AVERAGE LEDGER BALANCE        78,316.50
INTEREST EARNED LAST YEAR         354.72       AVERAGE COLLECTED BALANCE     78,293.85

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 07/08 | 233.94 | | 00075086700 | | | | |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/29 | 36.57 | INTEREST PAYMENT | 72900002659 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 78,135.39 | 07/08 | 78,369.33 | 07/29 | 78,405.90 |

55996

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/05 - 08/31/05
ACCOUNT: 01651104532          EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            78,405.90

CREDIT SUMMARY FOR THE PERIOD                  DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 36.63

      TOTAL CREDITS               36.63            TOTAL DEBITS                0.00

BALANCE THIS STATEMENT          78,442.53     ITEMS ENCLOSED                    0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.551%      DAYS IN STATEMENT PERIOD         31
INTEREST EARNED THIS YEAR        270.68      AVERAGE LEDGER BALANCE     78,405.90
INTEREST EARNED LAST YEAR        354.72      AVERAGE COLLECTED BALANCE  78,405.90

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 08/31 | 36.63 | INTEREST PAYMENT | 83100002690 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07/31 | 78,405.90 | 08/31 | 78,442.53 | | |

58582

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/05 - 09/30/05
ACCOUNT: 01651104532

PAGE    1 OF 1                     EMB    0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          78,442.53

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS              802.47
  INTEREST EARNED                35.68

    TOTAL CREDITS            838.15          TOTAL DEBITS                0.00

**BALANCE THIS STATEMENT**       79,280.68     ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%    DAYS IN STATEMENT PERIOD         30
INTEREST EARNED THIS YEAR        306.36    AVERAGE LEDGER BALANCE      78,950.76
INTEREST EARNED LAST YEAR        354.72    AVERAGE COLLECTED BALANCE   78,924.02

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 09/12 | 802.47 | | 00031202190 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 09/30 | 35.68 | INTEREST PAYMENT | 9300002710 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 78,442.53 | 09/12 | 79,245.00 | 09/30 | 79,280.68 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 Huntington

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/05 - 10/31/05
ACCOUNT: 01651104532
                              EMB      C

PAGE    1 OF 1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          79,280.68

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 930,751.91 | | |
| INTEREST EARNED | 440.02 | | |
| OTHER CREDITS | 98,415.68 | | |
| **TOTAL CREDITS** | 1,029,607.61 | **TOTAL DEBITS** | 0.00 |
| **BALANCE THIS STATEMENT** | 1,108,888.29 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD              0.696%      DAYS IN STATEMENT PERIOD              31
INTEREST EARNED THIS YEAR      746.38      AVERAGE LEDGER BALANCE         776,458.72
INTEREST EARNED LAST YEAR      354.72      AVERAGE COLLECTED BALANCE      746,432.04

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 10/11 | 930,751.91 | | 00022173339 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 10/11 | 98,415.68 | TELLER TFR FRM   CHECKING 101105 XXXXXXX6960 | 06847888103 |
| 10/31 | 440.02 | INTEREST PAYMENT | 03100002650 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 79,280.68 | 10/11 | 1,108,448.27 | 10/31 | 1,108,888.29 |

*Statement Balance*    1,108,888.29

*Less outstanding*
*Cks # 1032-1078*        280,872.45

                        828,015.84  OK

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      7
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/05 - 11/30/05
ACCOUNT: 01651104532

PAGE   1 OF  2                      EMB   100

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          1,108,888.29

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED               403.92       REGULAR CHECKS PAID        665,086.75

    TOTAL CREDITS               403.92         TOTAL DEBITS             665,086.75

**BALANCE THIS STATEMENT**      444,205.46   ITEMS ENCLOSED                    100

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.681%    DAYS IN STATEMENT PERIOD           30
INTEREST EARNED THIS YEAR       1150.30      AVERAGE LEDGER BALANCE      723,613.13
INTEREST EARNED LAST YEAR        354.72      AVERAGE COLLECTED BALANCE   723,613.13

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/30 | 403.92 | INTEREST PAYMENT | 13000002616 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1032 | 3,419.55 | 11/16 | 00013060700 | 1058 | 3,955.95 | 11/15 | 00660114600 |
| 1034 * | 4,023.00 | 11/08 | 00022190102 | 1059 | 2,480.85 | 11/07 | 00660001243 |
| 1035 | 16,561.35 | 11/15 | 00022145564 | 1060 | 2,078.55 | 11/07 | 00011100649 |
| 1036 | 6,705.00 | 11/15 | 00660115843 | 1061 | 4,760.55 | 11/07 | 00011174080 |
| 1037 | 6,503.85 | 11/09 | 00013092593 | 1062 | 4,023.00 | 11/07 | 00011100682 |
| 1038 | 34,128.45 | 11/07 | 00011143809 | 1063 | 469.35 | 11/09 | 00013160929 |
| 1039 | 12,337.20 | 11/09 | 00013113757 | 1064 | 3,151.35 | 11/09 | 00033031848 |
| 1040 | 67.05 | 11/17 | 00014034850 | 1065 | 2,078.55 | 11/15 | 00660114563 |
| 1041 | 7,241.40 | 11/28 | 00011100191 | 1066 | 5,766.30 | 11/15 | 00022172883 |
| 1042 | 18,774.00 | 11/07 | 00660014331 | 1067 | 2,346.75 | 11/14 | 00011014474 |
| 1043 | 2,480.85 | 11/14 | 00011119127 | 1068 | 938.70 | 11/08 | 00022145033 |
| 1044 | 15,689.70 | 11/07 | 00011101306 | 1069 | 8,113.05 | 11/08 | 00022190594 |
| 1045 | 402.30 | 11/14 | 00660081831 | 1070 | 402.30 | 11/07 | 00011100801 |
| 1046 | 1,676.25 | 11/07 | 00011190751 | 1071 | 5,632.20 | 11/07 | 00071057755 |
| 1047 | 4,023.00 | 11/18 | 00025037607 | 1072S | 22,059.45 | 11/21 | 00010069168 |
| 1048 | 1,676.25 | 11/14 | 00660086525 | 1073 | 7,442.55 | 11/07 | 00011107133 |
| 1049 | 5,833.35 | 11/23 | 00013103111 | 1074 | 5,900.40 | 11/15 | 00022143405 |
| 1050S | 2,547.90 | 11/10 | 00014083983 | 1075 | 1,743.30 | 11/16 | 00023152417 |
| 1051 | 4,157.10 | 11/07 | 00011029000 | 1076 | 1,944.45 | 11/16 | 00023153488 |
| 1052 | 14,616.90 | 11/08 | 00022213813 | 1077 | 2,078.55 | 11/17 | 00024122844 |
| 1053 | 3,419.55 | 11/07 | 00600006204 | 1078S | 6,570.90 | 11/18 | 00015084026 |
| 1054 | 17,567.10 | 11/08 | 00022191355 | 1080 * | 2,480.85 | 11/14 | 00011059471 |
| 1055 | 134.10 | 11/21 | 00011071222 | 1082 * | 4,760.55 | 11/18 | 00660172258 |
| 1056 | 1,542.15 | 11/10 | 00014045265 | 1083 | 3,218.40 | 11/18 | 00660172259 |
| 1057 | 11,408.05 | 11/14 | 00011020965 | 1084 | 5,028.75 | 11/10 | 00660066261 |

CONTINUED

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      7
COLUMBUS OH 43216-1558

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/05 - 11/30/05
ACCOUNT: 01651104532

PAGE   2 OF   2

EMB   100

ldldldldllllmdldlllmdllldlmdlmlll

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1085 | 2,413.80 | 11/14 | 00011059500 | 1115 | 6,839.10 | 11/10 | 00660067507 |
| 1086 | 11,666.70 | 11/16 | 00023122280 | 1116 | 3,151.35 | 11/21 | 00021117622 |
| 1087 | 1,475.10 | 11/16 | 00023154355 | 1117 | 4,425.30 | 11/16 | 00023146928 |
| 1088 | 2,950.20 | 11/14 | 00011059308 | 1118 | 670.50 | 11/16 | 00023146896 |
| 1089 | 12,739.50 | 11/15 | 00022145274 | 1119 | 6,302.70 | 11/17 | 00024137121 |
| 1090 | 1,206.90 | 11/17 | 00024134268 | 1120 | 670.50 | 11/17 | 00014021737 |
| 1091 | 2,950.00 | 11/09 | 00660042575 | 1121 | 22,662.90 | 11/14 | 00011031522 |
| 1092 | 1,542.15 | 11/14 | 00011072047 | 1123 * | 4,291.20 | 11/10 | 00660070006 |
| 1093 | 1,676.25 | 11/17 | 00022127453 | 1124 | 11,398.50 | 11/10 | 00660067506 |
| 1095 * | 1,206.90 | 11/14 | 00011018165 | 1125 | 3,486.60 | 11/14 | 00011118674 |
| 1096 | 1,676.25 | 11/17 | 00024106180 | 1126 | 3,754.80 | 11/14 | 00011011552 |
| 1097 | 2,078.55 | 11/09 | 00660040267 | 1127 | 3,821.85 | 11/16 | 00023147350 |
| 1098 | 871.65 | 11/16 | 00013065904 | 1128 | 1,475.10 | 11/15 | 00022142832 |
| 1099 | 6,973.20 | 11/21 | 00011073082 | 1129 | 5,095.80 | 11/14 | 00021139099 |
| 1100 | 18,908.10 | 11/14 | 00011072270 | 1130 | 938.70 | 11/15 | 00022136874 |
| 1101 | 1,408.05 | 11/15 | 00022089425 | 1131 | 39,961.80 | 11/15 | 00022172358 |
| 1102 | 3,955.95 | 11/17 | 00024161300 | 1132 | 13,745.25 | 11/16 | 00513085925 |
| 1103 | 18,706.95 | 11/21 | 00011070272 | 1133 | 286.20 | 11/21 | 00021134970 |
| 1104 | 1,810.35 | 11/14 | 00660074015 | 1134 | 12,404.25 | 11/17 | 00024102573 |
| 1105 | 871.65 | 11/16 | 00023145546 | 1135 | 1,273.95 | 11/16 | 00022088967 |
| 1106 | 5,431.05 | 11/15 | 00022141667 | 1136 | 21,120.75 | 11/15 | 00022088256 |
| 1108 * | 6,503.85 | 11/21 | 00021112750 | 1137 | 2,480.85 | 11/16 | 00023141386 |
| 1109 | 5,498.10 | 11/21 | 00021117253 | 1138 | 8,180.10 | 11/10 | 00660069798 |
| 1110 | 3,285.45 | 11/16 | 00023140884 | 1139 | 11,264.40 | 11/10 | 00660069799 |
| 1112 * | 27,155.25 | 11/15 | 00012025283 | 1140 | 4,425.30 | 11/14 | 00660103647 |
| 1113 | 18,774.00 | 11/14 | 00011014385 | 1141 | 1,475.10 | 11/15 | 00012215748 |
| 1114 | 9,387.00 | 11/14 | 00011108568 | | | | |

(S) INDICATES THIS CHECK WAS CONVERTED TO A SUBSTITUTE CHECK
(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
    1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
    4) BEEN INCLUDED IN A LIST OF CHECKS

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 1,108,888.29 | 11/14 | 777,326.24 | 11/21 | 461,033.39 |
| 11/07 | 1,008,380.34 | 11/15 | 622,977.14 | 11/23 | 455,200.04 |
| 11/08 | 963,121.59 | 11/16 | 571,281.59 | 11/28 | 443,801.54 |
| 11/09 | 935,631.29 | 11/17 | 542,919.44 | 11/30 | 444,205.46 |
| 11/10 | 882,728.84 | 11/18 | 524,346.59 | | |

EFFECTIVE DECEMBER 2, 2005 OUR FUNDS AVAILABILITY POLICY WILL
REFLECT THE FOLLOWING ROUTING NUMBER CHANGES:
0724 2724
WILL BE MOVED FROM "SECOND" TO "FIRST BUSINESS DAY."
0911 2911
WILL BE MOVED FROM "THIRD" TO "SECOND BUSINESS DAY."
PLEASE CONTACT BUSINESS DIRECT, 1-614-480-2001, FOR MORE
INFORMATION AND TO REQUEST A NEW COPY OF OUR "POLICY"

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          2
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/05 - 12/31/05
ACCOUNT: 01651104532

PAGE   1 OF   2                   EMB     8

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        444,205.46

CREDIT SUMMARY FOR THE PERIOD            DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 590.14 | REGULAR CHECKS PAID | 433,582.08 |
| INTEREST EARNED | 39.73 | NET SERVICE CHARGE | 14.94 |
| TOTAL CREDITS | 629.87 | TOTAL DEBITS | 433,597.02 |

BALANCE THIS STATEMENT        11,238.31        ITEMS ENCLOSED                  8

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD           0.587%      DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR     1190.03      AVERAGE LEDGER BALANCE        79,895.58
INTEREST EARNED LAST YEAR      354.72      AVERAGE COLLECTED BALANCE     79,858.09

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/22 | 590.14 | | 00034046165 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 12/30 | 39.73 | INTEREST PAYMENT | 23000002613 |

---

## CHECK DETAIL

| CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER | CHECK NUMBER | AMOUNT | DATE | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 1079 | 871.65 | 12/06 | 00022178680 | 1144 * | 404,925.75 | 12/05 | 00021164573 |
| 1081 * | 1,139.85 | 12/06 | 00022177828 | 1145 | 8,913.18 | 12/20 | 00022140209 |
| 1107 * | 1,273.95 | 12/01 | 00024077130 | 1146 | 1,493.57 | 12/23 | 00015080131 |
| 1142 * | 737.56 | 12/16 | 00015140592 | 1147 | 14,226.58 | 12/22 | 00024048376 |

(*) INDICATES THE PRIOR SEQUENTIALLY NUMBERED CHECK(S) IS MISSING. THESE CHECKS MAY HAVE:
    1) BEEN VOIDED BY YOU, 2) NOT YET PRESENTED TO THE BANK, 3) APPEARED ON A PREVIOUS STATEMENT, OR
    4) BEEN INCLUDED IN A LIST OF CHECKS

---

## SERVICE CHARGE DETAIL   IS FOR SERVICE USAGE IN THE PRIOR PERIOD

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/15 | 14.94 | CHECKS PAID |

CONTINUED

*Bank Bal.        11,238.31*
*1094 Outstanding    1,408.05*
*                   09.30.06 pt*

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/06 - 01/31/06
ACCOUNT: 01651104532                EMB      0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          11,238.31

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                   5.25

      TOTAL CREDITS                 5.25          TOTAL DEBITS              0.00

BALANCE THIS STATEMENT          11,243.56        ITEMS ENCLOSED               0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 5.25 | AVERAGE LEDGER BALANCE | 11,238.31 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 11,238.31 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 01/31 | 5.25 | INTEREST PAYMENT | 13100002620 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 11,238.31 | 01/31 | 11,243.56 | | |

*Bank Bal      11,243.56*
*1,408 05*
*9,835 51 OK*

57607

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/06 - 02/28/06
ACCOUNT: 01651104532

PAGE   1 OF 1                EMB    0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            11,243.56

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                611.80
  INTEREST EARNED                   4.80

    TOTAL CREDITS                  616.60        TOTAL DEBITS                  0.00

BALANCE THIS STATEMENT          11,860.16        ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD               0.550%        DAYS IN STATEMENT PERIOD        28
INTEREST EARNED THIS YEAR          10.05        AVERAGE LEDGER BALANCE    11,418.36
INTEREST EARNED LAST YEAR        1190.03        AVERAGE COLLECTED BALANCE 11,385.96

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 02/21 | 611.80 | | 00042079869 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 02/28 | 4.80 | INTEREST PAYMENT | 22800002666 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/31 | 11,243.56 | 02/21 | 11,855.36 | 02/28 | 11,860.16 |

*Bank Bal*        11,860.16
*CK.# 1094*        1,408.05
                  10,452 11 OK✓

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
03/01/06 - 03/31/06
ACCOUNT: 01651104532                    EMB      0

PAGE    1 OF 1

hluldudaddllumdldalllmmdldblmuhmdd

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          11,860.16

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 5.54

    TOTAL CREDITS                 5.54          TOTAL DEBITS                    0.00

BALANCE THIS STATEMENT         11,865.70       ITEMS ENCLOSED                     0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%        DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR        15.59        AVERAGE LEDGER BALANCE       11,860.16
INTEREST EARNED LAST YEAR      1190.03        AVERAGE COLLECTED BALANCE    11,860.16

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 03/31 | 5.54 | INTEREST PAYMENT | 33100002594 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 11,860.16 | 03/31 | 11,865.70 | | |

*Bank Bal*   11,865.70
*Ck# 1094*    1408.05
              10,457.65 OK

55621

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD :
04/01/06 - 04/30/06
ACCOUNT: 01651104532

PAGE   1 OF 1                    EMB    0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          11,865.70

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 3,140.16 | | |
| INTEREST EARNED | 5.37 | | |
| TOTAL CREDITS | 3,145.53 | TOTAL DEBITS | 0.00 |

BALANCE THIS STATEMENT          15,011.23      ITEMS ENCLOSED                0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.552%       DAYS IN STATEMENT PERIOD           30
INTEREST EARNED THIS YEAR       20.96        AVERAGE LEDGER BALANCE          12,179.71
INTEREST EARNED LAST YEAR     1190.03        AVERAGE COLLECTED BALANCE       11,865.71

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 04/28 | 3,140.16 ✓ | | 00035002492 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 04/28 | 5.37 | INTEREST PAYMENT | 42800002744 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/31 | 11,865.70 | 04/28 | 15,011.23 | | |

IMPORTANT NOTICE
THE FOLLOWING PRICE CHANGES ARE EFFECTIVE JUNE 1, 2006:
MONTHLY SERVICE FEE: $16.00
EACH DEPOSIT: $0.50 (AFTER FIRST 10).
EACH CHECK DEPOSITED: $0.13 (VOLUME 21-4,999), $0.12 (5,000+)
EACH CHECK PAID: $0.19 (VOLUME 21-499), $0.18 (VOLUME 500+).
REDEPOSIT OF RETURNED DEPOSIT ITEM: $5 PER ITEM FOR VOLUME OF
1-10, $4 FOR VOLUME OF 11-50, AND $3 FOR VOLUME OF 51 PLUS.

15,011.23
<1,408.05> #1094
_____
13,603.18  ok bal.

59788

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR        STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS           05/01/06 - 05/31/06
105 E 4TH ST STE 500                  ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                      EMB      0

                                      PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            15,011.23

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                  6.97

       TOTAL CREDITS               6.97          TOTAL DEBITS              0.00

BALANCE THIS STATEMENT            15,018.20    ITEMS ENCLOSED                 0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                 0.550%    DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR            27.93     AVERAGE LEDGER BALANCE     15,011.23
INTEREST EARNED LAST YEAR          1190.03     AVERAGE COLLECTED BALANCE  14,937.81

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 05/31 | 6.97 | INTEREST PAYMENT | 5310000270? |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/30 | 15,011.23 | 05/31 | 15,018.20 | | |

15018.20
#1084 (1408.05)
————————
13610.15   ok
           bal
           6/7/06

59449

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37     1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
06/01/06 - 06/30/06
ACCOUNT: 01651104532

PAGE   1 OF 1

EMB   0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            15,018.20

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | | | |
|---|---|---|---|
| REGULAR DEPOSITS | 287.34 | | |
| INTEREST EARNED | 6.88 | | |
| TOTAL CREDITS | 294.22 | TOTAL DEBITS | 0.00 |

**BALANCE THIS STATEMENT**            15,312.42        ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD              0.551%      DAYS IN STATEMENT PERIOD              30
INTEREST EARNED THIS YEAR       34.81      AVERAGE LEDGER BALANCE          15,212.54
INTEREST EARNED LAST YEAR     1190.03      AVERAGE COLLECTED BALANCE       15,204.47

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 06/08 | 157.60 ✓ | | 00024177584 | 06/14 | 129.74 ✓ | | 00043008202 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 06/30 | 6.88 | INTEREST PAYMENT | 63000002649 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/31 | 15,018.20 | 06/14 | 15,305.54 | | |
| 06/08 | 15,175.80 | 06/30 | 15,312.42 | | |

15,312.42
<1,408.05>  # 1094
_____
13,904.37   ck bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/06 - 07/31/06
ACCOUNT: 01651104532

PAGE    1 OF 1          EMB       0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,312.42

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS              113.76
  INTEREST EARNED                 7.16

    TOTAL CREDITS               120.92          TOTAL DEBITS              0.00

BALANCE THIS STATEMENT        15,433.34       ITEMS ENCLOSED               0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%      DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR         41.97      AVERAGE LEDGER BALANCE        15,341.77
INTEREST EARNED LAST YEAR       1190.03      AVERAGE COLLECTED BALANCE     15,338.10

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 07/24 | 113.76 ✓ | | 00041101134 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 07/31 | 7.16 ✓ | INTEREST PAYMENT | 73100002637 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/30 | 15,312.42 | 07/24 | 15,426.18 | 07/31 | 15,433.34 |

15,433.34
<1,408.05> #1094
_____
14,025.29  deb bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      1
COLUMBUS OH 43216-1558

**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/06 - 08/31/06
ACCOUNT: 01651104532

EMB        0

PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            15,433.34

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

| | |
|---|---|
| REGULAR DEPOSITS | 310.65 |
| INTEREST EARNED | 7.29 |

TOTAL CREDITS            317.94              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**          15,751.28        ITEMS ENCLOSED                    0

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD | | | |
| EARNED THIS PERIOD | 0.551% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 49.26 | AVERAGE LEDGER BALANCE | 15,642.36 |
| INTEREST EARNED LAST YEAR | 1190.03 | AVERAGE COLLECTED BALANCE | 15,612.36 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/04 | 205.01 ✓ | | 00045056892 | 08/25 | ✓41.31 | | 00025084300 |
| 08/25 | 64.33 ✓ | | 00025084298 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 7.29 | INTEREST PAYMENT | 83100002604 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 15,433.34 | 08/25 | 15,743.99 | | |
| 08/04 | 15,638.35 | 08/31 | 15,751.28 | | |

15,751.28
<1,408.05> #1094
————
14,343.23 Mt bal.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR       STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS          09/01/06 - 09/30/06
105 E 4TH ST STE 500                 ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                      EMB        0

                                     PAGE    1 OF 1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,751.28

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 7.12

       TOTAL CREDITS              7.12         TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**       15,758.40    ITEMS ENCLOSED               0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             0.551%      DAYS IN STATEMENT PERIOD        30
INTEREST EARNED THIS YEAR        56.38      AVERAGE LEDGER BALANCE    15,751.28
INTEREST EARNED LAST YEAR      1190.03      AVERAGE COLLECTED BALANCE 15,751.28

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 09/29 | 7.12 | INTEREST PAYMENT | 92900002638 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 15,751.28 | 09/29 | 15,758.40 | | |

15,758.40
< 1,408.05 > # 1094
————————
14,350.35  ck bal.

61864

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/06 - 10/31/06
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          15,758.40

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

   REGULAR DEPOSITS              265.13
   INTEREST EARNED                 7.40

      TOTAL CREDITS              272.53           TOTAL DEBITS              0.00

BALANCE THIS STATEMENT         16,030.93    ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD             0.551%    DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR        63.78     AVERAGE LEDGER BALANCE      15,845.93
INTEREST EARNED LAST YEAR      1190.03     AVERAGE COLLECTED BALANCE   15,837.38

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/18 | 110.52 | | 00033085493 | 10/30 | 83.18 | | 00021286241 |
| 10/18 | 71.43 | | 00033085490 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|----------------------------|------------------|
| 10/31 | 7.40 | INTEREST PAYMENT | 03100002622 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 15,758.40 | 10/30 | 16,023.53 | | |
| 10/18 | 15,940.35 | 10/31 | 16,030.93 | | |

16,030.93
<1,408.05> ck# 1094

14,622.88  ok bal

63040

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558

 Huntington

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
11/01/06 - 11/30/06
ACCOUNT: 01651104532

PAGE    1 OF 1                    EMB        0

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            16,030.93

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 133.00 | | |
| INTEREST EARNED | 6.81 | | |
| TOTAL CREDITS | 139.81 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 16,170.74 | ITEMS ENCLOSED | 0 |

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD                0.516%      DAYS IN STATEMENT PERIOD              30
INTEREST EARNED THIS YEAR         70.59       AVERAGE LEDGER BALANCE         16,079.69
INTEREST EARNED LAST YEAR         1190.03     AVERAGE COLLECTED BALANCE      16,075.26

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 11/20 | 133.00 ✓ | | 00041081299 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 11/30 | 6.81 | INTEREST PAYMENT | 13000002618 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/31 | 16,030.93 | 11/20 | 16,163.93 | 11/30 | 16,170.74 |

16,170.74
<1,408.05> #1094
———
14,762.69 ck bal.

61522

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09     AE
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
12/01/06 - 12/31/06
ACCOUNT: 01651104532          EMB      0

PAGE   1 OF   1

---

**BUSINESS INTEREST CHECKING ACCOUNT**

BALANCE LAST STATEMENT            16,170.74

CREDIT SUMMARY FOR THE PERIOD          DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS               125.27
    INTEREST EARNED                  6.88

        TOTAL CREDITS              132.15          TOTAL DEBITS              0.00

BALANCE THIS STATEMENT            16,302.89     ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD             0.500%     DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR          77.47     AVERAGE LEDGER BALANCE      16,219.23
INTEREST EARNED LAST YEAR        1190.03     AVERAGE COLLECTED BALANCE   16,215.19

---

**REGULAR DEPOSITS**

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 12/20 | 125.27 | ✓ | 00043093067 | | | | |

---

**OTHER CREDITS**

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 12/29 | 6.88 | INTEREST PAYMENT | 22900002655 |

---

**BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/30 | 16,170.74 | 12/20 | 16,296.01 | 12/29 | 16,302.89 |

16.302.89
<1.408.05 > # 1094
─────────
14.894.84  de bal.


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
01/01/07 - 01/31/07
ACCOUNT: 01651104532                    EMI        0

PAGE     1 OF   1

llulululillllmmllllullllmmllilliludulilll

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            16,302.89

CREDIT SUMMARY FOR THE PERIOD                   DEBIT SUMMARY FOR THE PERIOD

   INTEREST EARNED                6.93

        TOTAL CREDITS             6.93        TOTAL DEBITS                     0.00

**BALANCE THIS STATEMENT**        16,309.82   ITEMS ENCLOSED                      0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD             0.501%      DAYS IN STATEMENT PERIOD           31
INTEREST EARNED THIS YEAR         6.93        AVERAGE LEDGER BALANCE       16,302.89
INTEREST EARNED LAST YEAR         77.47       AVERAGE COLLECTED BALANCE    16,302.89

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 01/31 | 6.93 | INTEREST PAYMENT | 13100002641 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/31 | 16,302.89 | 01/31 | 16,309.82 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09
COLUMBUS OH 43216-1558


**Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
02/01/07 - 02/28/07
ACCOUNT: 01651104532

PAGE   1 OF   1                    EMI      0

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT           16,309.82

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                 6.25

     TOTAL CREDITS                6.25              TOTAL DEBITS            0.00

**BALANCE THIS STATEMENT**       16,316.07    ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD              0.500%    DAYS IN STATEMENT PERIOD         28
INTEREST EARNED THIS YEAR        13.18     AVERAGE LEDGER BALANCE      16,309.82
INTEREST EARNED LAST YEAR        77.47     AVERAGE COLLECTED BALANCE   16,309.82

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 02/28 | 6.25 | INTEREST PAYMENT | 22800002666 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/31 | 16,309.82 | 02/28 | 16,316.07 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 00
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             03/01/07 - 03/31/07
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMI        0

                                        PAGE   1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              16,316.07

CREDIT SUMMARY FOR THE PERIOD                   DEBIT SUMMARY FOR THE PERIOD

   INTEREST EARNED                   6.93

      TOTAL CREDITS                  6.93           TOTAL DEBITS              0.00

BALANCE THIS STATEMENT          16,323.00       ITEMS ENCLOSED                 0

AVERAGE PERCENTAGE YIELD
   EARNED THIS PERIOD              0.501%       DAYS IN STATEMENT PERIOD      31
INTEREST EARNED THIS YEAR          20.11       AVERAGE LEDGER BALANCE    16,316.07
INTEREST EARNED LAST YEAR          77.47       AVERAGE COLLECTED BALANCE 16,316.07

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|-------------------|
| 03/30 | 6.93 | INTEREST PAYMENT | 33000002596 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/28 | 16,316.07 | 03/30 | 16,323.00 | | |

IMPORTANT NOTICE-PRICE CHANGES EFFECTIVE MAY 1, 2007
IN-BRANCH CASH DEPOSIT PROCESSING: $.0011 PER $1 DEPOSITED
AFTER FIRST $1,000 FREE PER MONTH.  STATEMENT-CUSTOM TIMING:
$15 PER STATEMENT.  DEPOSIT CORRECTION: $5 PER ITEM.
OVERDRAFT FEE/NSF RETURNED ITEM FEE: $34 PER ITEM.
DEPOSIT TO DEPOSIT OVERDRAFT PROTECTION:$10 DAILY TRANSFER FEE

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09-- ----
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
04/01/07 - 04/30/07
ACCOUNT: 01651104532        EMI    0

PAGE    1 OF    1

|ılıılıılıılıılıılıııılıılılılılıılıııılılılılıılıılılıılıılıl|

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT                16,323.00

CREDIT SUMMARY FOR THE PERIOD                          DEBIT SUMMARY FOR THE PERIOD

  INTEREST EARNED                          6.71

        TOTAL CREDITS                      6.71            TOTAL DEBITS                0.00

**BALANCE THIS STATEMENT**             16,329.71          ITEMS ENCLOSED               0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                     0.501%          DAYS IN STATEMENT PERIOD            30
INTEREST EARNED THIS YEAR                26.82           AVERAGE LEDGER BALANCE       16,323.00
INTEREST EARNED LAST YEAR                77.47           AVERAGE COLLECTED BALANCE    16,323.00

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 04/30 | 6.71 | INTEREST PAYMENT | 43000002727 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 03/31 | 16,323.00 | 04/30 | 16,329.71 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 OS_. .-.
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
05/01/07 - 05/31/07
ACCOUNT: 01651104532                EMI      0

PAGE   1 OF   1

lılıldldlıdllıllıldldlllılıldldlllıldlılıdll

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            16,329.71

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS              3,145.49
    INTEREST EARNED                   7.59

        TOTAL CREDITS            3,153.08            TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT          19,482.79**     ITEMS ENCLOSED                   0

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD              0.500%     DAYS IN STATEMENT PERIOD          31
INTEREST EARNED THIS YEAR          34.41     AVERAGE LEDGER BALANCE      18,054.65
INTEREST EARNED LAST YEAR          77.47     AVERAGE COLLECTED BALANCE   17,880.17

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 05/15 | 3,145.49 | | 00022140999 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 05/31 | 7.59 | INTEREST PAYMENT | 53100002626 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/30 | 16,329.71 | 05/15 | 19,475.20 | 05/31 | 19,482.79 |

            IMPORTANT NOTICE FOR BUSINESS OVERDRAFT PROTECTION ACCOUNTS
            EFFECTIVE 7/1/2007 THE INTEREST RATE ON YOUR ACCOUNT WILL BE
            EQUAL TO 6.75 PERCENTAGE POINTS IN EXCESS OF THE PRIME
            COMMERCIAL RATE AS OF THE CLOSE OF BUSINESS ON THE 1ST DAY OF
            THAT MONTHLY STATEMENT PERIOD. THE PRIME COMMERCIAL RATE SHALL
            MEAN THE RATE ESTABLISHED BY US FROM TIME TO TIME BASED ON OUR
            CONSIDERATION OF ECONOMIC, MONEY MARKET, BUSINESS AND
            COMPETITIVE FACTORS.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        0 09520901
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             06/01/07 - 06/30/07
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                        EMI      0

                                        PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT              19,482.79

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS                   187.67
  INTEREST EARNED                      8.07

        TOTAL CREDITS                195.74              TOTAL DEBITS            0.00

**BALANCE THIS STATEMENT**           19,678.53    ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD                  0.501%    DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR             42.48     AVERAGE LEDGER BALANCE      19,639.18
INTEREST EARNED LAST YEAR             77.47     AVERAGE COLLECTED BALANCE   19,632.91

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 06/06 | 187.67 | | 00033058476 | | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 06/29 | 8.07 | INTEREST PAYMENT | 62900002593 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/31 | 19,482.79 | 06/06 | 19,670.46 | 06/29 | 19,678.53 |

THE HUNTINGTON NATIONAL BANK    Case 1:05-cv-01031-GCB    Document 123-11    Filed 12/14/2007    Page 50 of 54
PO BOX 1558 EA1W37         0 09
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
07/01/07 - 07/31/07
ACCOUNT: 01651104532                    EMI        0

PAGE    1 OF    1

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT            19,678.53

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 283.78 | | |
| INTEREST EARNED | 8.37 | | |
| TOTAL CREDITS | 292.15 | TOTAL DEBITS | 0.00 |
| BALANCE THIS STATEMENT | 19,970.68 | ITEMS ENCLOSED | 0 |

| AVERAGE PERCENTAGE YIELD | | | |
|---|---|---|---|
| EARNED THIS PERIOD | 0.501% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 50.85 | AVERAGE LEDGER BALANCE | 19,738.45 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 19,702.49 |

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 07/23 | 109.73 | | 00021159968 | 07/27 | 174.05 | | 00035101226 |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 07/31 | 8.37 | INTEREST PAYMENT | 73100002631 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/30 | 19,678.53 | 07/27 | 19,962.31 | | |
| 07/23 | 19,788.26 | 07/31 | 19,970.68 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          O 09EA4W34
COLUMBUS OH 43216-1558

 Huntington

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
08/01/07 - 08/31/07
ACCOUNT: 01651104532
EMI          0

PAGE   1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          19,970.68

| CREDIT SUMMARY FOR THE PERIOD | | DEBIT SUMMARY FOR THE PERIOD | |
|---|---|---|---|
| REGULAR DEPOSITS | 131.24 | | |
| INTEREST EARNED | 8.48 | | |
| TOTAL CREDITS | 139.72 | TOTAL DEBITS | 0.00 |
| **BALANCE THIS STATEMENT** | **20,110.40** | ITEMS ENCLOSED | 0 |

| | | | |
|---|---|---|---|
| AVERAGE PERCENTAGE YIELD EARNED THIS PERIOD | 0.500% | DAYS IN STATEMENT PERIOD | 31 |
| INTEREST EARNED THIS YEAR | 59.33 | AVERAGE LEDGER BALANCE | 19,991.84 |
| INTEREST EARNED LAST YEAR | 77.47 | AVERAGE COLLECTED BALANCE | 19,987.58 |

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 08/27 | 105.64 | | 00031112233 | 08/27 | 25.60 | | 00031111599 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| 08/31 | 8.48 | INTEREST PAYMENT | 83100002667 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 19,970.68 | 08/27 | 20,101.92 | 08/31 | 20,110.40 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37      0 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
09/01/07 - 09/30/07
ACCOUNT: 01651104532       EMI      0

PAGE   1 OF   1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT          20,110.40

CREDIT SUMMARY FOR THE PERIOD                    DEBIT SUMMARY FOR THE PERIOD

REGULAR DEPOSITS                26.35
INTEREST EARNED                  8.27

TOTAL CREDITS                   34.62            TOTAL DEBITS                    0.00

**BALANCE THIS STATEMENT**      20,145.02        ITEMS ENCLOSED                     0

AVERAGE PERCENTAGE YIELD
EARNED THIS PERIOD            0.501%             DAYS IN STATEMENT PERIOD          30
INTEREST EARNED THIS YEAR       67.60            AVERAGE LEDGER BALANCE      20,119.18
INTEREST EARNED LAST YEAR       77.47            AVERAGE COLLECTED BALANCE   20,116.58

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 09/21 | 26.35 | | 00035084066 | | | | |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|------------------------------|------------------|
| 09/28 | 8.27 | INTEREST PAYMENT | 92800005512 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 08/31 | 20,110.40 | 09/21 | 20,136.75 | 09/28 | 20,145.02 |



MICHAEL R BARRETT RECEIVER FOR
STEVEN G DONAHUE ATTN.CHRIS
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/07 - 10/31/07
ACCOUNT: 01651104532

EMI    0

PAGE    1 OF    1

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT        20,145.02

CREDIT SUMMARY FOR THE PERIOD              DEBIT SUMMARY FOR THE PERIOD

    REGULAR DEPOSITS              84.25
    INTEREST EARNED                8.57

        TOTAL CREDITS            92.82              TOTAL DEBITS              0.00

**BALANCE THIS STATEMENT**    20,237.84    ITEMS ENCLOSED                      0

AVERAGE PERCENTAGE YIELD
    EARNED THIS PERIOD          0.501%    DAYS IN STATEMENT PERIOD            31
INTEREST EARNED THIS YEAR      76.17    AVERAGE LEDGER BALANCE        20,181.02
INTEREST EARNED LAST YEAR      77.47    AVERAGE COLLECTED BALANCE     20,178.31

---

### REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 10/04 | 25.07 | | 00044004561 | 10/25 | 59.18 | | 00044039464 |

---

### OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 10/31 | 8.57 | INTEREST PAYMENT | 03100005504 |

---

### BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 20,145.02 | 10/25 | 20,229.27 | | |
| 10/04 | 20,170.09 | 10/31 | 20,237.84 | | |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37          0 09EA4W34
COLUMBUS OH 43216-1558

 **Huntington**

MICHAEL R BARRETT RECEIVER FOR          STATEMENT PERIOD
STEVEN G DONAHUE ATTN.CHRIS             11/01/07 - 11/30/07
105 E 4TH ST STE 500                    ACCOUNT: 01651104532
CINCINNATI OH 45202-4015                                              EMI      0

                                        PAGE   1 OF   1

IıIııIııIıııIIıııIıIıIıIIıııııIIIıIıIıııIııIıIl

---

## BUSINESS INTEREST CHECKING ACCOUNT

BALANCE LAST STATEMENT           20,237.84

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD

  REGULAR DEPOSITS              292.35
  INTEREST EARNED                 8.35                    ⟍ 80.41
                                                          ⟍ 321.95
    TOTAL CREDITS               300.70          TOTAL DEBITS                 0.00

**BALANCE THIS STATEMENT**     20,538.54       ITEMS ENCLOSED                  0

AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD            0.501%          DAYS IN STATEMENT PERIOD       30
INTEREST EARNED THIS YEAR       84.52          AVERAGE LEDGER BALANCE    20,323.48
INTEREST EARNED LAST YEAR       77.47          AVERAGE COLLECTED BALANCE 20,313.75

---

## REGULAR DEPOSITS

| DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER | DATE | AMOUNT | SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|---------------|------------------|------|--------|---------------|------------------|
| 11/15 | 133.00 | | 00014082900 | 11/27 | 27.26 | | 00032072732 |
| 11/27 | 34.05 | | 00032072730 | 11/29 | 98.04 | | 00044094819 |

---

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 11/30 | 8.35 | INTEREST PAYMENT | 13000005680 |

---

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/31 | 20,237.84 | 11/27 | 20,432.15 | 11/30 | 20,538.54 |
| 11/15 | 20,370.84 | 11/29 | 20,530.19 | | |

Reconciliation
  20538.54
     80.41    12-11-07
    321.95    12-12-07
  _____
  20940.90
  ⟨1408.05⟩  # 1094   still outstding

$ 19532.85  ok bal. 12·12·07
   1408.05  void #1094
  _____
  $20940.90