# EXHIBIT D

Case 1:01-cv-00116-SSB-TSH    Document 123-12    Filed 12/14/2007    Page 1 of 2

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37        1
COLUMBUS OH 43216-1558



MICHAEL R BARRETT RECEIVER FOR
STEPHEN G DONOHUE & SG DONOHUE CO
105 E 4TH ST STE 500
CINCINNATI OH 45202-4015

STATEMENT PERIOD
10/01/05 - 10/31/05
ACCOUNT: 01651116960
(CLOSED)                EMB    0
PAGE    1 OF 1

## BUSINESS PREMIER MONEY MARKET ACCOUNT

BALANCE LAST STATEMENT          98,349.13

CREDIT SUMMARY FOR THE PERIOD                DEBIT SUMMARY FOR THE PERIOD
  INTEREST EARNED                 66.55        OTHER DEBITS              98,415.68
     TOTAL CREDITS                66.55         TOTAL DEBITS             98,415.68
BALANCE THIS STATEMENT             0.00        ITEMS ENCLOSED                    0
AVERAGE PERCENTAGE YIELD
  EARNED THIS PERIOD             2.499%        DAYS IN STATEMENT PERIOD         30
INTEREST EARNED THIS YEAR       1507.77        AVERAGE LEDGER BALANCE     98,149.87
INTEREST EARNED LAST YEAR        778.72        AVERAGE COLLECTED BALANCE  98,149.87

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 10/11 | 66.55 | INTEREST PAYMENT | 01100000471 |

## OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION / SERIAL NUMBER | REFERENCE NUMBER |
|------|--------|-----------------------------|------------------|
| 10/11 | 0.00 | ACCOUNT CLOSING TRANSACTION | RTNL651 |
| 10/11 | 98,415.68 | TELLER TFR TO    CHECKING 101105 XXXXXXX4532 | 06847888102 |

## BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/30 | 98,349.13 | 10/11 | 0.00 | | |

57475