# EXHIBIT E



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | PAGE 1 |
| STATEMENT PERIOD 11/20/03 THROUGH 12/19/03 | ACCOUNT NUMBER 0033110417 |
| PRIVATE BANKING OFFICE | TELEPHONE NUMBER 513 579-4222 |

MICHAEL R BARRETT RECEIVER        O
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | |
|---|---|
| 11/20 BALANCE | 158,612.59 |
| 2 DEPOSITS | 78,482.12 |
| 1 WITHDRAWALS/FEES | 11.94 |
| INTEREST EARNED | 106.18 |
| INTEREST WITHHELD | |
| 12/19 BALANCE | 237,188.95 |

2003 INTEREST EARNED IS 1,970.65 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/20 | 21,900.00+ | DEPOSIT |
| 11/28 | 106.18+ | INTEREST |
| 12/05 | 56,582.12+ | DEPOSIT |
| 12/12 | 11.94 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|---|---|---|---|
| 11/20 | 180,512.59 | 11/28 | 180,618.77 | 12/05 | 237,200.89 | 12/12 | 237,188.95 |

*12/29/03*
*DDT*
*for your handling*
*MB*

*papers I didn't know where to file.*





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH 45202-2409

| | |
|---|---|
| MAXSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 12/20/03 THROUGH 01/16/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | 513  579-4222 |
| OFFICE | TELEPHONE NUMBER |

| | |
|---|---:|
| 12/20 BALANCE | 237,188.95 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 14.68 |
| INTEREST EARNED | 142.60 |
| INTEREST WITHHELD | |
| 01/16 BALANCE | 237,316.87 |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/31 | 142.60+ | INTEREST |
| 01/16 | 14.68 | SERVICE CHARGE |

| DATE | DAILY BALANCE | DATE | DAILY BALANCE |
|---|---|---|---|
| 12/31 | 237,331.55 | 01/16 | 237,316.87 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER         O
C/O ULMER & BERNE LLP
600 VINE STREET
SUITE 2800
CINCINNATI OH  45202-2409

| | MAXSAVER | 1 PAGE |
|---|---|---|
| | 01/17/04 THROUGH 02/19/04 | 0033110417 |
| | STATEMENT PERIOD | ACCOUNT NUMBER |
| | PRIVATE BANKING | 513   579-4222 |
| | OFFICE | TELEPHONE NUMBER |
| 01/17 BALANCE | | 237,316.87 |
| 0 DEPOSITS | | 0.00 |
| 1 WITHDRAWALS/FEES | | 13.86 |
| INTEREST EARNED | | 150.40 |
| INTEREST WITHHELD | | |
| 02/19 BALANCE | | 237,453.41 |

```
                2004 INTEREST EARNED IS 150.40 FOR TAX ID 31-6659292
```

DATE——————AMOUNT——————DESCRIPTION

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 01/30 | 150.40+ | INTEREST |
| 02/13 | 13.86 | SERVICE CHARGE |

—————DAILY BALANCE—————  —————DAILY BALANCE—————  —————DAILY BALANCE—————  —————DAILY BALANCE—————

| 01/30 | 237,467.27 | 02/13 | 237,453.41 |
|---|---|---|---|



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| MAXSAVER | PAGE 1 |
| ACCOUNT TYPE | |
| 02/20/04 THROUGH 03/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | 513  579-4222 |
| OFFICE | TELEPHONE NUMBER |

| | | |
|---|---|---|
| 02/20 | BALANCE | 237,453.41 |
| 0 | DEPOSITS | 0.00 |
| 1 | WITHDRAWALS/FEES | 13.86 |
| | INTEREST EARNED | 88.42 |
| | INTEREST WITHHELD | |
| 03/19 | BALANCE | 237,527.97 |

2004 INTEREST EARNED IS 238.82 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/27 | 88.42+ | INTEREST |
| 03/12 | 13.86 | SERVICE CHARGE |

DAILY BALANCE

| Date | Balance | Date | Balance |
|---|---|---|---|
| 02/27 | 237,541.83 | 03/12 | 237,527.97 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

|ılıılılııılıllııılılılııılllııllııılılıılıılılı

MICHAEL R BARRETT RECEIVER            O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| ACCOUNT TYPE | PAGE |
|---|---|
| PRIVATE BANKING | 1 |

| STATEMENT PERIOD | ACCOUNT NUMBER |
|---|---|
| 03/20/04 THROUGH 04/19/04 | 0033110417 |

| OFFICE | TELEPHONE NUMBER |
|---|---|
|  | (513) 579-4222 |

| 03/20 BALANCE | 237,527.97 |
|---|---|
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.40 |
| INTEREST WITHHELD |  |
| 04/19 BALANCE | 237,604.46 |

2004 INTEREST EARNED IS 329.22 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/31 | 90.40+ | INTEREST |
| 04/16 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 03/31 | 237,618.37 | 04/16 | 237,604.46 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | PAGE 1 |
| ACCOUNT TYPE | |
| 04/20/04 THROUGH 05/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER         O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 04/20 BALANCE | 237,604.46 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 87.52 |
| INTEREST WITHHELD | |
| 05/19 BALANCE | 237,678.07 |

2004 INTEREST EARNED IS 416.74 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/30 | 87.52+ | INTEREST |
| 05/14 | 13.91 | SERVICE CHARGE |

DAILY BALANCE

| 04/30 | 237,691.98 | 05/14 | 237,678.07 |
|---|---|---|---|





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH  45263-0900

| | |
|---|---|
| MAXSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 05/20/04 THROUGH 06/18/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER           O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 05/20 BALANCE | 237,678.07 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.46 |
| INTEREST WITHHELD | |
| 06/18 BALANCE | 237,754.62 |

```
                2004 INTEREST EARNED IS 507.20 FOR TAX ID 31-6659292
DATE        AMOUNT         DESCRIPTION
05/28       90.46+         INTEREST
06/11       13.91          SERVICE CHARGE

      DAILY BALANCE              DAILY BALANCE              DAILY BALANCE              DAILY BALANCE
05/28       237,768.53   06/11      237,754.62
```


**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

MICHAEL R BARRETT RECEIVER    O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---:|
| ACCOUNT TYPE | PAGE |
| 05/20/04 THROUGH 06/18/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |
| 05/20 BALANCE | 237,678.07 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 90.46 |
| INTEREST WITHHELD | |
| 06/18 BALANCE | 237,754.62 |

2004 INTEREST EARNED IS 507.20 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 05/28 | 90.46+ | INTEREST |
| 06/11 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---|---|---|
| 05/28 | 237,768.53 | 06/11 | 237,754.62 |



| | |
|---|---|
| **Fifth Third Bank** | Filed 12/14/2007 Page 10 of 18  1 |
| P.O. BOX 630900 CINCINNATI OH 45263-0900 | MAXSAVER  PAGE |
| | ACCOUNT TYPE |
| | 06/19/04 THROUGH 07/19/04   0033110417 |
| | STATEMENT PERIOD   ACCOUNT NUMBER |
| | PRIVATE BANKING   (513) 579-4222 |
| | OFFICE   TELEPHONE NUMBER |

```
MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700
```

| | |
|---|---:|
| 06/19 BALANCE | 237,754.62 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 87.57 |
| INTEREST WITHHELD | |
| 07/19 BALANCE | 237,828.28 |

2004 INTEREST EARNED IS 594.77 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 06/30 | 87.57+ | INTEREST |
| 07/15 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---:|---|---:|
| 06/30 | 237,842.19 | 07/15 | 237,828.28 |





**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH  45263-0900

MICHAEL R BARRETT RECEIVER                    O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| ACCOUNT TYPE | PAGE |
| 07/20/04 THROUGH 08/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

| | |
|---|---:|
| 07/20 BALANCE | 237,828.28 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 102.82 |
| INTEREST WITHHELD | |
| 08/19 BALANCE | 237,917.19 |

2004 INTEREST EARNED IS 697.59 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 07/30 | 102.82+ | INTEREST |
| 08/13 | 13.91 | SERVICE CHARGE |

—DAILY BALANCE—          —DAILY BALANCE—          —DAILY BALANCE—          —DAILY BALANCE—

| 07/30 | 237,931.10 | 08/13 | 237,917.19 |
|---|---|---|---|



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | PAGE |
| PRIVATE BANKING | 1 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| 08/20/04 THROUGH 09/17/04 | 0033110417 |
| OFFICE | TELEPHONE NUMBER |
| | (513) 579-4222 |

MICHAEL R BARRETT RECEIVER     0
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---:|
| 08/20 BALANCE | 237,917.19 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 115.17 |
| INTEREST WITHHELD | |
| 09/17 BALANCE | 238,018.45 |

2004 INTEREST EARNED IS 812.76 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 08/31 | 115.17+ | INTEREST |
| 09/15 | 13.91 | SERVICE CHARGE |

DAILY BALANCE

| 08/31 | 238,032.36 | 09/15 | 238,018.45 |
|---|---|---|---|

# Fifth Third Bank

09/12/2005
Page: 001

MICHAEL R BARRETT RECEIVER - 0033110417

LAST STMT:  238,375.36 12/17/04
CURR LED :  239,861.20
AVAILABLE:  239,861.20

| S | TRACE# | SERIAL# | ITEM $ AMOUNT | POST | DESCRIPTION |
|---|--------|---------|---------------|------|-------------|
|   |        |         | 238,375.36    | 12/17 | *** LAST STATEMENT BALANCE *** |
| I | 6990   |         | 151.07+       | 12/31 | INTEREST |
|   |        |         | 238,526.43    | 12/31 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 01/18 | SERVICE CHARGE |
|   |        |         | 238,512.12    | 01/18 | *** DAILY BALANCE *** |
| I | 6990   |         | 151.57+       | 01/31 | INTEREST |
|   |        |         | 238,663.69    | 01/31 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 02/11 | SERVICE CHARGE |
|   |        |         | 238,649.38    | 02/11 | *** DAILY BALANCE *** |
| I | 6990   |         | 141.20+       | 02/28 | INTEREST |
|   |        |         | 238,790.58    | 02/28 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 03/14 | SERVICE CHARGE |
|   |        |         | 238,776.27    | 03/14 | *** DAILY BALANCE *** |
| I | 6990   |         | 161.82+       | 03/31 | INTEREST |
|   |        |         | 238,938.09    | 03/31 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 04/14 | SERVICE CHARGE |
|   |        |         | 238,923.78    | 04/14 | *** DAILY BALANCE *** |
| I | 6990   |         | 190.54+       | 04/29 | INTEREST |
|   |        |         | 239,114.32    | 04/29 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 05/13 | SERVICE CHARGE |
|   |        |         | 239,100.01    | 05/13 | *** DAILY BALANCE *** |
| I | 6990   |         | 202.43+       | 05/31 | INTEREST |
|   |        |         | 239,302.44    | 05/31 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 06/15 | SERVICE CHARGE |
|   |        |         | 239,288.13    | 06/15 | *** DAILY BALANCE *** |
| I | 6990   |         | 196.05+       | 06/30 | INTEREST |
|   |        |         | 239,484.18    | 06/30 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 07/15 | SERVICE CHARGE |
|   |        |         | 239,469.87    | 07/15 | *** DAILY BALANCE *** |
| I | 6990   |         | 202.74+       | 07/29 | INTEREST |
|   |        |         | 239,672.61    | 07/29 | *** DAILY BALANCE *** |
| I | 6990   |         | 14.31         | 08/12 | SERVICE CHARGE |
|   |        |         | 239,658.30    | 08/12 | *** DAILY BALANCE *** |
| I | 6990   |         | 202.90+       | 08/31 | INTEREST |
|   |        |         | 239,861.20    | 08/31 | *** DAILY BALANCE *** |


**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| MAXSAVER | 1 |
|---|---|
| ACCOUNT TYPE | PAGE |
| 09/18/04 THROUGH 10/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700

| | |
|---|---:|
| 09/18 BALANCE | 238,018.45 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 118.78 |
| INTEREST WITHHELD | |
| 10/19 BALANCE | 238,123.32 |

2004 INTEREST EARNED IS 931.54 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 09/30 | 118.78+ | INTEREST |
| 10/15 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | | DAILY BALANCE | DAILY BALANCE |
|---|---|---|---|---|---|
| 09/30 | 238,137.23 | 10/15 | 238,123.32 | | |

PLEASE SEE THE ENCLOSED STATEMENT INSERT FOR IMPORTANT INFORMATION ABOUT CHECK 21 LEGISLATION.



**Fifth Third Bank**

P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| MAXSAVER | 1 |
| ACCOUNT TYPE | PAGE |
| 10/20/04 THROUGH 11/19/04 | 0033110417 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| PRIVATE BANKING | (513) 579-4222 |
| OFFICE | TELEPHONE NUMBER |

MICHAEL R BARRETT RECEIVER   O
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---|
| 10/20 BALANCE | 238,123.32 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 140.87 |
| INTEREST WITHHELD | |
| 11/19 BALANCE | 238,250.28 |

2004 INTEREST EARNED IS 1,072.41 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 10/29 | 140.87+ | INTEREST |
| 11/16 | 13.91 | SERVICE CHARGE |

——DAILY BALANCE——  ——DAILY BALANCE——  ——DAILY BALANCE——  ——DAILY BALANCE——

| 10/29 | 238,264.19 | 11/16 | 238,250.28 |
|---|---|---|---|

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.


**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | MAXSAVER |
| STATEMENT PERIOD | 11/20/04 THROUGH 12/17/04 |
| OFFICE | PRIVATE BANKING |
| PAGE | 1 |
| ACCOUNT NUMBER | 0033110417 |
| TELEPHONE NUMBER | (513) 579-4222 |

MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

| | |
|---|---:|
| 11/20 BALANCE | 238,250.28 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 13.91 |
| INTEREST EARNED | 138.99 |
| INTEREST WITHHELD | |
| 12/17 BALANCE | 238,375.36 |

OUR RECORDS INDICATE THAT YOUR ACCOUNT HAS HAD NO ACTIVITY FOR SOME TIME AND FOR YOUR PROTECTION IT IS NOW CONSIDERED DORMANT. FOR MORE INFORMATION ON HOW THIS MAY AFFECT YOUR ACCOUNT, PLEASE CONTACT YOUR BANKING CENTER.

2004 INTEREST EARNED IS 1,211.40 FOR TAX ID 31-6659292

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 11/30 | 138.99+ | INTEREST |
| 12/14 | 13.91 | SERVICE CHARGE |

| DAILY BALANCE | | DAILY BALANCE | |
|---|---:|---|---:|
| 11/30 | 238,389.27 | 12/14 | 238,375.36 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE. HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.

 **Fifth Third Bank**
P.O. BOX 630900
CINCINNATI OH 45263-0900


MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH 45202-4700



1

76

Statement Period Date: 12/18/2004 - 10/19/2005
Account Type: Maxsaver
Account Number: 33110417

Relationship Manager Name: Winter Myers
Phone: 513-534-5010
Commercial Client Services: 1-800-589-5355
www.53.com

Inspected
By
CTFO

## Account Summary - 33110417

| | | | | |
|---|---|---|---|---|
| 12/18 | Beginning Balance | $238,375.36 | Interest Earned | $1,825.62 |
| | Checks | | Number of Days in Period | 306 |
| 12 | Withdrawals / Debits | $(240,200.98) | Interest Earned YTD | $1,674.55 |
| 11 | Deposits / Credits | $1,825.62 | | |
| 10/19 | Ending Balance | $0.00 | | |

### Withdrawals / Debits
**12 items totaling $240,200.98**

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.31 | SERVICE CHARGE |
| 02/11 | 14.31 | SERVICE CHARGE |
| 03/14 | 14.31 | SERVICE CHARGE |
| 04/14 | 14.31 | SERVICE CHARGE |
| 05/13 | 14.31 | SERVICE CHARGE |
| 06/15 | 14.31 | SERVICE CHARGE |
| 07/15 | 14.31 | SERVICE CHARGE |
| 08/12 | 14.31 | SERVICE CHARGE |
| 09/15 | 14.36 | SERVICE CHARGE |
| 10/04 | 240,007.78 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 14.36 | UNBILLED SERVICES |

### Deposits / Credits
**11 items totaling $1,825.62**

| Date | Amount | Description |
|---|---|---|
| 12/31 | 151.07 | INTEREST |
| 01/31 | 151.57 | INTEREST |
| 02/28 | 141.20 | INTEREST |
| 03/31 | 161.82 | INTEREST |
| 04/29 | 190.54 | INTEREST |
| 05/31 | 202.43 | INTEREST |
| 06/30 | 196.05 | INTEREST |
| 07/29 | 202.74 | INTEREST |
| 08/31 | 202.90 | INTEREST |
| 09/30 | 203.68 | INTEREST |
| 10/04 | 21.62 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/31 | 238,526.43 | 04/14 | 238,923.78 | 07/29 | 239,672.61 |
| 01/18 | 238,512.12 | 04/29 | 239,114.32 | 08/12 | 239,658.30 |
| 01/31 | 238,663.69 | 05/13 | 239,100.01 | 08/31 | 239,861.20 |
| 02/11 | 238,649.38 | 05/31 | 239,302.44 | 09/15 | 239,846.84 |
| 02/28 | 238,790.58 | 06/15 | 239,288.13 | 09/30 | 240,050.52 |
| 03/14 | 238,776.27 | 06/30 | 239,484.18 | 10/04 | 0.00 |
| 03/31 | 238,938.09 | 07/15 | 239,469.87 | | |

 **Fifth Third Bank**
P.O. BOX 630900
CINCINNATI OH 45263-0900



MICHAEL R BARRETT RECEIVER
C/O RICHARD BOYDSTON
2800 CHEMED CENTER
255 EAST FIFTH ST
CINCINNATI OH  45202-4700

1

76

Statement Period Date: 12/18/2004 - 10/19/2005
Account Type: Maxsaver
Account Number: 33110417

Inspected By 017

Relationship Manager Name: Winter Myers
Phone: 513-534-5010
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 33110417

| Date | | Description | Amount | | Description | Amount |
|---|---|---|---|---|---|---|
| 12/18 | | Beginning Balance | $238,375.36 | | Interest Earned | $1,825.62 |
| | | Checks | | | Number of Days in Period | 306 |
| | 12 | Withdrawals / Debits | $(240,200.98) | | Interest Earned YTD | $1,674.55 |
| | 11 | Deposits / Credits | $1,825.62 | | | |
| 10/19 | | Ending Balance | $0.00 | | | |

### Withdrawals / Debits
12 items totaling $240,200.98

| Date | Amount | Description |
|---|---|---|
| 01/18 | 14.31 | SERVICE CHARGE |
| 02/11 | 14.31 | SERVICE CHARGE |
| 03/14 | 14.31 | SERVICE CHARGE |
| 04/14 | 14.31 | SERVICE CHARGE |
| 05/13 | 14.31 | SERVICE CHARGE |
| 06/15 | 14.31 | SERVICE CHARGE |
| 07/15 | 14.31 | SERVICE CHARGE |
| 08/12 | 14.31 | SERVICE CHARGE |
| 09/15 | 14.36 | SERVICE CHARGE |
| 10/04 | 240,007.78 | DEBIT MEMO |
| 10/04 | 50.00 | ACCOUNT CLOSURE FEE |
| 10/04 | 14.36 | UNBILLED SERVICES |

### Deposits / Credits
11 items totaling $1,825.62

| Date | Amount | Description |
|---|---|---|
| 12/31 | 151.07 | INTEREST |
| 01/31 | 151.57 | INTEREST |
| 02/28 | 141.20 | INTEREST |
| 03/31 | 161.82 | INTEREST |
| 04/29 | 190.54 | INTEREST |
| 05/31 | 202.43 | INTEREST |
| 06/30 | 196.05 | INTEREST |
| 07/29 | 202.74 | INTEREST |
| 08/31 | 202.90 | INTEREST |
| 09/30 | 203.68 | INTEREST |
| 10/04 | 21.62 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/31 | 238,526.43 | 04/14 | 238,923.78 | 07/29 | 239,672.61 |
| 01/18 | 238,512.12 | 04/29 | 239,114.32 | 08/12 | 239,658.30 |
| 01/31 | 238,663.69 | 05/13 | 239,100.01 | 08/31 | 239,861.20 |
| 02/11 | 238,649.38 | 05/31 | 239,302.44 | 09/15 | 239,846.84 |
| 02/28 | 238,790.58 | 06/15 | 239,288.13 | 09/30 | 240,050.52 |
| 03/14 | 238,776.27 | 06/30 | 239,484.18 | 10/04 | 0.00 |
| 03/31 | 238,938.09 | 07/15 | 239,469.87 | | |

DDA001 / FTCI / 20051019 / 7051 / 76

Page 1 of 2