UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | Case No. 1:01-cv-116 (Chief Judge Sandra S. Beckwith) |
| Plaintiff | : : : | |
| v. | : : | SECOND AND FINAL MOTION TO APPROVE PAYMENT OF FEES |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | : : : | AND REIMBURSEMENT OF EXPENSES TO GREENEBAUM DOLL & MCDONALD PLLC |
| Defendants | : | |

Comes now H. Patrick Weber as receiver for Stephen G. Donahue and formerly also for

S.G. Donahue & Company, Inc. pursuant to order entered March 7, 2001 (the "Receiver") and

moves the Court for entry of an order in the form of that submitted herewith approving payment

of fees for legal services performed and expenses incurred by Greenebaum Doll & McDonald

PLLC as counsel for the Receiver during the period from November 30, 2005 through March 31,

2007 in the total amount of $6,679.10 and $2,500.00 for fees and expenses to be incurred to

perform all further work necessary to complete all matters in connection with the receivership

and that the same be paid out of funds now in the hands of the Receiver on the grounds set forth

in the memorandum attached hereto.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for H. Patrick Weber, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH  45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SECURITIES AND EXCHANGE        :        Case No. 1:01-cv-116
COMMISSION,                    :        (Chief Judge Sandra S. Beckwith)
                               :
        Plaintiff,             :
                               :
v.                             :        MEMORANDUM IN SUPPORT
                               :        OF SECOND MOTION TO APPROVE
STEPHEN G. DONAHUE, and        :        PAYMENT OF FEES AND
DONAHUE SECURITIES, INC.,      :        REIMBURSEMENT OF EXPENSES
                               :        TO GREENEBAUM DOLL &
        Defendants.            :        MCDONALD PLLC

Michael R. Barrett (the "Receiver) was appointed receiver for S.G. Donahue &

Company, Inc. ("SGD & Co.") and Stephen G. Donahue pursuant to order entered March 7,

2001 in this action (document 12) (the "Receivership Order"). Pursuant to the Receivership

Order, the Receiver was authorized to retain and did retain Richard Boydston of the law firm of

Ulmer & Berne LLP as legal counsel and, upon his withdrawal from Ulmer & Berne LLP in

January 2004 and membership in Greenebaum Doll & McDonald PLLC ("Greenebaum"), the

Receiver continued the retention of Mr. Boydston at Greenebaum. H. Patrick Weber was

substituted for Mr. Barrett as Receiver by order entered May 3, 2006 (document 121).

Greenebaum has incurred fees and expenses for the period from November 30, 2005

through March 31, 2007 in the total amount of $6,679.10. Standard form invoices for that total

are attached hereto.

In addition, the Receiver anticipates that the fees and expenses to be incurred by him with

Greenebaum to perform all further work necessary to complete all matters in connection with the receivership will total no more than $2,500.00.

The Receiver respectfully represents said fees and expenses are reasonable and necessary expenses of the receivership and should be approved and promptly paid out of funds collected by Receiver.

Respectfully submitted,

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for H. Patrick Weber, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing motion and memorandum along with the proposed order granting said motion were served electronically pursuant to the CM/ECF procedures established by the Court and also by ordinary United States mail, first class postage prepaid, on each of the following on December 14, 2007.

/s/ Richard Boydston

Anne C. McKinley, Esq.
U.S. Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604

Robert A. Goering, Esq.
Attorney for Stephen G. Donahue
Goering & Goering
220 West Third Street
Cincinnati, OH 45202

Gerald L. Baldwin, Esq.
Attorney for the SIPC Trustee
Frost Brown Todd, LLC
2500 PNC Center
201 E. Fifth Street
Cincinnati, OH 45202-4182

Donald J. Rafferty, Esq.
Attorney for Linda A. Donahue
Cohen Todd Kite & Stanford, LLC
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202

Glenn V. Whitaker, Esq.                    J. Michael Debbeler, Esq.
Attorney for Stephen G. Donahue            Attorney for The Provident Bank
Vorys Sater Seymour & Pease LLP            Graydon Head & Ritchey
Suite 2100, Atrium Two                     1900 Fifth Third Center, 511 Walnut Street
221 E. Fourth Street                       Cincinnati, OH 45202
Cincinnati, OH 45201-0236

1290251_1.doc



**GREENEBAUM DOLL & MCDONALD PLLC**

Joseph K. Mudd
Direct 502/587-3690  Fax 502/540-2267  E-Mail jkm@gdm.com

Tuesday, August 07, 2007

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

RE:  Your Account 107845.000001 Stephen G. Donahue

## Statement of Account

| Date | Invoice | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Total |
|------|---------|-------------|--------------|--------------|-----------|-------|
| 1/10/2006 | 4108746 | $0.00 | $0.00 | $0.00 | $1,705.68 | $1,705.68 |
| 2/3/2006 | 4108750 | $0.00 | $0.00 | $0.00 | $71.07 | $71.07 |
| 3/7/2006 | 4108751 | $0.00 | $0.00 | $0.00 | $71.07 | $71.07 |
| 4/7/2006 | 4108752 | $0.00 | $0.00 | $0.00 | $213.21 | $213.21 |
| 5/8/2006 | 4108753 | $0.00 | $0.00 | $0.00 | $71.07 | $71.07 |
| 6/6/2006 | 4108755 | $0.00 | $0.00 | $0.00 | $604.10 | $604.10 |
| 7/7/2006 | 4108759 | $0.00 | $0.00 | $0.00 | $426.42 | $426.42 |
| 8/7/2006 | 4108760 | $0.00 | $0.00 | $0.00 | $111.24 | $111.24 |
| 9/11/2006 | 4108761 | $0.00 | $0.00 | $0.00 | $148.32 | $148.32 |
| 10/5/2006 | 4108762 | $0.00 | $0.00 | $0.00 | $111.24 | $111.24 |
| 11/8/2006 | 4108763 | $0.00 | $0.00 | $0.00 | $111.24 | $111.24 |
| 1/9/2007 | 4109517 | $0.00 | $0.00 | $0.00 | $1,779.84 | $1,779.84 |
| 2/7/2007 | 4111946 | $0.00 | $0.00 | $0.00 | $295.20 | $295.20 |
| 4/5/2007 | 4116954 | $0.00 | $0.00 | $0.00 | $959.40 | $959.40 |
| TOTAL | | $0.00 | $0.00 | $0.00 | $6,679.10 | $6,679.10 |

CC: Richard Boydston

## GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108746
Invoice Date: January 10, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2005:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 12/03/05 | RB | Draft Ulmer & Berne final fee application and receiver's and GDM's eighth fee applications | 1.00 | 345.00 |
| 12/06/05 | RB | Review fee applications filed 12/6/05 and email exchanges with Christy Kauffmann on same | 0.60 | 207.00 |
| 12/16/05 | RB | Work on commission accounting | 1.20 | 414.00 |
| 12/19/05 | RB | Sign and forward fee checks | 0.50 | 172.50 |
| 12/23/05 | RB | Compile insurance commission payment information for final report | 1.50 | 517.50 |

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 1,656.00 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 49.68 | |
| | $ | 49.68 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 1,705.68 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 4.80 | 345.00 | 1,656.00 |
| | 4.80 | | 1,656.00 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver                    Account No. 107845.000001
c/o Richard Boydston, Attorney                  Invoice No. 4108746
                                                Invoice Date January 10, 2006

**REMITTANCE PAGE**

INVOICE TOTAL                                   $      1,705.68

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108750
Invoice Date: February 3, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 01/03/06 | RB | Forward commission checks | 0.20 | 69.00 |

| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 69.00 |
|---|---|---|

OUT-OF-POCKET EXPENSES

| Administrative Expense (including telephone, photocopy, & postage) | 2.07 | | |
|---|---|---|---|
| | | $ | 2.07 |

| INVOICE TOTAL | $ | 71.07 |
|---|---|---|
| PRIOR UNPAID BALANCE | $ | 1,705.68 |
| **BALANCE DUE** | $ | 1,776.75 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.20 | 345.00 | 69.00 |
| | 0.20 | | 69.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver                          Account No. 107845.000001
c/o Richard Boydston, Attorney                        Invoice No. 4108750
                                                      Invoice Date February 3, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 71.07 |
| PRIOR UNPAID BALANCE | $ | 1,705.68 |
| BALANCE DUE | $ | 1,776.75 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| Total | | | | 1,705.68 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

### GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108751
Invoice Date: March 7, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/21/06 | RB | Phone conference with Patrick Weber on filing final tax returns | 0.20 | 69.00 |

| | | | |
|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | $ | 69.00 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 2.07 | |
| | $ | 2.07 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 71.07 |
| PRIOR UNPAID BALANCE | $ | 1,776.75 |
| BALANCE DUE | $ | 1,847.82 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 0.20 | 345.00 | 69.00 |
| | 0.20 | | 69.00 |

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver                        Account No. 107845.000001
c/o Richard Boydston, Attorney                      Invoice No. 4108751
                                                    Invoice Date March 7, 2006

**REMITTANCE PAGE**

INVOICE TOTAL                                       $        71.07

PRIOR UNPAID BALANCE                                $     1,776.75

BALANCE DUE                                         $     1,847.82

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|------|---------|----------------|------------------|---------|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| Total | | | | 1,776.75 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108752
Invoice Date: April 7, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 03/06/06 | RB | Review papers on $1.2 million settlement with National City/Provident and email to Anne McKinley on same | 0.60 | 207.00 |

| | | | | |
|--|--|--|--|--|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 207.00 |

OUT-OF-POCKET EXPENSES

| | | |
|--|--|--|
| Administrative Expense (including telephone, photocopy, & postage) | 6.21 | |
| | $ | 6.21 |

| | | |
|--|--|--|
| INVOICE TOTAL | $ | 213.21 |
| PRIOR UNPAID BALANCE | $ | 1,847.82 |
| **BALANCE DUE** | $ | 2,061.03 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 0.60 | 345.00 | 207.00 |
| | 0.60 | | 207.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

Michael R. Barrett, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108752
Invoice Date April 7, 2006

## REMITTANCE PAGE

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 213.21 |
| PRIOR UNPAID BALANCE | $ | 1,847.82 |
| BALANCE DUE | $ | 2,061.03 |

### AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| Total | | | | 1,847.82 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

# GREENEBAUM DOLL & MCDONALD PLLC

P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108753
Invoice Date: May 8, 2006

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 04/28/06 | RB | Email exchanges on termination of receivership and replacement trustee | 0.20 | 69.00 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 69.00 |

OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 2.07 | |
| | | $    2.07 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 71.07 |
| PRIOR UNPAID BALANCE | $ | 2,061.03 |
| BALANCE DUE | $ | 2,132.10 |

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.20 | 345.00 | 69.00 |
| | 0.20 | | 69.00 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108753
Invoice Date May 8, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 71.07 |
| PRIOR UNPAID BALANCE | $ | 2,061.03 |
| BALANCE DUE | $ | 2,132.10 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| Total | | | | 2,061.03 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108755
Invoice Date: June 6, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 05/01/06 | RB | Draft motion to substitute receiver and email exchanges on same | 1.10 | 379.50 |
| 05/02/06 | RB | Edit motion to appoint substitute receiver and phone and email exchanges on same with Anne McKinley, Gerald Baldwin and Chris Dougherty | 0.60 | 207.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED $ 586.50

OUT-OF-POCKET EXPENSES

Administrative Expense (including
telephone, photocopy, & postage)                17.60

$ 17.60

INVOICE TOTAL                                                    $    604.10

PRIOR UNPAID BALANCE                                  $   2,132.10

BALANCE DUE                                                   $   2,736.20

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 1.70 | 345.00 | 586.50 |
| | 1.70 | | 586.50 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108755
Invoice Date June 6, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 604.10 |
| PRIOR UNPAID BALANCE | $ | 2,132.10 |
| BALANCE DUE | $ | 2,736.20 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| Total | | | | 2,132.10 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108759
Invoice Date: July 7, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 06/03/06 | RB | Forward insurance checks (1/1-6/1/06) | 1.00 | 345.00 |
| 06/12/06 | RB | Letters to Patrick Weber on insurance checks | 0.20 | 69.00 |

FEES FOR PROFESSIONAL SERVICES RENDERED $ 414.00

OUT-OF-POCKET EXPENSES

Administrative Expense (including
telephone, photocopy, & postage)            12.42

$    12.42

INVOICE TOTAL                                $    426.42

PRIOR UNPAID BALANCE                         $  2,736.20

BALANCE DUE                                  $  3,162.62

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 1.20 | 345.00 | 414.00 |
| | 1.20 | | 414.00 |

Louisville, Kentucky  Lexington, Kentucky  Covington, Kentucky  Cincinnati, Ohio  Nashville, Tennessee  Frankfort, Kentucky  Washington, D.C  Atlanta, Georgia

### GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108759
Invoice Date July 7, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 426.42 |
| PRIOR UNPAID BALANCE | $ | 2,736.20 |
| BALANCE DUE | $ | 3,162.62 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | 0.00 | 604.10 |
| Total | | | | 2,736.20 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108760
Invoice Date: August 7, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 07/14/06 | RB | Review SIPC Trustee's 19th interim report | 0.30 | 108.00 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 108.00 |

OUT-OF-POCKET EXPENSES

| Administrative Expense (including telephone, photocopy, & postage) | 3.24 | | |
|---|---|---|---|
| | | $ | 3.24 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 111.24 |
| PRIOR UNPAID BALANCE | $ | 3,162.62 |
| **BALANCE DUE** | $ | 3,273.86 |

<u>SUMMARY OF PROFESSIONAL SERVICES</u>

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.30 | 360.00 | 108.00 |
| | 0.30 | | 108.00 |

GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108760
Invoice Date August 7, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 111.24 |
| PRIOR UNPAID BALANCE | $ | 3,162.62 |
| BALANCE DUE | $ | 3,273.86 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | 0.00 | 604.10 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| Total | | | | 3,162.62 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

# GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108761
Invoice Date: September 11, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 08/10/06 | RB | Phone conferences with Cindy Russo of Columbus Life and Patrick Weber on taxability of payments/receipts | 0.40 | 144.00 |

| | | |
|------|------|------|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 144.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|------|------|------|------|
| Administrative Expense (including telephone, photocopy, & postage) | 4.32 | | |
| | | $ | 4.32 |
| INVOICE TOTAL | | $ | 148.32 |
| PRIOR UNPAID BALANCE | | $ | 3,273.86 |
| BALANCE DUE | | $ | 3,422.18 |

## SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.40 | 360.00 | 144.00 |
| | 0.40 | | 144.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108761
Invoice Date September 11, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 148.32 |
| PRIOR UNPAID BALANCE | $ | 3,273.86 |
| BALANCE DUE | $ | 3,422.18 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | 0.00 | 604.10 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| 08/07/06 | 4108760 | 111.24 | 0.00 | 111.24 |
| Total | | | | 3,273.86 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108762
Invoice Date: October 5, 2006

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|---------------------|-------------|-------|--------|
| 09/29/06 | RB | Review SIPC trustee's and his counsel's 16th fee applications | 0.30 | 108.00 |

| | | | | |
|---|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | | $ | 108.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 3.24 | | |
| | | $ | 3.24 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 111.24 |
| PRIOR UNPAID BALANCE | $ | 3,422.18 |
| **BALANCE DUE** | $ | 3,533.42 |

SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|--------------------|-------|------|--------|
| Richard Boydston | 0.30 | 360.00 | 108.00 |
| | 0.30 | | 108.00 |

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108762
Invoice Date October 5, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 111.24 |
| PRIOR UNPAID BALANCE | $ | 3,422.18 |
| BALANCE DUE | $ | 3,533.42 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | 0.00 | 604.10 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| 08/07/06 | 4108760 | 111.24 | 0.00 | 111.24 |
| 09/11/06 | 4108761 | 148.32 | 0.00 | 148.32 |
| Total | | | | 3,422.18 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4108763
Invoice Date: November 8, 2006

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 10/03/06 | RB | Review SIPC trustee's motion to distribute cash | 0.30 | 108.00 |

| | | | |
|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | $ | 108.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 3.24 | | |
| | | $ | 3.24 |
| INVOICE TOTAL | | $ | 111.24 |
| PRIOR UNPAID BALANCE | | $ | 3,533.42 |
| BALANCE DUE | | $ | 3,644.66 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.30 | 360.00 | 108.00 |
| | 0.30 | | 108.00 |

### GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4108763
Invoice Date November 8, 2006

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 111.24 |
| PRIOR UNPAID BALANCE | $ | 3,533.42 |
| BALANCE DUE | $ | 3,644.66 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | 0.00 | 604.10 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| 08/07/06 | 4108760 | 111.24 | 0.00 | 111.24 |
| 09/11/06 | 4108761 | 148.32 | 0.00 | 148.32 |
| 10/05/06 | 4108762 | 111.24 | 0.00 | 111.24 |
| Total | | | | 3,533.42 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4109517
Invoice Date: January 9, 2007

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2006:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 12/26/06 | RB | Draft fee applications and status report and email to Christine Kauffmann on same | 1.50 | 540.00 |
| 12/27/06 | RB | Draft status report and motion to discharge receiver and final fee applications; phone conference with Gerald Baldwin on closing cases | 2.50 | 900.00 |
| 12/28/06 | RB | Edit motions | 0.60 | 216.00 |
| 12/29/06 | RB | Email to Patrick Weber on final fee applications and report | 0.20 | 72.00 |

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 1,728.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 51.84 | | |
| | | $ | 51.84 |
| INVOICE TOTAL | | $ | 1,779.84 |
| PRIOR UNPAID BALANCE | | $ | 3,461.83 |
| BALANCE DUE | | $ | 5,241.67 |

GREENEBAUM DOLL & McDONALD PLLC

H. Patrick Weber, Receiver
107845.000001

Invoice No.:    4109517
Invoice Date:   January 9, 2007
Page            2

---

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Richard Boydston | 4.80 | 360.00 | 1,728.00 |
| | 4.80 | | 1,728.00 |

GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4109517
Invoice Date January 9, 2007

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 1,779.84 |
| PRIOR UNPAID BALANCE | $ | 3,461.83 |
| BALANCE DUE | $ | 5,241.67 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | -182.83 | 421.27 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| 08/07/06 | 4108760 | 111.24 | 0.00 | 111.24 |
| 09/11/06 | 4108761 | 148.32 | 0.00 | 148.32 |
| 10/05/06 | 4108762 | 111.24 | 0.00 | 111.24 |
| 11/08/06 | 4108763 | 111.24 | 0.00 | 111.24 |
| Total | | | | 3,461.83 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

## GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4111946
Invoice Date: February 7, 2007

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2007:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 01/17/07 | RB | Phone conference with Cindy Russo of Columbus Life and voicemail to Patrick Weber on same | 0.30 | 108.00 |
| 01/26/07 | RB | Review materials from Christine Kauffmann | 0.50 | 180.00 |

| | | | |
|---|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | | $ | 288.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 7.20 | | |
| | | $ | 7.20 |
| INVOICE TOTAL | | $ | 295.20 |
| PRIOR UNPAID BALANCE | | $ | 5,241.67 |
| BALANCE DUE | | $ | 5,536.87 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 0.80 | 360.00 | 288.00 |
| | 0.80 | | 288.00 |

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4111946
Invoice Date February 7, 2007

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 295.20 |
| PRIOR UNPAID BALANCE | $ | 5,241.67 |
| BALANCE DUE | $ | 5,536.87 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | -182.83 | 421.27 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| 08/07/06 | 4108760 | 111.24 | 0.00 | 111.24 |
| 09/11/06 | 4108761 | 148.32 | 0.00 | 148.32 |
| 10/05/06 | 4108762 | 111.24 | 0.00 | 111.24 |
| 11/08/06 | 4108763 | 111.24 | 0.00 | 111.24 |
| 01/09/07 | 4109517 | 1,779.84 | 0.00 | 1,779.84 |
| Total | | | | 5,241.67 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

### GREENEBAUM DOLL & McDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No.: 107845.000001
Invoice No.: 4116954
Invoice Date: April 5, 2007

---

**STEPHEN G. DONAHUE**

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2007:

| DATE | ATTORNEY/ PARALEGAL | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|------|------|
| 03/19/07 | RB | Edit final report and fee applications including preparation of bank account exhibits | 2.00 | 720.00 |
| 03/21/07 | RB | Edit final filings and letter to Patrick Weber on same | 0.60 | 216.00 |

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES RENDERED | $ | 936.00 |

OUT-OF-POCKET EXPENSES

| | | | |
|---|---|---|---|
| Administrative Expense (including telephone, photocopy, & postage) | 23.40 | | |
| | | $ | 23.40 |
| INVOICE TOTAL | | $ | 959.40 |
| PRIOR UNPAID BALANCE | | $ | 5,719.70 |
| BALANCE DUE | | $ | 6,679.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY/PARALEGAL | HOURS | RATE | AMOUNT |
|------|------|------|------|
| Richard Boydston | 2.60 | 360.00 | 936.00 |
| | 2.60 | | 936.00 |

## GREENEBAUM DOLL & MCDONALD PLLC
P.O. Box 635179
Cincinnati, OH 45263-5179
I.D. #61-0468813

H. Patrick Weber, Receiver
c/o Richard Boydston, Attorney

Account No. 107845.000001
Invoice No. 4116954
Invoice Date April 5, 2007

**REMITTANCE PAGE**

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 959.40 |
| PRIOR UNPAID BALANCE | $ | 5,719.70 |
| BALANCE DUE | $ | 6,679.10 |

AGING OF OUTSTANDING INVOICES

| DATE | INVOICE | INVOICE AMOUNT | PAYMENT RECEIVED | BALANCE |
|---|---|---|---|---|
| 01/10/06 | 4108746 | 1,705.68 | 0.00 | 1,705.68 |
| 02/03/06 | 4108750 | 71.07 | 0.00 | 71.07 |
| 03/07/06 | 4108751 | 71.07 | 0.00 | 71.07 |
| 04/07/06 | 4108752 | 213.21 | 0.00 | 213.21 |
| 05/08/06 | 4108753 | 71.07 | 0.00 | 71.07 |
| 06/06/06 | 4108755 | 604.10 | 0.00 | 604.10 |
| 07/07/06 | 4108759 | 426.42 | 0.00 | 426.42 |
| 08/07/06 | 4108760 | 111.24 | 0.00 | 111.24 |
| 09/11/06 | 4108761 | 148.32 | 0.00 | 148.32 |
| 10/05/06 | 4108762 | 111.24 | 0.00 | 111.24 |
| 11/08/06 | 4108763 | 111.24 | 0.00 | 111.24 |
| 01/09/07 | 4109517 | 1,779.84 | 0.00 | 1,779.84 |
| 02/07/07 | 4111946 | 295.20 | 0.00 | 295.20 |
| Total | | | | 5,719.70 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**