FILED

2007 DEC 18 AM 9: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:01-cv-116 |
| | (Chief Judge Sandra S. Beckwith) |
| Plaintiff | |
| | ORDER APPROVING RECEIVER'S |
| v. | EIGHTH INTERIM AND FINAL REPORT |
| | AND DISCHARGING RECEIVER |
| STEPHEN G. DONAHUE, and DONAHUE SECURITIES, INC., | |
| Defendants | |

This case comes before the Court on the Receiver's Eighth Interim and Final Report and Motion to approve Same and Discharge Receiver filed December 14, 2007, by H. Patrick Weber as the receiver for Stephen G. Donahue and formerly as receiver for S.G. Donahue and Company appointed by orders entered March 7, 2001 (document 12) and May 3, 2006 (document 121) (the "Receiver.")

The Court is of the opinion that said motion is well taken and should be granted and therefore it is hereby

ORDERED, that said report is approved; and it is further

ORDERED, that all funds in the hands of the Receiver and any checks or drafts received by the Receiver after payment of all costs and expenses incurred by the Receiver shall be paid and delivered to the Securities Investor Protection Corporation ("SIPC"); and it is further

ORDERED, that the Receiver shall prepare and file tax returns for the receivership estate; and it is further

ORDERED, that the Receiver is hereby discharged effective on the entry of this order subject to the obligations to make payment and delivery to SIPC and to prepare and file said tax returns as specifically set forth above.

SO ORDERED.

_____
Sandra S. Beckwith
Chief United States District Judge

Submitted by:

/s/ Richard Boydston
Richard Boydston (22360)
Attorney for H. Patrick Weber, Receiver
Greenebaum Doll & McDonald PLLC
255 East Fifth Street #2800
Cincinnati, OH 45202-4728
513.455.7663
513.762.7963 (fax)
rb2@gdm.com

1495384_1.doc